IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James William Bailey IV /200587
Full name and prison number
of plaintiff(s)

v.

Houston County Jail, Dothan Al

Sgt Bonnin, Sgt Marshal, S/o Moon

C/o Moore C/o huchenson C/o goodson

Commander, and sheriff glover

C/o Fitgerald

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:05CV419-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✔)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✔)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Mt Miegs Al PO Box 150, 36057

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail 901 E Main St Dothan Al 36302

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                           ADDRESS

1. C/o Bonnin Sgt Houston County Jail   901 E Main St Dothan Al 36302
2. C/o Fitzgerald Officer Houston County Jail 901 E Main St Dothan Al 36302
3. C/o Moon Officer Houston County Jail 901 E Main St Dothan Al 36302
4. C/o Goodson Officer Houston County Jail 901 E Main St Dothan Al 36302
5. C/o Moore Officer Houston County Jail 901 E Main St Dothan Al 36302
6. C/o Hutcherson Officer Houston County Jail 901 E Main St Dothan Al 36302

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On or about the 7-17 day of March 2005.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On or about the 7th day of March 2005 11:00 PM At the Houston County Jail, I was Denied the right to Shower for 5 Days

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

prior to incadent which is a vilation of Cruile and unusual punishment then I was assauled and Beaten For statements made toward officers about the punishment, I was capstoned/Maced. then Beaten with a metal rod in the Head, Face, Back, Buttox, legs, Hands. for up to 5 min, at which time I went into seizures 3 at the Jail

GROUND TWO: on or about c/o Fitzgerald, Moon, Moore, Godson, Hutchens, sgt Bonnie, sgt marcshal, Violated 13A-3-21  13A-2t-23

SUPPORTING FACTS: thay the above said did Beat, James W Bailey with steel sticks, Kicking punching and assaulting me untill unconcus and did cause cuts to the Head and Back requiring stiches to the face, did Break Both pinkie Fingers and Bruised/Bracked legs, Arms Back Face Head supporting Facts are vidio photo's camcorder, medical records

GROUND THREE: after inceden and medical treatment Hasten County Jail DID Have Total indiference to medical treatment

SUPPORTING FACTS: the day after medical treatment lose of vision Hearing and mimory were noted and sheriff officers cody and 9 more Raided My cell stuned me and assulted me again choching me and punching me in the stumach. leaving me in a restraint chair to urinat an Desicate on My Hands which were Behind My Back For 12 Hours or about violatin 13A-3-21-/13A 22-23

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a settelment of 10,000 personaly From each officer and 6,000,000 profesoinaly For lose of eye sight Hearing and perment Brain Damages, and mental alments, and pains

_James W Bailey IV_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6-2-05
(Date)

_James W Bailey IV_
Signature of plaintiff(s)

4

US District Court of Alabama
Middle District Court Complaint Form

RECEIVED
2005 MAY -5 A 10:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James W Bailey IV
200587/C17

VS

Lamar Glover, Sheriff
Houston County, Alabama

Civil Action

Case # _____

On or about the 7 day of March I James W Bailey was Dinied a Shower, toletres and Soap For 5 Days I proceded to announce to Officers, of Houston county Jail, thay were in violation of my right as a U.S. citisen, I was unfairly treated Because of my case and Unusualy punished By Houston county Jail officials, Commanded By Sharriff Lamar glover, Afftei verbal Discrepences twaid officers I Was Beaten an assulted under code 13A 20-23, Alabama, Officers of Houston couty did grab me arround the throat, Spray me with mace, and Beat me For 4 minutes untill the lose of concuisness I Woke up in an ambulense not able to see I had cuts to my Face, Back and Hands, my Face required Stitches. I had 2 seizures on the way to the Hospital. I was xrayed, CAT Scaned, and patched up there was a total indefrance to medical treatment, I Should Have Been observed For 24 Hours But was'nt. the Officers knowingly, willfully, intentionaly caused perment Damage to the Brain, Face, Hands Back and legs, of the above said. the next Morning I was awake While Hevely medicated, Officers of Houston Sheriffs Dept. Chocked punched and assaulted, 13A-20-23 Code of Alabama, then placed in restrant chair For 8-12 Hours, with Hands cuff Behind my Back. I was made to urinate Defecate on myself, this is against my rights cruie and unusual punishment - there where 6 witnesses to the Events

1

I Am asking For a settelment of 6,000,000 to which is professional compinsasion For lose of memory, pains to the Back, Face Hands, Head Where perment Danage is obviouse to the naked eye

I respectfully ask the courts to resalve this matter

sworn and scribed on the 2 Day of May, 2005.

James W Bailey IV
200587

I James W Bailey currently of PO Box 150 Mt Miegs Al 36057 swear that the statement is true and correct to the Best of my aBlity

James W Bailey IV
200587

2

US District Court of Alabama
Middle District court complaint Form

James W Bailey IV            )
        vs                   )
C/o Fitzgerald,              )  Civil Action No. _____
Houston County Jail          )
                             )

On or about the 7 Day of March, 2005 I was Dined a shower, toletries, and soap For atleast 5 Days I proceded to announce to officer Fitzgerald, an officer of the Houston county Jail Came in to my Cell Had me turn around He then chocked me and Capstunned me with officer Moon hutchen goodson, and Bornien all watching thay then proceded to Beat me an assultt me untill I was unconcious as witnesses watched the assault an officer From Federal Marshuls stoped the Assult. But the Damage Had Been Done.

I am regusting that C/o Fitzgerald pay the sum of 10.000 to the said plantiff James W Bailey For Damages to Him

                                                James W Bailey

3

US District court of ALABAMA,
MiDDle District court Complaint Form

James W Bailey IV )
         vs )
C/o Moon ) Civil action No_____
Houston county Jail )
Dothan Al 36302 )

On or about the 7 Day of March, 2005 Officer Moon DiD assist in the assault of James W Bailey at 901 E Main St Dothan Al were the said Officer Moon did take from Officer Fitzgerald a steel Baton and Beat James W Bailey in the Face Head Back and Hands, and did couse permint Damage to James W Bailey IV

I am requesting the sum of 10,000.00 From C/o Moon To Be paid For Damages to James W Bailey personally

Sworn and scribed on the 2 Day of May 2005

James W Bailey IV

4

Evedience Summary

10 pictures of Face and Back   Family
2 pictures of Face and Back   Houst County Sheriffs
1 Vidio Servalence of Houston County Jail
1 Camcorder Recording Houston County Jail Property

Wittnesses: David Wilson, Heather Cooly, an officer Federl marshal of the U.S. and 4 more who's names and statments can Be produced By Docket Records at Houston County Jail. tanyo Robinson, Sgt Bonnien Houston County servalence to a 5 year old Jail is state of the Art. medical records south east alA medical center, pilchers ambulence, paremetics

Every thing here is sworn to on the 2 day of may 2005

James Baily II