O 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

RECEIVED
2005 MAY -5 A 10: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:05CV 419-T

I, _James W Bailey II_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Kilby Correctional_

    Are you employed at the institution? _no_   Do you receive any payment from the institution? _no_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

       0

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Screamers tattoo Dothan alA 600⁰⁰ week._

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes   ☑ No
    b. Rent payments, interest or dividends             ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
    d. Disability or workers compensation payments      ☐ Yes   ☑ No
    e. Gifts or inheritances                             ☐ Yes   ☑ No
    f. Any other sources                                 ☑ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. _my family sent money for Hygean products_

_I have 0 on my pinod As of may 2, 2005._

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

    If "Yes," state the total amount. _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

    If "Yes," describe the property and state its value.

    0

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    Lyn Brown  Fiance  contribute 0

I declare under penalty of perjury that the above information is true and correct.

_____5-28-05_____        _____James W Bailey IV_____
Date                                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                     KILBY CORRECTIONAL FACILITY
MAR. 31, 2005            INMATE DEPOSITS              RECEIPT#: 2005016092

RECEIVED OF: BAILEY, JAMES W.         AIS#: 200587      BED ID: C  008
    $0.00    PREVIOUS BALANCE    DEPOSIT SENT BY:  HOUSTON COUNTY
   $59.90    NET DEPOSIT         DEPOSIT DOCUMENT: TRANSFER CHECK
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A       DOC.#: 1197
    $0.00                        CASE#:    N/A       MAIL LOG#: N/A

   $59.90    CURRENT BALANCE     POSTED BY: PMOD BOARTS
```

```
                         STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                     KILBY CORRECTIONAL FACILITY
MAR. 31, 2005              INMATE DEPOSITS            RECEIPT#: 2005016092

RECEIVED OF: BAILEY, JAMES W.          AIS#: 200587     BED ID: C  008
    $0.00    PREVIOUS BALANCE      DEPOSIT SENT BY: HOUSTON COUNTY
   $59.90    NET DEPOSIT           DEPOSIT DOCUMENT: TRANSFER CHECK
    $0.00    C.O.P. DEDUCTED       CASE#:   N/A       DOC.#: 1197
    $0.00                          CASE#:   N/A       MAIL LOG#: N/A

   $59.90    CURRENT BALANCE       POSTED BY: PMOD BOARTS
```