IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM BAILEY, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-419-T |
| | ) | WO |
| HOUSTON COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 9, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. The plaintiff's claims against the Houston County Jail are dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B) (I).

2. The Houston county Jail is dismissed from this cause of action.

3. The remaining claims for relief against the individual defendants are referred back to the Magistrate Judge for appropriate proceedings.

DONE, this the 13th day of June, 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE