IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 1:05-CV-419-T** |
| ) | |
| **HOUSTON COUNTY JAIL,** ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above styled cause, and respectfully request a twenty-one (21) day extension through and until July 8, 2005, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1.  That Defendants Special Report and Answer is currently due in this case on June 17, 2005.

2.  That due to vacation schedules, the undersigned has not been able to meet with all necessary parties and witnesses necessary to prepare the Special Report and Answer. The jail staff is still working to compile all the documents and information necessary to respond to Plaintiff's complaint.

3.  While having received some documentation from the jail, the jail staff provided incomplete documentation and is now in the process of copying additional documentation.

4.  That apparently there may be additional documentation maintained by the sheriff's investigator who is out of the office this week.

5.  That records from Southeast Alabama Medical Center have been requested, but to date have not been received.

6.  That records from Flowers Hospital concerning injuries to the corrections officer inflicted by the Plaintiff have been requested as well.

WHEREFORE, Defendants respectfully request a twenty-one (21) day extension of time through and until July 8, 2005, in which to file their Special Report and Answer in this case.

Dated this 17th day of June, 2005.

Respectfully submitted,

s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Jackson, Rhodes, Sherrer & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 792-6213
Fax: (334) 677-1042
E-mail: gary@rhodes-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on June 17, 2005, I have electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: James William Bailey, c/o Kilby Correctional Facility, Post Office Box 150, Mt. Meigs, Alabama 36057, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 17th day of June, 2005.

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Defendants
JACKSON, RHODES, SHERRER & TERRY, P.C.
335 West Main Street
Post Office Box 7122
Dothan, Alabama 36301
Phone: (334) 792-6213
Fax: (334) 677-1042
E-mail: gary@rhodes-law.com