IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES WILLIAM BAILEY, IV,      )
                           )
      Plaintiff,               )
                           )
      v.                    )        CIVIL ACTION NO. 1:05-CV-419-T
                           )
HOUSTON COUNTY JAIL, et al.,    )
                           )
      Defendants.           )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on June 17, 2005 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from June 20, 2005 to and including July 8, 2005 to file their answer and special report.

Done this  20th day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE