IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 1:05-CV-419-T |
| ) | |
| HOUSTON COUNTY JAIL, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above styled cause, and respectfully request a fourteen (14) day extension through and until July 22, 2005, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants Special Report and Answer is currently due in this case on July 8, 2005.

2. On June 20, 2005, the undersigned's brother fell gravely ill with viral pneumonia and then developed ARDS (Acute Respiratory Distress Syndrome) as well as Sepsis. As his condition was considered life threatening, the undersigned was out of state in Knoxville, Tennessee to be with family.

WHEREFORE, Defendants respectfully request a fourteen (14) day extension of time through and until July 22, 2005, in which to file their Special Report and Answer in this case.

Dated this 7th day of July, 2005.

        Respectfully submitted,

        s/Gary C. Sherrer
        Gary C. Sherrer
        Bar Number: SHE016
        Attorney for Defendants
        Jackson, Rhodes, Sherrer & Terry, P.C.
        335 West Main Street
        Dothan, Alabama 36301
        Phone: (334) 792-6213
        Fax: (334) 677-1042
        E-mail: gary@rhodes-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on July 7, 2005, I have electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: James William Bailey, c/o Kilby Correctional Facility, Post Office Box 150, Mt. Meigs, Alabama 36057, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 7th day of July, 2005.

        s/Gary C. Sherrer
        GARY C. SHERRER (SHE016)
        Attorney for Defendants
        JACKSON, RHODES, SHERRER & TERRY, P.C.
        335 West Main Street
        Post Office Box 7122
        Dothan, Alabama 36301
        Phone: (334) 792-6213
        Fax: (334) 677-1042
        E-mail: gary@rhodes-law.com