IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO: 1:05-CV-419-T |
| | ) |
| HOUSTON COUNTY JAIL, | ) |
| et. al., | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

    COMES NOW, Defendants in the above styled cause, and respectfully request a twenty-one (21) day extension through and until August 12, 2005, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

    1.    That Defendants Special Report and Answer is currently due in this case on July 22, 2005.

    2.    On June 20, 2005, the undersigned's brother fell gravely ill with viral pneumonia and then developed ARDS (Acute Respiratory Distress Syndrome) as well as Sepsis. As his condition was considered life threatening, the undersigned was out of state in Knoxville, Tennessee to be with family.

    3.    Since that time, the undersigned also developed a serious respiratory infection causing high fever that lasted fifteen days. That today is the first full day that the undersigned has been in the office since July 7, 2005.

    4.    That the undersigned will be in a jury trial to begin August 1, 2005 in Russell County,

Alabama which is expected to last three to four days.

WHEREFORE, Defendants respectfully request a twenty-one (21) day extension through and until August 12, 2005, in which to file their Special Report and Answer in this case.

Dated this 22nd day of July, 2005.

        Respectfully submitted,

        s/Gary C. Sherrer
        GARY C. SHERRER
        Bar Number: SHE016
        Attorney for Defendants
        Jackson, Rhodes, Sherrer & Terry, P.C.
        335 West Main Street
        Dothan, Alabama 36301
        Phone: (334) 792-6213
        Fax: (334) 677-1042
        E-mail: gary@rhodes-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on July 22, 2005, I have electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: James William Bailey, c/o Kilby Correctional Facility, Post Office Box 150, Mt. Meigs, Alabama 36057, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 22nd day of July, 2005.

        s/Gary C. Sherrer
        OF COUNSEL