In the District court of the United States For the Middle District of Alabama Southern Division

Motion to Object to extention By Defendant

James W Bailey
  plaintiff,

V.

Houston County Jail, et, Al.,
  Defendants.

Civil Action No: 1:05-CV-419 T

The Plaintiff James W. Bailey in the above case objects to the extention and to undo Delay on the Behalf of the counsel For the Defendant's it is prejudic to the plaintiff to except any more exceptions with out objecting the plaintiff Has Been patiant. But this is getting out of Hand and is forming an unexceptible pattern, that is not common with legal practice the plantiff Request this Honorable court to Deny the Requested Motion and Compel the Defendant's to comply with the order of the court and make the Special Report and answer without Undo Delay Submitted this 25th Day of July, 2005.

*James Bailey*

Certificate of Service

I James Bailey, hereby certify that on the 25th of July 2005 I placed in the US postal mail a copie of the above to the Clerk of court and a copie to Gery C Sheerer, at 335 west main street, Dothan Al By Placing a copy of the same in the United states mail postage pre paid and properly addressed on the 25th day of July 2005

*James Bailey*
plaintiff