

EXHIBIT A

HOUSTON COUNTY JAIL
901 EAST MAIN STREET, DOTHAN, AL 36301
(334) 712-0762; 0761; 0764; 0765
INMATE RULES AND REGULATIONS
"THIS IS A TOBACCO/SMOKE-FREE FACILITY"

INMATE NAME: _____   INMATE NUMBER: _____

### INMATE RULES

ORDER IS ESSENTIAL TO THE SAFE AND SECURE OPERATION OF THE JAIL. INMATE RULES AND REGULATIONS DESCRIBE THE EXPECTED BEHAVIOR OF ALL INMATES. INMATES FOUND IN VIOLATION OF RULES WILL SUBJECT TO DISCIPLINARY ACTION OR CRIMINAL ACTION, DEPENDING ON THE TYPE OF VIOLATION OR OFFENSE. SOME MINOR RULE VIOLATIONS WILL BE SUBJECT TO SANCTION/RESTRICTION OF PRIVILEGES. AN INMATE FOUND GUILTY OF A SANCTION/RESTRICTION OF PRIVILEGES HAS THE RIGHT TO APPEAL. APPEALS MUST BE SUBMITTED WITHIN A 24-HOUR PERIOD OF RECEIVING THE SANCTION/RESTRICTION.

01. UNIFORMS (JUMPSUITS) WILL BE WORN AT ALL TIMES WHEN YOU ARE IN THE DAYROOM AREA OR OUTSIDE OF THE CELL AREA, THIS INCLUDES GOING TO/FROM THE SHOWER AREA AND THIS DOES NOT MEAN DOWN AROUND YOUR WAIST OR OFF YOUR SHOULDERS. UNIFORMS MUST BE WORN WITH THE HOUSTON COUNTY JAIL LOGO ON THE OUTSIDE AND IT MUST BE BUTTONED UP. WHILE IN THE RECREATION AREA, MALE INMATES MAY WEAR THEIR UNIFORM AROUND THEIR WAIST, BUT THEY MUST BE WEARING A T-SHIRT. NO BARE SKIN AT ANY TIME. FAILURE TO COMPLY WILL RESULT IN SANCTION OR DISCIPLINARY ACTION.

02. WHEN FOREIGN OBJECTS ARE WILLFULLY PLACED IN THE CELL DOORS FOR THE PURPOSE OF BLOCKING THE LOCKING DEVICE, KEEPING THE DOOR HELD OPEN OR DESTROYING THE LOCKING DEVICE, IF THE ACT CANNOT BE ASSOCIATED WITH A PARTICULAR CELL INHABITANT, ALL OCCUPANTS OF THE CELL WILL BE HELD RESPONSIBLE, SINCE IT IS A JAIL REQUIREMENT THAT EACH INMATE KEEP HIS/HER CELL IN PROPER ORDER. FAILURE TO REMOVE FOREIGN OBJECTS FROM THE LOCKING DEVICE WILL BE CONSIDERED AS FAILURE TO OBEY THE RULES. THE APPROPRIATE PUNISHMENT WILL BE ENFORCED FOLLOWING DISCIPLINARY PROCEEDINGS.

03. IF PAPER OBJECTS/PRODUCTS ARE WILLFULLY PLACED OVER CELL WINDOWS, CELL VENTS OR CELL DOOR WINDOWS, TO OBSCURE THE VIEW OF SHERIFF'S DEPARTMENT PERSONNEL. THE APPROPRIATE PUNISHMENT WILL BE ENFORCED FOLLOWING SANCTION/RESTRICTION PROCEEDINGS.

04. NO INMATE WILL SHOW DISRESPECT TO ANY SHERIFF'S DEPARTMENT PERSONNEL, OTHER INMATES OR VISITORS.

05. NO INMATE WILL ATTEMPT TO CONTROL OR MANIPULATE SHERIFF'S DEPARTMENT PERSONNEL, OTHER INMATES OR VISITORS.

06. NO INMATE WILL INITIATE PHYSICAL CONTACT WITH SHERIFF'S DEPARTMENT PERSONNEL, OTHER INMATES OR VISITORS.

07. NO INMATE WILL ASSAULT OR ATTEMPT TO ASSAULT SHERIFF'S DEPARTMENT PERSONNEL, OTHER INMATES OR VISITORS.

08. NO INMATE WILL TAKE, WASTE, ABUSE, DAMAGE, OR HAVE AN EXCESS AMOUNT OF COUNTY PROPERTY, PERSONAL OR PROPERTY BELONGING TO ANOTHER PERSON.

09. NO INMATE WILL INCITE ANY OVERT ACT THAT WILL THREATEN THE SAFETY OR ORDER OF THE JAIL.

10. NO INMATE WILL COMMIT ANY LEWD OR INDECENT SEXUAL ACT/EXHIBITIONISM.

11. NO INMATE WILL POSSESS OR ATTEMPT TO POSSESS CONTRABAND, EITHER ON THE PERSON, CLOTHING, IN THE CELL OR IN A PLACE WHERE IT MIGHT BE REASONABLY BELIEVED IT IS UNDER HIS/HER CONTROL.

12. ALL INMATES ARE REQUIRED TO MAINTAIN THEIR CELLS AND COMMON AREAS IN A CLEAN SANITARY AND ORDERLY CONDITION.

(AN EXAMPLE IS INCLUDED, AS TO THE WAY YOUR BUNK MUST BE IN ORDER TO BE IN COMPLIANCE). ALL MATTRESS COVERS MUST BE ON THE MATTRESS. NO OTHER OBJECTS ARE ALLOWED ON THE BUNK, EXCEPT FOR THE MATTRESS, MATTRESS COVER, AND BLANKET, UNLESS YOU DO NOT HAVE A DRAWER. NO OBJECTS ARE ALLOWED IN THE CELL WINDOW OR ON THE TABLE. ONLY A LIMITED AMOUNT OF ITEMS WILL BE ALLOWED ON THE SHELF ON THE SHELF IN THE CELL. IF IT DOES NOT FIT IN YOUR DRAWER - GET RID OF IT. AT NO TIME, WILL MATTRESSES OR BEDDING BE ALLOWED FROM THE CELL TO THE DAYROOM AREA.

13. NO INMATE WILL INTERFERE WITH SHERIFF'S DEPARTMENT PERSONNEL IN THE PERFORMING OF HIS/HER DUTY.

14. NO INMATE WILL DISOBEY AN ORDER OR INSTRUCTIONS GIVEN BY SHERIFF'S DEPARTMENT PERSONNEL.

15. ANY INMATE WHO LEAVES HIS/HER AUTHORIZED AREA WILL BE DISCIPLINED AND/OR CHARGED WITH AN OFFENSE. YOU MUST ROLL-IN TO YOUR ASSIGNED CELL AT ALL ROLL-IN TIMES. IF YOU ARE NOT IN YOUR ASSIGNED CELL, DISCIPLINARY ACTION WILL FOLLOW. INMATES ASSIGNED TO THE DAYROOM AREAS, MUST BE ON YOUR MATTRESS

16. IT IS A JAIL REQUIREMENT THAT EACH INMATE KEEP HIS/HER CELL IN PROPER ORDER, IF DRAWING/WRITINGS OR GRAFFITI ARE WILLFULLY PLACED ON CELL WALLS, CELL DOORS, ANY PART OF YOUR BUNK OR ANY OTHER COUNTY PROPERTY, TO INCLUDE A JAIL UNIFORM, THE APPROPRIATE PUNISHMENT WILL BE ENFORCED BY SANCTION/DISCIPLINARY PROCEEDINGS.
17. NO INMATE WILL BE "HORSEPLAYING" WITH ANOTHER INMATE AT ANYTIME.
18. INMATES ARE NOT ALLOWED TO MAKE OR WEAR A "HEAD RAG" OR ANYTHING COVERING THEIR HEAD/HAIR.
19. NO INMATE WILL PLACE ANY ITEM ON THE SPRINKLER HEAD OR COVER THE SPRINKLER HEAD INSIDE OF THE CELL. THIS IS A MAJOR VIOLATION AND WILL RESULT IN DISCIPLINARY ACTION.
20. NO INMATE IS ALLOWED TO STAND AT THE POD WINDOWS OR ON THE DAYROOM TABLE OR CLIMB ON THE DAYROOM WINDOWS. FAILURE TO COMPLY WILL RESULT IN SANCTION/RESTRICTION.
21. INMATES ARE NOT ALLOWED TO PRESS THE CALL BUTTONS, EXCEPT IN EMERGENCY SITUATIONS ONLY; FAILURE TO COMPLY WILL RESULT IN SANCTION/RESTRICTION.
22. NO INMATE WILL PASS ANY ITEM FROM ONE POD TO ANOTHER.

## DAILY SCHEDULE

01. ROLL-IN/ROLL-OUT TIMES WILL BE POSTED IN EACH POD. AT SHIFT CHANGE AND ANYTIME CALLED BY THE OFFICER, THE INMATE WILL ROLL-IN TO THEIR CELLS OR STAND BY THEIR ASSIGNED CELL DOOR FOR INMATE COUNT.
02. ALL SHOWERS ARE TO BE TAKEN WITHIN THE FOLLOWING HOURS: 1:00 P.M. TO 3:00 P.M. AND 6:00 P.M. TO 8:00 P.M. IF ANY INMATE IS IN THE SHOWER AT ANY OTHER TIMES, THEY WILL BE DISCIPLINED ACCORDINGLY.
03. RELIGIOUS SERVICES WILL BE HELD ON NIGHTS SCHEDULE BY THE JAIL COMMANDER. ALCOHOLICS ANONYMOUS IS HELD ON TUESDAY.
04. MEALS WILL BE SERVED AT APPROXIMATELY 5:00 A.M., 1:00 A.M., AND 6:00 P.M. EACH INMATE IS RESPONSIBLE FOR GETTING THEIR OWN TRAY AND CUP. CUPS WILL BE TAKEN UP AFTER THE SUPPER MEAL AND RETURNED WITH THE BREAKFAST. ANY INMATE FOUND TO BE IN POSSESSION OF A CUP DURING THIS TIME WILL RECEIVE A SANCTION/RESTRICTION.

## PERSONAL CARE

01. INMATES ARE EXPECTED TO KEEP GOOD PERSONAL HYGIENE. INMATES ARE EXPECTED TO SHOWER DAILY, SOME ITEMS FOR THIS WILL BE ISSUED.
02. RAZORS ARE ISSUED FOR SHAVING ON MONDAY AND FRIDAY. ALL RAZORS ARE TO BE RETURNED TO THE CORRECTIONS OFFICER WITH THE BLADE EXPOSED. RAZORS ARE NOT TO BE SHARED OR REUSED.
03. LAUNDERING OF CLOTHING, UNIFORMS, AND BEDDING WILL BE TWICE A WEEK, AS SCHEDULED BY THE LAUNDRY SUPERVIOR.
04. HAIR CLIPPERS ARE PROVIDED BY THE FACILITY FOR THE USE BY INMATES AT THE DISCRETION OF THE SC/O ON DUTY. EACH POD WILL HAVE AN ASSIGNED DAY TO USE THESE CLIPPERS. AN INMATE MAY GET A HAIR CUT FROM ANOTHER INMATE IN HIS/HER POD. INMATES WILL NOT GO FROM POD TO POD TO CUT HAIR. THE ABUSE/MISUSE OF THE CLIPPERS WILL RESULT IN SANCTION/RESTRICTION.
05. INMATES WHO ARE ILL OR HAVE A MEDICAL COMPLAINT WILL FILL OUT AN INMATE REQUEST FORM. THESE WILL FORWARDED BY THE CORRECTIONS OFFICER TO THE NURSING DEPARTMENT. MEDICAL EMERGENCIES WILL BE HANDLED BY THE SENIOR CORRECTIONS OFFICER/CORRECTIONS OFFICER. INMATE REQUEST FORMS WILL NOT BE VALID, WITHOUT A SIGNATURE OF THE CORRECTIONS OFFICER ON DUTY.

## PROPERTY

01. INMATES WILL SIGN FOR PROPERTY NOT ALLOWED IN THE PODS. UPON RELEASE, PROPERTY WILL BE RETURNED AND RECEIPTS FOR JAIL SIGNED.
02. INMATES WILL BE RESPONSIBLE FOR COUNTY PROPERTY BOTH FIXED AND ISSUED ITEMS. THESE MUST BE LEFT OR RETURNED WITHOUT DAMAGE OR CHARGES WILL BE MADE.
03. WHEN INMATES ARE TRANSFERRED TO OTHER INSTITUTIONS AND CHOOSE TO LEAVE THEIR PROPERTY TO BE CLAIMED BY FAMILY OR FRIENDS, THE INMATE MUST DESIGNATE THE PERSON TO WHOM IT WILL BE RELEASED. THIS PROPERTY WILL BE TAGGED AND HELD IN THE PROPERTY ROOM FOR A PERIOD OF 30 DAYS, IF NOT CLAIMED, IT WILL BE DESTROYED.

GRIEVANCE PROCEDURE
01. IN THE EVENT THAT AN INMATE HAS A GRIEVANCE, THIS INMATE WILL SEND A GRIEVANCE FORM TO THE SENIOR CORRECTIONS OFFICER, WHO WILL INVESTIGATE AND ANSWER THE GRIEVANCE, AND WILL SETTLE THIS ISSUE. IF THIS IS NOT POSSIBLE, THE JAIL COMMANDER MAY HOLD A FORMAL HEARING.
02. THE SENIOR CORRECTIONS OFFICER WILL HEAR ALL SIDES OF THIS SITUATION WITH A WRITTEN STATEMENT OR WITNESSES, AS APPROPRIATE AND RENDER A DECISION. THIS INMATE WILL BE INFORMED OF THE DECISION IN WRITING; ACTIONS TAKEN WILL BE DOCUMENTED.

PERSONAL ITEMS INMATES ARE ALLOWED
01. ISSUED ITEMS: UNIFORM, MATTRESS, MATTRESS COVER, LAUNDRY BAG, TOWEL, WASHCLOTH, BLANKET, TOOTHBRUSH, COMB, SOAP, AND TOILET PAPER.
02. CLOTHING: 6 PAIR EACH UNDERWEAR (WHITE BOXERS/BRIEFS), SOCKS (PLAIN WHITE, NO GRAY AREAS), T-SHIRTS (PLAIN WHITE/NO TANKTOPS/NO POCKETS), 1 WHITE SWEAT SUIT OR THERMAL UNDERWEAR (ELASTIC WAISTBAND ONLY, NO DRAWSTRINGS OR POCKETS), 1 PAIR OF SHOWER SHOES (*NO BEDROOM SHOES*), 1 PAIR OF TENNIS SHOES (NO SHOESTRINGS) AND *NO BOOTS/NO CLOGS/NO SANDALS*.
03. HYGIENE PRODUCTS: 1 OF EACH – STICK DEODORANT, BAR OF SOAP (NO LIQUID SOAP), SHAMPOO (CLEAR PLASTIC BOTTLE), HAIR GREASE/HAIR GEL (CLEAR PLATIC CONTAINER), BABY OIL OR LOTION (CLEAR PLASTIC BOTTLE), ALL ITEMS MUST BE NEW AND UNOPENED WITH SEAL UNBROKEN, NO PETROLEUM JELLY. ALL ITEMS MUST BE IN ORIGINAL, CLEAR PLASTIC BOTTLES AND MUST HAVE SEE-THROUGH CONTENTS.
04. LEGAL PAPERS AND PERSONAL LETTERS; 1 SOFT BACK BIBLE. NO NEWSPAPER OR LEWD AND INDECENT MATERIALS PERMITTED.
05. WRITING MATERIALS: PAPER (2 TABLETS, NO WIRE) OR 1 PACK OF NOTEBOOK PAPER, 25 ENVELOPES AND STAMPS, 2 PENCILS, 2 PENS (NON-RETRACTABLE/NON-METAL BALL-POINT), NO CRAYONS, COLORED PENCILS, HIGHLIGHTERS OR MARKERS ARE ALLOWED.
06. ON VISITATION WEEKENDS ONLY, VISITORS MAY BRING COMMISSARY MONEY FOR THE INMATES TO ORDER COMMISSARY. CASH MONEY ONLY AND CORRECT AMOUNT WILL BE ACCEPTED. NO COINS WILL BE ACCEPTED. NO MONEY WILL BE ACCEPTED THROUGH THE MAIL. MONEY FOR INMATE WORKERS ASSIGNED OUTSIDE MAY BE LEFT ON THE WEEKENDS, ONLY WITH THE VISITATION OFFICER. <u>INMATES ARE NOT PERMITTED TO HAVE MONEY IN THE PODS OR ON THEIR PERSON.</u>

PERSONAL CLOTHING FOR COURT APPEARANCES AND OTHER PERSONAL ITEMS ON THE INMATE ON ARRIVAL WILL BE STORED IN THE PROPERTY ROOM. ANY OTHER ITEMS NOT LISTED ABOVE WILL BE CONSIDERED CONTRABAND AND WILL BE CONFISCATED AND DESTROYED. PERSONAL PROPERTY IS PERMITTED WITHIN THE FIRST WEEK (7 DAYS) OF INCARCERATION, AFTER THIS, NO ITEMS WILL BE ACCEPTED BY MAIL OR DROPPED OFF AT THE JAIL. ALL INMATES MUST ORDER PROPERTY/HYGIENE ITEMS NEEDED FROM THE COMMISSARY.

TELEVISONS
TELEVISIONS ARE PROVIDED IN THE FACILITY FOR YOUR CONVENIENCE AND ENTERTAINMENT. THE FLOOR OFFICER MAY CHANGE WHEN TIME PERMITS AND IF THE MAJORITY OF INMATES REQUEST A CHANNEL CHANGE. THE TELEVISION MAY BE REMOVED OR TURNED OFF FOR DISCIPLINARY REASONS. INMATES WHO DESTROY OR DAMAGE A TELEVISION SET, MAY BE PROSECUTED. AT NO TIME SHALL AN INMATE TURN THE CHANNEL ON THE TELEVISION; DOING SO WILL RESULT IN DISCIPLINARY ACTION OR SANCTION/RESTRICTION. AT NO TIME, IS AN INMATE TO HANDLE A REMOTE CONTROL TO TURN A TELEVISION.

HAIRCUT SERVICES
HAIRCUTS ARE DONE BY A LICENSED BARBER/BEAUTICIAN ON WEDNESDAY NIGHT (2ND SHIFT) BETWEEN 7 AND 8 P.M. THE BARBER/BEAUTICIAN MUST BRING A CURRENT LICENSE AND A COPY WILL BE MADE. THE COST OF THE HAIRCUT IS NEGOTIATED BETWEEN THE INMATE AND THE BARBER/BEAUTICIAN. FAMILY MEMBERS ARE NOT ALLOWED TO ENTER THE JAIL TO CUT AN INMATES HAIR. THE HAIR CLIPPERS WILL BE MADE AVAILABLE FOR EACH POD, ON AN ASSIGNED DAY, WHEN AVAILABLE, DURING THE WEEK.

CELL ASSIGNMENTS AND INSTITUTIONAL LIVING
THE ASSIGNMENT OF AN INMATE TO A PARTICULAR CELL, OR ANY CHANGES IN CELL ASSIGNMENT IS THE RESPONSIBILITY OF THE RECORDS & CLASSIFICATION DIVISION. YOU ARE TO RETURN TO YOUR ASSIGNED CELL DURING ALL ROLL-IN TIMES. UNAUTHORIZED CHANGE OF CELL OR BED LOCATION MAY RESULT IN DISCIPLINARY ACTION OR SANCTION/RESTRICTION OF PRIVILEGES. WHEN YOU LEAVE YOUR CELL TO GO TO THE DAYROOM, MAKE YOUR BED UP NEATLY. LEAVE PERSONAL ITEMS STORED IN THE DRAWER UNDER YOUR BUNK. DO NOT STORE PAPERS OR OTHER MATERIALS UNDER YOUR MATTRESS. KEEP IN YOUR POSSESSION ONLY THOSE ARTICLES THAT YOU NEED FOR DAILY LIVING AND DO NOT ALLOW YOUR LIVING AREA TO BECOME CLUTTERED WITH UNNECESSARY ITEMS. DISPOSE OF OLD PAPERS, MAGAZINES AND OTHER MATERIALS AND DO NOT STORE THEM IN YOUR CELL. DO NOT FLUSH THESE ITEMS DOWN THE TOILET. ANY ALTERATION OR DESTRUCTION TO THE LIGHTS, WALLS, LOCKS OR ANY OTHER PART OF THE CELL AREA, OR EXTRA COUNTY PROPERTY STORED IN AN AREA, SUCH AS BLANKETS,

LOTHES, ETC., WILL RESULT IN DISCIPLINARY ACTION OR SANCTION/RESTRICTION. THE POD OFFICER WILL FURNISH THE [T]RUSTEES WITH CLEANING SUPPLIES ON A DAILY BASIS.

### JAIL LIBRARY

LIBRARY BOOKS ARE AVAILABLE ON THE WEEKENDS, YOU MAY GET A MAXIMUM OF TWO BOOKS PER WEEK AND IF YOU [N]EED THEM MORE THAN ONE WEEK, YOU MAY RECHECK THEM OUT. A CORRECTIONS OFFICER WILL BRING THE BOOKS TO THE [P]ODS FOR THE INMATES TO CHECK OUT, ONE DAY PER WEEK. ANYONE MALICIOUSLY DESTROYING BOOKS WILL BE BANNED FROM [R]ECEIVING BOOKS. IF YOUR FRIENDS OR FAMILY MEMBERS WISH TO DONATE BOOKS, THEY CAN BE DROPPED OFF ANYTIME. [O]NCE THEY HAVE BEEN DONATED, THEY WILL NOT BE RETURNED; THEY WILL BECOME THE PROPERTY OF THE HOUSTON COUNTY [J]AIL.

### INMATE WORKERS

A. REQUIREMENTS FOR INMATE WORKER STATUS IS:
1. INMATE MUST BE CONVICTED.
2. INMATE MUST NOT HAVE A RECORD OF VIOLENT OR SEXUAL CRIMES OR BE A HIGH-RISK INMATE.
3. THE INMATE WORKER ASSIGNMENT OFFICER MUST APPROVE INMATE.
4. ALL INMATES MUST BE MEDICALLY APPROVED.
5. THE JAIL COMMANDER MUST APPROVE ALL INMATE WORKERS.

B. RULES OF INMATE WORKERS:
1. INMATE WORKERS MUST PERFORM WORK DUTIES, AS ASSIGNED.
2. INMATE WORKERS MUST REMAIN IN AREAS ASSIGNED, AND MUST BE SEARCHED AT ANY TIME THEY MOVE FROM ALLOWED AREAS TO CELL AREAS.
3. OUTSIDE INMATE WORKERS MUST ADVISE CONTROL OF THEIR DUTIES AND LOCATION AT ALL TIMES.
4. CONTROL ROOM AND JAILER'S BOOTHS ARE OFF LIMITS, UNLESS APPROVED BY THE SENIOR CORRECTIONS OFFICER ON DUTY. DO NOT ENTER!!!

### RECREATIONAL ACTIVITIES

THERE ARE BASKETBALL GOALS INSIDE OF THE RECREATION AREAS. THESE AREAS WILL BE USED AT THE DISCRETION OF [T]HE SC/O ON DUTY. INMATES WILL BE ALLOWED TO GO INTO THE RECREATION AREA DURING THE TIME ASSIGNED TO THE POD. [I]NMATES WILL NOT BE ALLOWED INTO THE OUTSIDE RECREATION AREA DURING TIMES OF INCLEMENT WEATHER. ANY INMATE [A]BUSING THE EQUIPMENT WILL BE DISCIPLINED ACCORDINGLY AND WILL NOT BE ALLOWED ACCESS TO THE RECREATION AREA.

### TELEPHONE CALLS

01. NO OUTSIDE PHONE CALLS WILL BE TRANSFERRED TO AN INMATE IN THE POD. NO MESSAGES WILL BE TAKEN FOR AN INMATE TO CALL HOME.
02. LEGITIMATE EMERGENCY MESSAGES, SUCH AS DEATH IN THE FAMILY, WILL BE HANDLED BY THE SENIOR CORRECTIONS OFFICER ON DUTY. A RETURN CALL WILL BE ALLOWED, IF NECESSARY.
03. INFORMATION REGARDING INMATES, OTHER THAN THE CHARGE AND AMOUNT OF BOND, WILL NOT BE GIVEN OUT; FOR INFORMATION AS TO COURT DATES OR DECISIONS, REFER THE CALLER TO THE CLERK'S OFFICE.
04. INMATES WILL BE ALLOWED TO MAKE COLLECT OUTGOING CALLS ON A SCHEDULED BASIS, DURING DAYROOM HOURS ONLY. THESE CALLS WILL BE MONITORED AND/OR RECORDED.
05. UPON WRITTEN REQUEST BY INMATES, THE RECEPTIONIST MAY CALL AND LEAVE A MESSAGE FOR AN ATTORNEY AND DOCUMENT THE ACTION TAKEN, ON THE WRITTEN REQUEST SHEET.
06. INMATES ARE NOT ALLOWED TO USE THE DOCKET PHONE, DUE TO A BLOCK ON THE TELEPHONE NUMBER THEY ARE CONTACTING.
07. IF AN INMATE NEEDS TO CONTACT A BONDING COMPANY THEY CAN WRITE A REQUEST FORM TO DOCKET WITH THE NAME OF THE BONDING COMPANY ON IT AND DOCKET WILL CALL FOR THE BONDING COMPANY TO COME TO INTERVIEW THAT INMATE.

### VISITOR INFORMATION

INMATES ARE ALLOWED NON-CONTACT VISITS WITH FAMILY, FRIENDS, AND CLERGYMAN WITH ALL PRECAUTIONS TAKEN TO ASSURE THE SECURITY OF THE JAIL, WHILE PREVENTING THE ENTRY OF CONTRABAND, INTERCEPTING ANY ILLEGAL PLANS AND MAINTAINING THE SAFETY AND SECURITY OF THE INMATES JAIL PERSONNEL AND VISITORS. INMATES ARE ALLOWED CONTACT VISITS WITH ATTORNEYS.

01. VISITOR CARDS MUST BE COMPLETED IN THE LOBBY. VISITOR'S NAME MUST BE ON THE VISITOR'S LIST, INCLUDING ALL CHILDREN'S NAMES, REGARDLESS OF THEIR AGE. AFTER ONE WEEK OF INCARCERATION, THE VISITATION LIST MAY NOT BE CHANGED AND/OR ADDED TO FOR 6 MONTHS (MAY/NOVEMBER). VISITORS 16 YEARS AND OLDER MUST PRESENT A CURRENT PHOTO ID OR A DRIVER'S LICENSE AND VISITORS UNDER THE AGE OF 16 YEARS OLD, MUST HAVE A SOCIAL SECURITY CARD. NO PURSES, HATS, OR JACKETS ARE ALLOWED TO BE TAKEN TO THE VISITATION ROOM.

02. THE VISITATION OFFICER IN THE LOBBY WILL ADVISE THE CENTRAL CONTROL AND FLOOR OFFICERS OF VISITORS ENTERING THE JAIL. THE CORRECTIONS OFFICER IN THE POD WILL BE ADVISED OF THE NAME OF THE INMATE VISITED.

03. ONLY ONE SET OF VISITORS WITH A **MAXIMUM OF TWO PEOPLE, INCLUDING CHILDREN, PER INMATE WILL BE ALLOWED TO VISIT.** NO SPLIT VISITATION IS ALLOWED. VISITORS CAUGHT DISOBEYING THIS WILL BE ASKED TO LEAVE THE JAIL AND THE VISIT WILL BE ENDED. VISITORS MUST COME AND GO TOGETHER. **VISITORS MUST BE IN THE JAIL BY 10:00 A.M. AND 3:00 P.M. TO ENSURE A 30-MINUTE VISIT.**

04. THE SHERIFF, JAIL COMMANDER, OR THE SHIFT SUPERVISOR MAY REFUSE AN INMATE'S VISITATION PRIVILEGES AND/OR MAKE EXCEPTIONS TO THE ABOVE SCHEDULE, FOR JUST CAUSE.

05. VISITOR CARDS WILL BE HELD BY THE VISITATION OFFICER IN THE LOBBY. TIMES WILL BE NOTED ON THE CARD.

06. ON APPROVAL OF THE SENIOR CORRECTIONS OFFICER WEEKDAY VISITATION MAY BE PERMITTED, IF PROPER ID AND PROOF OF RESIDENCY (SUCH AS A BILL WITH THAT PERSON'S NAME AND ADDRESS ON IT) AND OVER 100 MILES OF TRAVEL IS SHOWN. INMATES ARE PERMITTED ONE OUT OF TOWN VISIT EVERY THIRTY DAYS. OUT OF TOWN VISITS ARE FOR VISITORS WHO CANNOT COME ON THE REGULAR VISITING DAY. A VISITOR MAY NOT VISIT ON THE WEEKEND AND DURING THE WEEK, ALSO. NO VISITING DURING LOCK-UP TIMES.

**ANY VISITOR CAUGHT BRINGING IN CONTRABAND TO AN INMATE WILL BE ARRESTED AND REFERRED TO THE DISTRICT ATTORNEY'S OFFICE.** VISITORS ARE REQUIRED TO COME TO THE JAIL CLOTHED IN MODEST ATTIRE IN ACCORDANCE WITH THE JAIL'S DRESS CODE BEFORE VISITING AN INMATE. NO MINI-SKIRT, NO SHORTS ABOVE THE KNEE, NO HALTER TOPS, TUBE TOPS, TANK TOPS, SPAGHETTI STRAPS, STRAPLESS/SLIT DRESSES, NO SEE-THROUGH CLOTHING OR CLOTHING WITH LOW-CUT NECKLINES WILL BE WORN. NO BARE SKIN EXPOSED FROM THE SHOULDERS TO THE KNEES. JAIL PERSONNEL HAVE THE RIGHT TO DETERMINE IF THE ATTIRE IS APPROPRIATE.

**VISITING SCHEDULE**

| | | |
|---|---|---|
| SATURDAY | 8:00 A.M. TO 10:30 A.M. | PODS M TO O AND FEMALE INMATES (TRUSTEE/WEEKENDER, DORMS) |
| SATURDAY | 1:00 P.M. TO 3:30 P.M. | POD I/POD J/POD K (HOLDING) POD L (NURSING) |
| SUNDAY | 8:00 A.M. TO 10:30 A.M. | PODS A TO D |
| SUNDAY | 1:00 P.M. TO 3:30 P.M. | PODS E TO H |

**MAIL**

01. LETTERS WILL BE INSPECTED FOR CONTRABAND TO ENSURE THE SAFETY OF ALL PERSONS IN JAIL. NO PACKAGES ARE ACCEPTED BY MAIL. NO HAND-DELIVERED MAIL OR PACKAGES ARE ACCEPTED. NO LARGE ENVELOPES WILL BE ACCEPTED.

02. MAIL ENVELOPES WILL BE LOGGED AND OPENED AND INSPECTED FOR CONTRABAND. LEGAL MAIL WILL BE OPENED BY THE INMATE IN THE PRESENCE OF THE CORRECTIONS OFFICER, BUT NOT READ.

03. INMATES WILL RECEIVE **MONEY ORDERS THROUGH THE MAIL.** THESE CAN BE MAILED IN THE REGULAR LETTERS TO THE INMATES – THESE MONEY ORDERS ARE TO BE MADE PAYABLE TO : INMATE DRAWING ACCOUNT/INMATE NAME/INMATE NUMBER.

04. MAIL WILL BE TAKEN UP BY THE CORRECTIONS OFFICER EACH MORNING, AND INCOMING MAIL WILL BE DISTRIBUTED DAILY TO INMATES. ALL INCOMING AND OUTGOING MAIL MUST HAVE THE SENDER'S FIRST AND LAST NAMES (NO INITIALS OR NICKNAMES ACCEPTED) AND COMPLETE RETURN ADDRESS.

EXAMPLE:    JOHN DOE #1111
            901 EAST MAIN STREET
            DOTHAN, AL 36301

                                                JANE DOE
                                                123 ANYWHERE STREET
                                                ANYTOWN, ANYSTATE 12345

**LAW LIBRARY**

OUR FACILITY HAS A LAW LIBRARY FOR THE USE OF THE INMATES. IN ORDER TO VISIT THE LAW LIBRARY YOU MUST FILL OUT A REQUEST FORM TO THE SC/O ON DUTY. THE LAW LIBRARY WILL BE USED AT THE DISCRETION OF THE SC/O ON DUTY. YOU MUST LEAVE THE BOOKS IN THE LAW LIBRARY; NO BOOKS ARE TO BE REMOVED. YOU MUST LEAVE THE LAW LIBRARY NEAT AND ORDERLY.

## EXAMPLE LIVING AREA REQUIREMENTS



TOWEL-WASHCLOTH CENTERED AT FOOT OF BED

SHOES AT ENDS OF BED WITH TOES TURNED OUT

### NON-COMPLIANCE OF RULES LISTED BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

1. BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
   8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
   7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
   ***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A SANCTION/RESTRICTION.
2. EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
3. NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

# HOUSTON COUNTY JAIL
# MEDICAL DIVISION
# PRICE LIST

INMATES ARE CHARGED FOR THE FOLLOWING MEDICAL SERVICES WHILE HOUSED AT THE HOUSTON COUNTY JAIL. THE COST OF MEDICAL SERVICES WILL BE TAKEN OUT OF YOUR COMMISSARY ACCOUNT.

| Service | Price |
|---|---|
| HOSPITAL VISITS | $10.00 |
| DOCTOR VISITS | $10.00 |
| NURSE PRACTITIONER VISIT | $10.00 |
| LPN VISITS | $1.00 |
| EMT VISITS | $1.00 |
| LAB/X-RAY | $10.00 |
| PRESCRIPTIVE MEDICATIONS | $5.00 EACH-THIS IS PER MONTH ON CONTINUOUS |

PRESCRIPTIONS; EXAMPLE: BLOOD PRESSURE PILLS AND ANTI-DEPRESSANTS, AND PER PRESCRIPTION ON SHORT TERM PRESCRIPTIONS. EXAMPLE: ANTIBIOTIC

TYLENOL (2)                               $ .50 WHEN YOU RECEIVE IT FROM THE OFFICER

Houston County Jail
Policy and Procedure Directive

# INMATE RULES AND REGULATIONS

Date Issued: May 1, 1999                                      Policy Number: E-301

**POLICY:**

It is the policy of the Houston County Jail to advise inmates, in writing, of inmate rules and regulations.

**PROCEDURE:**

The jail will provide each inmate admitted to general population a copy of the inmate rules and regulations.

The inmate rules and regulations handout will be reviewed by the Jail Administrator and updated as necessary.

ACJS 13-001

Houston County Jail
Policy and Procedure Directive

# RECEIPT OF INMATE RULES AND REGULATIONS

Date Issued: May 1, 1999                                          Policy Number: E-302

**POLICY:**

It is the policy of the Houston County Jail to inform all new inmates of the inmate rules and regulations.

**PROCEDURE:**

Prior to any inmate being placed in a regular housing unit of the jail, the jail will provide the inmate with a copy of the inmate rules and regulations.

If the inmate is unable to read the inmate rules and regulations, a jail officer will read them to him/her and document the event. In reading the rules and regulations, the staff member will explain each rule and regulation and answer any questions the inmate may have about the rules and regulations.

The jail officer will complete the Rules and Regulations Receipt form advising the inmate that he/she will be required to abide by those rules and regulations while an inmate in the Houston County Jail.

The inmate will then be required to sign the receipt form. If inmate refuses, the process will be documented and procedure continued.

The receipt form will be placed in the inmate's file.

Page 1 of 1                                          EXHIBIT C

# HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

2150
12-22-04

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 43183 | Bailey | James | William | | — | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| HCSD | 12-22-04 | | | 3-24-5 | Rel to Kilby |

| RISK | STATUS | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|
| Escape Risk | State Inmate | E | F11 B | Hunter | Langley |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 1-6-78 | 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 | W | M | 4'10 | 170 | Blo | Haz | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPS/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| | Neg J.14 | Neg Officer Thomas | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPS/BY | ATTORNEY |
|---|---|---|---|
| Prob/Parole AL DOC | | | Co. Enlarger |

| HOLD 1 | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|
| | | Rodney Peak | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| Henry Co | 1-3-05 INV Anderson | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 204 Southport | Dothan | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE 36375 | PHONE | RELATION |
|---|---|---|---|---|
| Frankie McDaniel | | Slocomb AL | 334-886-2148 | Mother |

REMARKS: No phone calls until Thurs up to 5:00 This back, no make call per Langley
Criminal Murder @ Henry Co.

| DID INMATE RECEIVE PHONE CALL? ( )Y (X)N | DID INMATE RECEIVE JAIL RULES? ( )Y ( )N |
|---|---|
| INMATE SIGNATURE X James Bailey | INMATE SIGNATURE X James Bailey |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM NO. 100 334-792-9628


EXHIBIT D

| INMATE # | 43183 | NAME | Bailey, James | | | |
|---|---|---|---|---|---|---|
| CHARGE | UPCS | WARRANT # | DC/TR 21-3886 1-24-2005 8:30 PM HCCH | INDICTMENT # | CC/CS/DR | CONVICTION |
| BOND | 10,000 | HCCJ | | | | |

| CHARGE | Trafficking meth | WARRANT # | DC/TR 21-3888 (24-3885) | INDICTMENT # | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | 50,000 | | | | | |

| CHARGE | Poss Precursor Chemicals | WARRANT # | DC/TR 21-3888 | INDICTMENT # | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | 10,000 | | | | | |

| CHARGE | UPCS 1st | WARRANT # | DC/TR 21-3887 | INDICTMENT # | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | 50,000 | | | | | |

| CHARGE | Poss Mar / PFP 2nd | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR 28-1003 | CONVICTION 3 yrs |
|---|---|---|---|---|---|---|
| BOND | 0 | | | | | |
| near new charge | | | | | | |

## HOUSTON COUNTY JAIL
## DOCKET CONTINUATION CARD

| INMATE# | 43183 | NAME | Bailey, James, William | | | |
|---|---|---|---|---|---|---|
| CHARGE | Escape 2nd | WARRANT# WARR-13583 | D/TR 2-14-05-8:30A | INDICTMENT# CC-730 | CC/CS/DR | CONVICTION |
| BOND | $100,000 | | | | | |

*Inc New Charg 2/17/05*

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

## HOUSTON COUNTY JAIL
## DOCKET CONTINUATION CARD

| INMATE# | NAME Bailey James | | | | | |
|---|---|---|---|---|---|---|
| CHARGE Assault 3rd | | WARRANT# 05-7771 | D/TR 05-922 | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND 1,000 | | 03-28-05 0830hrs | | | | |

New 3/23/05

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | D/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

# INMATE GRIEVANCE FORM

DATE: _____  INSTITUTION: _____

NAME: _____  INMATE NUMBER: _____

NATURE OF GRIEVANCE OR INFORMATION

_____
_____
_____
_____
_____
_____
_____

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _____

_____
_____
_____
_____
_____
_____

DATE HEARING: _____

COMMITTEE FINDING OR RESPONSE: _____

_____
_____
_____
_____

REFERRED TO: _____  POSITION: _____

CHAIRMAN: _____  MEMBER: _____

MEMBER: _____  WARDEN: _____

AGREE: _____ DISAGREE: _____  (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____

_____
_____
_____
_____

DATE GRIEVANCE FILED: _____  TIME FILED: _____

SHIFT COMMANDER:

**EXHIBIT E**

Houston County Jail
Policy and Procedure Directive

# INMATE GRIEVANCES

Date Issued: May 1, 1999           Policy Number: E-401

**POLICY:**

It is the policy of the Houston County Jail that inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.

**PROCEDURE:**

The Jail Administrator will devise a grievance form to be made available to all inmates on request. Grievance forms will be limited to one (1) per day per inmate.

Completed grievance forms will be delivered to the Jail Administrator through an appointed grievance officer, who will respond to the grievance.

The grievance response to the inmate will be in writing.

The decision of the Jail Administrator may be appealed to the Sheriff or designee, within seventy-two (72) hours of the receipt of the grievance decision.

Page 1 of 1      **EXHIBIT F**