# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: around 8:00 pm   DATE: 01-17-04   PLACE: Houston Co Jail J pod

I, Beverly Reynolds, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on 01 / 17 /2005.

It was reported that the inmates in J-2 James Bailey & David Wilson had a home made shank. They were searched & their cell & it was found. Neither one would claim it. They stated the other inmates were throwing urine in their cell. Everything was wet by their door. Lots of racial tension in the pod between the blacks & the whites. They stated inmates Jonas Hill & Anthony Johnson threw the urine in their cell. No one saw them so we don't know who did it. J-1 who has inmates Jeremy Lynn & Samuel Livingston also had stuff thrown in their cell. They are trying to get moved to N pod for their P.C. lockdown. They don't want to be in J pod. J pod was placed on lockdown because of all the problems. They will have to be rolled out one cell at a time. I will get with Sgt. Davis & see how long they need to stay on lockdown & even after they come off lockdown should we just roll one time at a time out.

Sgt. Reynolds
SIGNATURE

01-17-05
DATE

02/15/05  3rd shift

- See Cell Assignment Sheet.
- K2 Thomas  30min Suicide Watch
- K3 This from Bpod "To stay for 24hrs.
  per Sgt. Buchmann. No Mat, no blanket."

READ- (K4) Bailey & (K5) Wilson are to Be
  considered Escape Risk  3rd shift
  Found where they were sawing through
  the bar in their cell to Escape.
- No one to book

  % J. Toum / Jackson

1st Shift  02-16-05

K2 Suicide Watch
Come to Court Has his
Shoes and socks. Must
Be Taken

K? Rolled out Shower Only
Docket Too Busy for
exercise

See Cell Assignment
K? did not roll out
@ court

2-16-05
2nd shift
See Cell assignment  11 to book.
K4 & K5 - Escape Risk
K6-L10.  K8 - to book. I will be PM
Am by Hoover Rd

- In order for a person to be brought in on off bonds, you must have a Bondsman's Process. Do not add off bonds to a Docket card without proper paperwork.
- You must document on the card if a person makes bond & is still being held in custody for another agency. I'm Tiffany Davis made bond & nothing was on her card!

2-17-05  1st
See Cell Assignment

2-18-05  1st Shift

See Cell Assignment

- Incarcerated new chg.
  4 to Book
  4 to be released.

2-18-5                    2nd shift
See cell assignment
18 in book
busy night
F-5 Wilson, Davis ? relise rollout
F-4 had four out/shower
              C/O Collins
              C/O Hodson

* 3rd Shift - Per Sgt Davis - please straighten
up the 2004 pink pages.
- If Michael Spivey comes in from DPS
he is to go to holding cell # 7 per
Sgt Jennen.
                    KTen

3-05-05   3rd Shift
    See Cell Assignments A to bulk
        to field Ch Hudson.


3/26/05   2nd Shift
See Cell Assignment Sheets.
K1- Conway - Released
K2- Westbrook - Now on CID pending discipline
K5- Barley - showered. Refused recreation.
    Wilson - Refused Roll out - Per JE No clearance for
    telephone use as of yet.
K6- Rolled out for shower. Refused rec.
K7- Givens Michael - housed per Nursing
All pocket officers CAN we all please make a conscious
effort to check the filing Cabinet for property envelopes
Before we place an inmates blue property bag in the
property room? This will help reduce the back log
of envelopes in the drawer.
    ACSO investigators came by speak c 1/u Robinson, Timp.
            C/o Litchfield
            T/o Oliver

to book
See cell assignment
K-7 Had Shower

3-1-05  1st Shift  CoSmith / Hunter
- 8 to book
- 1 incarcerated new charge
- he ref. to Tracy Holt - she has to make
bond on the charges per Judge Anderson
+ Lt Forehand.
- K1 had Time out for shower + rec.
Xteau / Jones

3-7-5                      2nd shift
- See cell Assignment
- 2 to book ⅔ ⅗
- 1 INCAR NEW CHARGE
- K-4 Vroblick, John  refuse Roll out
- K-5  Both Refused Roll-out and shower
Clo Culver
Clo Miller

3-3-05  2nd Shift
- See cell Assignment
- 12 to book.
- K4 Vroblick - Showered. Please pull her mat in the A.M.
- K5 Bailey & Wilson - Refused rollout. Cleaned cell
- K6 - Rogers Jones - 30 min med watch
- K7 Johnson - Per Records he will be released at 0700 every
morning and will turn himself in every afternoon by 1545. He
has school Per Carla.
Busy Shift
Co Miller  Co Jula

## JAILERS DAILY SECURITY CHECK

| JAILER | SHIFT | TIME | FLOOR | REMARKS | DATE |
|--------|-------|------|-------|---------|------|

## JAILERS DAILY SECURITY CHECK

| JAILER | SHIFT | TIME | FLOOR | REMARKS | DATE |
|--------|-------|------|-------|---------|------|
| CHS | 2nd | 1554 | | Colivil & Charyle - SSI Rollin - Trustee radio | 9-10-05 |
| | | 1608 | | D P D - 401 - out 417 with Trustee in th | |
| | | 1653 | | Chivin to out trays - out - 1659 | |
| | | 1711 | | Michael McNivr Dict with Thompson | |
| | | 1752 | | City back with trays out-181 | |
| | | 1753 | | F/S - 401 - out - 1815 | |
| | | 1813 | | 3518 in 401 - put - 1826 | |
| | | 1817 | | | |
| | | 1835 | | UIS Relieved of J-32 for break | |
| | | 1842 | | 3518 out of 401 | |
| | | 1851 | | 3518 @ 401 | |
| | | 1905 | | 3518 out of 401 | |
| | | 1910 | | ABL - Anthony - out 1051 | |
| | | 2002 | | RaptHandl AD - Trustee | |
| | | 2016 | | Replaced Rennis as trone served | |
| | | 2107 | | F/S in 401 - 2/23 | |
| | | 2114 | | 3518 401 - out - 2131 | |
| | | 2113 | | william ALS - Cash box 437.51 | |
| | | 2118 | | Add - william ALS Cash box $32.57 | |
| | | 2127 | | All refunds only put to till - to served | |

## JAILERS DAILY SECURITY CHECK

| JAILER | SHIFT | TIME | FLOOR | REMARKS | DATE |
|---|---|---|---|---|---|
| *(signature)* | 2nd | 2303 | | Cp Booker In-40-1 Vi-43; Cp Booker Out to Medical center | 2-19-05  23815 |

TO REORDER CALL HOUSTON PRINTING CO, INC. 722-5651 • FORM JISC2005; WOJE

# JAILERS DAILY SECURITY CHECK

| JAILER | SHIFT | TIME | FLOOR | REMARKS | DATE |
|---|---|---|---|---|---|
| c/o Bullard | 3rd | | | | 8/19 |
| | | 2310 | | Control Relieved c/o Dye. Rec'd big radio, mini radio | |
| | | | | extra batteries Generator skill showing low water | |
| | | 2332 | | Temp. | |
| | | | | S/m out 1211 (flow crew) | |
| | | 2334 | | Money In — Garris, Lynn $13.65 check | |
| | | | | Thomas, Nora $26.00 | |
| | | | | Miller Lonny $41.00 | |
| | | | | Smith, James $298.00 | |
| | | 2344 | | Sgt Bonin out 1051 | |
| | | 2352 | | 3BB in 1051 w/ 1 w/m (not inmate) out 0011 | |
| | | | | water tour - Bonin out 0011 | |
| | | 0013 | | c/o Hunter, I/m from Dorbat to TR | |
| | | 0035 | | Sgt Nash, c/os Pearson Dykes, Lux out 1051 In 0045 | |
| | | 0041 | | c/o A Jackson out 1051 In 0050 | |
| | | 0053 | | c/o Bullard Out 1018 (papers) IN 0115 | |
| | | 0118 | | S/o in 105) IN: 0190 Out: 0190 | |
| | | 0158 | | Powerwatch tour | |
| | | 0204 | | 3BB in 1244 w/ Elder out 0244 | |
| | | 0204 | | 3BB in 1244 out 0244 | |
| | | 0235 | | c/o Gator 1 I/m in 1244 | |
| | | 0205 | | | |
| | | 0844 | | c/o Jones out 1018 In 0241 | |

TO REORDER CALL HOUSTON PRINTING CO., INC. 751-4511 • FORM DISCHARGE WIDE

## JAILERS DAILY SECURITY CHECK

Pg 2

| JAILER | SHIFT | TIME | FLOOR | REMARKS | DATE |
|---|---|---|---|---|---|
| C/o Bullard | 3rd | 0239 | Control 6 | E/m to Kitchen | 2/1/05 |
| | | 0238 | | C/o Pearson, A. Jackson out 1051   In 0251 | |
| | | 0254 | | C/o Gate out 1244, this returned to Back Lot | |
| | | 0254 | | C/o Gate in 1202 | |
| | | 0255 | | ABL Dunlap in 1018 | |
| | | 0255 | | Watch Tour - A. Jackson | |
| | | 0255 | | C/o Barnes out 1018   out 0258 | |
| | | 0308 | | Sgt Bonini out 1051   In 0330 | |
| | | 0304 | | Sgt Marsh in Kitchen | |
| | | 0310 | | Nurse Hathaway in 1018 | |
| | | 0315 | | H32 returned to back Lot, C/o Moon in 1202 | |
| | | 0324 | | C/o Fitzgerald in 1018 | |
| | | 0326 | | C/o Moon out 1051 | |
| | | 0327 | | Diabetics to Clinic   In 0329 | |
| | | 0339 | | C/o A. Jackson  E/m from Docket to A-H | |
| | | 0350 | | Meds @ TR | |
| | | 0400 | | Meds @ WK | |
| | | 0406 | | Meds in Clinic | |
| | | 0410 | | Meds in 1211, then I/5, A-H | |
| | | 0411 | | Meds in 1211 then 1006   out 6047 | |
| | | 0427 | | City getting trays   out 0445 | |
| | | 0434 | | Meds back in Clinic | |
| | | 0455 | | | |

TO REORDER CALL HOUSTON PRINTING CO., INC. 762-6651 - FORM J3SO239B1 WD46

## JAILERS DAILY SECURITY CHECK

| JAILER | SHIFT | TIME | FLOOR | REMARKS | DATE |
|---|---|---|---|---|---|
| c/o Bullard | 3rd | 0537 | Control | Oley returning trays | 2/09/05 |
| | | 0601 | | Sgt Tim w/o call to work | |
| | | 0635 | | Sgt Turner in 1051 | |
| | | 08 03 / 0703 | | Multiple Deputies in jail | out 0655 |
| | | 0710 | | 1st Shift in 101K | out 0540 |

PG 3

DATE 2-20-05

## HOUSTON COUNTY JAIL
## INMATE MEDICAL DOCUMENTATION FORM

INMATE NAME: _Bailey James_    INMATE NUMBER: _____

POD & CELL LOCATION: _K-4_    (30-MINUTE) HOURLY (CIRCLE ONE)

| EVENT/ACTIVITY/CODE: | 7:00 to 3:30 shift | 3:00 to 11:30 shift | 11:00 to 7:00 shift |
|---|---|---|---|
| 1. Verbal/Relaxed | 7:00 a.m. ___ | 3:00 p.m. ___ | 11:00 p.m. ___ |
| 2. Quiet | 7:30 a.m. ___ | 3:30 p.m. ___ | 11:30 p.m. ___ |
| 3. Sleeping | 8:00 a.m. 5 | 4:00 p.m. ___ | 12:00 a.m. ___ |
| 4. Yelling | 8:30 a.m. 4 | 4:30 p.m. ___ | 12:30 a.m. ___ |
| 5. Struggling | 9:00 a.m. 5/4 | 5:00 p.m. ___ | 1:00 a.m. ___ |
| 6. Crying | 9:30 a.m. 6/4 | 5:30 p.m. ___ | 1:30 a.m. ___ |
| 7. Hallucinating | 10:00 a.m. 2 | 6:00 p.m. ___ | 2:00 a.m. ___ |
| 8. Delusional | 10:30 a.m. 3 | 6:30 p.m. ___ | 2:30 a.m. ___ |
| 9. Meals Accepted | 11:00 a.m. 3 | 7:00 p.m. ___ | 3:00 a.m. ___ |
| 10. Meals Rejected | 11:30 a.m. ___ | 7:30 p.m. ___ | 3:30 a.m. ___ |
| 11. Fluids Accepted | 12:00 p.m. ___ | 8:00 p.m. ___ | 4:00 a.m. ___ |
| 12. Fluids Rejected | 12:30 p.m. ___ | 8:30 p.m. ___ | 4:30 a.m. ___ |
| 13. Shower/Hygiene | 1:00 p.m. ___ | 9:00 p.m. ___ | 5:00 a.m. ___ |
| 14. Accept Medication | 1:30 p.m. ___ | 9:30 p.m. ___ | 5:30 a.m. ___ |
| 15. Reject Medication | 2:00 p.m. ___ | 10:00 p.m. ___ | 6:00 a.m. ___ |
| 16. Accepted Exercise | 2:30 p.m. ___ | 10:30 p.m. ___ | 6:30 a.m. ___ |
| 17. Refused Exercise | 3:00 p.m. ___ | 11:00 p.m. ___ | 7:00 a.m. ___ |

1ST SHIFT OFFICER(S) SIGNATURE: _Sgt Miller_

2ND SHIFT OFFICER(S) SIGNATURE: _____

3RD SHIFT OFFICER(S) SIGNATURE: _____

Inmate on suicide watch is to be observed every 30-minutes (or) every hour (UNLESS OTHERWISE NOTED BY THE MEDICAL STAFF) by the Corrections Officer and notations made by number. Put number of event/activity in blank by the time checked.

This form will be passed on at shift change, until all three (3) shifts have made their notations. At this time, the form will be turned in to the Medical Division and a new sheet started. If the SUICIDE WATCH is terminated, the officer in charge at that time, will turn in the form.

ADDITIONAL COMMENTS: _I'm was in restraint Chair He agreed to not cause problems and was removed from the chair._

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 820    DATE: 02-20-05    PLACE: Docket / K-4

I, Sgt Owner, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on 02 / 20 /2005.

Im James Bailey was put into the chair to be restrained on 3rd shift due to causing problems. When I reported to work, I went to Docket and Im Bailey was making the chair bounce and the chair turned over and he hit his head on the wall. He said how stupid that was and the chair was secured to the bunk, so he could not turn it over again. He was then trying to bang his head on the back of the chair, so a blanket was placed behind his head.

Im Bailey got quiet and went to sleep in the chair. He was then removed from the chair

SIGNATURE: Sgt Owner    DATE: 02-20-05



HOUS JAIL
901 EAST MAIN    ALABAMA 36301
PHONE (334)    34) 671-9479

DATE: 3/29/05

TIME: 1:50 p.m.

NUMBER: 334-215-0630

ATTENTION: David Morris

DEPARTMENT: Alabama Dept. of Corrections

RE: Inmate James Bailey

Mr. Morris enclosed are statements from officers at the Houston County Jail in regards to I/m Bailey and the assault of officer/Fitzgerald. He was at docket because of an escape attempt he was involved in.

TOTAL PAGES: 8

FROM: W. B. McCorty, Commander Houston County Jail

IF THERE ARE ANY PROBLEMS WITH THIS FAX OR YOU HAVE RECEIVED THIS FAX IN ERROR,
PLEASE CALL THE NUMBER ABOVE

# HOUSTON COUNTY JAIL
## STATEMENT FORM

**TIME: 23:45 P.M.    DATE: 02/19/2005    PLACE: HOUSTON COUNTY JAIL**

I Sgt. Thomas Marsh, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 02/19/2005.

On Saturday February 19, 2005 at approx. 22:25 p.m. in the docket area all available officers were called to cell k-4. When Sgt. Bonin and myself came to the scene C/O Williams, Culver, and Fitzgerald were coming out of the cell with I/M James Bailey. I/M Bailey appeared to be unconscious at the time. I/M Bailey was placed on the floor and there was no movement coming from him. I/M Bailey had a big contusion on the right side of his head just above his right eye. There appeared to be a gash along side of his head and was bleeding. Sgt. Bonin at that time went to nursing to get some ammonia caps to see if he might be faking or not. At that point C/O Fitzgerald slapped I/M Bailey in the face and was telling him to wake up. I/M Bailey was unresponsive. C/O Fitzgerald then lifted him up in a upright position and at that time C/O Fitzgerald , Culver, and Hudson picked him up and roughly placed him in the black chair. It was at that point that Sgt. Bonin came back into docket with the first-aid bag. I/M Bailey started jumping around appearing to be having a seizure. Sgt. Bonin told the C/O's to take I/M Bailey out of the chair. I/M Bailey was placed on the floor. Sgt. Bonin placed a blanket under his head and was holding I/M Bailey so he would not hurt himself. At this point Sgt. Bonin told me to call rescue to come and transport I/M Bailey to the E.R. I then got on the phone and called dispatch and talked to dispatcher Fye and she called Dothan Ambulance service along with a deputy to come to the jail. C/O Fitzgerald appeared to have a cut up under his nose on the right side and possibly a cut on his lip. Sgt. Bonin instructed C/O Fitzgerald to go to Flowers Hospital and get checked out. Deputy Rose Shirley arrived on the scene and Dothan Ambulance Service arrived shortly after that. E.O.S.

_Sgt. Thomas Marsh_
SIGNATURE                                    **DATE: 02/19/2005**

HOUSTON COUNTY JAIL
STATEMENT FORM

I Sgt. Bonin, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on 02/19/2005.

On Saturday February 19th at approx 2225 hours all available officers were called to
docket by C/O Fitzgerald. Upon arrival with Sgt. Marsh to docket C/O Hudson, C/O
Culver, and C/O Fitzgerald were in K4 the cell door was open and smelled of capstun.
C/O Hudson was pushing the black restraint chair out of the cell and they were dragging
I/M Bailey out of the cell. I/M Bailey appeared not to be moving and was limp C/O
Fitzgerald slapped I/M Bailey on face. I/M Bailey had a laceration above his left eye
approx. 1 to 1 ½ inches. I went to medical to get the first aid bag. Upon arrival back to
docket I/M Bailey was in the restraint chair. I/M Bailey started to have what appeared to
be a seizure and I instructed the officers to remove inmate Bailey from the chair. I had a
C/O get me a blanket and placed it under his head and supported inmate Bailey so that he
would not hit his head on the floor. I told Sgt. Marsh to call for rescue which he did.
Inmate Bailey had a pulse of 120 24 resp. Deputy Shirley arrived and was asking what
had happened. A few minutes later Dothan Ambulance was there and took over care of
inmate Bailey. Inmate Bailey was waking up when rescue arrived. He stated that C/O
Fitzgerald sprayed him and that the spray wasn't shit and that I hit him (C/O Fitzgerald) to
Deputy Shirley. Inmate Bailey was transported to SEAMC by Dothan Ambulance and
Deputy Shirley. C/O Fitzgerald had injury to his nose and hand he was taken to Flowers
Hosp. by C/O Moon for evaluation. Commander McCarty was called and nursing called.
The following officers responded to docket C/O Moon, C/O Williams, C/O Mckeel.

*Q H Bon  Sgt.*
Sgt. Ray Bonin

Date: 02/19/05

## HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 0115     DATE: 2-20-05     PLACE: HCS

I, K. Fitzgerald , make the following true and correct statement pertaining to an
Incident/Offense which occurred at the Houston County Jail on 2 / 19 /2005.

At approx 2240 hrs on Saturday 2/19/05, C/o Fitzgerald was working in pocket
"M Bravey, James #43183 was asking to take a shower. He had previously
been returned from his required shower/recreation time out. I told him
that he could not take a shower. Due to the fact that docket was busy
and myself & C/o Culver were doing end of shift paperwork. He began demanding
to speak to the Sgt on duty. I told him "Not right now, Sgt Marsh would
be available in 30 minutes." He stated "You denying me my right to speak
to the Sgt. I stated at this time I was. He said "I want the god-damn
sgt here now." I told him that he needed to settle down." He continued
shouting. He stated "Someone call 800 and the rest of a phone number
that I did not hear. He threatened me with lawsuit & job loss for the
3rd time I told him that if he didn't settle down he would be placed
in the restraint chair. His disruptive behavior continued. I called
for all available officers. We opened the cell door. I instructed "M Bravey"
to come out of the cell. He refused. As I entered the cell, he got
down on his knees and turned away from me. I instructed him to stand
up 3 times. he refused. I interlocked my arms on his in an attempt to
pick him up. He then lifted his arm up and struck me on the right side
of my nose/face. I then deployed a short burst of capston into his

K. ____     2-20-05
SIGNATURE     DATE

(7)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 0030          DATE: 2-19-05          PLACE: HOUSTON COUNTY JAIL

I _____, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on ___2___/_19___/_04___

face. He then reached behind and grabbed me by the head. I the struck
him in the arm/knee area with my baton. I placed him in a headlock,
we had both managed to get up into our feet. As I was restraining him
to the floor, He struck the right corner of his head. I was almost certain
that it was on the corner of the metal bunk. Myself, C/O Curtis, & C/O
Hudson took physical control of I/m Bailey we extracted him from the
cell. He was placed in the restraint chair. As we were securing the
leg irons & handcuffs, he began to shake in a seizure sort of way. Sgt Brown
instructed us to take I/m Bailey out of the chair. we did so. Myself & Mann
had control of his lower torso area. Sgt Brown & C/O Curtis had his
upper torso. Sgt Brown instructed us to let go of him. We did. Several
minutes later, Paramedics from Pilcher's Ambulance service arrived. I/m Bailey
was transported under escort to SEAMC. The only injury noted in I/m
Bailey was a small 1"-1½" laceration above his right eye. My personal
injury noted included a small section of skin pulled from my out lower
Nostril and some soreness to my right index finger. Upon Sgt Brown order,
I proceeded to Flowers Hospital for treatment/report taking. No other officers
reported any injuries during this altercation.

KEITH FITZGERALD

K. Fitzgerald                              2-20-05
(Signature)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _10:50 P.M._ DATE: _02-19-05_     PLACE: HOUSTON COUNTY JAIL

I _Gregory S. Hudson_ make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _02 / 19 / 05_

On 02-19-05, at approx 10:25 P.M., in the dockett area of Houston County Jail, I/M JAMES BAiley, in K-4 (cell) was loud and saying he wanted to speak to the Sergeant. C/o Fitzgerald was in dockett and responded to I/M Bailey telling him NO & to quieten down. I/M Bailey continued to be loud and make threats of law suit and physical contact (to "whip your ass") to C/o Fitzgerald. After Repeated Requests (approx 3) to quieten down, I/M Bailey had not complied. C/o Fitzgerald asked for the door to K-4 to be opened. When it was opened C/o Fitzgerald and I (C/o Hudson) both had our pepper spray out. C/o Fitzgerald was in the doorway and I was holding the door. When C/o Fitzgerald to I/M Bailey to get into the Restraint chair, Bailey said "NO". This was repeated approx. 2 more times. When Bailey continued to refuse and then turned to walk away, C/o Fitzgerald assisted got him to his knees.

_____ (Signature)     02-19-05
                                        (Date)

## HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _10:50 p.m._ DATE: _02-19-05_    PLACE: HOUSTON COUNTY JAIL

I, _Gregory S. Hudson_, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _02 / 19 / 05_    ②

When this failed C/o Fitzgerald sprayed Bailey
and Bailey started fighting with C/o Fitzgerald
& C/o Culver. As they were fighting, all 3
men fell to the cell floor. I went outside to
get the restraint chair and took it into the
cell. at this time C/o Culver & C/o Fitzgerald
got off Bailey and Bailey was lying limp on the
cell floor. At this time is when I saw the "cut"
"bump" on the right side of Bailey's head.
The residual effects of the spray was so light
that Bailey did not receive a full spray from
C/o Fitzgerald.

_(Signature)_                    _02-19-05_
                                 _(Date)_

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 23:15     DATE: 2-10-5     PLACE: HOUSTON COUNTY JAIL

I C/O Culver _____, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 2 / 19 / 05.

At approx 22:25, Inm Bailey, James was asking to take a shower, C/o Fitzgerald said no, he already had his time out. Inm Bailey, James wanted to speak to the Sgt on duty, C/o Fitzgerald again told him no. Inm Bailey, James began incooperating by yelling that he wanted to see the Sgt. I C/o Culver popped k-4 while C/o Fitzgerald and C/o Hulsey stood at k-4. C/o Fitzgerald told Inm Bailey, James to get in the chair, Inm Bailey, James refused and sat into his knees. C/o Fitzgerald tried to get him in the chair, thats when Inm Bailey, James swung his elbow and hit C/o Fitzgerald on the face. I C/o Culver, C/o Fitzgerald and Inm Bailey, James began ___ holding, thats when C/o Fitzgerald sprayed __ Inm Bailey, at that moment Inm Bailey fell to the ground and hit his head. Inm Bailey, James had his arm around C/o Fitzgerald's throat, thats when I had to hit him a couple times in the side for him to let go. At that moment, more officers came, and Inm Bailey, James was already subdued. Inm Bailey, James was brought out of k-4 and thrown into the chair. An Ambulance was called and Inm Bailey, James was taken to hospital.

EOS

_____
(Signature)

2/19/5
(Date)

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: _2240 hrs_    DATE: _2-19-05_    PLACE: <u>HOUSTON COUNTY JAIL</u>

I _S. Moon_, make the following true and correct statement pertaining to the Incident/Offense that occurred at the Houston County Jail on _02 / 19 / 04-05_.

At approximately 2240 hrs, while making a security check on the perimeter of the jail, I received an all officers call on the radio to docket. Upon entry into docket I smelled cap-stun and observed officers Hudson, Fitzgerald and Culver exit Cell K-4 with Inmate Bailey (43183). Inmate Bailey had an obvious head injury and officer Fitzgerald as well had obvious injury to his face.

I proceeded to assist these officers in putting Inmate Bailey into a restraint chair. When we got Inmate Bailey into the chair he went into what appeared to be convulsions. At that time we laid him out on the floor and waited for emergency services to arrive. Deputies arrived on scene and questioned Inmate Bailey about what happened. Inmate Bailey stated, "Officer Fitzgerald sprayed me. I told him spray wasn't shit, then I hit him (meaning c/o Fitzgerald) in the head."

At this time I went to check on c/o Fitzgerald and prepared to transport him to Flower's hospital for possible treatment.

E. O. S.

_c/o S. Moon_
(Signature)

_February 19 2005_
(Date)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _2235_    DATE: _02/19/05_    PLACE: HOUSTON COUNTY JAIL

I _SAMUEL MOORE_, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on _02 / 19 / 04 05_ :

AROUND 10:25 PM ON 02-19-05 I RESPONDED TO AN NEL
OFFICERS CALL TO DOCKET. UPON ARRIVAL, CELL K-3 WAS
OPENED. OFFICER FITZGERALD, SIZEMORE WILLIAMS, AND HUDSON HAD I/M
BAILEY ON THE FLOOR OF THE CELL. As HUDSON WAS REMOVING THE
BLACK CHAIR FROM K-3, I TOOK THE CHAIR AND PUT IT OUTSIDE
THE CELL. I/M BAILEY WAS TAKEN OUT OF K-3 AND PLACED
IN THE CHAIR. I ASSISTED IN PUTTING LEG IRONS
ON THE INMATE. I/M BAILEY BEGAN TO HAVE A SEIZURE
AND WAS REMOVED FROM THE CHAIR. So McGEE
AND I REMOVED I/M BAILEY'S LEG IRONS. SGT ROWIN
PLACED I/M BAILEY'S HEAD UNDER A BLANKET. AN
AMBULANCE WAS CALLED TO TRANSPORT I/M BAILEY
TO THE HOSPITAL.
          E.O.S

_Samuel Moore_              _02-19-05_
    (Signature)                  (Date)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 2325     DATE: 02-19-05     PLACE: HOUSTON COUNTY JAIL

I JAY J. McKeel , make the following true and correct statement pertaining to the
Incident/Offense that occurred at the Houston County Jail on 02 / 19 / 05 .

AT Approximately 2230, I responded to An ALL officers
Call to Docket. When I Arrived to Docket officers were
taking Inm Bailey James out of his cell. He was put into
the black chair and restrained. Inm Bailey James was then
Removed from the restraints And Laid on his stomach on a
Blanket in Docket. Pictures were taken of Inm Bailey James.

Jay J. McKeel
(Signature)

02-19-05
(Date)

# RECORD

1. Read pass on
2. Beg Count 9  Ending ct
3. Clinic List posted
4. No count List
5. No Dr's Runs.
6. J Pod was up Tonight for stealing trays
They cant Pod out To the r'm.
7. I/m James Bailey was moved from
E pod floor To J Pod cell #2 He Is
on Admin. Yd He may Keep his Belongings
He Is An Escape Risk Inv. from Henry
co. Passed Info Along They say His family
was trying To Break him out. ~~the~~
8. 1/3 of The food Trays Had Raw ~~foot~~
meat on them Tonight
9. Busy night.

                    Sgt. Bsmn

01/13/05 3RD
1. We have read the pass on
2. Beg Count 12
3. End Count 16
4. City trays checked
5. Meds passed out
6. No Court list
7. Clinic list posted
8. Drs. run ported next week
9. I/m Jeremy Godwin went out with Paul (maint.)

                    Sgt. Mank / Sgt. Buchmann

01/11/05  I have read the pass on 1st sh.

① Beginning count on envelopes is 19.

② Count list posted for Tuesday.  Ending 20

③ There were some problems with inmate Gregory Parrish on 1st shift + then some more problems on 2nd Shift. After speaking to Sgt. Davis he was moved from Dpod to N-2 + placed on Security of the jail lockdown. He is only to roll out when everyone else is rolled in so he won't get jumped.

④ There were problems in T pod tonight. It was told that inmates in T-2 James Bailey + David Wilson had a home made shank. They were searched + it was found. Other inmates in T pod had + thrown urine in their cell + in cell T-1 where Jeremy Lynn + Samuel Livingston are housed. T pod was placed on lockdown because of the problems. Each cell needs to be rolled out alone. The inmates in T-1 + T-2 stated it was Jonas Hill + Anthony Johnson who threw the urine. No one knows for sure who did it. Paperwork was done on Bailey + Wilson. Lots of racial tension in the pod between the blacks + the whites. I going to get with Sgt. Davis + see how long they need to



② Beg. count 13
③ END. count
④ City trays checked
⑤ No court list
⑥ No clinic list
⑦ Dr. run posted next week
⑧ meds passed out
⑩ Kitchen still has no hot water
⑪ Inditments still need to be signed by the inmate + put in the computer Docket was real busy today.

AS% Robert

01-30-05  I have read the pass on book.
① Beginning count on envelopes is 14. Ending 16
② Trip packets on the Sgts. desk.
③ Doctors runs posted.
④ No Dental run.
⑤ Nurse Hattaway gave out the P.M. medications.
⑥ Inmate Bailey + Wilson are to come off L.D. tonight. Please check with Sgt. Davis to see if they are on P.C.? I believe they were before they go their disciphnary time.
⑦ Inmate Heather Comey was moved to K-1 after requesting P.C r talking to investigator Langley. They have used her before in cases.
⑧ No court lists posted.

Sgt. Reynolds

② Beg Count 9

③ End Count

④ City trays checked

⑤ Meds passed out

⑥ I/m's that sleep on the floor in B-Bed are in Docket K-3. One of them poured baby oil on the steps and at the door as you walk in. All 8 are in docket because no one would own up to it. They are up there for 24 HRs. They will come out @ 04:00 AM 12-17-05. ① Leonardo Wynn ② William Mc Kissic ③ Tenard Pittman ④ Christopher Adams ⑤ Travis Dickson ⑥ Donnell King ⑦ William Warren ⑧ Christopher Joyner. They will have no blanket, No mat. Per Sgt. Buchman / Sgt. March

⑦ I/m Richard Reisz is on Security of the Jail 4a in J-12 Due to the fact that he pulled the cord off of one of the fans in J-Pod + slipped it under J-2 door for them to use as some kind of fire device. Upon searching J-2 cell % Jackson, Downs, Athey discovered evidence that I/m David Wilson + I/m James Bailey had taken metal + melted it into toothbrushes + was using it to saw through the window frame. Sgt. Ivey was called + Lav. Lafferty was called. I/m David Wilson is in K5 + I/m James Bailey is in K4. Investigator Rafferty will be here around 7:00 AM or a little after.

⑧ Court list posted

⑨ Clinic list posted

⑩ Drs runs posted

⑪ Trip people ready

⑫ Court people in the multi-purpose room

⑬ I/m's Kenneth Chandler, Ladon Shivers + Danigra Thomas were moved out of N-Pod. They all wanted to

Cont.
02-16-05    pictures of (some) marks
on his body. He stated he was
bored.

⑤ All the cells at docket are full.
We have some inmates in the
multi purpose room waiting to
be booked in. The bathroom is
locked on the kit side. Kit
trusty had to use the bathroom
in the hall.

⑥ Inmate Bailey K-4 had to be
placed in the chair. He threw
milk at C/o Miller. He also was
kicking his door. The deputies came
in ___ was told he would be
tased. He is now out of the chair
& quiet. If him or Wilson K-5
come out of their cell they must
be in restraints & watched at all times.
They are trying to Escape.

⑦ No fan - for J pod
Very busy & crazy night at docket
Sgt. Reynolds / Sgt. Bonin.

⑧ Lawrence Bowden is at docket.
His blood pressure was up. Nurse
Laura ask would 3rd Shift check
it in a little while.
Sgt. Reynolds / Sgt. Bonin.

① Because of ... Exchange
Money moved to commissary
② One doctors run for Monday 2/21/05
at 8:15 Am
③ count list posted for Tuesday 2/22/05


2/19/05   2nd
① Weekend Pass ON
② Recount # 0   Ending it 0
③ Commissary money  $20.00
④ H Pod Cleaned
⑤ Count List Posted
⑥ DR Fire monday 2/21/05
⑦ I/m James Bailey says that he has hemmroids
a RASH and hernia and he needs his
Mat.
⑧ I/m Bailey was sent to ER he was
sprayed and Some how hit his head
and had a Gash above his Rt EYE
and started to seize. Rescue was
called. C/o Fitzgerald was sent to Phoenix
ER to be checked out.
⑨ Nurse was sick Tonight Meds passed

sgt ibson

⑩ I/m Lumpkin James was moved from
J1 To Medical Nurse will see
him In the AM.

Sgt Ben

⑪ I/m Damion Thomas was moved To M 18 ON
S.O.J. Do not Put him Back Til
N Pod.                    Sgt Ben

① I have read the pass on
② Beg Count 4
③ End Count 4
④ City trays checked
⑤ Meds passed out by Hathaway
⑥ Court list posted 2-21-05
⑦ Drs. runs posted
⑧ No Clinic list yet
⑨ I/m James Bailey K-4 is in the restraint chair
at Docket, he is on a 30 min. med watch.
Deputies came in and put him in the chair

Sgt. Marsh

2/20/05  Read pass in book — Sgt. Duncan
① Beg env. 04 Ending 04
② I/m Charles + Chad Vainey's Grandmother
passed out in the hallway. She
was taken to hospital by the ambulance
I told her that she can come back
to visit with them if she is
released from the hospital tonight.
③ One drs run for I/m on 1st shift.
④ Meds passed by 40 F ears.
⑤ Court will be at the jail on
Monday.
⑥ No clinic will be held on
Monday 2/21/05
⑦ Nursing will be in to pass
meds on Monday 2/21/05.
⑧ I/m Bailey turned the restraint chair
over and hit his head on the wall

② courts was posted for Tuesday 02-22-05
③ Inmate Anthony Stilman in D pod complaining of chest pains. Nurse Holloway said if he keeps complaining to give him a nitro tablet. She doesn't think there is anything wrong with him.
④ Doctors & dental run posted. Sgt McKeal will be in early to make the dental run on Tuesday.
⑤ Inmate Bailey in K-4 has been quiet tonight.

Sgt. Reynolds

02-20-05
I have read the pass on book
① Beginning money envelope count ⑥ Ending count
② 1st Shift has a Dr's run
③ No court list Posted
④ No clinic list Posted
⑤ Ref trays checked
⑥ A 25 caliber automatic Pistol was found on the floor on the prisoner side of circket by the phone that prisoners use to call bonding companies & family Etc.
⑦ Other than the weapon, everything was pretty quiet.
⑧ Non meds are at the sink in I-2. There is one medication for 4 PM   Sgt Buchanon

nother

ance
rk

t

)

hau
ll
ai

come see him tomorrow.
Sgt Buckman

2/24/05 Read pass on book- Sgt Turner

1. Beg env. ct 03 Ending 03
2. One dis run for 1st Shift for Friday 2/25/05
3. Commissary passed by C/o's Laney/Cryshaw
4. Panel for A tot pods called in to Scott at 0130.
5. Supplies passed out today EXCEPT A+t pods.
6. Trips taken care of by 1st Shift.
7. I/m Michael Jackson was moved to J-6, due to problems with I/m Edgar Parrish.
8. C/o Miller will not be in today.
9. 3rd Shift: We moved I/m's Bailey and Wilson into cell #8 together and they are going to be there for awhile.
10. Keep I/m Stacy in on Monday 2/28/05 for CCO to interview.
11. Nail clippers done

2/24/05 2nd

① Read Pass on

② Beg ENV cy 3 Ending cy 7

③ court List Posted

④ clinic List Posted

⑤ DR Run 1st Shift

⑥ Keep F/m Lacy FN on monday 2/28/05
FOR CCO TO Interview

⑦ michael Jackson was put IN F5
F/m Hunter went on 4/0

⑧ 4/0 F/m's moved

⑨ On Sunday 2/27/05 sheriff moules
Off a coffee county Deputy will
Pickup F/m Randy Flowers at
1:00pm They will Return him
at 3:00pm The Same Day

⑩ City Trays Searched

⑪ F/m Richard Reise Has Been Placed
Back on PC He Is No Longer
On Security of The Jail

⑫ F/m Wilson & F/m Bailey are no
Longer on Security of The Jail all
Items Have Been Returned To
Them at This Time They still
Do Not Have Phone Priv.

⑬ 4/0 Britt Will Not Be Back To
Work until Monday

⑭ F/m michael Spivey Is Housed In
K7 at This Time.

Sgt Adam

3/4/05   2nd

1) Read Pass on

2) Beg Env ct 13 Ending ct

3) Count List Posted for Monday

4) DR Runs Posted for Next week

5) Do not place the seat Back in N32
IT will be needed to Transport that
Thy to court next week

6) Farm Center Still on.

7) Thy John Palmer and Thy James
Bailey HAVe Both Been charged
with Capital Murder out of Henry
co. Keep Thy Palmer AWAY from
Thy Bailey. Thy Palmer is a state
Witness. Env. Hendrixson from Henry co
Asked us to Keep an Eye on Thy
Palmer. He is housed In N-3 on PC.

8) Docket Busy.

9) Yo Groff and Yo Jackson A called
In on 2nd Shift.

10) Thy James Bailey and Thy Wilson
Both HAVe Been moved to the Back
Thy Bailey went to Opod Thy
Wilson went to I pod on PC.
Thy Sanchez was moved to N pod on Yo
and can go to A-H when he comes
off. Thy Will Jonas moved to N pod
on Yo and can go to A-H when he
comes off.

Sgt Dan

03-00-05

I have read the Pass on book

① Beginning money envelope
count 110 Ending count 110

② This for court are dressed
and in the Multi purpose
Room.

③ FYI John Farmer & James
Bailey have 1st Appearance
in Henry County on Capital
Murder Charges. #14 John Farmer
is on the court list for us
today but Lt. Lindsey
said to hold him here
until he finds out from
Henry Co what time they
need him. If he goes to
our court then Court Liason
will have to transport him

④ Male inmates for Clinic
are in the Clinic. Females are
in their dorms per Nurse
Hathaway

⑤ 2nd Shift - when you get
the court list could you
Please see if the inmates
have clothes for court & allow
them to call for clothes?
                     Sgt Buchman

## INMATE REQUEST FORM

Date: 1-5-05

To: James W. Bailey

From: Chaplain Baker

INMATES # 43183   K

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST

ACTION TAKEN Mr. Bailey here is a Bible sent from home. Please sign for receipt of Bible.

_X James Bailey_

Houston Printing Co., Inc. • Phone 65135 • Nov 3-88   WO#54

2005

# ALABAMA UNIFORM ARREST REPORT

| | Finger Printed | Palm Completed |
|---|---|---|
| | [1] Yes | [1] Yes |
| | [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

1. ORI# `0,3,8,0,1,5,6` 2. AGENCY NAME `BOARD OF PARDONS AND PAROLES`

7. LAST, FIRST, MIDDLE NAME `BAILEY, JAMES WILLIAM`   8. ALIAS AKA `JIMBO BAILEY, JAMES W. BAILEY`

9. SEX `M` 10. RACE `W` 11. HGT `6 01"` 12. WGT `170` 13. HAIR `HAZ` 14. HAIR `BRO` 15. COMPLX `FAIR` 16. SCARS `TATTOOS ON ARMS AND BACK` 17. ... `43183`

18. PLACE OF BIRTH `MARTIN COUNTY, FL` 19. SSN `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` 20. DATE OF BIRTH `01 08 78` 21. AGE `26` MISC ID# `A/S 200587`

SID # `AL-0014/9388`  FINGERPRINT CLASS  `6329781`  `AL`

FBI # `2784/0DBO`

26. NON-RESIDENT  27. HOME ADDRESS `204 W. SOUTHPORT DOTHAN, AL 36301`  29. RESIDENCE PHONE `(504) 794-6305`  OCCUPATION `UNEMPLOYED`

30. EMPLOYER (NAME OF COMPANY/SCHOOL) `N/A`  31. BUSINESS ADDR `N/A`  BUSINESS PHONE `N/A`

**ARREST**

33. LOCATION OF ARREST `901 E. MAIN ST. DOTHAN, AL 36301`  34. SECT #  35. ARRESTED FOR YOUR JURISDICTION [X] YES [ ] NO

36. CONDITION OF: [ ] DRUNK [X] SOBER  ARRESTEE: [ ] DRINKING [ ] DRUGS  37. RESIST ARREST? [ ] YES [X] NO  [ ] INJURIES? [ ] OFFICER [X] NONE  ARMED? [ ] Y [X] N  DESCRIPTION OF WEAPON: [ ] HANDGUN [ ] OTHER FIREARM [ ] RIFLE [ ] OTHER WEAPON [ ] SHOTGUN

41. DATE OF ARREST `01 14 05`  42. TIME OF ARREST `9 05` [ ] AM [X] PM  43. DAY OF ARREST  TYPE ARREST  ARRESTED BEFORE [X] YES [ ] NO [ ] UNKNOWN

47. CHARGE-1 [X] FEL [ ] MISD `PAROLE VIOLATION`  UCR CODE  CHARGE-2 [ ] FEL [ ] MISD

50. STATE CODE/LOCAL ORDINANCE  51. WARRANT # `CC1998-1003`  DATE ISSUED `01 06 05`  STATE CODE/LOCAL ORDINANCE  WARRANT #  DATE ISSUED

56. CHARGE-3 [ ] FEL [ ] MISD  UCR CODE  CHARGE-4 [ ] FEL [ ] MISD

60. STATE CODE/LOCAL ORDINANCE  61. WARRANT #  DATE ISSUED  STATE CODE/LOCAL ORDINANCE  WARRANT #  DATE ISSUED

66. ARREST DISPOSITION: [ ] HELD [ ] TOT-LE [ ] BAIL [ ] OTHER [ ] RELEASED  67. IF OUT ON RELEASE WHAT TYPE?  ARRESTED WITH (1) ACCOMPLICE (FULL NAME)  ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

70. VYR  71. VMA  72. VMO  73. VST  74. VCO TOP BOTTOM  TAG #  LIR  LIY

VIN  IMPOUNDED [ ] YES [ ] NO  STORAGE LOCATION/IMPOUND #

81. OTHER EVIDENCE OR PROPERTY SEIZED

**JUVENILE**

[ ] CONTINUED IN NARRATIVE

82. JUVENILE DISPOSITION: [ ] HANDLED AND RELEASED [ ] REF. TO WELFARE AGENCY [ ] REF TO ADULT COURT [ ] REF. TO JUVENILE COURT [ ] REF. TO OTHER POLICE AGENCY  RELEASED TO

PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)  ADDRESS (STREET, CITY, STATE, ZIP)  PHONE

PARENT'S EMPLOYER  OCCUPATION  ADDRESS (STREET, CITY, STATE, ZIP)  PHONE

**RELEASE**

91. DATE AND TIME OF RELEASE  RELEASING OFFICER NAME  AGENCY/DIVISION  ID#

RELEASED TO:  AGENCY/DIVISION  AGENCY ADDRESS

98. PERSONAL PROPERTY RELEASED TO ARRESTEE [ ] YES [ ] NO [ ] PARTIAL  PROPERTY NOT RELEASED/HELD AT:  PROPERTY #

101. REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

`NO BOND — HOLD FOR D.O.C.`

102. SIGNATURE OF RECEIVING OFFICER `(sig)`  103. SIGNATURE OF RELEASING OFFICER

MULTIPLE CASES CLOSED:  CASE #  RFX  CASE #  RFX  CASE #  RFX

111. ARRESTING OFFICER (LAST, FIRST, M.) `MEREDITH, JOHN C.`  ID# `630`  ARRESTING OFFICER (LAST, FIRST, M.)  ID#  SUPERVISOR  WATCH CMDR.

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—94 REV. 10-90

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | | 118 CARR B | | 119 REPX |
|---|---|---|---|---|---|
| | 0 4 1 1 4 0 5 | 9:05 | | | |

**120 ADDITIONAL ARREST INFORMATION**

JAMES BAILEY WAS ARRESTED AT THE HOUSTON COUNTY JAIL WITH A FUGITIVE WARRANT FROM THE ALABAMA DEPARTMENT OF CORRECTIONS. THE SUBJECT WAS ARRESTED WITHOUT INCIDENT.

NARRATIVE

NARRATIVE

NARRATIVE

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

S T A T E   O F   A L A B A M A

D E P A R T M E N T   O F   C O R R E C T I O N S

CENTRAL RECORDS DIVISION
301 SOUTH RIPLEY STREET
P.O. BOX 301501
MONTGOMERY, AL 36104
(334) 353-9739

JAN 4, 2005

TO:  MEREDITH, JOHN                  RE: BAILEY, JAMES WILLIAM
     1699 ROSS CLARK CIR               DOB: 01/01/1978 R/S: WM AIS #: 00203337
     DOTHAN        AL   36302

DEAR SIR/MADAM:

ENCLOSED IS OUR FUGITIVE WARRANT, FINGERPRINTS AND PHOTOGRAPH OF THE ABOVE NAMED
PAROLE VIOLATOR.   THE STATE BOARD OF PARDONS AND PAROLES HAS CAUSE TO BELIEVE
THAT THE ABOVE NAMED PAROLED PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO
CRIMINAL WAYS OR COMPANY, OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPOR-
TANT RESPECT ON JAN 4, 2005, AND IS NOW WANTED BY THIS DEPARTMENT.   PLEASE USE
OUR WARRANT AS A DETAINER.   WE WILL EXTRADITE.

IF OUR FUGITIVE WARRANT IS NOT EXECUTED WITHIN SIXTY (60) DAYS, PLEASE RETURN
SAME TO THIS OFFICE.

FOR COORDINATION OR INQUIRIES REGARDING THIS CASE, PLEASE CONTACT:  ASST. DIR.,
INMATE RECORDS ADMINISTRATION, AT THE ABOVE ADDRESS OR TELEPHONE NUMBER.

THANKING YOU FOR YOUR COOPERATION IN THIS MATTER OF MUTUAL INTEREST, I AM

VERY TRULY YOURS,

DONAL CAMPBELL, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

ENCLOSURES

# STATE OF ALABAMA

## DEPARTMENT OF CORRECTIONS

### FUGITIVE WARRANT

TO: ANY PEACE OFFICER.

1. WHEREAS BAILEY, JAMES WILLIAM      , SERIAL NUMBER 00200587 , WAS CONVICTED OF THE OFFENSES SPECIFIED ON PAGE 2 OF THIS WARRANT      THAT THE SAID CONVICT WAS SENTENCED TO IMPRISONMENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF 37 YEARS,  6 MONTHS, AND  0 DAYS; THAT THE SAID CONVICT WAS THEREUPON CONFINED IN SAID PENITENTIARY IN ACCORDANCE WITH SAID SENTENCE:  THAT THE SAID CONVICT THEREAFTER AND TO WIT:  ON THE 29TH DAY OF JUL, 2003, THE SAID CONVICT WAS PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR: THEN ON THE  4TH DAY OF JAN, 2005, THE STATE PARDONS AND PAROLE BOARD, HAVING REASONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPORTANT RESPECT, ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF THE PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO WILL DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

2. WHEREFORE, THE UNDERSIGNED OF THE DEPARTMENT OF CORRECTIONS BY VIRTUE OF THE AUTHORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND DIRECT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER  HE MAY BE FOUND, FOR HIS RETURN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN THE STATE OF ALABAMA.

IN TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT OF CORRECTIONS THIS  6TH DAY OF JAN, 2005.

DONAL CAMPBELL, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

PLEASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER.

STATE OF            COUNTY OF               THIS WRIT CAME TO HAND               ,
AND NOTIFYING THE STATE DEPARTMENT OF CORRECTIONS BY WIRE THAT THE PRISONER WAS AVAILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND THAT EXTRADITION WAS      /WAS NOT           NECESSARY.

THE ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO
                                    , AGENT(S) OF THE STATE DEPARTMENT OF
CORRECTIONS ON            , 20   FOR REMOVAL TO THE STATE OF ALABAMA.

       ARRESTING OFFICER

                                    IDENTIFICATION OFFICER.

RECEIVED OF
NAMED IN THIS WRIT.  THIS THE      DAY OF     , AGENT(S) THE CONVICT, AIS # 00200587 ,
                                    , 20   .

DATE: JAN  6, 2005 NAME: BAILEY, JAMES WILLIAM          SERIAL NUMBER: 00200587
          OFFENSES FOR WHICH THIS FUGITIVE WAS CONVICTED

| <><><>     OFFENSE     <><><> | SENTENCE DATE | SENTENCE TERM | SENTENCING COUNTY | CS/CC |
|---|---|---|---|---|
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| BURGLARY III | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| RECV STOLEN PROPERTY | 04/28/1998 | 2/06/00 | HOUSTON | CS |
| CRIM POSS FORGED INS | 02/16/1999 | 15/00/00 | HOUSTON | CS |

* * * * * * * * * *  E N D    P A G E  2   * * * * * * * * * *

ALABAMA  DEPARTMENT  OF  CORRECTIONS

SHERIFF'S CERTIFICATE TO ALABAMA DEPARTMENT OF CORRECTIONS UNDER ACT 184, ALABAMA STATE LEGISLATURE, SIGNED BY THE GOVERNOR, AUGUST 23, 1975.

TO:    DEPARTMENT OF CORRECTIONS OF THE STATE OF ALABAMA.

    I HEREBY CERTIFY AS FOLLOWS:

NAME: BAILEY, JAMES WILLIAM            AIS#: 00200587    R/S: W/M    DOB: 01/00/1979

    THE ATTACHED FUGITIVE WARRANT ON THE ABOVE NAMED PAROLE VIOLATOR WAS EXECUTED BY THIS OFFICE AS FOLLOWS:

(DETACH FROM DEPARTMENT OF CORRECTIONS WARRANT, COMPLETE ALL APPLICABLE ITEMS, AND RETURN AT ONCE).

1.    DATE INCARCERATED IN COUNTY JAIL: 12-27-04
2.    DATE WARRANT EXECUTED: 1-14-05
3.    LOCAL CHARGES PENDING:  (Y)  (N)  (CIRCLE ONE—IF YES, COMPLETE ITEM #4).
4.    WARRANTS ATTACHED FOR DETAINER:  (Y)  (N)  (TO BE MAILED)  CIRCLE ONE.
    CHARGES PENDING WITH HOUSTON COUNTY
    DEFENDANT WAS NOT INCARCERATED IN THE COUNTY JAIL UNDER SAID WARRANT FOR ANY PERIOD(S) OF TIME OTHER THAN THOSE WHICH ARE SET FORTH ABOVE.

    THIS THE 14TH  DAY OF JANUARY            , 2005.

                        SIGNATURE: _____

                        SHERIFF OF HOUSTON        COUNTY, AL.

NOTES:

A.    MAIL ORIGINAL OF THIS FORM AT ONCE TO:  DEPARTMENT OF CORRECTIONS, CENTRAL RECORDS DIVISION, 1400 LLOYD STREET, P.O. BOX 301501, MONTGOMERY AL 36130-1501

B.    RETAIN OUR WARRANT IN YOUR FILE AS A DETAINER.

C.    IF SUBJECT ESCAPES FROM YOUR JAIL, IMMEDIATELY NOTIFY STATON COMMUNICATIONS CENTER (334) 567-2221 AND THIS OFFICE AT (334) 240-9500  FOLLOWED BY WRITTEN CONFIRMATION TO THIS OFFICE.

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: James, Bailey    DATE: 02-16-05    JAIL NUMBER: 43183

CURRENT CELL: J-2    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|
| _____ WKS ⊖ SUSPENSION OF TELEPHONE PRIVILEGES | _____ / _____ |
| _____ WKS ⊖ SUSPENSION OF COMMISSARY PRIVILEGES | _____ / _____ |
| 2 WKS ⊖ LOSS OF VISITATION PRIVILEGES | 2-26 & 27-05  13-5 & 6-05 |
| ⊖ MINIMUM 72 HOURS CELL RESTRICTION | _____ / _____ |
| ⊖ OTHER | |

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

_S. Brown_    _G. B. A/_ 2-16-05

FULL AND COMPLETE EXPLANATION OF REASONS FOR SANCTION/RESTRICTION

At apprx 0100 while conducting a search in cell J-2 I/m Bailey was found to be in possession of county I/m cups (numerous). Both I/m's in the cell took the blame for some of the cups. This is a violation of rule # 8. No I/m will take, waste, abuse, damage, or have an excess amount of county property, personal or property belonging to another person

SIGNATURE OF SC/O OR ASC/O    _S. J. Q. Buchanan_    REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

# NMATE SANCTION/RESTRICTION DOCUMENTATION

## DATE: 1-19-05

NAME OF INMATE: Bailey James 43185    JAIL NUMBER: 43185

CURRENT CELL: J2    CELL I'M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|
| ____ WKS ⬯ SUSPENSION OF TELEPHONE PRIVILEGES _____ | / |
| ____ WKS ⬯ SUSPENSION OF COMMISSARY PRIVILEGES _____ | |
| ____ WKS ⬯ LOSS OF VISITATION PRIVILEGES _____ | / |
| ⬯ MINIMUM 72 HOURS CELL RESTRICTION _____ | / |
| ✗ OTHER 14 DAYS 4/0 | 1-12-05 — 1-31-05 |

The above named inmate is allowed the following items in the cell:

1 MATTRESS COVER AND BLANKET
1 MATTRESS, EXCEPT DURING THE HOURS OF 7:00 AM TO 7:00 PM
1 TOWEL & 1 WASHCLOTH, FROM BATHING TIME UNTIL 7:00 AM

*********************************************************************

| | | |
|---|---|---|
| 1 UNIFORM | 1 BIBLE | 1 PAIR OF SOCKS |
| 1 PAIR OF UNDERWEAR | 1 PAIR OF SHOES | 1 TOILET PAPER |
| 1 T-SHIRT | 1 BAR OF SOAP | 1 COUNTY ISSUED CUP |
| 1 TOOTH BRUSH | 1 TOOTHPASTE | |

*********************************************************************

THE OTHER ITEMS WILL BE RETURNED TO THE INMATE WHEN
THE INMATE COMES OUT OF SEGREGATION, AT ALL OTHER TIMES,
THE HYGIENE ITEMS AND OTHER ITEMS WILL BE KEPT IN THE
CRATE INSIDE OF THE OFFICER'S BOOTH. THE INMATE MAY USE
THESE ITEMS AND RETURN THEM TO THE OFFICER, WHEN FINISHED

THE OFFICER IS NOT TO LET THE INMATE HAVE
CONTROL OF THE CRATE AT ANY TIME

KEEP SEPARATE FROM:

1. _____

2. _____

3. _____

4. _____

INMATE NAME _____James Bailey_____

INMATE NUMBER _____43183_____

INCIDENT NUMBER _____

INMATE WILL _____     WILL NOT_____✓_____    APPEAL.

JAIL COMMANDER ACTION DATE _____1/24/05_____

APPROVED _____wBMcCady_____

DISAPPROVED _____

OTHER (SPECIFY) _____

_____

REASON IF MORE THAN 30-CALENDAR DAYS DELAY IN ACTION. _____

_____

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING DISCIPLINARY REPORT WAS SERVED ON THE ABOVE NAMED INMATE ON THIS DATE THE _19_ DAY OF _Jan_____, 2005

_____Sgt Odoms_____
SERVING OFFICER SIGNATURE

X _____James ____ 43153
INMATE SIGNATURE AND NUMBER

**After Hearing** all testimony, the hearing officer announced going into closed session. Everyone but the hearing officer was excused from the hearing room. After hearing all testimonies, the hearing officer makes the following findings of facts:  (BE SPECIFIC)

I Find Thm Bailey Guilty of Rule #11 And Thm will possess or attempt To possess contraband, Either on The person clothing, cell or Any place where It may Reasonably be Believed To be Under his/her control.

BASIS FOR FINDING OF FACTS:

Thm plead Guilty And statements from The officers.

HEARING OFFICER'S DECISION:    GUILTY _____✓_____    NOT GUILTY_____

MAJOR _____✓_____    MINOR  _____

Recommendations for punishment or sanctions: 14 DAY's w/o Giving Credit for Time Served   1-17-05   1-31-05

Sgt A. Liber

HEARING OFFICER SIGNATURE

INMATE WISHES TO APPEAL:    YES ____✗ NB_____    NO ____L____

HEARING ADJOURNED ON ____1-19____, 2005 AT _1500_ (HOURS).

I certify that I have reviewed the above synopsis and it has been determined a complete and accurate description of what transpired in the hearing room.

Sgt A. Liber

SIGNATURE OF HEARING OFFICER

1-19-05

DATE

# SYNOPSIS OF DISCIPLINARY HEARING

HEARING OFFICER _Sgt RAY Bonin_          CONVENED AT _1-19-05_    _1845_
  (NAME AND RANK)                                   (DATE AND TIME)

The preceding is to hear evidence in the case involving inmate _James Bailey_ . Inmate
_Bailey_ has been identified and is currently assigned to the Houston County Jail. The
accused and arresting officers were present before the hearing officer.
The hearing officer explained to inmate _Bailey_ that he/she is being charged with the
violation of Houston County Rules & Regulations # _11_

Specifically _No F/m will possess or attempt to possess contraband, either on the person_
_clothing, cell or Any place where it may reasonably be believed To be_
_under his/her control_

which occurred on or about _1-17_ , _2005_ at _2095_ (hours). Inmate
_Bailey_ was advised that a hearing on the charges would be held after 24-hours from
service of the Disciplinary Report. The hearing officer explained that according to due process requirement,
he/she (inmate) _Bailey_ , must be given at least 24-hours notice prior to the hearing and
the hearing must take place within 3 to 7 calendar days, after the charges have been served, excluding weekends
and holidays. The hearing officer also advised inmate _Bailey_ that he/she was
given the opportunity to have witnesses on his/her behalf (normally no more than 3 witnesses with relevant
testimony will be called to testify on behalf of inmate _Bailey_ ). The
hearing officer asked inmate _Bailey_ if he/she understood the due process, also if he/she
understood the charge (s) against him/her and the reply was _Yes_ (NO). The hearing officer asked
inmate _Bailey_ if he/she was of the opinion that due process requirements have been
complied with and he/she answered _Yes_ (NO). The hearing officer made the determination that inmate
_Bailey_ is/is not capable of representing himself/herself (Hearing officer signs disciplinary
report). The hearing officer asked inmate _Bailey_ how he/she pleads to charge (s), and he/she
stated, _____ Not Guilty _✓_ Guilty. (Hearing officer has inmate sign the appropriate space on
the disciplinary report). Hearing officer summons Arresting officer, inmate, and all witnesses into the hearing
room and Arresting Officer's testimony (at the hearing or a written statement).

_See statement._

WITNESS _Wilson DAvid_        SUBSTANCE OF TESTIMONY _See statement_

WITNESS _____           SUBSTANCE OF TESTIMONY _____

WITNESS _____           SUBSTANCE OF TESTIMONY _____

## HOUSTON COUNTY JAIL
### DISCIPLINARY REPORT

1. INMATE _Bailey_ _James_ _J_    CUSTODY _____ ASI/HCI _43183_
   (LAST)    (FIRST)    (MIDDLE)

2. POD ASSIGNMENT _J_    CELL LOCATION _2_

3. THE ABOVE INMATE IS BEING CHARGED BY: _G. Fitzgerald_
   WITH A VIOLATION OF RULE # _4_    SPECIFICALLY _No inmate will possess or attempt to_
   _possess contraband. Either on the person, clothing, cell or any place where it_
   _may reasonably be believed to be under his/her control_

   _____    WHICH OCCURRED ON/OR
   ABOUT _1/17/05_, AT APPROXIMATELY _2001_ (HOURS). A HEARING ON THIS CHARGE WILL
   BE HELD AFTER 24-HOURS FROM SERVICE.

4. CIRCUMSTANCES OF THE VIOLATION (S) ARE AS FOLLOWS: _"In Bailey's cell was searched_
   _for contraband. On the hygiene shelf, I found a toothbrush that had a sharp_
   _metal clip attached to it._

   _R. Fitzgerald G._
   ARRESTING OFFICER-SIGNATURE AND RANK

5. HEARING DATE _1-19_, 2005    TIME _1845_    PLACE _HCJ_

6. I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON THE ABOVE
   NAMED INMATE ON THIS THE _17th_ DAY OF _January_, 2004
   AT _8115_ (A.M./P.M.).

7. _Dun Only C/o_    _James W Bailey_
   SERVING OFFICER-SIGNATURE AND RANK    INMATE'S SIGNATURE & AIS/HCI NO.

   WITNESSES DESIRED?    NO: _____    YES: _James W Bailey_
   INMATE'S SIGNATURE    INMATE'S SIGNATURE

   IF YES, LIST: _David Wilson_

8. INMATE MUST BE PRESENT IN THE HEARING ROOM. IF HE IS NOT PRESENT EXPLAIN IN DETAIL ON
   ADDITIONAL PAGE AND ATTACH.

9. A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.
   _Sgt R Ham_
   SIGNATURE – HEARING OFFICER

10. PLEA: _____ NOT GUILTY    _✓_ GUILTY

11. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WER SWORN TO TELL THE TRUTH.
    _Sgt R Ham_
    SIGNATURE – HEARING OFFICER