# INMATES TESTIMONY:

F/m Bailey says wire was thrown under the Door
The Toothbrush with The metal point was already
in the cell. F/m says He will Take The Blame
since They Did not turn IT IN.
X James Bailey

THE FOLLOWING WITNESSES WERE NOT CALLED:                    REASON NOT CALLED:

_____                    _____

_____                    _____

_____                    _____

INMATE _James Bailey_____ WAS ALLOWED TO SUBMIT WRITTEN
QUESTIONS TO ALL WITNESSES. QUESTIONS AND ANSWERS ARE ATTACHED/NONE WERE
SUBMITTED.
            Sgt R H

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 2045    DATE: 1-17-05    PLACE: HOUSTON COUNTY JAIL

I K. Fitzgerald , make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on   1 / 17 / 05  ;

At approx 2005 hrs on Monday 1-17-05, Sgt Reynolds called myself & several other officers to J-Pod. Upon arrival we were told that the inmates in cell J-2 were said to be sharpening a "shank." Myself, C/o McKeel, C/o Bush, C/o Dye, Sgt Reynolds entered J-Pod and called in the entire pod. Myself & C/o McKeel extracted I/m Wilson DAVIS & I/m BAiley JAmes from the cell. When I searched the hygiene shelf, I found a toothbrush that had a sharpened metal piece attached to the handle. I/m BAiley stated that some of the other inmates had poured urine into the cell by sliding it under the door. Sgt Reynolds placed the entire pod on lockdown. Both inmates were searched. No other weapon type items were found. There were colored boxer shorts & excessive toothbrushes found.

At approx 2025 hrs, we all left J-Pod and resumed normal duties.

E. O. S

C/o KEITH FITZGERALD

K (Signature)        1-17-05
(Date)

1

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _____ DATE: _____ PLACE: _____

I, David Davison _____, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on ____ / ____ / 19 ____ /2005.

When I moved in to the room it I has a Peeo a
me celling over in I saw a toot Peeu with
a staple in something on the end and I asked Bailey
if I was his, he said no It was in the room when he moved
in to it and neither one of us didn't take the responsibly
to throw it away or turn it in so we will take the
responsibly and take the lock down.

_____
                                              1-19-05
_____                    _____
SIGNATURE                                         DATE

# HOUSTON COUNTY JAIL
# INCIDENT FORM

SHIFT: _2nd_  DATE: _1-17_ , 2005    TIME: _2005_    INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED:     TYPE OF INCIDENT:

_JPod   Cell 2_                        _Contraband_

TIME INCIDENT REPORTED: _2005_         WHO RECEIVED REPORT: _Sgt Reynolds_

VICTIM: _____                NO. _____

SUSPECT (S): A. _Wilson DAVID_         NO. _55745_

B. _Bailey, James_                     NO. _43183_

C. _____                     NO. _____

D. _____                     NO. _____

PHYSICAL EVIDENCE/TYPE OF EVIDENCE: _Toothbrush with metal tip given to Sgt_
_Reynolds_

DESCRIPTION OF EVIDENCE: _Home made Shank.  Photo taken._

CHAIN OF EVIDENCE:

A. _____

B. _____

C. _____

D. _____

E. _____

NARRATIVE SUMMARY:

_At apprx 2005 hrs, Sgt Reynolds advised on that the inmates in_
_JPod stated that "Mr Bailey's "in Wilson had a home made "Shank"._
_A search of the cell produced a toothbrush with a sharpened metal tip_
_found on the shelf where both had their hygiene items stored_

**************************END OF REPORT/SEE NEXT PAGE****************************

_1-17-1__

CORRECTIONS OFFICER SIGNATURE                                    DATE



INMATES NAME: _Briley, James  4318_
DATE SERVED: _____ _1-17-05_ _____, 2005

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER:    1.    Initial each step when completed.
                    2.    Read the portion that is in capital letters to the inmate. (see starred areas***).
                    3.    Sign the bottom to show all steps are completed.

Check to ensure that the Disciplinary Report is filled out completed.

Make a copy and place carbon between the two.

Identify the inmate.

Read steps one (1) through five (5) ALOUD to the inmate.

***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND        NO
   MORE THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND THE
   ARRESTING OFFICER AT THE HEARING. ALL        QUESTIONS MUST BE WRITTEN AND
   PRESENTED AT THE TIME OF        THE    HEARING.

***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL?    _✓_ YES ___ NO

Fill in the date and time served on the inmate (#7 on disciplinary report).

List names of any witnesses desired (#8 on disciplinary report).

SIGN AS SERVING OFFICER.

Have the inmate sign, as receiving a copy.

**SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES THAT YOU
   WERE GIVEN A COPY.

*********IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN," AND SIGN YOU NAME.

LEAVE THE INMATE THE COPY.

_____                    _1-17-05_
SIGNATURE OF SERVING OFFICER                 DATE SERVED

```
                        ALABAMA DEPARTMENT OF CORRECTIONS            INST:   235
CB2716-3                INMATE SUMMARY AS OF 01/27/2005              CODE: CRSUM


AIS: 00200587    INMATE: BAILEY, JAMES WILLIAM              RACE: W  SEX: M

INST: 235 - HOUSTON                           DORM:  PH  JAIL CR: 00DY 11M 29D

DOB: 01/30/1978  SSN: 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

ALIAS: BAILEY, JAMES WILLIA

ADM DT: 04/28/1998 DEAD TIME: 00DY 00M 00D

ADM TY: COMMITTED FROM BOND/APPEAL        STAT: PAROLE REVOKED

CURRENT CUST: R2R-P   CURRENT CUST DT: 01/12/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (1) ONE

SERVING UNDER ACT446 LAW IS RECAPTURED      CURRENT CLASS DATE:    12/26/1998
INMATE IS EARNING A PAROLE VIOLATOR IN CLASS I

COUNTY     SENT DT  CASE NO  CRIME                           JL-CR     TERM
HOUSTON   04/28/98 W97300105 BURGLARY III               W 00620 002Y 06M 00D CS
          ATTORNEY FEES : $000079    HABITUAL OFFENDER : N
          COURT COSTS   : $0000288   FINES : $0000250   RESTITUTION : $0000225
HOUSTON   04/28/98 W97300107 BURGLARY III               W 00620 002Y 06M 00D CS
          COURT COSTS   : $0000312   FINES : $0000250   RESTITUTION : $0001453
HOUSTON   04/28/98 W97300108 BURGLARY III               W 00550 002Y 06M 00D CS
          COURT COSTS   : $0000272   FINES : $0000250   RESTITUTION : $0000100
HOUSTON   04/28/98 W97000109 BURGLARY III               W 00550 002Y 06M 00D CS
          COURT COSTS   : $0000304   FINES : $0000250   RESTITUTION : $0000857
HOUSTON   04/28/98 W97300110 BURGLARY III               W 00550 002Y 06M 00D CS
          COURT COSTS   : $0000280   FINES : $0000250   RESTITUTION : $0000100
HOUSTON   04/28/98 W97300111 BURGLARY III               W 00550 002Y 06M 00D CS
          COURT COSTS   : $0000272   FINES : $0000250   RESTITUTION : $0000100
HOUSTON   04/28/98 W97300112 BURGLARY III               W 00540 002Y 06M 00D CS
          COURT COSTS   : $0000256   FINES : $0000250   RESTITUTION : $0000100
HOUSTON   04/28/98 W97300113 BURGLARY III               W 00510 002Y 06M 00D CS
          COURT COSTS   : $0000320   FINES : $0000250   RESTITUTION : $0000100
HOUSTON   04/28/98 W97300114 RECV STOLEN PROPERTY I        00400 002Y 06M 00D CS
          ATTORNEY FEES : $000078    HABITUAL OFFENDER : N
          COURT COSTS   : $0000264   FINES : $0000250   RESTITUTION : $0000100
HOUSTON   02/16/99 W99001003 CRIM POSS FORGED INSTR II     02970 015Y 00M 00D CS
          ATTORNEY FEES : $000184    HABITUAL OFFENDER : Y
          COURT COSTS   : $0000214   FINES : $0000500   RESTITUTION : $0000220

   TOTAL TERM      MIN REL DT      GOOD TIME BAL     GOOD TIME REV     LONG DATE
  036Y 06M 00D    04/14/2009      014Y 11M 27D      001Y 00M 00D    10/28/2034

INMATE LATERAL:

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
```

CONTINUED ON NEXT PAGE

```
                           ALABAMA DEPARTMENT OF CORRECTIONS          INST:   239
CB9716-3                    INMATE SUMMARY AS OF 01/27/2005           CODE: CRSUM
```

```
**************************    CONTINUATION    **************************

AIS: 00200587    INMATE: BAILEY, JAMES WILLIAM              RACE: W  SEX: M

**************************************************************************

ESCAPES-PAROLE SUMMARY

PAROLED FRM  05D:07/29/03 RVK:01/24/05 DELQ:01/10/05 RECAP:12/22/04 RTN:12/22/0

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
**************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 12/19/2002   TIME LOST: 01Y00M00D   CUST FROM MIN2 TO MIN2
     DISCIPLINE TYPE: MAJOR                 AT INST: 027     RULE NUMBER: 86
     RETAINED DAYS: 0000    SEQ #: 05    RULE LIT: BEING FIRED FROM JOB

 >GOOD TIME 03/14/2002  AMT GT RESTORED    00Y00M24D  CUST FROM MIN2 TO MIN2
     GOOD FROM  00/00/0000 TO 00/00/0000   SEQ #: 04

  >> DISCIPLINE: 09/14/2001   TIME LOST: 00Y00M24D   CUST FROM MIN2 TO MIN2
     DISCIPLINE TYPE: MAJOR                 AT INST: 010     RULE NUMBER: 56
     RETAINED DAYS: 0000    SEQ #: 03    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

    >> CITATION: 08/00/2001                 CUST FROM MIN2 TO MIN2
       CITATION TYPE: BEHAVIOR CITATION     AT INST: 010     RULE NUMBER: 85
     RETAINED DAYS: 0000    SEQ #: 02    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

    >> CITATION: 07/06/2001                 CUST FROM MIN2 TO MIN2
       CITATION TYPE: BEHAVIOR CITATION     AT INST: 010     RULE NUMBER: 85
     RETAINED DAYS: 0000    SEQ #: 01    RULE LIT: VIOLATION OF INSTIT. RULES OR REG
```

# ALABAMA UNIFORM ARREST REPORT

Fingerprint Completed
- [ ] Yes  [ ] Yes
- [ ] No   [ ] No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SEX |
|---|---|---|---|
| 0 3 8 0 0 0 0 | Houston County Sheriff's Department | 0 5 0 4 2 0 0 5 2 | |

5 LAST, FIRST, MIDDLE NAME: Bailey, James William

6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| [X] M [ ] F | [X] W [ ] B [ ] I [ ] A | 600 | 170 | Haz | Bro | | |

- [ ] 1 SCARS  [ ] 2 MARKS  [ ] 1 TATTOO  [ ] 4 AMPUTATION

15 PLACE OF BIRTH (CITY, COUNTY, STATE)

| 16 SSN | 17 DOB | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 2 6 1 1 - 9 7 - 9 7 7 6 | 0 1 0 8 7 8 | 27 | 47102 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SEC'DY | SUB-SECONDARY | FINAL | 22 FBI # | 23 SI |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

24 FBI #

HENRY CLASS
NCIC CLASS

25 IDENTIFICATION COMMENTS

| 26 [X] RESIDENT [ ] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 901 E. Main St. Dothan, Al. | 28 RESIDENCE PHONE , 334  712-0762 | 29 OCCUPATION (BE SPECIFIC) inmate |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 901 E. Main St. Dothan, Al. | 34 SECTOR 2 0 1 1 0 4 | 35 ARRESTED FOR YOUR JURISDICTION [X] YES [ ] NO [ ] IN STATE [ ] OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE [ ] DRUNK [X] SOBER [ ] DRINKING [ ] DRUGS | 37 RESIST ARREST [ ] YES [X] NO | 38 INJURIES? [X] 1 NONE [ ] 3 ARRESTEE | 39 ARMED? [ ] Y [X] N | 40 DESCRIPTION OF WEAPON [ ] 1 HANDGUN [ ] 2 RIFLE [ ] 3 SHOTGUN [ ] 4 OTHER FIREARM [ ] 5 OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 0 2 1 7 0 5 | 42 TIME OF ARREST 1045 | [ ] 1. AM [X] 3. MIL. [ ] 2. PM | 43 DAY OF ARREST [ ] S [ ] M [ ] T [ ] W [X] T [ ] F [ ] S | 44 RE-ARREST [ ] 1 REVIEW [ ] 2 CALL [X] 3 WARRANT | 45 ARRESTED BEFORE? [X] YES [ ] NO [ ] UNKNOWN | | |
|---|---|---|---|---|---|---|---|

| 46 CHARGE–1 [X] FEL. [ ] MISD | 47 UCR CODE | 46 CHARGE–2 [ ] FEL [ ] MISD | 48 UCR CODE |
|---|---|---|---|
| Escape II | | | |

| 50 STATE CODE/LOCAL ORDINANCE 13A-10-32 | 51 WARRANT # WR 2005 013583.00 | 52 DATE ISSUED 0 2 1 7 0 5 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|

| 56 CHARGE–3 [ ] FEL [ ] MISD | 57 UCR CODE | 58 CHARGE–4 [ ] FEL [ ] MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION [ ] HELD [ ] BAIL [ ] RELEASED | [ ] TOT LE [ ] OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|---|
| | | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**Vehicle**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 TIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | | | 79 IMPOUNDED? [ ] YES [ ] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

**JUVENILE**

| 82 JUVENILE [ ] HANDLED AND RELEASED [ ] REF TO WELFARE AGENCY [ ] REF TO ADULT COURT DISPOSITION: [ ] REF TO JUVENILE COURT [ ] REF TO OTHER POLICE AGENCY | | 83 RELEASED TO | [ ] CONTINUED IN NARRATIVE |
|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|

| 87 PARENT'S EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | [ ] 1. AM [ ] 3. MIL [ ] 2. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |
|---|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [ ] YES [ ] NO [ ] PARTIAL | 99 PROPERTY NOT RELEASED HELD AT: | 100 PROPERTY |
|---|---|---|

Bond $100,000.00 per Judge Anderson

| 101 SIGNATURE OF RECEIVING OFFICER | 102 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED [ ] Y [ ] N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M) Rafferty, Bill | 112 ID # 3832 | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

```
ACR0571              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 000730.00
OPER: AMI              CASE ACTION SUMMARY
PAGE:   1                DISTRICT  CRIMINAL                    RUN DATE: 02/18/2005
IN THE DISTRICT COURT OF   HOUSTON                                    JUDGE: LKA
```

STATE  OF  ALABAMA                    VS      BAILEY JAMES WILLIAM
CASE: DC 2005 000730.00                       701 E MAIN STREET

                                              DOTHAN, AL  36301 0000

DOB: 01/08/1978        SEX: M  RACE: W  HT: 6 00  WT: 170    HR: BRO  EYES: HZL
SSN: 261777778   ALIAS NAMES:

CHARGE01: ESCAPE 2ND DEGREE        CODE01: ES02  LIT: ESCAPE 2ND DEG TYP: F #: 001
OFFENSE DATE: 02/16/2005                    AGENCY/OFFICER: 0380000 BILL RA

DATE WAR/CAP ISS:                  DATE ARRESTED: 02/17/2005
DATE    INDICTED:                  DATE    FILED: 02/18/2005
DATE    RELEASED:                  DATE  HEARING:
BOND    AMOUNT:      $100,000.00       SURETIES:

DATE 1: 02/18/2005  DESC: APPD       TIME: 0200 P
DATE 2:             DESC:            TIME: 0000

TRACKING NOS: WR 2005 013563 00   /                          /

    DEF/ATY:                         TYPE:                          TYPE:

                        00000                        00000

PROSECUTOR:

```
OTH CSE: WR200501356300 CHK/TICKET NO: WR2005013563          GRAND JURY: 058-05
COURT REPORTER:                     SID NO:      000000000
DEF STATUS: JAIL                    DEMAND:                          OPER: AMI
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 2-19-2005 | Defendant before the Court and advised of his/her rights, Hon. _will love atty_ is appointed counsel for the Defendant. |
| | _[signature]_ |
| | DISTRICT JUDGE |

# COURT INFORMATION   c/o Sgt. Junior Smith

Name Bailey, James                                                        Inmate No. 43183

| Date | Charge | Case No. | Next Court Day | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|----------------|----------|-----------|-----------|
| 2-18-05 | Escape 2nd | wRRS-13583 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name   72 Hr Hrg.

JUDGE: Mendheim

SHELLEYS/793-1005

FORM #5196

BAILEY, JAMES WILLIAM

SERIAL SECURITY NO.
261979776

X James W Baily

1971 0108   M   W   600   170   HAZ   BRO

DB 50X50G9 #... #1107 13:...:16

57010... #...09914 2005... ...:19:22

AL0380000
HOUSTON CO SD
DOTHAN AL

20050217

Y

20050217        FL                                          US

TAT L ARM

204        SOUTH PORT                    DOTHAN              AL
                                                             36303
                                                             X

J38
Keith Fitzgerald        43183

UNEMPLOYED

20050217  4901
ESCAPE
2ND DEGREE

**BAILEY, JAMES WILLIAM**

261979776

X *James W Bailey*

| | | | | SEX | RACE | HGT | WGT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | 1971-0108 | | M | W | 600 | 170 | HAZ | BRO |



DB 50X5008 #1195 #1102...15:16                    5701...#L09914 20...19:22

AL0380000
HOUSTON CO SD
DOTHAN AL

20050217

20050217    FL                                    US

TAT L ARM

204        SOUTH PORT                        DOTHAN         AL
                                                            36303

J38
Keith Fitzgerald        43183

                                            UNEMPLOYED

20050217  4901
ESCAPE
2ND DEGREE

**BAILEY, JAMES WILLIAM**

SOCIAL SECURITY NO.
**261979776**

DATE OF BIRTH
**19780108**

| SEX | RACE | HGT | WGT | EYES | HAIR |
|-----|------|-----|-----|------|------|
| M | W | 600 | 170 | HAZ | BRO |

DB 50X50G0 13 85 #110 10:15:16

570113 #1 09914 20 10:14

AL0380000
HOUSTON CO SD
DOTHAN AL

20050217

Y

20050223    FL                    US

TAT L ARM

204        SOUTH PORT            DOTHAN            AL
                                                  36303

J38
Keith Fitzgerald        43183

UNEMPLOYED

20050223   1399
ASSLT
3RD DEGREE

BAILEY,JAMES WILLIAM

261979776

| | | | 1971 0108 | M | W | 600 | 1'0 | HAZ | BRO |



DB 50X50G8 #1105 16.15±16                  5701D0 09914 20 10±14

20050217

AL0380000
HOUSTON CO SD
DOTHAN AL

Y

20050223        FL

US

TAT L ARM

204        SOUTH PORT

DOTHAN        AL
36303

X

J38        43183
Keith Fitzgerald

UNEMPLOYED

20050223   1399
ASSLT
3RD DEGREE

*I/m James Bailey*

# HOUSTON COUNTY JAIL
## STATEMENT FORM

I Sgt. Bonin, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 02/19/2005.

On Saturday February 19th at approx 2225 hours all available officers were called to docket by C/O Fitzgerald. Upon arrival with Sgt. Marsh to docket C/O Hudson, C/O Culver, and C/O Fitzgerald were in K4 the cell door was open and smelled of capstun. C/O Hudson was pushing the black restraint chair out of the cell and they were dragging I/M Bailey out of the cell. I/M Bailey appeared not to be moving and was limp C/O Fitzgerald slapped I/M Bailey on face. I/M Bailey had a laceration above his left eye approx. 1 to 1 ½ inches. I went to medical to get the first aid bag. Upon arrival back to docket I/M Bailey was in the restraint chair I/M Bailey started to have what appeared to be a seizure and I instructed the officers to remove inmate Bailey from the chair. I had a C/O get me a blanket and placed it under his head and supported inmate Bailey so that he would not hit his head on the floor. I told Sgt. Marsh to call for rescue which he did. Inmate Bailey had a pulse of 120 24 resp. Deputy Shirley arrived and was asking what had happened. A few minutes later Dothan Ambulance was there and took over care of inmate Bailey. Inmate Bailey was waking up when rescue arrived. He stated that C/O Fitzgerald sprayed him and that the spray wasn't shit and I hit him (C/O Fitzgerald) to Deputy Shirley. Inmate Bailey was transported to SEAMC by Dothan Ambulance and Deputy Shirley. C/O Fitzgerald had injury to his nose and hand he was taken to Flowers Hosp. by C/O Moon for evaluation. Commander McCarty was called and nursing called. The following officers responded to docket C/O Moon, C/O Williams, C/O Mckeel.

Sgt. Ray Bonin

Date: 02/19/05

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 23:45 P.M.    DATE: 02/19/2005    PLACE: HOUSTON COUNTY JAIL

I Sgt. Thomas Marsh, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 02/19/2005.

On Saturday February 19,2005 at approx 22:25 p.m. in the docket area all available officers were called to cell k-4. When Sgt. Bonin and myself came to the scene C/O Williams, Culver, and Fitzgerald were coming out of the cell with I/M James Bailey. I/M Bailey appeared to be unconscious at the time. I/M Bailey was placed on the floor and there was no movement coming from him. I/M Bailey had a big contusion on the right side of his head just above his right eye. There appeared to be a gash along side of his head and was bleeding. Sgt. Bonin at that time went to nursing to get some ammonia caps to see if he might be faking or not. At that point C/O Fitzgerald slapped I/M Bailey in the face and was telling him to wake up. I/M Bailey was unresponsive. C/O Fitzgerald then lifted him up in a upright position and at that time C/O Fitzgerald , Culver, and Hudson picked him up and roughly placed him in the black chair. It was at that point that Sgt. Bonin came back into docket with the first-aid bag. I/M Bailey started jumping around appearing to be having a seizure. Sgt. Bonin told the C/O's to take I/M Bailey out of the chair. I/M Bailey was placed on the floor. Sgt. Bonin placed a blanket under his head and was holding I/M Bailey so he would not hurt himself. At this point Sgt. Bonin told me to call resune to come and transport I/M Bailey to the E.R. I then got on the phone and called dispatch and talked to dispatcher Fye and she called Dothan Ambulance service along with a deputy to come to the jail. C/O Fitzgerald appeared to have a cut up under his nose on the right side and possibly a cut on his lip. Sgt. Bonin instructed C/O Fitzgerald to go to Flowers Hospital and get checked out. Deputy Rose Shirley arrived on the scene and Dothan Ambulance Service arrived shortly after that. E.O.S.

_____
SIGNATURE

DATE: 02/19/2005

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _2240 hrs_    DATE: _2-19-05_    PLACE: HOUSTON COUNTY JAIL

I _C/o S. Moon_, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _02 / 19 / 04-05_.

At approximately 2240 hrs while making a security check on the perimeter of the jail, I received an all officers call on the radio to docket. Upon entry into docket I smelled cap-stun and observed officers Hudson, Fitzgerald and Culver exit cell K-4 with Inmate bailey (43183) Inmate bailey had an obvious head injury and officer Fitzgerald as well had obvious injury to his face.

I proceeded to assist these officers in putting Inmate Bailey into a restrainment chair. When we got Inmate Bailey into the chair he went into what appeared to be convulsions. At that time we laid him out on the floor and waited for emergency services to arrive. Deputies arrived on scene and questioned Inmate Bailey about what happened. Inmate Bailey stated, "Officer Fitzgerald sprayed me, I told him spray wasn't shit!, then I hit him (meaning C/o Fitzgerald) in the head."

At this time I went to check on C/o Fitzgerald and prepared to transport him to Flowers hospital for possible treatment.

E. O. S.

_C/o S. Moon_
(Signature)

_February 19 2005_
(Date)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 0115    DATE: 2-20-05    PLACE: HCJ

I, K. Fitzgerald _____, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on ___2___/__19__/2005.

At approx 2240 hrs on Saturday 2/19/05, C/o Fitzgerald was working in pocket 11 in Bailey, James #43183 was asking to take a shower. He had previously been returned from his required shower/recreation time out I told him that he could not take a shower. Due to the fact that docket was busy and myself & C/o Culver were doing end of shift paperwork. He began demanding to speak to the Sgt on duty, I told him "Not right now, Sgt Marsh would be available in 20 minutes." He stated " You denying me my right to speak to the Sgt. I stated at this time I was, He said " I want the god damn Sgt here now." I told him that he needed to settle down." He continued shouting, He stated " Someone call 800 a the rest of a phone number that I did not hear. He threatened me with lawsuit & Job loss for the 3rd time I told him that if he didn't settle down he would be placed in the restraint chair. His disruptive behavior continued. I called for all available officers We opened the cell door. I instructed In Bailey to come out of the cell, He refused. As I entered the cell, he got down on his knees and turned away from me. I instructed him to stand up. 3 times. he refused. I interlocked my arms on his in an attempt to pick him up He then lifted his arm up and struck me on the right side of my nose/face. I then deployed a short burst of capstun into his

K. Gld
SIGNATURE

2-20-05
DATE

(7)

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: 0030        DATE: 2-19-05        PLACE: HOUSTON COUNTY JAIL

I, _____, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on ___2__ / _15__ / _04__

face. He then reached behind and grabbed me by the head. I then struck him in the arm/knee area with my baton. I placed him in a headlock. We had both managed to get up unto our feet. As I was restraining him to the floor, He struck the right corner of his head. I was almost certain that it was on the corner of the metal bunk. Myself, I/o Carter, & I/o Hudson took physical control of I/m Bailey. We extracted him from the cell. He was placed in the restraint chair. As we were securing the leg irons & handcuffs, he began to shake in a seizure sort of way. Sgt Bonin instructed us to take I/m Bailey out of the chair. We did so. Myself & I/o Main Had control of his lower torso area. Sgt Bonin & I/o Carter had his upper torso. Sgt Bonin instructed us to let go of him. We did. Several minutes later. Paramedics from Pilchers Ambulance services arrived. I/m Bailey was transported, under escort, to SEAMC. The only injury noted in I/m Bailey was a small 1"-1½" laceration above his right eye. My personal injury noted included a small section of skin pulled from my right lower nostril and some soreness to my right index finger. Upon Sgt Bonin order, I proceeded to Flowers Hospital for treatment/report taking. No other officers reported any injuries during this altercation.

KEITH FITZGERALD

_K. Fitzgerald_        2-20-05

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 10:50 p.m. DATE: 02-19-05 _____ PLACE: HOUSTON COUNTY JAIL

I Gregory S Hudson make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on 02 / 19 / 05

On 02-19-05, at approx 10:25 p.m, in the dock off
area of Houston County Jail, I/M JAMES Bailey,
in K-4 (cell) was loud and saying he wanted to
speak to the Sergeant. C/o Fitzgerald was in
dockett and responded to I/M Bailey telling him
No & to quieten down. I/M Bailey continued to be
loud and make threats of law suit and physical
contact (to "whip your ass") to C/o Fitzgerald. After
repeated requests (approx 3) to quieten down, I/M
Bailey had not complied. C/o Fitzgerald asked
for the door to K-4 to be opened. When it was
opened C/o Fitzgerald and I (C/o Hudson) both
had our pepper spray out. C/o Fitzgerald was in
the doorway and I was holding the door.
When C/o Fitzgerald to I/M Bailey to
get into the restraint chair, Bailey said "no".
This was repeated approx 2 more times. When
Bailey continued to refuse and then turned to walk
away, C/o Fitzgerald got him to his knee.

_____
(Signature)

02-19-05

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 10:50 P.M  DATE: 02-19-05      PLACE: HOUSTON COUNTY JAIL

I, Gregory S. Hudson, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 02 / 19 / 05   ②

When this failed C/o Fitzgerald sprayed Bailey and Bailey started fighting with C/o Fitzgerald + C/o Culver. As they were fighting, all 3 men fell to the cell floor. I went outside to get the restraint chair and took it into the cell. At this time C/o Culver + C/o Fitzgerald got off Bailey and Bailey was lying limp on the cell floor. At this time is when I saw the "cut" "bump" in the right side of Bailey's head. The residual effects of the spray was so light that Bailey did not receive a full spray from C/o Fitzgerald.

(Signature)           02-19-05

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: 23:15     DATE: 2-10-5     PLACE: HOUSTON COUNTY JAIL

I C/o Culver , make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on 2 / 1 9 / 04 05 .

At approx 22:25, Im Bailey, James was asking to
take a shower, C/o Fitzgerald said no, he already had his time
out. Im Bailey, James wanted to speak to the Sgt on Duty, C/o
Fitzgerald again told him no. Im Bailey, James began uncooperating
by yelling that he wanted to see the Sgt. I C/o Culver opened
K-4 while C/o Fitzgerald and C/o Husson stood at K-4. C/o Fitzgerald
told Im Bailey, James to get in the chair, Im Bailey, James refused
and sat onto his knees. C/o Fitzgerald ordered him to get into
the chair, thats when Im Bailey, James swung his elbow and
hit C/o Fitzgerald in the face. I C/o Culver, C/o Fitzgerald and Im
Bailey, James began wrestling fighting, thats when C/o Fitzgerald sprayed
Im Bailey, at that moment Im Bailey fell to the ground
and hit his head. Im Bailey, James had his arm around C/o Fitzgerald's
throat, thats when I had to hit him a couple times in the side for
him to let go. At that moment, more officers came, and Im Bailey,
James was already subdued. Im Bailey, James was brought out
of K-4 and thrown into the chair. An ambulance was called and
Im Bailey, James was taken to hospital.

EOS

(Signature)     2/19/5
(Date)

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: _2235_          DATE: _02/19/05_          PLACE: HOUSTON COUNTY JAIL

I _SAMUEL MOORE_, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on _02 / 19 / 04. 05_.

AROUND 10:25PM ON 02-19-05 I RESPONDED TO AN ALL
OFFICERS CALL TO DOCKET. UPON ARRIVAL, CELL K-3 WAS
OPENED. OFFICER FITZGERALD, ENGLE, WILLIAMS, AND HUDSON HAD I/m
BAILEY ON THE FLOOR OF THE CELL. % HUDSON WAS REMOVING THE
BLACK CHAIR FROM K-3, I TOOK THE CHAIR AND PUT IT OUTSIDE
THE CELL. I/m BAILEY WAS TAKEN OUT OF K-3 AND PLACED
IN THE CHAIR. I ASSISTED IN PUTTING LEG IRONS
ON THE INMATE. I/m BAILEY BEGAN TO HAVE A SEIZURE
AND WAS REMOVED FROM THE CHAIR. % McGEEL
AND I REMOVED I/m BAILEY'S LEG IRONS. SGT BOWDEN
PLACED I/m BAILEY'S HEAD UNDER A BLANKET. AN
AMBULANCE WAS CALLED TO TRANSPORT I/m BAILEY
TO THE HOSPITAL.
            E. O. S

_Samuel Moore_
(Signature)                              _02-19-05_

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: 2325         DATE: 02-19-05         PLACE: HOUSTON COUNTY JAIL

I JAY J. McKeel , make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on   02 / 19 / 05   .

AT Approximately 2230, I responded to An ALL officers
Call to Docket. When I Arrived to Docket officers were
taking Inm Bailey James out of his Cell. He was Put into
the black Chair and Restrained. Inm Bailey James was then
Removed from the Restrains And Laid on his Stomach on a
Blanket in Docket. Pictures were taken of Inm Bailey James.

_____         02-19-05
(Signature)                                         (Date)

HOUSTON COUNTY COMMISSION

REPORT OF INJURY/ACCIDENT FORM

Name _KEITH FITZGERALD_ Date of this Report _2-19-05_

Department _HCJ_ Job Classification _Corrections Officer_

Date and Time of Accident _2-19-05  2240_

Location Accident Occurred _Doullet  Cell 4_

Description of Accident _Altercation with inmate_

Description of Injuries _Small cut to right side upper lip, Slight soreness to left right index finger_

_Keith Fitzgerald_
(Employee's Signature)

_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_
Social Security No.

_26_      _289-758-8246_
Age          Home Phone

_1537 Whites Bridge Rd Edquitt GA_
Home Address

_MARRIED_
Marital Status

_1_ Years _10_ Months
Length of time employed

Distribution of Copies:

Employee
Supervisor
Personnel Clerk
Safety Director
Employee's Personnel File

Date Returned to Work

c/o Fitzgerald    2/19/05



c/o fitzgerald    2/19/05



c/o Fitzgerald 2/19/05



c/o Fitzgerald   4/19/05



F/m Bailey Farmes 2/19/05

# INMATE REQUEST FORM

Date: 2-23-05

To: Camander

From: James W Bailey IV

INMATES # 43183

C/O SIGNATURE: Jones

SR C/O SIGNATURE

**NATURE OF REQUEST**  I need to contact my family so i can Be Sure that Sam adams will take this case and i need to let my mom Know How to Pay Him

**ACTION TAKEN**  You are on lockdown with no Phone privileges. You must write to her.

2/23/05

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 000722.00
OPER: PHT                    CASE ACTION SUMMARY
PAGE:   1                    DISTRICT  CRIMINAL                RUN DATE: 02/25/2005

IN THE DISTRICT COURT OF  HOUSTON                                        JUDGE: MJS

STATE OF ALABAMA                  VS      BAILEY JAMES WILLIAM
                                          701 E. MAIN ST
CASE: DC 2005 000722.00
                                          DOTHAN, AL  36303 0000

DOB: 01/08/1978       SEX: M  RACE: W  HT: 6 00  WT: 170   HR: BRO EYES: HEL
SSN: 261977776  ALIAS NAMES:

CHARGE01: ASSAULT 3RD DEGREE    CODE01: A333   LIT: ASSAULT 3RD DE TYP: M #: 001
OFFENSE DATE: 02/19/2005                  AGENCY/OFFICER: 0380000 K FITZG

DATE WAR/CAP ISS:                         DATE ARRESTED: 02/23/2005
DATE     INDICTED:                        DATE     FILED: 02/25/2005
DATE     RELEASED:                        DATE   HEARING:
BOND      AMOUNT:       $1,000.00         SURETIES:

DATE 1: 02/25/2005   DESC: APPO           TIME: 0200 P
DATE 2:              DESC:                TIME: 0000

TRACKING NOS: WR 2005 007771 00  /                            /

  DEF/ATY:                          TYPE:                          TYPE:

                          00000                              00000

PROSECUTOR:


OTH CSE: WR2005007771 00 CHK/TICKET NO: 050500418              GRAND JURY:
COURT REPORTER:                    SID NO:      000000000
DEF STATUS: JAIL                   DEMAND:                          OPER: PHT

 DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 2-23-2005 | DEFENDANT ARRESTED ON WARRANT. TRIAL DATE SET MARCH 28, 2005, 11:30 A.M. SECOND FLOOR, ROOM 201 |
| 2-25-2005 | Defendant before the Court and advised of his/her rights. Hon. _S. Benfield_ is appointed counsel for the Defendant. _[signature]_ DISTRICT JUDGE |

# COURT INFORMATION

C/O _____

Name *Bailey, James William* _____    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 2-25-05 | Assault 3rd | WR05-777 | 3-28-05 | | | #1,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name *72 hr hrg — Ginger Enfinger*

_____

_____

JUDGE *Steensland*

SHELLEY6/793-1005

FORM #6130

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

Fingerprints Completed
☒ Yes   ☐ Yes
☒ No    ☐ No

## IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 38000 | S.O. Houston County | 0540609 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Bailey, James William | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 SKIN | 14 | 15 SCARS | 16 MARKS | 17 TATTOS | 18 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6'1" | 180 | Haz | Br | | | | | |

| 19 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SID # | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Martin County VA | 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 | 01/08/78 | 27 | 43183 |

| 23 SID # | 22 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | BODY | SUB-SECONDARY | FINAL | 23 DL # | 28 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| | NCIC CLASS | | | | | | | | |

| 24 FBI # | | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 ☐ RESIDENT  ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | Slocomb Al 36375 | 334 886-2148 | Tatoo Artist |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Self. Rights of Passage | E. Cochran Rd Dothan Al | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| Houston County Jail | | |

| 36 CONDITION OF ARRESTEE | 37 ☐ STATE ☐ OUT OF STATE ☐ ENTRY |
|---|---|
| ☐ DRINK ☐ SOBER ☐ RESIST ARREST ☐ INJURED ☐ IN HURT | |
| ☐ DRINKING ☐ DRUGS ☐ INJ. OFFICER ☐ AI ARRESTEE | |

| 39 ARMED? ☐ Y ☐ N | 40 DESCRIPTION OF WEAPON |
|---|---|
| | ☐ HANDGUN ☐ OTHER FIREARM |
| | ☐ RIFLE ☐ OTHER WEAPON |
| | ☐ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 02 12 05 | 9 30 ☐ AM ☒ PM ☐ MIL | S M T W TH F S | ☐ ON VIEW ☒ WARRANT ☐ AB WAR | ☐ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE - 1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE - 2 ☐ FEL ☒ MISD | 48 UCR CODE |
|---|---|---|---|
| Assault 3rd degree | | 13A-006-022 | |

| 49 STATE CODE/LOCAL ORDINANCE | 50 WARRANT # | 51 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 51 DATE ISSUED |
|---|---|---|---|---|
| 13A-006-022 | wR200500271/ DR22 2005 | | | M D Y |

| 52 CHARGE - 3 ☐ FEL ☐ MISD | 53 UCR CODE | 54 CHARGE - 4 ☐ FEL ☐ MISD | 54 UCR CODE |
|---|---|---|---|

| 52 STATE CODE/LOCAL ORDINANCE | 53 WARRANT # | 54 DATE ISSUED | 55 STATE CODE/LOCAL ORDINANCE | 55 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|

| 56 ARREST DISPOSITION | 57 IF OUT ON RELEASE WHAT TYPE? | 58 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 59 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ (1) HANDLED AND RELEASED ☐ (2) REF. TO JUVENILE COURT | ☐ (3) REF. TO WELFARE AGENCY ☐ (4) REF. TO OTHER POLICE AGENCY | ☐ (5) REF. TO ADULT COURT | 83 RELEASE TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y ☐ AM ☐ PM ☐ MIL | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| Jones | | STATE USE |

| MULTIPLE CARDS CLOSED | 104 SFX | 105 CASE # | 106 SFX | 107 CASE # | 108 SFX | 109 SFX | ADDITIONAL CARDS CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | ID # | 116 WATCH CMDR. |
|---|---|---|---|---|---|---|
| McCarty, William B | | | | | | |

**TYPE OR PRINT IN BLACK INK ONLY**

AC-IIC-34 REV. 10-90

K-5

## INMATE REQUEST FORM

Date: 2-28-5                    K-5            INMATES # 9318 3

To: _commander_                              C/O SIGNATURE _____

From: _James n Bailey_                       SR C/O SIGNATURE BR

**NATURE OF REQUEST** _____

I would like to request a phone call to my mom in texas is in the hospital and I want to find out how he is doing that all

**ACTION TAKEN** I/m Bailey, you are still on phone restriction - Commader McCarty 3-1-05

03-01-05

X _James Bailey_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-88    WO#54

---

## INMATE REQUEST FORM

Date: _____                     INMATES # _____

To: Sgt Thmes                    C/O SIGNATURE _____

From: _James n Bailey_           SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____

I would love to get my phone number _____

**ACTION TAKEN** _____ 85622198   329 9_____97

_____ 757   4-1800 _____

File 005 3/24/05

# Houston County Jail
## Release Verification Form

Inmate Number : 43183                  Date : 3-23-5

Date of Release : 3-24-5               Time of Release :

Charge(s) :                            Case Number(s) :

1. UPCS                                DC01-3886

2. Traffic Meth                        CC04-3885

3. Poss Precurs chem                   DC04-3888

4. UPCS 1st                            DC04-3887

5. Prob Viol PFI 2nd                   CC98-1003

6. Assault @ 1st                       DC05-922

7.

8.

Reason for Release : Rel to Kilby

Inmate Name : Cailey James William

Date of Birth : 1-8-78          Soc. Sec. # : 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

Address : 204 Southport

        Dothan AL 36301

Inmate Signature : James Bailey

THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT
PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.

C/O Signature : Macey Hunter
Verbally verified by Docket Officer

```
ACR037I              ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: DC 2005 000730.00
OPER: AMI                      CASE ACTION SUMMARY
PAGE:  1                     DISTRICT   CRIMINAL                   RUN DATE: 02/18/2005
```

IN THE DISTRICT COURT OF HOUSTON                                        JUDGE: LKA

STATE  OF  ALABAMA                  VS       BAILEY JAMES WILLIAM
                                             901 E MAIN STREET
CASE: DC 2005 000730.00
                                             DOTHAN, AL  36301 0000

DOB: 01/08/1978        SEX: M  RACE: W  HT: 6 00  WT: 170   HR: BRO EYES: HZL
SSN: 261979776  ALIAS NAMES:

CHARGE01: ESCAPE 2ND DEGREE     CODE01: ESC2  LIT: ESCAPE 2ND DEG TYP: F #: 001
OFFENSE DATE: 02/16/2005            AGENCY/OFFICER: 0380000 BILL RA

DATE WAR/CAP ISS:                   DATE ARRESTED: 02/17/2005
DATE     INDICTED:                  DATE     FILED: 02/18/2005
DATE    RELEASED:                   DATE   HEARING:
BOND     AMOUNT:      $100,000.00        SURETIES:

DATE 1: 02/18/2005  DESC: APPD         TIME: 0200 P
DATE 2:             DESC2               TIME: 0000

TRACKING NOS: WR 2005 013583 00  /                          /

DEF/ATTY: **Hon. ERIC DAVIS**          TYPE (C)                        TYPE:
                      00000                          00000

PROSECUTOR:

```
OTH CSE: WR200501358300 CHK/TICKET NO: WR2005013583        GRAND JURY: 098-05
COURT REPORTER:                   SID NO:       000000000
DEF STATUS: JAIL                  DEMAND:                           OPER: AMI
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 2-18-2005 | Defendant before the Court and advised of his/her rights. Hon. _Nick Underwood_ is appointed counsel for the Defendant. _Burdette_ DISTRICT JUDGE |
| 02-18-05 | OLR |
| 2-25-2005 | Appoint contract atty on all his other cases. |
| 3-1-2005 | Hon. ERIC DAVIS appt _Bill Martin_ JUDGE |
| 3-1-2005 | Copy CAS/warrant to Atty |
| 3-9-2005 | Request for Preliminary Hearing |
| 3-10-2005 | PRELIMINARY HEARING IS SET FOR 6th DAY OF APRIL 2005 AT 8:30 A.M. |
| 3-10-2005 | Copy CAS to Attorney |
| 4-5-2005 | Motion to Continue |

4-6-05    Motion to continue denied as deft is in
the state pent.

4|6|05    Defendant withdraws request for preliminary
hearing, case bound over to await action of
the Grand Jury.

_____ Judge

2150
12-22-04

### HOUSTON COUNTY JAIL
### JAIL DOCKET CARD

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 43183 | Bailey | James | william | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|---|
| HCSD | 12-22-04 | | | | 3-24-5 | Rel to Kilby |

| RISK | STATUS | | | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|---|
| Escape Risk | State Inmate | | | E | A12 | Hunter | Langley |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 1-8-78 | 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 | W | M | 6'0 | 170 | Bro | Haz | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPS/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| | Neg J.14 | Neg Officer Thomas | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPS/BY | ATTORNEY |
|---|---|---|---|
| | | | G. Dufinger |

| HOLD 1/BY | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HCII RELEASE DATE/BY |
|---|---|---|---|---|---|
| Rob Parole AL Doc | | | Rodney Pack | | |

| HOLD 3 | DATE/BY INU | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| Henry Co | J.Batt Hanuckel | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 204 Southport | Dothan | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE 36375 | PHONE | RELATION |
|---|---|---|---|---|
| Frankie McDaniel | | Slocomb AL | 334-886-2148 | Mother |

REMARKS: No phone calls until ~~Thai~~ ~~Watson~~ calls back  can make calls (Ave. McMurse @ Henry Co)  for Langley

| DID INMATE RECEIVE PHONE CALL? ( )Y (X)N | DID INMATE RECEIVE JAIL RULES? ( )Y (X)N |
|---|---|
| INMATE SIGNATURE  X James Bailey | INMATE SIGNATURE  X James Bailey |

SOUTH EASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-793-2126

2004

| INMATE# 43183 | NAME Bailey James | | | | | |
|---|---|---|---|---|---|---|
| CHARGE UPCS | WARRANT # | DC/TR 3986 | INDICTMENT# | CC&S/DR | CONVICTION |
| BOND 10,000 | MAGS | 1-54-2005 8:30AM | 8:30AM | | |
| | | 8:30 AM | | | |
| | | HCCH | | | |

| CHARGE Trafficking meth | WARRANT # | DC/TR CH-3988 | INDICTMENT# | CC&S/DR | CONVICTION |
|---|---|---|---|---|---|
| BOND 50,000 | | CH-3988 | | | |

| CHARGE Poss Precursor Chemicals | WARRANT # | DC/TR CH-3988 | INDICTMENT# | CC&S/DR | CONVICTION |
|---|---|---|---|---|---|
| BOND 10,000 | | | | | |

| CHARGE UPCSI st | WARRANT # | DC/TR DH-3987 | INDICTMENT# | CC&S/DR | CONVICTION |
|---|---|---|---|---|---|
| BOND 50,000 | | | | | |

| CHARGE Unli inol / PFI 2nd | WARRANT # | DC/TR | INDICTMENT# | CC&S/DR 96-1003 | CONVICTION 31yur |
|---|---|---|---|---|---|
| BOND 0 | | | | | |
| incar new charge | | | | | |

## HOUSTON COUNTY JAIL
## DOCKET CONTINUATION CARD

HSC NEW Clarp 7/17/05

| INMATE# 43383 | NAME | bAlley JAmes William | | | | |
|---|---|---|---|---|---|---|
| CHARGE Escape 2nd | | WARRANT# GW05-13583 | DC/R CS-730 | INDICTMENT# | CC / CS / DF | CONVICTION |
| BOND | | 7-14-05-8:30Am | | | | |
| # 100,000 | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DF | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DF | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DF | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DF | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

## HOUSTON COUNTY JAIL
## DOCKET CONTINUATION CARD

| INMATE# | NAME *Bailey James* | | | | | |
|---|---|---|---|---|---|---|
| CHARGE *Assault 3Rd* | | WARRANT# *05-7171* | DC/R *05-922* | INDICTMENT# | CC / CS / DR | CONVICTION |
| BOND *1,000* | | *03-28-05 08:30Am* | | | | |

*Nov 3/23/05*

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

| CHARGE | | WARRANT# | DC/R | INDICTMENT# | CC / CS / DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |

# HOUSTON COUNTY JAIL
## BOOKING/CHECK OFF LIST

DATE: 12/28/04 TIME: 2150

SENIOR CORRECTIONS OFFICER(S) DUTY: Sgt. Marsh

Inmate Name: Bailey James W. Inmate Number: 43183

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

_____ 1. All personal property secured
_____ 2. Check in-house warrants
_____ 3. Check for last incarceration
_____ 4. Arrest report completed by arresting officer
_____ 5. All charges listed on arrest report and bonds listed for each charge
_____ **6. Bond amount noted on warrant**
_____ 7. All inmate property tagged/placed in envelope
_____ 8. Property envelope completely filled out/signed by inmate
_____ 9. All money counted/logged in money book
_____ 10. Money envelope completed/supervisor counts
_____ 11. SCO calls control and logs money in SCO money book
_____ 12. SCO seals money/places in box
_____ **13. Check for outstanding warrants_____NCIC_____Dothan**
_____ 14. Inmate numbers properly assigned
_____ 15. Inmate recorded in black book
_____ 16. Inmate recorded on white pages
_____ **17. Docket I.D., floor card completed, and bond amount verified on docket card**
_____ 18. Fingerprint card completed
_____ 19. Medical screen completed
_____ 20. Affidavit of hardship completed
_____ 21. Green disposition form completed (FBI)
_____ 22. Property hold form (telephone call, bond applied)
_____ 23. Fingerprinted/photographed/entered in computer
_____ 24. Property card completed
_____ 25. Visitor/Telephone list completed
_____ 26. Inmate handbook received
_____ **27. Bond completed/amount checked against warrant**
_____ **28. Correct court date noted on bond**
_____ **29. Inmate and surety signature on bond**
_____ **30. All pass on information documented in pass book**

Tracey Hunter
**Signature of Booking Officer(s)**

Southeastern Printers of Dothan, 334-792-9926

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | Print Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | | 3 SEX |
|---|---|---|---|
| 0 3 8 0 0 0 0 | H.C.S.O. | 09335510558 | |

**4 LAST, FIRST, MIDDLE NAME**
Bailey James William

| 5 SEX | 6 RACE | 7 HGT | 8 WGT | 9 HAIR | 10 EYES | 11 SKIN | [1] SCARS | [2] MARKS | [3] TATOOS | [4] AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| M | W | 6 0 | 170 | Haz | Bro | Med | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Marlin Coun Fl | 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 | 01 08 78 | 26 | 43 183 |

| 20 MID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCR/ | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| | NCIC CLASS | | | | | | | | |
| 24 FBI # | | | | | | | 25 IDENTIFICATION COMMENTS | | |

| 26 RESIDENT [1] US I D [2] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 204 Southport Dothan Al 36301 | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Dothan Lock & Key | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 204 Southport Dothan Al 36301 | 34 SECTOR 210 4E 01 | 35 ARRESTED FOR YOUR JURISDICTION [1] IN STATE [2] OUT STATE AGENCY | [1] YES [2] NO |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE | [1] DRINK | [2] DRINKING | [3] SOBER [4] DRUGS | 37 RESIST ARREST [1] YES [X] NO | 38 INJURIES [1] INJURED [X] NONE | 39 ARMED? [1] YES [X] NO | 40 DESCRIPTION OF WEAPON [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON |
|---|---|---|---|---|---|---|---|

| 41 DATE OF ARREST 12 22 04 | 42 TIME OF ARREST 9 30 | [1] AM [X] PM | [3] MIL. | 43 DAY OF ARREST S M T W T F S | 44 TIME ARREST [1] YES [2] NO | 45 ARRESTED BEFORE? [1] YES [2] NO [3] UNKNOWN |
|---|---|---|---|---|---|---|

| 46 CHARGE - 1 [X] FEL [] MISD UPCS | | 47 CHARGE - 2 [X] FEL [] MISD Trafficking in Meth | | 48 # CHARGES 4 |
|---|---|---|---|---|
| 49 STATE CODE/LOCAL ORDINANCE 13A-12-212 | 50 WARRANT # | 51 STATE CODE/LOCAL ORDINANCE 13A-12-231 | 52 WARRANT # | 53 DATE ISSUED M D Y |
| | 54 DATE ISSUED M D Y | | 55 DATE ISSUED M D Y | |
| 56 UCR CODE | | 57 UCR CODE | | |

| 46 CHARGE - 3 [X] FEL [] MISD Poss. of Precursor Chemicals | | 47 CHARGE - 4 [X] FEL [] MISD Unlawful Manu 1st | | |
|---|---|---|---|---|
| 49 STATE CODE/LOCAL ORDINANCE 20-2-190 | 50 WARRANT # | 51 STATE CODE/LOCAL ORDINANCE 13A-12-218 | 52 WARRANT # | 53 DATE ISSUED M D Y |
| | 54 DATE ISSUED M D Y | | | |

| 64 ARREST DISPOSITION [1] HELD [2] BAIL [3] RELEASED | [4] TOT-LE [5] OTHER | 65 IF OUT ON RELEASE WHAT TYPE? | 66 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|---|
| | | | 68 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO top BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 78 VIN | | | | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | [] CONTINUED IN NARRATIVE |
|---|---|---|---|---|
| | | | 83 RELEASED TO | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y [1] AM [2] PM [3] MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | ID # |
|---|---|---|---|
| 94 RELEASED TO: | 95 AGENCY/DIVISION | 96 AGENCY ADDRESS | |

| 97 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 98 PROPERTY NOT RELEASED/HELD AT | 100 PROPERTY # |
|---|---|---|

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**
$ 50,000.00 X1  (4)  (3)  (1)
$ 50,000.00 X 1  $ 10,000.00 X  $ 10,000.00 X1

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LEGAL JOB |
|---|---|---|
| | | STATE LINE |

| MULTIPLE CASES CLOSED | 105 CASE # | 106 SFX | 107 CASE # | 107 SFX | 108 CASE # | 108 SFX | 109 CASE # |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) Langley Scott | 112 ID # 3850 | 113 ARRESTING OFFICER (LAST, FIRST, M.) Nelson Terry | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90