ORIGINAL

STATE USAGE
PRE-PRINT

BAILEY, JAMES W

261979776

197110108    M    W    600    170    HAZ    BRO

DB 50X50G0    #1107       :40    5701LD        914 2009    :00:03

ALABAMA 00000000
HOUSTON CO BD
DOTHAN, AL

20041222

Y

20041222        FL                                          US

TAT L ARM
TAT BACK

204          SOUTHPORT                      DOTHAN        AL
                                                          36301

J14                                                          X
Tracey Jackson        43183

DOTHAN LOCK N KEY

DOTHAN AL                              LOCKSMITH

20041222   5503
DRUGS
TRAFF METH

20041222   5503
DRUGS
UPCS

20041222   5503
DRUGS
POSS PRECUSOR CHEM

20041222   5503
DRUGS
UMCS 1ST

U.S. GPO: 2004
FD-249 (REV. 5-11-99)

**BAILEY, JAMES W**

261979776

197110108      M      W      600      170      HAZ      BRO



DB 50X50G9    81107    :40          5701LD    914 200   23-00 03

```
                                        AL03900000
                                        HOUSTON CO SD
              20041222                   DOTHAN AL, AL

                                        Y


              20041222      FL                          US

         TAT L ARM
         TAT BACK

         204        SOUTHPORT                    DOTHAN        AL
                                                              36301
                                                              X
         J14        43183
Tracey Jackson

DOTHAN LOCK N KEY

DOTHAN AL                                LOCKSMITH

20041222   5503
DRUGS
TRAFF METH

20041222   5503
DRUGS
UPCS

20041222   5503
DRUGS
POSS PRECUSOR CHEM

20041222   5503
DRUGS
UMCS 1ST
```

# ALABAMA UNIFORM ARREST REPORT

43183

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Fingerprinted | R84 Completed |
|---|---|
| [1] True | [1] Yes |
| [2] No | [2] No |

**IDENTIFICATION**

ORI: 030.0.15.6  AGENCY NAME: BOARD OF PARDONS AND PAROLES

LAST, FIRST, MIDDLE NAME: BAILEY, JAMES WILLIAM

ALIAS AKA: JIMBO BAILEY, JAMES W. BAILEY

SEX: M  RACE: W  DOB: XX  HGT: 6'01"  WGT: 147/170  HAIR: HAZ  SKIN: BRO  FBI: FAR

SCARS/MARKS: TATTOOS ON ARMS AND BACK

PLACE OF ARREST (CITY, COUNTY, STATE): MARTIN CO., FL

SSN: 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  DATE OF BIRTH: 7-26-1071-0-8-7-8  AGE: 26  MISCELLANEOUS ID: AIS# 200587

SID #: AL-00419388

FINGERPRINT CLASS: HENRY CLASS / NCIC CLASS

IDENTIFICATION COMMENTS: 6339781  AL.

FBI#: 2784/0DB0

RESIDENT: [1] NON-RESIDENT

HOME ADDRESS (STREET, CITY, STATE, ZIP): 304 W. SOUTHPORT

RESIDENCE PHONE: (334) 794-6395

OCCUPATION (BE SPECIFIC): LOCKSMITH

EMPLOYER (NAME OF COMPANY/SCHOOL): DOTHAN LOCKSMITH

BUSINESS ADDRESS (STREET, CITY, STATE, ZIP):

BUSINESS PHONE: (334) 714-0586

**ARREST**

LOCATION OF ARREST (STREET, CITY, STATE, ZIP): 981 E. MAIN ST., DOTHAN, AL 36301

SECTOR:

ARRESTED FOR YOUR JURISDICTION: [X] YES  [ ] NO / [ ] OUT OF STATE AGENCY

CONDITION OF ARRESTEE: [1] DRINK  [X] SOBER  [ ] DRUGS

ARREST ARREST: [ ] INJURED  [X] NONE

ARMED: [ ] Y  [X] N

DISPOSITION OF WEAPON: [1] HANDGUN  [3] OTHER FIREARM / [2] RIFLE  [4] OTHER WEAPON / [5] SHOTGUN

DATE OF ARREST: 12/27/07

TIME OF ARREST: 3:00 [X] AM [ ] PM  MIL: [ ]

DAY OF ARREST: [X] W

TYPE ARREST: [X] ON VIEW [ ] WARRANT

ARRESTED BEFORE: [ ] YES [X] NO / [ ] UNKNOWN

CHARGE-1: [X] FEL  [ ] MISD

PAROLE VIOLATION

CHARGE-2: [ ] FEL  [ ] MISD

STATE CODE/LOCAL ORDINANCE: CE1998-1003

WARRANT #

DATE ISSUED: 12/27/07

UCR CODE:

STATE CODE/LOCAL ORDINANCE  WARRANT #

CHARGE-3: [ ] FEL  [ ] MISD

UCR CODE

CHARGE-4: [ ] FEL  [ ] MISD

STATE CODE/LOCAL ORDINANCE  WARRANT #

DATE ISSUED

STATE CODE/LOCAL ORDINANCE  WARRANT #

DATE ISSUED

ARREST DISPOSITION: [1] HELD  [3] TO TRIAL / [2] BAIL  [4] OTHER / [3] RELEASED

IF OUT ON RELEASE WHAT TYPE?

ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

VYR / VMA / VMO / VST / VCO TOP BOTTOM / TAG # / LIS / LIY

VIN

IMPOUNDED? [ ] YES [ ] NO  STORAGE LOCATION/IMPOUND #

OTHER EVIDENCE SEIZED/PROPERTY SEIZED

**JUVENILE**

JUVENILE DISPOSITION: [1] HANDLED AND RELEASED  [3] REF. TO WELFARE AGENCY  [5] REF. TO ADULT COURT / [2] REF. TO JUVENILE COURT  [4] REF. TO OTHER POLICE AGENCY

[ ] CONTINUED IN NARRATIVE

RELEASED TO

PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)

ADDRESS (STREET, CITY, STATE, ZIP)

PHONE

PARENT'S EMPLOYER

OCCUPATION

ADDRESS (STREET, CITY, STATE, ZIP)

PHONE

**RELEASE**

DATE AND TIME OF RELEASE: [ ]AM [ ]PM

RELEASING OFFICER NAME

AGENCY/DIVISION

ID #

RELEASED TO:

AGENCY/DIVISION

AGENCY ADDRESS

PERSONAL PROPERTY RELEASED TO ARRESTEE: [1] YES  [2] NO  [3] PARTIAL

PROPERTY NOT RELEASED/HELD AT:

PROPERTY #

REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): HOLD - NO BOND

SIGNATURE OF RECEIVING OFFICER

SIGNATURE OF RELEASING OFFICER

LOCAL USE / STATE USE

MULTIPLE CASES CLOSED  CASE #  OFX  CASE #  OFX  CASE #  OFX  CASE #

ADDITIONAL CASES CLOSED IN NARRATIVE: [1] YES [2] NO

WATCH COMDR.

ARRESTING OFFICER (LAST, FIRST, M.): MEREDITH, JOHN C.  ID #: 630

ARRESTING OFFICER (LAST, FIRST, M.)  ID #  SUPERVISOR  ID #

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | 118 CASE # | 119 REF |
|---|---|---|
| 12 27 04  3:00  ☐ AM ☐ PM | [ ] [ ] [ ] [ ] [ ] [ ] | [ ] |

120 ADDITIONAL ARREST INFORMATION

JAMES BAILEY WAS ARRESTED AT THE HOUSTON COUNTY JAIL AS A PAROLE VIOLATOR. THE SUBJECT WAS ARRESTED WITH A PAROLE OFFICERS AUTHORIZATION OF ARREST WITHOUT INCIDENT.

J.C. Murdock    12-27-04

NARRATIVE

NARRATIVE

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY

☐ CONTINUE ON ADDITIONAL SUPPLEMENT



H3183

BAXLEY, JAMES W

261979776

197110108    M    W    600    170    HAZ    BRO

DB 50X50G8    #1107    :40    5701LD    914    2004    18:29

ALCA8000000C
HOUSTON CO SD
20041222                        DOTHAN, AL

                                    Y

        20041227        FL                              US

TAT L ARM
TAT BACK

        204         SOUTHPORT                   DOTHAN          AL
                                                         36301
                                                              X
        J14
Tracey Jackson        43183

DOTHAN LOCK N KEY
                                        LOCKSMITH
DOTHAN AL

20041227  5012
PROB VIOLATION
POSS FORGE INST

BAILEY, JAMES W

261979776

X *James W Bailey IV*

| | | | 19780108 | M | W | 600 | 170 | HAZ | BRO |



DB 50X50GB          #1109 1159 140                    5701LD 7159914 2008  7A 18:29

AL0360000
HOUSTON CO SD
20041222                                    DOTHAN MEN, AL

                                            Y


      20041227      FL                                          US
TAT L ARM
TAT BACK


      204         SOUTHPORT                        DOTHAN        AL
                                                                36301
        J14                                                     X
Tracey Jackson    43183


DOTHAN LOCK N KEY

DOTHAN AL                                    LOCKSMITH

20041227  5012
PROB VIOLATION
POSS FORGE INST

# COURT INFORMATION

c/o *Dewe* 43183

Name *Bailey James*

Inmate No. ~~42138~~

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 12-31-04 | PFI II Prob | CC 98-1003 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name *72 hr. hrg. – △ before the court & advised of charge, rights & bond status. no action / was taken off list 12/29/04 per clerk's office* Judge *Steensland*

ACS989

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

43183

Amended Transcript

CC 97 000514.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY

COURT OFI: 036015 J

STATE OF ALABAMA        VS.
DAILEY JAMES WILLIAM        ALIAS:
X HOUSTON COUNTY JAIL        ALIAS:
DOTHAN AL 36302

DC NO: 9600249500
O J: 000217
SSN: 416779776
SID: 000000000
AIS:

DOB: 01/06/76    SEX: M    HT: 6 01    WT: 147    HAIR: BRO    EYE: HZL
RACE: (X)W ( )B ( )0    COMPLEXION:    AGE:    FEATURES:

DATE OFFENSE: 07/15/96    ARREST DATE: 11/21/96    ARREST ORI: 0330100

CHARGES @ CONV
REC STOLEN PROP 1ST

CITES
13A-008-017

OFF CLASS: ( )A (X)B ( )C

JUDGE: SIDNEY E. JACKSON                PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE
(X)Y( )N    1-14-97    ( )Y(X)N 10-14-97    ( )Y( )N            ( )Y( )N

ACT 754-76
( )Y (X)N

CONFINEMENT:
PROBATION:

IMPOSED
02 06 000
00 00 000

SUSPENDED
00 00 000

TOTAL
02 06 000
00 00 000

JAIL CREDIT
00 00 048.

DATE SENTENCED: 10/16/97    SENTENCE BEGINS:    04/26/96

PROVISIONS

COURT COSTS
CRIME VICTIM
RECOUPMENT
PENITENTIARY
CONSECUT SENT

COSTS/RESTITUTION

| | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $0.00 | $0.00 |
| ATTORNEY FEE | $877.70 | $877.70 |
| CRIME VICTIMS | $100.00 | $100.00 |
| COST | $244.00 | $244.00 |
| FINE | $250.00 | $250.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADITL. DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $1471.70 | $1471.70 |

APPEAL DATE        SUSPENDED                AFFIRMED            REARREST

(X)Y( )N 10/14/97 ( )Y(X)N        (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:

12/22/98  CASE AFFIRMED ON APPEAL.

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
AND IS TRUE AND CORRECT.

Judy Byrd
CIRCUIT CLERK
01/09/99

OPERATOR: STW
PREPARED: 01/09/99

1999

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

Amended Transcript

CC 97 000113.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY

COURT (FI): 036015 J

STATE OF ALABAMA,      VS.
BATLEY JAMES WILLIAM        ALIAS:
% HOUSTON COUNTY JAIL       ALIAS:
DOTHAN  AL  36302

DC NO: 9600649600
O J:    C00216
SSN:    251979775
SID:    C00000000
AIS:

DOB: 01/05/76  SEX: M  HT: 6 01   WT: 147  HAIR: BRO   EYE: HZL
RACE: (X)W ( )B ( )O   COMPLEXION:        AGE:        FEATURES:

DATE OFFENSE: 10/04/96   ARREST DATE: 11/21/96   ARREST ORI: 0380100

CHARGES @ CONV              CITES
BURGLARY 3RD              13A-007-007              OFF CLASS: ( )A ( )B (X)C

JUDGE: SIDNEY E. JACKSON        PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED    GRANTED   DATE   REARRESTED DATE   REVOKED  DATE
(X)Y( )N  1-14-97   ( )Y(X)N  10-14-97   ( )Y( )N        ( )Y( )N

ACT 754-76                IMPOSED   SUSPENDED      TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:  02 06 000  00 00 000   02 06 000   00 00 051
            PROBATION :  00 00 000  00 00 000   00 00 000
DATE SENTENCED: 10/14/97  SENTENCE BEGINS:       04/28/98

PROVISIONS               COSTS/RESTITUTION           DUE        ORDERED

  COURT COSTS            RESTITUTION              $0.00         $0.00
  CRIME VICTIM           ATTORNEY FEE             $0.00         $0.00
  PENITENTIARY           CRIME VICTIMS          $100.00       $100.00
  CONSECUT SENT          COST                   $320.00       $320.00
                         FINE                   $250.00       $250.00
                         MUNICIPAL FEES           $0.00         $0.00
                         DRUG FEES                $0.00         $0.00
                         ADDTL DEFENDANT          $0.00         $0.00
                         DA FEES                  $0.00         $0.00
                         COLLECTION ACCT          $0.00         $0.00
                         JAIL FEES                $0.00         $0.00

                         TOTAL                  $670.00       $670.00

APPEAL DATE        SUSPENDED         AFFIRMED              REARREST
(X)Y( )N 10/14/97 ( )Y(X)N         (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL.   AND IS TRUE AND CORRECT.

                              _Judy Byrd_
                              CIRCUIT CLERK

                              01/09/99

OPERATOR: STW
PREPARED: 01/09/99

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000118.00
SIDNEY E. JACKSON

Amended Transcript

CIRCUIT COURT OF HOUSTON COUNTY                                    COURT ORI: 036015 J

STATE OF ALABAMA        VS.                     DC NO: 9600847200
BAILEY JAMES WILLIAM           ALIAS:           G J: 000198
% HOUSTON COUNTY JAIL          ALIAS:           SSN: 141979774
DOTHAN  AL  36302                               SID: 000000000
                                                AIS:

DOB: 01/08/78   SEX: M   HT: 6 00    WT: 150  HAIR: BRO   EYE: BRO
RACE: ( X )W ( )B ( )O    COMPLEXION:        AGE:     FEATURES:

DATE OFFENSE: 09/06/96   ARREST DATE: 11/15/96   ARREST ORI: 0360100

CHARGES @ CONV                   CITES                    OFF CLASS: ( )A ( )B ( X )C
BURGLARY 3RD                     13A-007-007

JUDGE: SIDNEY E. JACKSON             PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE:   REARRESTED DATE  REVOKED   DATE
( X )Y( )N 1-14-97  ( )Y(x)N 10-14-97  ( )Y( )N        ( )Y( )N

ACT 754-76           IMPOSED   SUSPENDED    TOTAL      JAIL CREDIT
( )Y ( X )N   CONFINEMENT:  02 06 000  00 00 000   02 06 000   00 00 054
              PROBATION :   00 00 000             00 00 000
DATE SENTENCED: 10/16/97   SENTENCE BEGINS:  04/28/98

PROVISIONS                    COSTS/RESTITUTION              DUE          ORDERED

COURT COSTS              RESTITUTION                $0.00         $0.00
CRIME VICTIM             ATTORNEY FEE               $0.00         $0.00
PENITENTIARY            CRIME VICTIMS             $100.00       $100.00
CONSECUT SENT           COST                      $256.00       $256.00
                        FINE                      $250.00       $250.00
                        MUNICIPAL FEES              $0.00         $0.00
                        DRUG FEES                   $0.00         $0.00
                        ADD'L DEFENDANT             $0.00         $0.00
                        DA FEES                     $0.00         $0.00
                        COLLECTION ACCT             $0.00         $0.00
                        JAIL FEES                   $0.00         $0.00

                        TOTAL                     $606.00       $606.00

APPEAL DATE          SUSPENDED          AFFIRMED            REARREST

( X )Y( )N 10/14/97  ( )Y(x)N     ( X )Y( )N 12/22/98  ( )Y( )N

REMARKS:
                                THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL.    AND IS TRUE AND CORRECT.


                                    _Judy Byrd_____
                                    CIRCUIT CLERK

                                    01/05/99

OPERATOR: STW
PREPARED: 01/05/99

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000111.00
SIDNEY E. JACKSON

Amended Transcript

CIRCUIT COURT OF HOUSTON COUNTY                          COURT ORG: 038015 J

STATE OF ALABAMA     VS.                         DC NO: 9600245400
BAILEY JAMES WILLIAM        ALIAS:              O J: 000185
X HOUSTON COUNTY JAIL       ALIAS:              SSN: 261929776
DOTHAN  AL  36302                               SID: 000000000
                                                AIS:

DOB: 01/08/78   SEX: M   HT: 5 01   WT: 147  HAIR: BRO   EYE: HZL
RACE: (X)W ( )B ( )O   COMPLEXION:        AGE:       FEATURES:

DATE OFFENSE: 10/02/96   ARREST DATE: 11/14/96   ARREST ORI: 0380100

         CHARGES @ CONV              CITES              OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                    13A-007-007

JUDGE: SIDNEY E. JACKSON            PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE   REARRESTED  DATE  REVOKED  DATE
( X)Y( )N  1-14-97   ( )Y(X)N  10-14-97  ( )Y( )N          ( )Y( )N

ACT 754-76              IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT
( )Y( X)N   CONFINEMENT: 02 06 000  00 00 000  02 06 000   00 00 055
            PROBATION :  00 00 000             00 00 000
DATE SENTENCED: 10/16/97   SENTENCE BEGINS:     04/25/98

PROVISIONS                COSTS/RESTITUTION           DUE        ORDERED

  COURT COSTS            RESTITUTION              $0.00        $0.00
  CRIME VICTIM           ATTORNEY FEE             $0.00        $0.00
  PENITENTIARY           CRIME VICTIMS          $100.00      $100.00
  CONSECUT SENT          COST                   $272.00      $272.00
                         FINE                   $250.00      $250.00
                         MUNICIPAL FEES           $0.00        $0.00
                         DRUG FEES                $0.00        $0.00
                         ADDTL DEFENDANT          $0.00        $0.00
                         DA FEES                  $0.00        $0.00
                         COLLECTION ACCT          $0.00        $0.00
                         JAIL FEES                $0.00        $0.00

                         TOTAL                  $622.00      $622.00

APPEAL DATE       SUSPENDED          AFFIRMED          REARREST
(X)Y( )N 10/14/97 ( )Y(X )N     (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL.   AND IS TRUE AND CORRECT.

                                 Judy Byrd
                                 CIRCUIT CLERK
                                 01/09/99

OPERATOR: STW
PREPARED: 01/09/99

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000010.00
SIDNEY E. JACKSON

Amended Transcript

CIRCUIT COURT OF HOUSTON COUNTY                           COURT OFI: 856015 J

STATE OF ALABAMA        VS.                    DC NO: 9600245500
BAILEY JAMES WILLIAM           ALIAS:          G J:   00016
X HOUSTON COUNTY JAIL          ALIAS:          SSN:  261579776
DOTHAN  AL  36302                              SID:  000000000
                                               AIS:

DOB: 01/06/76  SEX: M  HT: 6 01     WT: 142  HAIR: BRO   EYE: HZL
RACE: (X)W ( )B ( )O    COMPLEXION:        AGE:       FEATURES:

DATE OFFENSE: 08/09/96   ARREST DATE: 11/14/96   ARREST ORI: 0380100

      CHARGES @ CONV            CITES            OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                 13A-007-007

JUDGE: SIDNEY E. JACKSON            PROSECUTOR: VALESKA, DOUGLAS A
PROBATION APPLIED   GRANTED  DATE:   REARRESTED  DATE  REVOKED  DATE
(X)Y( )N  1-14-97   ( )Y(X)N 10-14-97  ( )Y( )N          ( )Y( )N
ACT 754-76          IMPOSED   SUSPENDED       TOTAL     JAIL CREDIT
( )Y (X)N  CONFINEMENT: 02 06 000  00 00 000  02 06 000  00 00 055,
           PROBATION :  00 00 000             00 00 000
DATE SENTENCED: 10/16/97   SENTENCE BEGINS:   04/26/96

PROVISIONS                  COSTS/RESTITUTION        DUE        ORDERED

COURT COSTS              RESTITUTION          $0.00        $0.00
CRIME VICTIM             ATTORNEY FEE         $0.00        $0.00
PENITENTIARY            CRIME VICTIMS       $100.00      $100.00
CONSECUT SENT           COST                $250.00      $250.00
                       FINE                 $250.00      $250.00
                       MUNICIPAL FEES         $0.00        $0.00
                       DRUG FEES              $0.00        $0.00
                       ADD'L DEFENDANT        $0.00        $0.00
                       DA FEES                $0.00        $0.00
                       COLLECTION ACCT        $0.00        $0.00
                       JAIL FEES              $0.00        $0.00

                       TOTAL                $600.00      $600.00

APPEAL DATE        SUSPENDED         AFFIRMED           REARREST
(X)Y( )N 10/14/97 ( )Y(X)N       (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL.   AND IS TRUE AND CORRECT.


                                      Judy B Byrd
                                      CIRCUIT CLERK
                              01/09/99


OPERATOR: STW
PREPARED: 01/09/99

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

Amended Transcript

CC 97 000109.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY

COURT ORI: 036015 J

STATE OF ALABAMA    VS.
BAILEY JAMES WILLIAM    ALIAS:
% HOUSTON COUNTY JAIL    ALIAS:
DOTHAN AL 36302

DC NO: Y5002845600
G J: C00183
SSN: 631779776
STD: 000000000
AIS:

DOB: 01/06/76    SEX: M    HT: 6 01    WT: 147    HAIR: BRO    EYE: HZL
RACE: (X)W ( )B ( )O    COMPLEXION:    AGE:    FEATURES:

DATE OFFENSE: 08/15/96    ARREST DATE: 11/14/96    ARREST ORI: 0380100

CHARGES @ CONV              CITES           OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD              13A-007-007

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED    GRANTED    DATE      REARRESTED DATE  REVOKED  DATE
(X)Y( )N  1-14-97    ( )Y(X)N 10-12-97     ( )Y( )N        ( )Y( )N

ACT 754-76
( )Y (X)N    CONFINEMENT:   IMPOSED      SUSPENDED        TOTAL    JAIL CREDIT
                            02 06 000    00 00 000      02 06 000   00 00 055
             PROBATION :    00 00 000    00 00 000      00 00 000
DATE SENTENCED: 10/16/97    SENTENCE BEGINS:            04/26/95

PROVISIONS                 COSTS/RESTITUTION         DUE         ORDERED

COURT COSTS                RESTITUTION            $757.00       $757.00
RESTITUTION                ATTORNEY FEE           $0.00         $0.00
CRIME VICTIM               CRIME VICTIMS          $100.00       $100.00
PENITENTIARY               COST                   $304.00       $304.00
CONSECUT SENT              FINE                   $250.00       $250.00
                           MUNICIPAL FEES         $0.00         $0.00
                           DRUG FEES              $0.00         $0.00
                           ADDTL DEFENDANT        $0.00         $0.00
                           DA FEES                $0.00         $0.00
                           COLLECTION ACCT        $0.00         $0.00
                           JAIL FEES              $0.00         $0.00

                           TOTAL                  $1411.00      $1411.00

APPEAL DATE         SUSPENDED              AFFIRMED              REARREST

(X)Y( )N 10/14/97 ( )Y(X)N      (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL.    AND IS TRUE AND CORRECT.

                              _Judge Byrd_
                              CIRCUIT CLERK
                              01/09/99

OPERATOR: STW
PREPARED: 01/09/99

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

Amended Transcript

CC 97 000108.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY

STATE OF ALABAMA        VS.
BATLEY JAMES WILLIAM        ALIAS:
% HOUSTON COUNTY JAIL       ALIAS:
DOTHAN AL 36302

COURT ORI: 038015 J

DC NO: 9600245700
G J: 000192
SSN: 421575776
SID: 000000000
AIS:

DOB: 01/06/76   SEX: M   HT: 6 01   WT: 147   HAIR: BRO   EYE: HZL
RACE: (X)W ( )B ( )O   COMPLEXION:        AGE:        FEATURES:

DATE OFFENSE: 08/15/96   ARREST DATE: 11/14/96   ARREST ORI: 0980100

CHARGES @ CONV              CITES              OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD              13A-007-007

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: VALESKA, DOUGLAS A
PROBATION APPLIED   GRANTED   DATE:   REARRESTED DATE   REVOKED DATE
(X)Y( )N  1-14-97   ( )Y(x)N  10-14-97   ( )Y( )N   ( )Y( )N

ACT 754-76
( )Y (X)N        CONFINEMENT:   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
                                02 06 000   00 00 000   02 06 000   00 00 055
DATE SENTENCED: 10/16/97   PROBATION :   00 00 000   00 00 000
                           SENTENCE BEGINS:   04/26/96

PROVISIONS                  COSTS/RESTITUTION              DUE        ORDERED
COURT COSTS              RESTITUTION              $0.00        $0.00
CRIME VICTIM              ATTORNEY FEE              $0.00        $0.00
RECOUPMENT              CRIME VICTIMS              $100.00        $100.00
PENITENTIARY              COST              $272.00        $272.00
                          FINE              $250.00        $250.00
                          MUNICIPAL FEES              $0.00        $0.00
                          DRUG FEES              $0.00        $0.00
                          ADDTL DEFENDANT              $0.00        $0.00
                          DA FEES              $0.00        $0.00
                          COLLECTION ACCT              $0.00        $0.00
                          JAIL FEES              $0.00        $0.00

                          TOTAL              $622.00        $622.00

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST
(X)Y( )N 10/14/97 ( )Y(x)N        (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:
                          THIS IS TO CERTIFY THAT THE
                          ABOVE INFORMATION WAS EXTRACTED
                          FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL  AND IS TRUE AND CORRECT.

                          CIRCUIT CLERK
                          01/06/99

OPERATOR: STW
PREPARED: 01/06/99

ACS3559

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 000102.00
SIDNEY E. JACKSON

Amended Transcript

CIRCUIT COURT OF HOUSTON COUNTY                    COURT ORI: 038015 J

STATE OF ALABAMA          VS.
BAILEY JAMES WILLIAM           ALIAS:
X HOUSTON COUNTY JAIL          ALIAS:
DOTHAN   AL  36302

DC NO: 9600041200
O J: 000171
SSN: 251779776
SID: 000000000
AIS:

DOB: 01/08/78  SEX: M  HT: 6 01    WT: 147  HAIR: BRO   EYE: HZL
RACE: (X)W ( )B ( )O  COMPLEXION: _____  AGE: _____  FEATURES:

DATE OFFENSE: 11/04/96   ARREST DATE: 11/04/96   ARREST ORI: 0380000

CHARGES @ CONV                 CITES                OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                  13A-007-007

JUDGE: SIDNEY E. JACKSON                PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED    GRANTED   DATE    REARRESTED DATE   REVOKED   DATE
(X)Y( )N  1-14-97   ( )Y(X)N  10-14-97  ( )Y( )N        ( )Y( )N

ACT 754-26
( )Y( )N      CONFINEMENT:  IMPOSED    SUSPENDED     TOTAL      JAIL CREDIT
              02 06 000    00 00 000   02 06 000    00 00 062.
              PROBATION    00 00 000   00 00 000
DATE SENTENCED: 10/16/97   SENTENCE BEGINS:        04/28/98

PROVISIONS                    COSTS/RESTITUTION          DUE          ORDERED

COURT COSTS                   RESTITUTION            $1355.23       $1355.23
RESTITUTION                   ATTORNEY FEE           $0.00          $0.00
CRIME VICTIM                  CRIME VICTIMS          $100.00        $100.00
RECOUPMENT                    COURT                  $312.00        $312.00
CONSECUT SENT                 FINE                   $250.00        $250.00
                              MUNICIPAL FEES         $0.00          $0.00
                              DRUG FEES              $0.00          $0.00
                              ADD'L DEFENDANT        $0.00          $0.00
                              DA FEES                $0.00          $0.00
                              COLLECTION ACCT        $0.00          $0.00
                              JAIL FEES              $0.00          $0.00

                              TOTAL                  $2015.23       $2015.23

APPEAL DATE        SUSPENDED           AFFIRMED           REARREST

(X)Y( )N 10/14/97 ( )Y(x)N           (X)Y( )N 12/22/98 ( )Y( )N

REMARKS:
                                      THIS IS TO CERTIFY THAT THE
                                      ABOVE INFORMATION WAS EXTRACTED
                                      FROM OFFICIAL COURT RECORDS AND
12/22/98  CASE AFFIRMED ON APPEAL     AND IS TRUE AND CORRECT.


                                      _Judy Byrd_
                                      CIRCUIT CLERK
                                      01/09/99

OPERATOR: STN
PREPARED: 01/09/99

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 000096.00
SIDNEY E. JACKSON

Amended Transcript

CIRCUIT COURT OF HOUSTON COUNTY                         COURT ORI: C38015 J

STATE OF ALABAMA          VS.                    DC NO: 9600241100
BATLEY JAMES WILLIAM          ALIAS:             G J: 000170
X HOUSTON COUNTY JAIL          ALIAS:            SSN: #519725776
DOTHAN AL  36302                                 SID: 000000000
                                                 AIS:

DOB: 01/06/78  SEX: M  HT: 6 00    WT: 147  HAIR: BRO  EYES:
RACE: (X)W ( )B ( )O  COMPLEXION:        AGE:       FEATURES:

DATE OFFENSE: 10/25/96  ARREST DATE: 11/06/96  ARREST ORI: 0380000

        CHARGES @ CONV              CITES             OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                     13A-007-007

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED  DATE:    REARRESTED DATE  REVOKED   DATE
(X)Y( )N  1-14-97   ( )Y(X)N 10-14-97  ( )Y( )N           ( )Y( )N

ACT 754-76           IMPOSED   SUSPENDED    TOTAL      JAIL CREDIT
( )Y (X)N  CONFINEMENT: 02 06 000  00 00 000  02 06 000  00 00 062
         PROBATION :  00 00 000            00 00 000
DATE SENTENCED: 10/16/97  SENTENCE BEGINS:  04/28/98

PROVISIONS                 COSTS/RESTITUTION          DUE         ORDERED
   COURT COSTS            RESTITUTION          $125.00      $125.00
   RESTITUTION            ATTORNEY FEE         $877.71      $877.71
   CRIME VICTIM           CRIME VICTIMS        $100.00      $100.00
   RECOUPMENT             COST                 $288.00      $288.00
   PENITENTIARY           FINE                 $250.00      $250.00
                          MUNICIPAL FEES         $0.00        $0.00
                          DRUG FEES              $0.00        $0.00
                          ADDTL DEFENDANT        $0.00        $0.00
                          DA FEES                $0.00        $0.00
                          COLLECTION ACCT        $0.00        $0.00
                          JAIL FEES              $0.00        $0.00

                          TOTAL              $1640.71     $1640.71

APPEAL DATE      SUSPENDED          AFFIRMED           REARREST
( X)Y( )N 10/14/97 ( )Y(x)N      (X)Y( )N 12/22/96  ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
12/22/96   CASE AFFIRMED ON APPEAL   AND IS TRUE AND CORRECT.

                              _Judy Byrd_
                              CIRCUIT CLERK
                              01/09/99

OPERATOR: STN
PREPARED: 01/09/99

CJP232                    ALABAMA DEPARTMENT OF CORRECTIONS        43173        INST:
                          INMATE SUMMARY AS OF 01/20/99                          CODE: CS.

*********************************************************************************

AIS: 00200097    INMATE: BAILEY, JAMES WILLIAM                    RACE: W  SEX: M

INSTITUTION: 235 - HOUSTON                          JAIL CR: 03Y020020

DOB: 01/08/73      SSN: 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

ADM DT: 04/28/98    DEAD TIME: 00Y 00M 00D

ADM TYP: COMMITTED FROM BOND/APPEAL        STAT: COMMITTED FROM BOND/APPEAL

CURRENT CUST: MED-2    CURRENT CUST DT: 04/28/98    PAROLE REVIEW DATE: ~NONE~

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS I            CURRENT CLASS DATE:  12/16/98
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY       SENT DT  CASE NO    CRIME                          JU-GE       TERM
HOUSTON      04/28/98 97000106 BURGLARY III                     005M 002Y 06M 00D
             ATTORNEY FEES : $000070    HABITUAL OFFENDER : N
HOUSTON      COURT COSTS   : $0000280    FINES : $0000250       RESTITUTION : $00002
             04/28/98 97000107 BURGLARY III                     004Y 002Y 00M 00D
HOUSTON      COURT COSTS   : $0000312    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000108 BURGLARY III                     005Y 002Y 06M 00D
HOUSTON      COURT COSTS   : $0000272    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000109 BURGLARY III                     000M 002Y 06M 00D
HOUSTON      COURT COSTS   : $0000304    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000110 BURGLARY III                     005M 002Y 06M 00D
HOUSTON      COURT COSTS   : $0000280    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000111 BURGLARY III                     005M 002Y 06M 00D
HOUSTON      COURT COSTS   : $0000272    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000112 BURGLARY III                     005M 002Y 06M 00D
HOUSTON      COURT COSTS   : $0000256    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000113 BURGLARY III                     005M 002Y 06M 00D
HOUSTON      COURT COSTS   : $0000320    FINES : $0000250       RESTITUTION : $00001
             04/28/98 97000114 RECEIVING STOLEN PROPERTY I      005M 002Y 06M 00D
             ATTORNEY FEES : $000070    HABITUAL OFFENDER : N
             COURT COSTS   : $0000264    FINES : $0000250       RESTITUTION : $00001

 TOTAL TERM        MIN REL DT      GOOD TIME BAL     LONG DATE
 022Y 06M 00D      12/14/2004      000Y 11M 09D      08/25/2021

INMATE LITERAL:
*********************************************************************************

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*********************************************************************************

ESCAPEE-PAROLEE SUMMARY


                    CONTINUED ON NEXT PAGE

```
CJR232                    ALABAMA DEPARTMENT OF CORRECTIONS                  DATE:
                          INMATE SUMMARY AS OF 01/20/97                      CODE: CSR

**************************    CONTINUATION    **************************

  AIS: 00200987    INMATE: BAILEY, JAMES JILLIAN            RACE: W   SEX: M
******************************************************************************

ESCAPES-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.B.S.C.I.S. RECORDING BEGAN IN 1978

******************************************************************************

DISCIPLINARY/CITATION SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

## INMATE REQUEST FORM

Date: _____   INMATES # 43155

To: _____   C/O SIGNATURE _Ernie Judson_

From: _____   SR C/O SIGNATURE _____

**NATURE OF REQUEST**  I would like to know what the *Law* is, *Can i't Be a 4s trusty so i can grieance it to whos willing. I feel that i'l have the same rule as any state inmate in a county jail Does for the im going than proper chnicles*

**ACTION TAKEN** You only have the right to food and housing and proper medical attention and clothing. Any thing else is a priviage and not a right. You were a trustee and said to be removed.
    X   Not removed quit
        Refused to Sign (Ernie Judson)

Houston Printing Co., Inc. • Form 85*95 • Rev. 3-95

---

## INMATE REQUEST FORM

Date: 2/5/99   INMATES # _____

To: _____   C/O SIGNATURE _Ernie Judson_

From: _____   SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____

**ACTION TAKEN**
    I don't need any trustees on 4th Floor at this time
        X   Jonas W Parker at

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

43/83

CC 98 001003.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY

COURT ORI: 0980I5 J

STATE OF ALABAMA     VS.
BAILEY JAMES W                     ALIAS:
% HOUSTON COUNTY JAIL       ALIAS:
DOTHAN  AL  36302

DC NO: 9801025500
G J: 000092
SSN: 261970774
SID: 000000000
AIS:

DOB:  01/08/78   SEX: M  HT: & 00         WT: 147  HAIR: BRO   EYE: HZL
RACE: (X)W ( )B ( )0    COMPLEXION:          AGE:      FEATURES:

DATE OFFENSE: 03/10/98   ARREST DATE: 04/26/98   ARREST ORI: 0380100

           CHARGES & CONV                  CITES
POSS FORGED INSTR 2ND             13A-009-006       OFF CLASS:  ( )A ( )B (X)C

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE   REVOKED  DATE
( )Y(X)N            ( )Y( )N            ( )Y( )N

ACT 754-76                    IMPOSED      SUSPENDED      TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:    15 00 000    00 00 000    15 00 000   00 00 297
            PROBATION :     00 00 000                 00 00 000
DATE SENTENCED: 02/16/99      SENTENCE BEGINS:                    02/16/99

PROVISIONS                    COSTS/RESTITUTION          DUE          ORDERED

   COURT COSTS              RESTITUTION          $120.00        $120.00
   RESTITUTION              ATTORNEY FEE         $184.81        $184.21
   CRIME VICTIM             CRIME VICTIMS        $100.00        $100.00
   RECOUPMENT               COST                 $214.00        $214.00
   PENITENTIARY             FINE                 $500.00        $500.00
   HABITUAL OFDR            MUNICIPAL FEES         $0.00          $0.00
                           DRUG FEES              $0.00          $0.00
                           ADDTL DEFENDANT        $0.00          $0.00
                           DA FEES                $0.00          $0.00
                           COLLECTION ACCT        $0.00          $0.00
                           JAIL FEES              $0.00          $0.00

                            TOTAL               $1118.21      $1118.21

APPEAL DATE       SUSPENDED          AFFIRMED           REARREST
( )Y( )N          ( )Y( )N           ( )Y( )N           ( )Y( )N

REMARKS:
                                  THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS AND
                                  AND IS TRUE AND CORRECT.
DEFENDANT SENTENCED TO 15 YEARS UNDER THE HABITUAL OFFENDER
ACT.

                                  _Judy Byrd_
                                  CIRCUIT CLERK

                                  02/16/99

OPERATOR: AML
PREPARED: 02/16/99

INMATE NAME _James Bailey_

INMATE # _43183_

INCIDENT NUMBER _99142_

HEARING OFFICER - SIGNATURE & TITLE: _____

Inmate will _____ will not __X__ appeal.

Jail Administrator Action date _2/26/99_

Approved _____

Disapproved _____

Other (Specify) _____

_____

_____

Reason if more than 30-calender days delay in action:

_____

_____

Appeal date _____

Approved _____

Disapproved _____

Other (specify) _____

_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

on this the _26_ day of _Feb_ , 19 _99_ at (time) _815_ (am / pm).

SERVING OFFICER - SIGNATURE & TITLE

INMATE SIGNATURE & JAIL NUMBER

HOUSTON COUNTY JAIL
DISCIPLINARY REPORT

1. INMATE _Bailey   James_ _____ CUSTODY _____ INMATE # _43183_
   (last)      (first)      (middle)

2. ASSIGNMENT _Cell #12_ _____ LOCATION _4 South_

3. THE ABOVE INMATE IS BEING CHARGED BY: _C/O B Cody_
   WITH A VIOLATION OF RULE # _7_ SPECIFICALLY _No Inmate_
   _will assault or attempt to assault personel,_
   _other inmates or visitors._

   WHICH OCCURRED ON/OR
   ABOUT _2/23/99_, AT APPROXIMATELY _9:15_ (AM/PM). A HEARING ON
   THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

4. CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _Im James Bailey_
   _attempted to hit inmate Easter Thorpe Jr. and also_
   _threw water on Sgt. Peterman And also he started fighting_
   _with I and several other I/s._
                                    _C/O B Cody_

5. _____
   ARRESTING OFFICER-SIGNATURE AND RANK

6. HEARING DATE _3-25-99_ TIME _1331_ PLACE _4 Visiting room_

7. I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
   THE ABOVE NAMED INMATE ON THIS THE _23rd_ DAY OF _Feb_, 1999
   AT _10:30_ (AM/PM).

8. _____        _James W Bailey Jr_
   SERVING OFFICER-SIGNATURE AND RANK       INMATE'S SIGNATURE & HCJ NO.

   WITNESS DESIRED?   NO: _____              _____
                          inmate's signature    YES: _James W Bailey Jr_
                                                      inmate's signature

   IF YES, LIST: _Ricky Bentis, Larry Moore, Charles Green_

9. INMATE MUST BE PRESENT IN THE HEARING ROOM.  IF (HE)/SHE IS NOT PRESENT
   EXPLAIN IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

10. A FINDING IS MADE THAT INMATE (IS)/IS NOT) CAPABLE OF REPRESENTING (HIM)/HER.

                                          _____
                                          SIGNATURE - HEARING OFFICER

11. PLEA: _James Bailey IV_ NOT GUILTY      _____ GUILTY

12. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE
    TRUTH.
                                          _____
                                          SIGNATURE-HEARING OFFICER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _K Turner Clo_    Convened at _2-25-99  1331_
(Name and Rank)                   (Date and Time)

The preceding to hear evidence in the case involving inmate _James Bailey_
Inmate _Bailey_ has been identified and is currently assigned to the Houston County Jail. The accused and arresting Officers were present before the Hearing Officer.
The Hearing Officer explained to inmate _Bailey_ that he/ she is being charge with the violation of Houston County Inmate Rules and Regulation, # _7_, specifically _No inmate will assault or attempt to assault personnel, other inmates or visitors_, which occurred on/or about _2-23_ 19_99_ at _415_ (am/pm) Inmate _Bailey_ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing Officer explained that according to due process requirement, he (inmate) _Bailey_, must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 9 (three - seven ) calendar days after the charges have been served, excluding weekends and holidays. The hearing Officer also advised inmate _Bailey_ that he/she was given the opportunity to have witnesses on his/ her behalf (normally no more than 3 (three) witnesses with relevant testimony will be called to testify in the behalf of inmate _Bailey_ ). The Hearing Officer asked inmate _Bailey_ if he understood due process, also if he/ she understood the charge (s) against him/ her and this/ her reply was _yes_. The Hearing Officer asked inmate _Bailey_ if he/she was of the opinion that due process requirements have been complied with and she/she answered _yes_. The Hearing Officer made the determination that inmate _Bailey_ is/ is no, capable of representing him/ herself (Hearing Officer signed Disciplinary Report). The Hearing Officer asked Inmate _Bailey_ how he/ she pleads to the charge (s), and he/ she stated, Not Guilty _X_, Guilty ____ (Hearing Officer has inmate sign the appropriate space on the Disciplinary Report). Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing room, and Arresting Officer's Testimony ( at the hearing or written statement)
_See written statement of Clo Cody_

Witness _Ricky Bentis_    Substance of testimony _See_
Witness _Harry Moore_    Substance of testimony _attached_
Witness _Charles Green_    Substance of testimony _Statement_

And I got mad by this time
and then I head butted him
and I got a knot on my head.
Then I put him in a head lock
and took him to the floor to restrain
him and I told him "that you are
gonna stop playing with me or I'm
gonna hurt you." Everything is vague
from there, but he kept following
me and getting in my face then I
went to the cell and he came in and
said I broke his headphones and then
I told him to ask me to fix his radio
and then Cody came in and asked
what was wrong and I told Ricky to
tell him what happened. And then
Ms. Peterman came in and said, "Bailey
if you are in this you are on lockdown
I tried to tell everybody what happened, but
they didn't listen.

Inmates testimony:

We were all playing cards, (poker) and he
lost all of his chips and he got mad
and threw the cards all over the
dayroom and Tim walked to the
cell and I followed and Evester came
from behind and said put the chips
down and playfully picked me up and
I said "Sweetie, man let me go and
then I asked him again and I told
him to let me go at least 5 or 6 times

The following witnesses were not called:

all called

Reason not called:

all called

Inmate _Bailey_ was allowed to submit written requests to all witnesses. A copy
and answers are attached. None were submitted.

Hearing Officer Signature & Title

After hearing all testimony the Hearing Officer announces going into closed session to determine the findings of fact. Everyone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing Officer makes the following findings of fact: (Be Specific) *I'm James Bailey is found*

*to be not guilty of violating Rule #7*

Basis for finding of facts: *I believe the statements of the witnesses and I feel that I'm Tharpe started this altercation*

Hearing Officer's Decision:    Guilty _____    Not Guilty _X_____

Major _X_____    Minor _____

Recommendations for punishment or sanctions: *NONE* _____

_Hearing Officer Signature & Title_

INMATE WISHES TO APPEAL:    YES _____    NO _X_

HEARING OCCURRED AT *Adjourned* _1359_____ (AM (PM))

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE COMPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

SIGNATURE OF HEARING OFFICER: _____    DATE: _2-25-99_

**HOUSTON COUNTY JAIL**
**INCIDENT REPORT**

SHIFT: _2nd_    DATE: _2-23-99_ TIME: _4:15 PM_ INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED: _____    TYPE OF INCIDENT: _____

TIME INCIDENT REPORTED: _____    WHO RECEIVED REPORT: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICTIM:    a. _James Bailey_    NO. _43183_
           b. _____    NO. _____

SUSPECTS:    WITNESSES:
a. _Forester Thorpe Jr._ NO. _43442_    a. _____ NO. _____

b. _____ NO. _____    b. _____ NO. _____

c. _____ NO. _____    c. _____ NO. _____

d. _____ NO. _____    d. _____ NO. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PHYSICAL EVIDENCE/TYPE OF EVIDENCE:
_N/A_

DESCRIPTION OF EVIDENCE:
_N/A_

CHAIN OF EVIDENCE:
a. _N/A_
b. _____
c. _____
d. _____
e. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NARRATIVE SUMMARY:
_They were raising loud voices attempting to fight each other._

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF REPORT/SEE NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_B. Co_____    _2-23-99_
CORRECTIONS OFFICER SIGNATURE    DATE

# Houston County Jail
## Statement Form

Time 4:15 p.m. Date 2-23-99 Place Houston County Jail

I, B. Cody _____, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on Feb. 23 , 19 99.

I B Cody was assigned to 4th Floor on this day Feb 23rd 1999, I was doing mail-call on 4 north at the time. The after passing out mail on North side, I then went to South side to pass out mail. Thats when I heard alots of arguing in the dayroom, and I saw the two inmates James Bailey, Buster Thorpe II were walk into cell #12. Thats when I B Cody went into the dayroom and I saw paper cards on the floor. I then walked over to cell # 12 and they both was in the cell throwing staff around and attempting to hit each other. So I walked in between them and broke them up and took Thorpe in visitation. Both inmates explain to me that it started when they wrestling and a radio was broken in progress. I placed Im Bailey back in his cell until Sgt. peterman made it to the Floor. When Sgt. peterman made it to the floor, she talked to Im Bailey and started cursing using foul language. then he threw water on her and continued to curse at her and using foul language. That's when a decision was made For Im Bailey to be placed in the chair. C/O K. Johnson, C/O Cody, C/O Phelps, , Sgt. peterman , C/O K. Turner All were in the Dayroom when we decided to place him in the chair. He then was sprayed by C/O Cook and we placed him in the chair. Im Bailey was fighting, spitting and head butting during all of this was going on. He then made the statement that he was not sorry for what he did to Sgt. peterman. End of Statement

I have read or had read to me the above statement consisting of ___1___ pages and attest that it is a true and accurate account of the events which took place on Feb. 23, 1999 . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____        Signature _____

Witnessed by _____        Page ___ of ___ pages

INMATES NAME: *James Bailey*
DATE SERVED: _____02-23-99_____

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER:    1.    Initial each step when completed.
                    2.    Read the portion that is in capital letters to the
                          inmate.  (See starred areas***).
                    3.    Sign the bottom to show all steps are completed.

Check to ensure that the Disciplinary Report is filled out completely.

Make a copy and place carbon between the two.

Identify the inmate.

Read steps one (1) through five (5) ALOUD to the inmate.

_____ ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND NO
         THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

_____ ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_____ ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

_____ ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
         OF THE ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE
         WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_____ ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? √ YES ___NO


Fill in the date and time served on the inmate (#7 on disciplinary report)

List names of any witnesses desired.(#8 on disciplinary report)

SIGN AS SERVING OFFICER.

Have the inmate sign as receiving a copy.

_____ ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
         THAT YOU WERE GIVEN A COPY.

*****IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.

LEAVE THE INMATE THE COPY.

_____          ____02-23-99____
SIGNATURE OF SERVING OFFICER                 DATE SERVED

#1

<u>Ricky Bentis</u> -

There was 4 of us sitting at the table playing cards and Sweetie picked up the cards and the homemade poker chips and threw them all over the dayroom and said for us to pick them up. We refused and laughed at him and as James was going to cell #12 Sweetie jumped on his back and Bailey kept saying "Get off my back" several times and Bailey started turning red and when Bailey tried to get him off of his back and he was turning left and right and at this time his radio hit the floor and then they started to scuffle and then it turned into a little more. Sweetie kept following Bailey around and kept getting almost lip-to-lip and followed him to cell #12 and then Cody drug Sweetie out put him in the visiting room and Cody said "whoever made this mess needs to clean it up." And we told him that he took him out already.

## Charles Green –

Sweetie slung the cards down and I seen him grab James behind his back and James told him to leave him alone and he got in James' face and James told him to go away and Sweetie kept on messing with James. James went into cell #12 and Sweetie followed him and I didn't see what went on in the cell.

## Larry Moore –

Sweetie started everything and then Sweetie grabbed him and James told him to leave him alone and James tried to get out of it and he kept on and I think James was trying to defend himself.

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME _Bailey James William_ INMATE # _42183_

FLOOR LOCATION _K 3_          DATE _12/22/04_

**VISITORS NAME**

1. _dennett norton_        1. _Faith mc Daniel_
2. _Frank norton_          2. _Lyn Brown_
3. _Frankie mcDaniel_      3. _Dine Strickland_
4. _donna mc Daniel_       4. _Billy norton_

**BANNED**

1. _____    2. _____

**NOTE**

THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE
AFTER SIX(6) MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES
ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO(2)
VISITORS TO COME ON YOUR VISITING DAY, CHILDREN ( NO MATTER
THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY
EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR
VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE
IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER
THE AGE OF SIXTEEN (16), WHO MAY USE THEIR SOCIAL SECURITY
CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8)
VISITORS NAME ABOVE.

I/M SIGNATURE _James Bra_          DATE _12/24/04_

C/O SIGNATURE _Stacey Hutto_          DATE _12/22/04_

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _James Bailey_     DATE: _3/15/05_     JAIL NUMBER: _43783_

CURRENT CELL: _5_     CELL I/M MOVED TO (IF APPLICABLE)

| | TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|---|

_____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ /_____

_1_ WKS ☒ SUSPENSION OF COMMISSARY PRIVILEGES _3-20-05_ / _4-1-05_

_2_ WKS ☒ LOSS OF VISITATION PRIVILEGES _3-19,20-05_ / _3-26,27-05_

_WKM_ ⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ /_____

⬭ OTHER _____

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES _____     NO _____

OFFICER REQUESTING SANCTION/RESTRICTION
_C/O Bush_

OFFICER AUTHORIZING SANCTION/RESTRICTION
_3-16-05_

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

_Im James Bailey was in direct violation of rule #5_
_the filer C/O Higgins cused he got a larget and she_
_stated also. I had to tell he general asign her then_
_he further argued and cited me #5 no inmate_
_will attempt to conduct a main private Sheriff dept_
_personall other inmates, or Visitors_

SIGNATURE OF SC/O OR ASC/O _S.B. Reynolds_     REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _James Bailey_    HCW _43183_    POD _J-11_

Date filing notice of appeal: _3-16-05_

On _3-15_, 2005, an Inmate Sanction/Restriction was written by Officer _K Busch_

charging inmate _Bailey_, with a violation of Houston County Jail Inmate Rules and Regulations

# _#5    Attempting to Confuse or Manipulate_

The circumstances of the violations are: _I asked % Tyus if I could get a haircut_
_She said no. Then % Busch said I turned around and asked her_

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _2 Weeks_
_loss of visitation and commissary_

I wish to appeal the decision because: _I asked % Tyus if I could get a haircut_
_She said she would ask the sergeant I told her that I had_
_to go to court the next day when the opposite side_    _over_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the _17_ day of _March_, 2005, an appeal of the Sanction/Restriction taken against inmate

_James Bailey_ was reviewed by _Commander McCarty_, and the following action was taken:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _however, no loss of visitation, and_
_one week loss of commissary—_

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _____

day of _____, 2005.

INMATE SERVED COPY _____

Officer Signature _____

A short time later % Busch came in and I asked her. She said she would check. Well, about 30 min. later % Busch came in and said that I could get my haircut. The next thing I know Sgt. Reynolds came and told me that she said I couldn't get my haircut. I wasn't aware that % Busch hadn't called the Sgt. % Busch came in here and took it upon herself to allow me to get a haircut. I was not trying to manipulate anyone. All I wanted to do was get a haircut for my court! I apologize for the confusion, but sometimes I feel as though the %'s ignore your request and I ask everytime I see a %! I was not trying to manipulate anyone. I ~~assassinate~~ assume that % Tyson was aware that she needed permission from the Sgt., therefore I assumed % Busch would to. Then they would have both said no because the Sgt said no.

I would appreciate you reconsidering my punishment. My visits mean a lot to me. I enjoy seeing my fiancé and my mom. If you must punish me, could you consider only taking one privilege! Or reconsider taking nothing because it was only a misunderstanding.

Sincerely, James Bailey

INMATE NAME _James Bailey_____

INMATE # _43183_____

INCIDENT NUMBER _99/43_____

HEARING OFFICER - SIGNATURE & TITLE:

Inmate will_____ will not __X____ appeal.

Jail Administrator Action date._2/26/99_____

Approved_____

Disapproved_____

Other (Specify)_____
_____
_____

Reason if more than 30-calender days delay in action:
_____
_____

Appeal date_____

Approved_____

Disapproved_____

Other (specify)_____
_____
_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

on this the _26_ day of _Feb_____ 19 _99_ at (time) _815_ (am. pm.).

SERVING OFFICER - SIGNATURE & TITLE

INMATE SIGNATURE & JAIL NUMBER

HOUSTON COUNTY JAIL
DISCIPLINARY REPORT

1.  INMATE _Bailey_ _James_ _____ CUSTODY _Conv._ INMATE #_43183_
       (last)      (first)    (middle)

2.  ASSIGNMENT _____450_____ LOCATION _Cell #12_

3.  THE ABOVE INMATE IS BEING CHARGED BY: _S/O Anne Peterman_
    WITH A VIOLATION OF RULE # _7_ SPECIFICALLY _no inmate will_
    _assault or attempt to assault personnel, other inmates_
    _or visitors_

    _____ WHICH OCCURRED ON/OR
    ABOUT _02/23/99_, AT APPROXIMATELY _4:20_ (AM/PM). A HEARING ON
    THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

4.  CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _that you James_
    _Bailey, did throw hot water into the face of_
    _S/O Anne Peterman_

5.  _____ _S/O Anne Peterman_
                              ARRESTING OFFICER-SIGNATURE AND RANK

6.  HEARING DATE _2-25-99_ TIME _2:00pm_ PLACE _US Visiting room_

7.  I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
    THE ABOVE NAMED INMATE ON THIS THE _23_ DAY OF _FEB_, 19_99_
    AT _____ (AM/PM).

8.  _J.L. Phelps_____    _James Bailey III_____
    SERVING OFFICER-SIGNATURE AND RANK   INMATE'S SIGNATURE & HCJ NO.

    WITNESS DESIRED?  NO: _____    YES: _James Bailey III_
                      inmate's signature         inmate's signature

    IF YES, LIST: _RICKY BOITIS, TIM BUKSZAR, TAM D'AMICU_

9.  INMATE MUST BE PRESENT IN THE HEARING ROOM.  IF (HE)/SHE IS NOT PRESENT
    EXPLAIN IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

10. A FINDING IS MADE THAT INMATE (IS)/IS NOT) CAPABLE OF REPRESENTING (HIM)/HER.

    _R Turner_____
    SIGNATURE - HEARING OFFICER

11. PLEA: _James Bailey_ NOT GUILTY    _____ GUILTY

12. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE
    TRUTH.

    _R Turner_____
    SIGNATURE-HEARING OFFICER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _K Turner_
( Name and Rank )          Convened at _2-25-99  2:00pm_
( Date and Time )

The preceding to hear evidence in the case involving inmate _James Bailey_
Inmate _Bailey_ has been identified and is currently assigned to the Houston County Jail. The accused and arresting Officers were present before the Hearing Officer.
The Hearing Officer explained to inmate _Bailey_ that (he) she is being charge with the violation of Houston County Inmate Rules and Regulation, # _7_ , specifically _No inmate will assault or attempt to assault personnel, other inmates or visitors._ which occurred on/or about _2-23_ 19 _99_ at _420_ (am (pm). Inmate _Bailey_ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing Officer explained that according to due process requirement, he (inmate) _Bailey_ , must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven ) calendar days after the charges have been served, excluding weekends and holidays.     The hearing Officer also advised inmate _Bailey_ that (he) she was given the opportunity to have witnesses on his /her behalf (normally no more than 3 (three) witnesses with relevant testimony will be called to testify in the behalf of inmate _Bailey_ ).   The Hearing Officer asked inmate _Bailey_ if he understood due process, also if (he) she understood the charge (s) against (him) / her and (his) / her reply was _yes_ The Hearing Officer asked inmate _Bailey_ if (he)she was of the opinion that due process requirements have been complied with and (he) she answered _yes_ .   The Hearing Officer made the determination that inmate _Bailey_ (is) / is no, capable of representing (him) / herself (Hearing Officer signed Disciplinary Report). The Hearing Officer asked Inmate _Bailey_ how (he) / she pleads to the charge (s), and (he) / she stated, Not Guilty _X_ , Guilty _____ (Hearing Officer has inmate sign the appropriate space on the Disciplinary Report).  Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing room ,and Arresting Officer's Testimony ( at the hearing or written statement)
_See Written statement of Sgt Peterman)_

Witness _Ricky Bertis_        Substance of testimony _See_

Witness _Nim Bukszar_        Substance of testimony _Written_

Witness _Tom D'Amico_        Substance of testimony _Statement_

Inmates testimony:

I just plain lostit. I didn't really know what I was actually doing. I blacked out and I have tried to get the nurse to let me get checked out.

The following witnesses were not called:

All were called

Reason not called:

all were called

Inmate _Bailey_ was allowed to submit written requests to all witnesses. A copy and answers are attached. None were submitted

Hearing Officer Signature & Title

After hearing all testimony the Hearing Officer announce going into closed session to determine the findings of fact. Everyone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing Officer makes the following findings of fact: (Be Specific)

Inm James Bailey is found to be guilty of Violating Rule #19

Basis for finding of facts: I believe, the statement of all the witnesses

Hearing Officer's Decision:   Guilty  X          Not Guilty _____

Major  X          Minor _____

Recommendations for punishment or sanctions: 10 days lockdown to begin 02-23-99 thru 03-04-99 to include time already served

K Turner
Hearing Officer Signature & Title

INMATE WISHES TO APPEAL:   YES _____   NO  X

HEARING ~~OCCURRED~~ Adjourned AT  229  (AM/PM)

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE COMPLETE AND ACCURATE DESCRIPTION OF WEAT TRANSPIRED IN THE HEARING ROOM.

K Turner
SIGNATURE OF HEARING OFFICER: _____

2-25-99
DATE: _____

HOUSTON COUNTY JAIL
INCIDENT REPORT

SHIFT: _2nd_ DATE: _02-23-99_ TIME: _1030 PM_ INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED:                    TYPE OF INCIDENT:
_450 Ceegr_                                          _Viol Rule 7_

TIME INCIDENT REPORTED: _4:20 Pm_    WHO RECEIVED REPORT: _SO Peterman_
*******************************************************************
VICTIM:    a. _SO Anne Peterman_                    NO. _____
           b. _____                       NO. _____

SUSPECTS:                                            WITNESSES:
a. _James Bailey_ NO. _43183_                        a. _____  NO. _____

b. _____ NO. _____              b. _____  NO. _____

c. _____ NO. _____              c. _____  NO. _____

d. _____ NO. _____              d. _____  NO. _____
*******************************************************************
PHYSICAL EVIDENCE/TYPE OF EVIDENCE:
_____ N/A _____


DESCRIPTION OF EVIDENCE:
_____ N/A _____


CHAIN OF EVIDENCE:
a. _____ N/A _____
b. _____
c. _____
d. _____
e. _____
*******************************************************************
NARRATIVE SUMMARY:
_James Bailey did not want to be moved to_
_cell # 3 as records ordered, when told to_
_do so by SO Peterman, He began to curse her_
_and threw Hot Water in her face._


*******************END OF REPORT/SEE NEXT PAGE*******************

_SO Anne Peterman_                          _02-23-99_
CORRECTIONS OFFICER SIGNATURE                   DATE

## Houston County Jail
### Statement Form

Time _10 30 Pm_ Date _02-23-99_ Place _Houston Co. Jail_

I, _S/O Anne Peterman_ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _02-23_ , 19 _99_ .

At approx 415 Pm, I was called to 4 south, upon arrival I found that there was a problem between James Bailey & Ennester Tharpe Jr., & Cody had Tharpe in the Visitation Room & Bailey pulled in cell #12. I called because who advised to put Bailey in cell 3 on lock-down and Tharpe in cell 11 pending a disciplinary. I went to tell Bailey he was to move and he started yelling that everytime I let that "little mother fucker in the dayroom I'm going to beat his ass." He constantly was screaming & using foul language said he damn sure wasn't going into the other dayroom. I told Inmate Bailey to pack his belongings that one way or the other he was moving so then he yelled at me, "You mother fucking bitch I'm not going anywhere." And grabbed a glass of hot water and splashed it in my face. Ofc R. Johnson, Cody, Cook, Turner & phelps were on the 450 and put Bailey in the restraint chair. Inmate Bailey later sent me word that he did not regret anything that he had done

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on _02-23-99_ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____

Witnessed by _____

Signature _S/O Anne Peterman_

Page _1_ of _1_ pages

INMATES NAME: _James Bailey_

DATE SERVED: _4 3 18_

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER:      1.    Initial each step when completed.
                      2.    Read the portion that is in capital letters to the
                            inmate. (See starred areas***).
                      3.    Sign the bottom to show all steps are completed.

Check to ensure that the Disciplinary Report is filled out completely.

Make a copy and place carbon between the two.

Identify the inmate.

Read steps one (1) through five (5) ALOUD to the inmate.

_JLP_ ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND NO
        THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

_JLP_ ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_JLP_ ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

_JLP_ ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
        OF THE ARRESTING OFFICER AT THE HEARING. ALL QUESTIONS MUST BE
        WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_JLP_ ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? _✓_YES ___NO

Fill in the date and time served on the inmate (#7 on disciplinary report)

List names of any witnesses desired.(#8 on disciplinary report)

SIGN AS SERVING OFFICER.

Have the inmate sign as receiving a copy.

_JLP_ ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
        THAT YOU WERE GIVEN A COPY.

*****IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.

LEAVE THE INMATE THE COPY.

_J. L. Phelps_                          _2-23-99_

SIGNATURE OF SERVING OFFICER                DATE SERVED

#7

## Ricky Bentis -

Ms. Peterman came up and James was told to pack his stuff and he felt that he didn't start the problem and he did say you will have to just put me in the chair and he kept saying he wasn't gonna move and then I saw a cup of water hit Ms. Peterman in the face and then she called for Cook and then I saw James come out right hand swinging and then they took him to the floor and put him in the chair and then I was told to pack my stuff to move.

## Tim Buckzar

Sgt. Peterman came up and said Bailey you are moving to cell #3 and James asked why b/c it wasn't his fault then he started getting more upset and then he said he wasn't going to cell #3 and he said he wasn't going to lock down and if he didn't calm down he was going to the chair and

then James said he didn't care and to just put him in the chair. And then he said I'm not going in the chair, put me in the chair. And then he threw water on Sgt. Peterman and then it got kinda hectic and a lot of cussing with the guards and one of them opened the door and then he got maced and then it got all over my bed and then James rushed out of the cell and at that point I stayed in the cell and when I looked out they were wrestling him and then they fell and I peeped arounds and he was in the chair but he was still struggling. Phelps had him in a headlock and put the chain across his chest and C/O Cody had his knee in his crotch area and Cody punched him in the chest and by this point he was strapped in and Cody grabbed him by the neck and was choking him. Then he kept saying he would kick Cody's ass and then they took him away.

#7

Tom D'Amico –

He threw water on Sgt. Peterman after she said he was moving to 3 cell.
It started b/c Sweetie threw the cards down and he even went to his room and Sweetie followed him. He had a lot of chances to punch Sweetie but he didn't, but they said he was going to lockdown and he got upset.
I think Cody took a couple of cheap shots after he was in the chair.
She had already told Sweetie if he got in trouble again he would be in trouble. James did shut the door and Ms Peterman was upset b/c she had to come up here and they were exchanging words, her and James, and then he threw water on her.