FEBRUARY 23, 1999

INMATE JAMES BAILEY # 43183 IS IN THE
RESTRAINT CHAIR UNTIL FURTHER NOTICE AND
WHEN REMOVED FROM THE RESTRAINT CHAIR
HE WILL BE PLACED ON LOCK-DOWN IN CELL #3
ON 4- SOUTH.

HE IS AWAITING DISCIPLINARY ACTION.

HE IS TO ROLL-OUT ON 3RD SHIFT. HE IS NOT
ALLOWED TO HAVE VISITATION OR PHONE
PRIVILEGES.

PER SC/O ANNE PETERMAN

02-23-99

Bailey is not to be taken out of
the Chair unless ordered by Mrs.
Williams, Commander Laud or
Sheriff Glover.

S/O Anne Peterman

1998

PE 108

# DOTHAN POLICE DEPARTMENT ARREST REPORT

ADULT _X_  JUVENILE _____  ARREST # _9801704_  ITEM # _____  IH4? Y/N

DATE _4-24-98_  ARREST TIME _1630_  BOOKING TIME _1708_

LASTNAME _Bailey II_ FIRST NAME _James_ MIDDLE NAME _William_

ALIAS OR MAIDEN LAST NAME _____  FIRST NAME _Jimbo_ MIDDLE _____

ADDRESS _3443 W. Ronald st_ CITY _West Palm Beach_ STATE _Fl_ ZIP _____

DOB _06-8-78_ SSN _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_ PHONE _561-336-4484_

POB _Stuart, Fl_ DL# _None_ ST _____ ID _____

EMPLOYER _Avalon Record_ OCCUPATION _Dee Jay_

ADDRESS _Same_ CITY _____ STATE _____ ZIP _____

WORK PHONE _____ RACE _W_ SEX _M_ WEIGHT _147_ HEIGHT _6'0_

ETHNIC  01 – HISPANIC  (02) NON-HISPANIC  03 – BLACK  04 – NATIVE AMERICAN  OTHER _____

HAIR COLOR  01 – BLACK  02 – BLONDE  (03) BROWN  04 – GRAY  05 – RED  07 – WHITE  09 – SALT/PEPP
OTHER _____

HAIR LENGTH  01 – BALD  02 – SHORT  (03) MEDIUM  04 – SHOULDER LENGTH  05 – DOWN BACK
06 – WAIST LENGTH  OTHER _____

HAIRSTYLE  01 – BALD  02 – BALD/TOP  04 – CREW/CUT  05 – PART LEFT  06 – PART RIGHT  07 – PART CENTE
08 – PULLED BACK  09 – PONYTAIL  10 – PIGTAIL  11 – RATTAIL  12 – PUNK  14 – AFRO  15 – DREDE
16 – FADE  (OTHER)

EYE COLOR  01 – BLACK  02 – BLUE  03 – BROWN  05 – GREEN  (06) HAZEL  12 – GLASS EYE  13 – PATC
OTHER _____

GLASSES  Y  (N)  COMPLEXION  01 – ALBINO  03 – DARK  05 – FAIR  06 – LIGHT  (08) MEDIUM  10 – OLIVE
11 – RUDDY  OTHER _____

FACIAL HAIR  01 – NONE  02 – STUBBLE  (03) MUSTACHE  04 – BEARD  05 – MUSTACHE/BEARD  06 – GOATEE
07 – MUSTACHE/GOATEE  08 – FU MANCHU  OTHER _____

BUILD  01 – SLIGHT  (02) MEDIUM  03 – MUSCULAR  04 – POT BELLY  05 – OBESE  06 – LARGE  07 – HEAVY
08 – AVERAGE  09 – SLIM  10 – SMALL  11 – THIN  OTHER _____

TEETH  01 – (NORMAL)  02 – BROKEN  03 – CROOKED  05 – MISSING  06 – FALSE  07 – GOLD  08 – SILVER
09 – BRACES  OTHER _____

SPEECH  01 – SOFT  (02) NORMAL  04 – LOUD  04 – SLURRED  06 – ACCENT  07 – STUTTER  09 – MUTE
OTHER _____

HAND USE  01 – (RIGHT)  02 – LEFT  03 – AMBIDEXTROUS

MARITAL STATUS  01 – SINGLE  (02) MARRIED  03 – DIVORCED  04 – SEPARATED  05 – WIDOWED
06 – COHABITATING  OTHER _____

CAUTIONS  01 – COMMUNICABLE DISEASE  03 – DRUG USER  05 – MENTALLY UNSTABLE  06 – RESIST ARREST
08 – CARRIES FIREARM  09 – CARRIES KNIFE  12 – FALSE REPORTS  15 – FALSE NAME  OTHER _____

RELIGION ___ BODY MARKS / SCARS ___ ___ ___ LOC ___

TATTOOS _Skin freak / hard_ LOCATION _upstairs / back_

VIOLATION LOCATION _210 W ST ANDREWS St_

ARREST LOCATION _Slocomb P.D_

ZONE _12_ DIVISION / SHIFT _Patrol / _ ORI _0380100_ OTHER ORI ___

ARREST TYPE   01 – ON VIEW   02 – CALL   (03 – WARRANT)   04 – JPO

CHARGE _AW's Possession of forged inst._ COUNTS _1_

UCR ___ SEQUENCE _54156_ STATUTE _13A-9-6_

CLEARANCES ___ CITA# ___ FAC ___ INTOX. OPER / ID ___

RELATED CASE # _198002149_ SOURCE _Offer_

RELATED CASE # ___ SOURCE ___

RELATED CASE # ___ SOURCE ___

RELATED CASE # ___ SOURCE ___

SID # ___ ST ___ SID # ___ ST ___ FBI # ___

NARRATIVE _arrested on AW's_

_W-98-6600_

ARRESTING OFFICER / ID _Dismukhead 314_ ASSISTING OFFICER / ID ___

CASE OFFICER / ID ___ SUPERVISOR / ID _MOClair 314_

Bailey James W

James W Bailey    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

1-8-78    M   W   60   147   Bro   Bro

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | | |
|---|---|---|---|---|---|
| DISPOSITION | YES ☐ | MM DD YY | CONTRIBUTOR | SO | AL0380000 |
| | | | ADDRESS | DOTHAN, AL | |
| TREAT AS ADULT | YES ☐ | 4-24-98 | REPLY YES ☐ DESIRED? | | |

| SEND COPY TO: ENTER ORI | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DD YY | Stuart 31 | USa |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|
| | 3413 W. Benald St | West Palm | 31 |

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAIL. | YES ☒ |
|---|---|---|---|
| Cox | 43183 | PALM PRINTS TAKEN | YES ☐ |

EMPLOYER:  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
           IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. PFI II | 1. |
| 2. | 2. |
| 3. | 3. |

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

FD-249 (Rev. 12-1-94)

*U.S. G.P.O.: 1998-409-016/20024

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 5/2/98

98-237

| Name of Inmate (Last, First, Middle) | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|
| BAILEY, JAMES | W/M | 1-8-78 | 43183 |

Current Cell: 3S       Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

○ Suspension of Commissary Privileges

2 WKS. ⊗ LOSS OF VISITATION PRIVILEGES

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

Officer Requesting Sanction/Restriction: Kevin W Johnson

Officer Authorizing Sanction/Restriction:

Full and Complete Explanation of Reason(s) for Sanction/Restriction

After visitation $30.00 was found in the seams of his oranges.

Violation Rule #11 - No inmate will possess or attempt to possess contraband.

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 5-9 & 10-98 | 5-16 & 17-98 4pm | 5-3-98 |

Signature of Officer Performing Sanction/Restriction

Signature of Security Supervisor or Shift Commander

REVISED 6/3/97        /LW/kt

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date _5/16/98_

| Name of Inmate (Last, First, Middle) | | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|---|
| BAILEY JAMES | | W/M | | 43183 |
| Current Cell: 4S | Cell Inmate Moved To (if Applicable): | | | |

## Type of Sanction or Restriction

*Warning*

○ Suspension of Commissary Privileges

**3** WKS. ⊗ LOSS OF VISITATION PRIVILEGES

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| B Johnson | BW |

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

FOR INVOLVEMENT IN the DISTURBANCE THAT Occured
5/16/98 at @ 1230 ON 3N WITH I/Ms D.Clark
AND K. Price.

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initiated |
|---|---|---|
| 5-23+24-98 | 5-30+31-98  4pm | 5-17-98 |

K. Turner
Signature of Officer Performing Sanction/Restriction

W W
Signature of Security Supervisor or Shift Commander

REVISED 6/3/97     BW/kr

Houston County Jail
Statement Form

Time @ 1230    Date 5/16/98    Place 3RD FLOOR NORTH

I, KEVIN A. JOHNSON                              , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on May 16                    , 19 98.

After leaving 3 NORTH's VISITATION ROOM with I/M G. WARD, WHERE HE was cleaning, an inmate was banging on 3 NORTH's Door. When I opened it I/M JAMES BAILEY CAME OUT Holding HIS SIDE STATING HE HAD JUST BEEN BEAT UP. I told the Control Officer To get the Sgt. on the Floor And I Rolled 3 NORTH in THEIR cells. When C/O MARTIN ARRIVED HE asked I/M Bailey what Happened. I/M BAILEY GAVE the NAMES OF I/M DARION CLARK AND I/M KEN PRICE, AND STATED "THEY WANTED SOME ASS. OR THEY WERE GOING TO WHIP MY ASS." C/O MARTIN Called I/M'S CLARK AND PRICE TO ASK THE SAME. They said I/M BAILEY TRIED TO KICK them FROM HIS TOP BUNK AND THEY FOUGHT BACK.

I have read or had read to me the above statement consisting of    1    pages and attest that it is a true and accurate account of the events which took place on May 16, 1998              . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____

Witnessed by _____

Signature _Kevin A. Johnson_

Page    1    of    1    pages

TO Mrs. lucy williams
From James + Chris  1 cell 4th Floor

Mrs william We would
like to come off of protectve
custudy the inmates that
we had problens with have
Know Been moved off of
4 south..

thake you
James Bailey
&
Chris Floyd

TAKEN
CARE
OF

7-6-98

I James W Bailey III will
Take full responsibility for
what happens to me if I
come off of protective custity
I very much appreciate it
and do willfully want off
Houston c/o will not Be liable

James
Bailey III

To Miss Petterman
From James Bailey & Chris Floyd

Can we please come off
of pc the inmates we both
had problems with are now
gone we have wrote a
request and asked "martin"
and that was 3½ days ago
please let me and floyd
off thank you very much

Sincerly
James Bailey
&
Chris Floyd

7-4-98 - absolutely not.
The only way you will come
off protective custody is for
officer Weber or Mr. williams
to take you off. You can not
just choose to be on P.C. one day
and not the next, it puts

the jail libel when you ask
for P.C. & we don't prevent any
thing happening to you.
     Sign this and send it
back & I'll try to see that
Records gets it first thing
Monday morning.
          S/ Anne Peterson

_V. James Bailey_

# HOUSTON COUNTY JAIL
## CRIMINAL RECORDS UNIT

164 North Oates Street                          Phone (334) 677-4816
Dothan, Alabama 36303                           Fax (334) 671-8750

Date:

From:   Houston County Jail
        Criminal Records Unit

To:     Transfer Division
        Alabama Department of Corrections

Re:     Inmate(s) previously requested that are now ready.


This is to notify you that Inmate _Bailey, James_____

AIS# _200587___, who is currently housed in the Houston County Jail, is ready for

transport into the Alabama State Prison System. Please contact Kevin A. Johnson at (334)

677-4816 if there are any questions. Thank you for your cooperation in this matter.


K. A. Johnson,
Records Officer

## INMATE REQUEST FORM

43183

Date: 9-22-98

To: Sgt on Duty

From: James Worley, Gene Campbell, Tyson Smith, Paul H. Sheppard

INMATES #

C/O SIGNATURE    Jo Britt

SH C/O SIGNATURE    CASP

### NATURE OF REQUEST

We have repeatedly ask Martin Reynolds to keep the noize down. He will not, he only gets ruder.

We have also informed CO of the problem.

### ACTION TAKEN    9-23-98

Sgt McAlister went to 2no. + talked to Reynolds

CASP

Hauman Printing Co., Inc. • Form #6165 • Rev. 3-90

```
                    ALABAMA DEPARTMENT OF CORRECTIONS                INST:
CJP232                INMATE SUMMARY AS OF 09/24/98                  CODE: CI
```

```
********************************************************************************
```

AIS: 00200587    INMATE: BAILEY, JAMES WILLIAM              RACE: W  SEX: M

INSTITUTION: 235 - HOUSTON                          JAIL CR: 00Y00M00D

DOB: 01/08/78    SSN: 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

ADM DT: 04/28/98    DEAD TIME: 00Y 00M 00D

ADM TYP: COMMITTED FROM BOND/APPEAL          STAT: COMMITTED FROM BOND/APPEAL

CURRENT CUST: OTW-3    CURRENT CUST DT: 04/28/98      PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II        CURRENT CLASS DATE:    07/23/98
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

| COUNTY | SENT DT CASE NO CRIME | JL-CR | TERM |
|---|---|---|---|
| HOUSTON | 04/28/98N97000106 BURGLARY III | 000D | 002Y 06M 00D |
| | ATTORNEY FEES : $000878    HABITUAL OFFENDER : N | | |
| | COURT COSTS : $0000288    FINES : $0000250 | RESTITUTION : $0000. | |
| HOUSTON | 04/28/98N97000107 BURGLARY III | 000D | 002Y 06M 00D |
| | COURT COSTS : $0000312    FINES : $0000250 | RESTITUTION : $0001. | |
| HOUSTON | 04/28/98N97000108 BURGLARY III | 026D | 002Y 06M 00D |
| | COURT COSTS : $0000272    FINES : $0000250 | RESTITUTION : $0000 | |
| HOUSTON | 04/28/98N97000109 BURGLARY III | 026D | 002Y 06M 00D |
| | COURT COSTS : $0000304    FINES : $0000250 | RESTITUTION : $0000 | |
| HOUSTON | 04/28/98N97000110 BURGLARY III | 026D | 002Y 06M 00D |
| | COURT COSTS : $0000280    FINES : $0000250 | RESTITUTION : $0000 | |
| HOUSTON | 04/28/98N97000111 BURGLARY III | 026D | 002Y 06M 00D |
| | COURT COSTS : $0000272    FINES : $0000250 | RESTITUTION : $0000 | |
| HOUSTON | 04/28/98N97000112 BURGLARY III | 000D | 002Y 06M 00D |
| | COURT COSTS : $0000256    FINES : $0000250 | RESTITUTION : $0000 | |
| HOUSTON | 04/28/98N97000113 BURGLARY III | 011D | 002Y 06M 00D |
| | COURT COSTS : $0000320    FINES : $0000250 | RESTITUTION : $0000 | |
| HOUSTON | 04/28/98N97000114 RECEIVING STOLEN PROPERTY I | | |
| | ATTORNEY FEES : $000878    HABITUAL OFFENDER : N | | |
| | COURT COSTS : $0000264    FINES : $0000250 | RESTITUTION : $0000 | |

```
TOTAL TERM      MIN REL DT      GOOD TIME BAL      LONG DATE
002Y 06M 00D    04/29/1999      00Y 04M 18D        10/27/2000
```

INMATE LITERAL:
```
********************************************************************************
```

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

```
********************************************************************************
```

ESCAPEE-PAROLE SUMMARY

CONTINUED ON NEXT PAGE

```
                      ALABAMA DEPARTMENT OF CORRECTIONS          INST:
CJP232                INMATE SUMMARY AS OF 09/24/98              CODE: CI.
```

********************************   CONTINUATION   *****************************

 AIS: 00200307     INMATE: BAILEY, JAMES WILLIAM              RACE: N  SEX: M

*******************************************************************************

ESCAPEE-PAROLE SUMMARY
     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
     SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

*******************************************************************************

DISCIPLINARY/CITATION SUMMARY
     INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

```
                          ALABAMA DEPARTMENT OF CORRECTIONS              INST:
CJP232                    INMATE SUMMARY AS OF 09/28/98                   CODE: CSM
```

*******************************************************************************

AIS: 00200387    INMATE: BAILEY, JAMES WILLIAM              RACE: W  SEX: M

INSTITUTION: 235 - HOUSTON                     JAIL CR: 00Y01M05D

DOB: 01/08/79    SSN: 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

ADM DT: 04/28/98    DEAD TIME: 00Y 00M 00D

ADM TYP: COMMITTED FROM BOND/APPEAL          STAT: COMMITTED FROM BOND/APPEAL

CURRENT CUST: MIN-3    CURRENT CUST DT: 04/28/98        PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II          CURRENT CLASS DATE:   07/23/98
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

| COUNTY | SENT DT  CASE NO      CRIME | | JL-CR    TERM |
|---|---|---|
| HOUSTON | 04/28/98N97000106 BURGLARY III |  | 00J5D 002Y 06M 00D |
|  | ATTORNEY FEES : $0000878    HABITUAL OFFENDER : N | |  |
|  | COURT COSTS   : $0000288    FINES : $0000250 | | RESTITUTION : $00002 |
| HOUSTON | 04/28/98N97000107 BURGLARY III |  | 00J5D 002Y 06M 00D |
|  | COURT COSTS   : $0000312    FINES : $0000250 | | RESTITUTION : $00014 |
| HOUSTON | 04/28/98N97000108 BURGLARY III |  | 0026D 002Y 06M 00D |
|  | COURT COSTS   : $0000272    FINES : $0000250 | | RESTITUTION : $00001 |
| HOUSTON | 04/28/98N97000109 BURGLARY III |  | 0026D 002Y 06M 00D |
|  | COURT COSTS   : $0000304    FINES : $0000250 | | RESTITUTION : $00006 |
| HOUSTON | 04/28/98N97000110 BURGLARY III |  | 0026D 002Y 06M 00D |
|  | COURT COSTS   : $0000280    FINES : $0000250 | | RESTITUTION : $00001 |
| HOUSTON | 04/28/98N97000111 BURGLARY III |  | 0026D 002Y 06M 00D |
|  | COURT COSTS   : $0000272    FINES : $0000250 | | RESTITUTION : $00001 |
| HOUSTON | 04/28/98N97000112 BURGLARY III |  | 0026D 002Y 06M 00D |
|  | COURT COSTS   : $0000256    FINES : $0000250 | | RESTITUTION : $00001 |
| HOUSTON | 04/28/98N97000113 BURGLARY III |  | 0000D 002Y 06M 00D |
|  | COURT COSTS   : $0000320    FINES : $0000250 | | RESTITUTION : $00001 |
| HOUSTON | 04/28/98N97000114 RECEIVING STOLEN PROPERTY I |  | 0011D 002Y 06M 00D |
|  | ATTORNEY FEES : $0000878    HABITUAL OFFENDER : N | |  |
|  | *COURT COSTS  : $0000264    FINES : $0000250 | | RESTITUTION : $00001 |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | LONG DATE |
|---|---|---|---|
| 02Y 06M 00D | 01/06/2003 | 000Y 04M 24D | 09/22/2020 |

INMATE LITERAL:
*******************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*******************************************************************************

ESCAPE-PAROLE SUMMARY

CONTINUED ON NEXT PAGE

```
                          ALABAMA DEPARTMENT OF CORRECTIONS          INST:   2
CJP232                    INMATE SUMMARY AS OF 09/28/90               CODE: CSM


*************************      CONTINUATION      *************************

 AIS: 00200537    INMATE: BAILEY, JAMES WILLIAM              RACE: W   SEX: M

*************************************************************************

ESCAPE-PAROLE SUMMARY
       INMATE CURRENTLY HAS NO PAROLE RECORDS

       INMATE CURRENTLY HAS NO PROBATION 75% RECORDS

       INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
       SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

*************************************************************************

DISCIPLINARY/CITATION SUMMARY
       INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

98-438

NOTICE OF APPEAL
DISCIPLINARY ACTION
HOUSTON COUNTY JAIL

Inmate's Name _Bailey James_    R/S _w/m_    HCJ # _43183_

Date filing Notice of Appeal _____

On _10-13_, 19_98_ a disciplinary hearing was held by _C. Bynes_ charging inmate _James Bailey_ with a violation of Houston County Inmate Rules and Regulations # _8_, specifically _No I/m will take, waste, abuse or damage county property or property belonging to another person_
The circumstances of the violation are: _That James Bailey did cause damage to a pie cell window on 2 North cell #3_
During the hearing I was found GUILTY / NOT GUILTY of a MAJOR/MINOR offense and punishment was set at : _2 weeks loss of visitation privileges and package privileges_

I wish to appeal the decision because: _I did not do what I am accused of and C/o's are taking claim word over mine please look at evidence there is none_

*********************************************************************

On the _10_ day of _21_, 19 _98_ an appeal of the disciplinary action taken against inmate _J. Bailey_ was reviewed by _w/m & level pleading cmder_ and the following action was taken:

Appeal Approved _10/22; 98_ Appeal Disapproved _✓_ Other _____

Basis for approval / disapproval of appeal: _WRONG you are Inmate Grandberry Well the bars bending the window to my not damage it I know for sure I had it checked. If I catch your family members trying to get contraband in that jail, they will never visit again and I will try to prosecute you on the other hand lose your privileges_
*********************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on this, the _22_ day of _OCTOBER_, 19 _98_ at _11:45_ (A.M/P.M).


_Camanda B. Bynes C/o_
Signature of Serving Officer & Rank

_James W Bailey JO_
Inmate Signature and HCJ #

_Bynes._

INMATE NAME _Bailey James_

INMATE # _43183_

_Cassandra B.Bynes C/o_
HEARING OFFICER - SIGNATURE & TITLE:

Inmate will ___X___  will not _____ appeal.

Jail Administrator Action date. _10/20/98_

Approved _R. Wms_

Disapproved _____

Other (Specify)_____

_____

Reason if more than 30-calender days delay in action:

_____

Appeal date_____

Approved_____

Disapproved_____

Other (specify)_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

on this the __20__ day of __Oct__ 19 _98_ at (time) _140_ (am/pm).

_K.Dinner_
SERVING OFFICER - SIGNATURE & TITLE

_James Bailey_
INMATE SIGNATURE & JAIL NUMBER

MONTGOMERY CITY JAIL
DISCIPLINARY REPORT

1. INMATE _Bailey_ _James_ _W_ CUSTODY _Conv._ INMATE # _43183_
   (last)        (first)     (middle)

2. ASSIGNMENT _____ LOCATION _____

3. THE ABOVE INMATE IS BEING CHARGED BY: _Lucy Williams_
   WITH A VIOLATION OF RULE # _8_ SPECIFICALLY _No I'm will take_
   _waste, abuse or damage county property or property_
   _belonging to another person_
   
   WHICH OCCURRED ON/OR
   ABOUT _9/28/98_, AT APPROXIMATELY _9:30_ (AM/PM). A HEARING ON
   THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

4. CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _That you James_
   _Bailey did cause damage to a jail cell window_
   _on North cell #3_

5. _____
   _Lucy V. Williams_
   ARRESTING OFFICER-SIGNATURE AND RANK

6. HEARING DATE _10-13-98_ TIME _8:58 AM_ PLACE _3 South visiting room_

7. I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
   THE ABOVE NAMED INMATE ON THIS THE _28th_ DAY OF _September_, 19_98_
   AT _11:00_ (AM/PM).

8. _Sc/o Beverly Reynolds_           _James W Bailey II_
   SERVING OFFICER-SIGNATURE AND RANK   INMATE'S SIGNATURE & HCJ NO.

   WITNESS DESIRED?  NO: _____        YES: _James W Bailey II_
                        inmate's signature         inmate's signature

   IF YES, LIST: _Adam Shappard, Ronnie Phillips, Jason Cranberry_

9. INMATE MUST BE PRESENT IN THE HEARING ROOM.  IF HE/SHE IS NOT PRESENT EXPLAIN
   IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

10. A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.
    _Camondra Bryant_
    SIGNATURE - HEARING OFFICER

11. PLEA: _James Bailey_ NOT GUILTY                          GUILTY

12. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE TRUTH.
    _Camondra B._
    SIGNATURE-HEARING OFFICER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _Cassandra B. Bynes %_ Convened at _9-30-98_
( Name and Rank)                    (Date and Time)

The preceding to hear evidence in the case involving inmate _James Bailey_
Inmate _Bailey_ has been identified and is currently assigned to the Houston County Jail. The accused and arresting Officers were present before the Hearing Officer.

The Hearing Officer explained to inmate _Bailey_ that he / she is being charge with the violation of Houston County Inmate Rules and Regulation, # _8_ , specifically _No Inm will waste, abuse, or damage county property or property belonging to another person_ which occurred on / or about _9-28_ 19 _98_ at _9:30_ (am / pm). Inmate _Bailey_ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing Officer explained that according to due process requirement, he/she (inmate) _Bailey_ must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven ) calendar days after the charges have been served, excluding weekends and holidays.    The hearing Officer also advised inmate _Bailey_ that he/she was given the opportunity to have witnesses on his /her behalf (normally no more than 3 (three) witnesses with relevant testimony) will be called to testify in the behalf of inmate _Bailey_ . The Hearing Officer asked inmate _Bailey_ if he understood the process, also if he/she understood the charge (s) against him / her and his / her reply was _Yes_ The Hearing Officer asked inmate _Bailey_ if he/she was of the opinion that due process requirements have been complied with and he/she answered _Yes_ . The Hearing Officer made the determination that inmate _Bailey_ is / is not, capable of representing him / herself (Hearing Officer signed Disciplinary Report). The Hearing Officer asked Inmate _Bailey_ how he / she pleads to the charge (s), and he / she stated, Not Guilty ___✓___ Guilty _____ (Hearing Officer has inmate sign the appropriate space on the Disciplinary Report). Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing room, and Arresting Officer's Testimony ( at the hearing

Witness_____  Substance of testimony _____

Witness_____  Substance of testimony _____

Witness_____  Substance of testimony _____

After hearing all testimony the Hearing Officer announced going into closed session to determine the findings of fact.

Everyone but the Hearing Officer were excused from the hearing room. After hearing all testimony, the Hearing Officer makes the following findings of fact (Be Specific): *I/m James Bailey is found guilty.*

Basis for finding of fact: *After (further investigation) I believe the statements of the witness obtained.*

Hearing Officer's Decision:    Guilty _____ X    Major _____ X

Not Guilty _____    Minor _____

Recommendations for punishment or sanctions: *2 wks loss of visitation & packages. 10-19 to 30-98 / 10-24 &25; 10-31+11-1-98*

Inmate wishes to appeal:    YES _X_    NO _____

Hearing adjourned at:    0915    (A.M./P.M.)

I certify that I have reviewed the above synopsis and it has been determined to be a complete and accurate description of what transpired in the hearing room.

*Casandra Byrd* _____    *10-13-98* _____
Signature of Hearing Officer    Date

Inmate's Testimony: S. Teague & C Leonard burned a hole in the window and then J. Strandberry moved into this cell and I stayed in cell #1 and I was buying cigarettes from the other side and Ringo got mad and I was cutting him out and then him and Jason got into it and then I told Jason to tell a guard and he said he would take Care of it and the next morning they came and said they were moving us. Then they put Jason back down there.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Inmate _Bailey_ was allowed to submit written requests to all witnesses. A copy and answers are

attached / none were submitted.

_Camaron B. Bynes_
Hearing Officer Signature & Title

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The following witnesses were not called:       Reason not called:

1. Adam Sheppard      Refused to be a witness.

2. Ronnie Phillips      Does not know about this incident

3. Jason Strandberry      Does not want to be a witness

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Inmate's Name: _____

Date Served: _____09-28-98____

DISCIPLINARY REPORT CHECK LIST FOR SERVING OFFICER.

SERVING OFFICER:    1. Initial each step when completed.
                    2. Read the portion that is in capital letters to the inmate.  (See starred areas)***
                    3. Sign the bottom to show all steps are completed.


Check to ensure that the DISCIPLINARY FORM is filled out correctly.

Make a copy and place a carbon between the two.

Identify the inmate.

Read steps one (1) thru five (5) aloud to the inmate.

B.R.    **YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24-HOURS  NO MORE THAN 3-7 DAYS EXCLUDING
        WEEKENDS AND HOLIDAYS.

B.R.    **YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

B.R.    **YOU HAVE THE RIGHT TO CALL 3 (three) WITNESSES.

B.R.    **YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND OF THE ARRESTING
        OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE WRITTEN AND PRESENTED AT THE TIME OF THE
        HEARING.

B.R.    **DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL?    (Yes)____✓____    (no)_____

List names of any witnesses desired.                    Adam Sheppard,   Ronnie Phillip
Fill in the date and time served on the inmate (#7 on disciplinary).    Jason Cranberry

SIGN AS SERVING OFFICER: .

Have the inmate sign as receiving a copy.

B.R.    **SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES THAT YOU
        WERE GIVEN A COPY.

*****IF INMATE REFUSES TO SIGN, WRITE    "REFUSED TO SIGN"  AND  SIGN YOUR NAME.

Give the inmate the copy.

SCO  _Beverly Reynolds_____        __09- 28-98____
SIGNATURE OF SERVING OFFICER.                    DATE:

## HOUSTON COUNTY JAIL
## INCIDENT REPORT

SHIFT: 1st    DATE: 9-28-98    TIME: 930 AM    INCIDENT NUMBER:

LOCATION WHERE INCIDENT OCCURRED: 2 North cell #3

TYPE OF INCIDENT: Violation Rule #8

TIME INCIDENT REPORTED: 930 AM    WHO RECEIVED REPORT: Lucy Williams

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICTIM:    a. Lucy Williams    NO.
           b. Houston County Jail    NO.

SUSPECTS:
a. James Bailey    NO. 43183
b. Jason Granberry    NO. 46998
c.    NO.
d.    NO.

WITNESSES:
a. Adam Sheppard    NO.
b. Ronnie Phillips    NO.
c. Tom D'Amico    NO.
d.    NO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PHYSICAL EVIDENCE:
TYPE OF EVIDENCE:

DESCRIPTION OF EVIDENCE:

CHAIN OF EVIDENCE:
A.
B.
C.
D.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NARRATIVE SUMMARY:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF REPORT / SEE NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jail Administr.    Lucy V. Williams

CORRECTIONS OFFICER SIGNATURE    DATE

TIME: _9:10 A/M_   DATE: _09/28/98_   PLACE _Houston Co. Jail_

I _Lucy V. William_ , make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _09 / 28_ 19 _98_ .

At 9:10 AM Jail Administrator Lucy V. William Received a call from Commander Bill Land he advised me, To check 2-N Cell #3 and that Jason Bradberry was one of the I/m assigned to that cell, he had Received Information that they were burning a hole in the window to sneak say (B. Marijuana) up at night.

I had the Sgt. on Duty + C/o Bush To check this Cell, they checked + Reported Back To Me, and I also check it out, The window was not burned all the way thru, but it was visable damaged. Talked with Bradberry First and he stated he did not do the Damage alone, that it was Bailey Idea, from my conversation with both of they both had some knowledge of the window.

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on __ / __ / ____. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____

Signature _Lucy V. William_

Witnessed by _____   Page ____ of ____ Pages

Form #5137

Jason Grandberry –

All I know about the window is that I didn't do nothing to it.

#1 (KT) Do you know what James Bailey did to the window? What was it?

(JG) Yeah, He stuck a candle in the cell window and stuck a bent playing card under it and it burnt the window.

#2 (KT) What was the purpose for this?

(JG) He wanted his mother to bring cigarettes and him to bring them up from the bottom. He was gonna tie a string to them and pull them up.

#3 (KT) Did anyone else participate in this?

(JG) No.

X Jason Grandberry

<u>Ralph Sings</u> -

① Put baby oil in a deodorant cup took the bed sheet and make a wick, then put it to the window and let the window burn.

② So bring up cigarettes, dope, beer, whisky — Whatever we can get.

③ Yeah, Jason Grandberry, the one I hit, all I seen him do was sit on the bed, and take radio batteries and roll them up in the paper and pop it to make the window bust more. I never actually saw this, because of the bed sheet.

X Ralph Sings 10-13-98

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 9/30/98                9839

| Name of Inmate (Last, First, Middle) | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|
| Bailey James | w/m | | 43153 |

Current Cell: 5 B 3 N          Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

○ Suspension of Commissary Privileges

___ YRS. ✓ LOSS OF VISITATION PRIVILEGES

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST
be notified immediately of any sanctions or restrictions
applied to inmates and must countersign this form.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| C/O Y. Bamburg | |

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

When I went into the dayroom To Turn off the T.V.
The inmates Were rolling The cell door. This is
a violation of Jail rules

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initiated |
|---|---|---|
| 10-03+04-98 | | 09-30-98 1100 Pm |

Signature of Officer Performing Sanction/Restriction

Signature of Security Supervisor or Shift Commander

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 10-2/98

| Name of Inmate (Last, First, Middle) | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|
| Bailey, James | w/m | | 45188 |

Current Cell: 5 B 3 IV    Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

○ Suspension of Commissary Privileges

_1_ WKS. ✓ LOSS OF VISITATION PRIVILEGES

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST
be notified immediately of any sanctions or restrictions
applied to inmates and must countersign this form.

Officer Requesting Sanction/Restriction
C/O. A. Bamburg

Officer Authorizing Sanction/Restriction

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

at 5 am roll-in all the inmates were advised to get in their assigned cells while giving Medication Inmate James Bailey was found in cell 1 B instead of 5 B where he is assigned. Inmate Bailey needs to learn to obey a direct order when given by a correctional officer.

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 10 - 10 & 11 - 98 | | 10-03-98 10:00 PM |

Signature of Officer Performing Sanction/Restriction

Peterman

Signature of Security Supervisor or Shift Commander

REVISED 6/3/97          /LM/kc

# A FAX FROM THE
# HOUSTON
# COUNTY
# JAIL

164 NORTH OATES STREET DOTHAN, ALABAMA 36303
PHONE (334) 677-4816    FAX (334) 671-8750



**DATE** 10/11/98

**TIME** 3:30 pm

**NUMBER** 240-3380

**ATTN:** C. Johnson

**DEPT:** Transfer Division

**RE:** Inmates Ready for Transport

# TOTAL PAGES 2

# FROM K J Johnson

ANY PROBLEMS WITH FAX, PLEASE CALL.



DATE.        10-14-98

FROM:        Transfer Division
             Alabama Department of Corrections

TO           Office of the Sheriff and
             Houston    County Jail Administrator

RE:          Inmate not ready for transfer to the
             Alabama Prison System

This is to acknowledge our conversation on    10-14-98   , wherein

we requested that Inmate  Bailey, James     .

AIS#  200587  be transported from your jail to the Alabama State

Prison System.  This is to confirm my telephone conversation with your

office that the above listed inmate is to remain in your county jail at

this time because of a Sheriff's hold due to pending charges (PC) or

Sheriff's hold (SH) (appropriate hold is circled)  Please notify Cecil

Atchison or Linda Miller at (334) 240-9507 when the inmate becomes ready

for transport into the Alabama State Prison System.  Thank you for your

help and cooperation in this matter.  Cecil Atch

Fca Jail Admin.

10/19

ACS959

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 77 000114.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY                    COURT CRI: 038015 J

STATE OF ALABAMA    VS.                            DC NO: 9600249500

BAILEY JAMES WILLIAM        ALIAS:                 G J:   000212
% HOUSTON COUNTY JAIL       ALIAS:                 SSN:   241929776
DOTHAN AL  36302                                   SID:   000000000
                                                   AIS:

DOB: 01/08/78   SEX: M   HT: 6 01   WT: 147   HAIR: BRO   EYE: HZL

RACE: (X)W ( )B ( )O    COMPLEXION:        AGE:        FEATURES:

DATE OFFENSE: 07/15/96   ARREST DATE: 11/21/96   ARREST ORI: 0380100

    CHARGES & CONV              CITES              OFF CLASS: ( )A (X)B ( )C
REC STOLEN PROP 1ST         13A-008-017

JUDGE: SIDNEY E. JACKSON            PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE     REARRESTED DATE   REVOKED   DATE
(X)Y( )N  10-14-97  ( )Y(X)N  10-14-97  ( )Y( )N          ( )Y( )N

ACT 754-76            IMPOSED    SUSPENDED      TOTAL      JAIL CREDIT
( )Y(X)N  CONFINEMENT: 02 06 000  00 00 000   02 06 000   00 00 011
          PROBATION  : 00 00 000               00 00 000

DATE SENTENCED: 10/16/97   SENTENCE BEGINS:     04/28/98

PROVISIONS                 COSTS/RESTITUTION        DUE          ORDERED
    COURT COSTS            RESTITUTION            $0.00           $0.00
    CRIME VICTIM           ATTORNEY FEE         $877.70         $877.70
    RECOUPMENT             CRIME VICTIMS        $100.00         $100.00
    PENITENTIARY           COST                 $264.00         $264.00
    CONSECUT SENT          FINE                 $250.00         $250.00
                           MUNICIPAL FEES         $0.00           $0.00
                           DRUG FEES              $0.00           $0.00
                           ADDTL DEFENDANT        $0.00           $0.00
                           DA FEES                $0.00           $0.00
                           COLLECTION ACCT        $0.00           $0.00
                           JAIL FEES              $0.00           $0.00

                           TOTAL               $1491.70        $1491.70

APPEAL DATE        SUSPENDED        AFFIRMED           REARREST
(X)Y( )N 10/14/97 ( )Y(X)N          ( )Y( )N           ( )Y( )N

REMARKS:
                           THIS IS TO CERTIFY THAT THE
                           ABOVE INFORMATION WAS EXTRACTED
                           FROM OFFICIAL COURT RECORDS AND
                           AND IS TRUE AND CORRECT.
CASE ON APPEAL


                           DEPUTY CLERK
                           07/16/98

OPERATOR: STW
PREPARED: 07/16/98

AC6359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 0001 3.00
SIDNEY E. JACKSON

---

CIRCUIT COURT OF HOUSTON COUNTY                      COURT OR: 038015 J

STATE OF ALABAMA      VS.                            DC NO: 9400249600

BAILEY JAMES WILLIAM      ALIAS:                     G J:   070216
% HOUSTON COUNTY JAIL     ALIAS:                     SSN:   2:1979774
DOTHAN  AL  36302                                    SID:   000000600
                                                     AIS:

DOB: 01/20/78   SEX: M   HT: 6 01   WT: 147  HAIR: BRO   EYE: HZL

RACE: (X)W ( )B ( )O   COMPLEXION:        AGE:   FEATURES:

DATE OFFENSE: 10/04/96   ARREST DATE: 11/21/96   ARREST ORI: 0380100

---

    CHARGES & CONV          CITES           OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                13A-007-007

---

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE
(X)Y( )N    10-14-97   ( )Y(X)N   10-14-97   ( )Y( )N         ( )Y( )N

ACT 754-76                 IMPOSED      SUSPENDED      TOTAL      JAIL CREDIT
( )Y (X)N  CONFINEMENT:  02 06 000   00 00 000    02 06 000   00 00 000
           PROBATION :   00 00 000                 00 00 000

DATE SENTENCED: 10/16/97   SENTENCE BEGINS:      04/28/98

---

PROVISIONS                 COSTS/RESTITUTION          DUE         ORDERED
COURT COSTS             RESTITUTION              $0.00         $0.00
CRIME VICTIM           ATTORNEY FEE             $0.00         $0.00
PENITENTIARY          CRIME VICTIMS          $100.00       $100.00
CONSECUT SENT          COST                   $320.00       $320.00
                       FINE                   $250.00       $250.00
                       MUNICIPAL FEES           $0.00         $0.00
                       DRUG FEES                $0.00         $0.00
                       ADDTL DEFENDANT          $0.00         $0.00
                       DA FEES                  $0.00         $0.00
                       COLLECTION ACCT          $0.00         $0.00
                       JAIL FEES                $0.00         $0.00

                       TOTAL                  $670.00       $670.00

---

APPEAL DATE         SUSPENDED       AFFIRMED          REARREST
(X)Y( )N 10/14/97  ( )Y(X)N     ( )Y( )N         ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
                              AND IS TRUE AND CORRECT.

CASE PENDING ON APPEAL


                              _Judy Byrd_
                              09/16/98

---

OPERATOR: STW
PREPARED: 09/16/98

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000312.00
SIDNEY E. JACKSON

---

| CIRCUIT COURT OF HOUSTON COUNTY | COURT ORI: 038015 J |
| --- | --- |

STATE OF ALABAMA    VS.                                    DC NO: 9600247200

BAILEY JAMES WILLIAM        ALIAS:            O J:    000198
% HOUSTON COUNTY JAIL       ALIAS:            SSN:    33-1977726
DOTHAN  AL  36302                             SID:    000000000
                                              AIS:

---

DOB: 01/08/78    SEX: M    HT: 6 00    WT: 150    HAIR: BRO    EYE: BRO

RACE: (X)W ( )B ( )O    COMPLEXION:            AGE:        FEATURES:

---

DATE OFFENSE: 09/06/96    ARREST DATE: 11/15/96    ARREST ORI: 0380100

|   CHARGES @ CONV | CITES | OFF CLASS: ( )A ( )B (X)C |
| --- | --- | --- |
| BURGLARY 3RD | 13A-007-007 | |

---

JUDGE: SIDNEY E. JACKSON            PROSECUTOR: VALESKA, DOUGLAS A

| PROBATION APPLIED | GRANTED | DATE | REARRESTED | DATE | REVOKED | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| (X)Y( )N | 10-14-97 | ( )Y(X)N | 10-14-97 | ( )Y( )N | ( )Y( )N | |

---

ACT 754-76                IMPOSED      SUSPENDED      TOTAL      JAIL CREDIT
( )Y (X)N    CONFINEMENT:   02 06 000   00 00 000    02 06 000   00 00 026
             PROBATION  :   00 00 000                00 00 000

DATE SENTENCED: 10/16/97    SENTENCE BEGINS:    04/28/98

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
| --- | --- | --- | --- |
| COURT COSTS | RESTITUTION | $0.00 | $0.00 |
| CRIME VICTIM | ATTORNEY FEE | $0.00 | $0.00 |
| PENITENTIARY | CRIME VICTIMS | $100.00 | $100.00 |
| CONSECUT SENT | COST | $256.00 | $256.00 |
| | FINE | $250.00 | $250.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $606.00 | $606.00 |

---

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
| --- | --- | --- | --- |
| (X)Y( )N 10/14/97 | ( )Y(X)N | ( )Y( )N | ( )Y( )N |

---

REMARKS:
                                    THIS IS TO CERTIFY THAT THE
                                    ABOVE INFORMATION WAS EXTRACTED
                                    FROM OFFICIAL COURT RECORDS AND
                                    AND IS TRUE AND CORRECT.
CASE ON APPEAL.


                                    _signature_
                                    CIRCUIT CLERK
                                    09/16/98

---

OPERATOR: STW
PREPARED: 09/16/98

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 000011.00
STONEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY                                    COURT ORI: 038015 J

STATE OF ALABAMA          VS.                          DC NO: 9c0024S400

BAILEY JAMES WILLIAM          ALIAS:          G J#: 0C0185
% HOUSTON COUNTY JAIL         ALIAS:          SSN: 2417??776
DOTHAN  AL  36302                             SID: 0C0000000
                                              AIS:

DOB: 01/08/78   SEX: M   HT: 6 01   WT: 147   HAIR: BRO   EYE: HZL

RACE: (X)W ( )B ( )O   COMPLEXION:      AGE:      FEATURES:

DATE OFFENSE: 10/02/94   ARREST DATE: 11/14/96   ARREST ORI: 0380100

        CHARGES @ CONV              CITES          OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                    13A-002-007

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE       REARRESTED DATE   REVOKED   DATE

(X)Y( )N   10-14-97   ( )Y(X)N  10-14-97   ( )Y( )N          ( )Y( )N

ACT 754-76               IMPOSED      SUSPENDED      TOTAL      JAIL CREDIT
( )Y( )N   CONFINEMENT:  02 06 000    00 00 000    02 06 000    00 00 026
           PROBATION  :  00 00 000                 00 00 000

DATE SENTENCED: 10/16/92   SENTENCE BEGINS:   04/28/98

PROVISIONS                    COSTS/RESTITUTION          DUE          ORDERED

COURT COSTS                   RESTITUTION              $0.00          $0.00
CRIME VICTIM                  ATTORNEY FEE             $0.00          $0.00
PENITENTIARY                  CRIME VICTIMS          $100.00        $100.00
CONSECUT SENT                 COST                   $272.00        $272.00
                              FINE                   $250.00        $250.00
                              MUNICIPAL FEES           $0.00          $0.00
                              DRUG FEES                $0.00          $0.00
                              ADDTL. DEFENDANT         $0.00          $0.00
                              DA FEES                  $0.00          $0.00
                              COLLECTION ACCT          $0.00          $0.00
                              JAIL FEES                $0.00          $0.00

                              TOTAL                  $622.00        $622.00

APPEAL DATE        SUSPENDED          AFFIRMED          REARREST

(X)Y( )N 10/14/97 ( )Y(X)N          ( )Y( )N          ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
                              AND IS TRUE AND CORRECT.
CASE PENDING ON APPEAL.


                              CIRCUIT CLERK
                              09/16/98

OPERATOR: STW
PREPARED: 09/16/98

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000110.00
SIDNEY E. JACKSON

CIRCUIT COURT OF HOUSTON COUNTY                COURT OBJ: 038015 J

STATE OF ALABAMA    VS.                        DC NO: 9600245500

BAILEY JAMES WILLIAM        ALIAS:             G J:   002184
X HOUSTON COUNTY JAIL       ALIAS:             SSN:   421232726
DOTHAN  AL  36302                              SID:   009060000
                                               AIS:

DOB: 01/08/78    SEX: M    HT: 6 01    WT: 147    HAIR: BRO    EYE: HZL

RACE: (X)W ( )B ( )O    COMPLEXION:        AGE:      FEATURES:

DATE OFFENSE: 08/09/96    ARREST DATE: 11/14/96    ARREST ORI: 0380100

        CHARGES @ CONV              CITES              OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                     13A-007-007

JUDGE: SIDNEY E. JACKSON             PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE   REVOKED   DATE

(X)Y( )N    10-14-97  ( )Y(X)N  10-14-97  ( )Y( )N              ( )Y( )N

ACT 754-76           IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y(X)N  CONFINEMENT:  02 06 000  00 00 000  02 06 000  00 00 024
          PROBATION :  00 00 000              00 00 000

DATE SENTENCED: 10/16/97    SENTENCE BEGINS:      04/28/98

PROVISIONS               COSTS/RESTITUTION          DUE        ORDERED

COURT COSTS          RESTITUTION              $0.00        $0.00
CRIME VICTIM         ATTORNEY FEE             $0.00        $0.00
PENITENTIARY         CRIME VICTIMS          $100.00      $100.00
CONSECUT SENT        COST                   $280.00      $280.00
                     FINE                   $250.00      $250.00
                     MUNICIPAL FEES           $0.00        $0.00
                     DRUG FEES                $0.00        $0.00
                     ADDTL DEFENDANT          $0.00        $0.00
                     DA FEES                  $0.00        $0.00
                     COLLECTION ACCT          $0.00        $0.00
                     JAIL FEES                $0.00        $0.00

                     TOTAL                  $630.00      $630.00

APPEAL DATE        SUSPENDED          AFFIRMED)          REARREST

(X)Y( )N 10/14/97 ( )Y(X)N        ( )Y( )N          ( )Y( )N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
                              AND IS TRUE AND CORRECT.
CASE PENDING ON APPEAL.


                              CIRCUIT CLERK
                              09/16/98

OPERATOR: STW
PREPARED: 09/16/98

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 000109.00
SIDNEY E. JACKSON

| CIRCUIT COURT OF HOUSTON COUNTY | COURT ORI: 038015 J |
|---|---|

STATE OF ALABAMA    VS.          DC NO: 9600245600

BAILEY JAMES WILLIAM      ALIAS:        OJ#: 000183
% HOUSTON COUNTY JAIL     ALIAS:        SSN: 261292276
DOTHAN  AL  36302                        SID: 000000000
                                         AIS:

DOB: 01/08/78   SEX: M   HT: 6 01   WT: 147   HAIR: BRO   EYE: HZL

RACE: (X)W ( )B ( )O   COMPLEXION:       AGE:       FEATURES:

DATE OFFENSE: 08/15/96   ARREST DATE: 11/14/96   ARREST ORI: 0380100

CHARGES @ CONV          CITES         OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD           13A-007-007

JUDGE: SIDNEY E. JACKSON       PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
(X)Y( )N  10-14-97  ( )Y(X)N 10-14-97 ( )Y( )N        ( )Y( )N

ACT 754-76           IMPOSED   SUSPENDED    TOTAL     JAIL CREDIT
( )Y (X)N  CONFINEMENT: 02 06 000  00 00 000  02 06 000  00 00 026
           PROBATION  : 00 00 000            00 00 000

DATE SENTENCED: 10/16/97   SENTENCE BEGINS:   04/28/98

PROVISIONS              COSTS/RESTITUTION      DUE        ORDERED

COURT COSTS         RESTITUTION      $752.00     $752.00
RESTITUTION         ATTORNEY FEE     $0.00       $0.00
CRIME VICTIM        CRIME VICTIMS    $100.00     $100.00
PENITENTIARY        COST             $304.00     $304.00
CONSECUT SENT       FINE             $250.00     $250.00
                    MUNICIPAL FEES   $5.00       $5.00
                    DRUG FEES        $0.00       $0.00
                    ADDTL DEFENDANT  $0.00       $0.00
                    DA FEES          $0.00       $0.00
                    COLLECTION ACCT  $0.00       $0.00
                    JAIL FEES        $0.00       $0.00

                    TOTAL            $1,411.00   $1,411.00

APPEAL DATE    SUSPENDED      AFFIRMED       REARREST
(X)Y( )N 10/14/97 ( )Y(X)N    ( )Y( )N       ( )Y( )N

REMARKS:
                    THIS IS TO CERTIFY THAT THE
                    ABOVE INFORMATION WAS EXTRACTED
                    FROM OFFICIAL COURT RECORDS AND
CASE PENDING ON APPEAL.  AND IS TRUE AND CORRECT.

                    CIRCUIT CLERK
                    09/16/98

OPERATOR: STW
PREPARED: 09/16/98

ACS352

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 000148.00
SIDNEY E. JACKSON

| CIRCUIT COURT OF HOUSTON COUNTY | COURT ORI: 038015 J |
|---|---|

STATE OF ALABAMA      VS.                     DC NO: 9c00245700

BAILEY JAMES WILLIAM        ALIAS:       O J#:  9c0188
% HOUSTON COUNTY JAIL       ALIAS:       SSN:  2c1979776
DOTHAN   AL   36302                       SID:  0c0000000
                                          AIS:

DOB: 01/09/78   SEX: M   HT: 6 01   WT: 147   HAIR: BRO   EYE: HZL

RACE: (X)W ( )B ( )O   COMPLEXION:        AGE:        FEATURES:

DATE OFFENSE: 08/15/96   ARREST DATE: 11/14/96   ARREST ORI: 0380100

| CHARGES @ CONV | CITES | OFF CLASS: ( )A ( )B (X)C |
|---|---|---|
| BURGLARY 3RD | 13A-007-007 | |

JUDGE: SIDNEY E. JACKSON          PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

(X)Y( )N   10-14-97   ( )Y(X)N   10-14-97   ( )Y( )N              ( )Y( )N

ACT 754-76            IMPOSED     SUSPENDED        TOTAL     JAIL CREDIT
( )Y(X)N   CONFINEMENT:  02 06 000   00 00 000   02 06 000   00 00 026
           PROBATION  :  00 00 000               00 00 000

DATE SENTENCED: 10/16/97    SENTENCE BEGINS:     04/28/98

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $0.00 | $0.00 |
| CRIME VICTIM | ATTORNEY FEE | $0.00 | $0.00 |
| RECOUPMENT | CRIME VICTIMS | $100.00 | $100.00 |
| PENITENTIARY | COST | $272.00 | $272.00 |
| | FINE | $250.00 | $250.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $622.00 | $622.00 |

APPEAL DATE      SUSPENDED        AFFIRMED        REARREST

(X)Y( )N 10/14/97 ( )Y(X)N      ( )Y( )N        ( )Y( )N

REMARKS:

                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
CASE PENDING ON APPEAL.       AND IS TRUE AND CORRECT.


                              _____
                              CIRCUIT CLERK

                              07/14/98

OPERATOR: STW
PREPARED: 09/16/98

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000107.00
SIDNEY E. JACKSON

| CIRCUIT COURT OF HOUSTON COUNTY | COURT ORI: 038015 J |
| --- | --- |

STATE OF ALABAMA     VS.                          DC NO: 9600241200

BAILEY JAMES WILLIAM        ALIAS:          O J:    040171
% HOUSTON COUNTY JAIL       ALIAS:          SSN:    261979776
DOTHAN  AL  36302                           SID:    00000000
                                            AIS:

DOB: 01/08/79    SEX: M    HT: 6 01    WT: 142    HAIR: BRO    EYE: HZL

RACE: (X)W ( )B ( )O    COMPLEXION:        AGE:        FEATURES:

DATE OFFENSE: 11/04/96    ARREST DATE: 11/06/96    ARREST ORI: 0380000

        CHARGES & CONV              CITES          OFF CLASS: ( )A ( )B (X)C
BURGLARY 3RD                    13A-007-007

JUDGE: SIDNEY E. JACKSON          PROSECUTOR: VALESKA, DOUGLAS A

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE
(X)Y( )N  10-14-97    ( )Y(X)N  10-14-97  ( )Y( )N         ( )Y( )N

ACT 754-76                  IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y(X)N  CONFINEMENT:     02 06 000   00 00 000   02 06 000  00 00 035
          PROBATION :      00 00 000   00 00 000   00 00 000

DATE SENTENCED: 10/14/97    SENTENCE BEGINS:    04/28/79

PROVISIONS                  COSTS/RESTITUTION           DUE        ORDERED

    COURT COSTS             RESTITUTION            $1853.23     $1853.23
    RESTITUTION             ATTORNEY FEE              $0.00        $0.00
    CRIME VICTIM            CRIME VICTIMS          $100.00      $100.00
    RECOUPMENT              COST                    $312.00      $312.00
    CONSECUT SENT           FINE                    $250.00      $250.00
                            MUNICIPAL FEES            $0.00        $0.00
                            DRUG FEES                 $0.00        $0.00
                            ADDTL DEFENDANT           $0.00        $0.00
                            DA FEES                   $0.00        $0.00
                            COLLECTION ACCT           $0.00        $0.00
                            JAIL FEES                 $0.00        $0.00

                            TOTAL                  $2015.23     $2015.23

APPEAL DATE        SUSPENDED           AFFIRMED            REARREST
(X)Y( )N 10/14/97 ( )Y(X)N          ( )Y( )N          ( )Y( )N

REMARKS:                              THIS IS TO CERTIFY THAT THE
                                      ABOVE INFORMATION WAS EXTRACTED
                                      FROM OFFICIAL COURT RECORDS AND
                                      AND IS TRUE AND CORRECT.
CASE IS ON APPEAL.

                                      _Judy Byrd_
                                      _____
                                      (CIRCUIT CLERK)

                                      09/15/98

OPERATOR: STM
PREPARED: 09/15/98

ACSS59

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000196.00
SIDNEY E. JACKSON

```
| CIRCUIT COURT OF HOUSTON COUNTY                    COURT ORI: 038015 J

  STATE OF ALABAMA      VS.                          DC NO: 9700241100

  BAILEY JAMES WILLIAM        ALIAS:                 G J:   0?0120
  % HOUSTON COUNTY JAIL       ALIAS:                 SSN:   261272?726
  DOTHAN  AL  36302                                  SID:   0?0000000
                                                     AIS:

  DOB:  01/02/78    SEX: M   HT: 6 00    WT: 147   HAIR: BRO   EYE:

  RACE: (X)W ( )B ( )O    COMPLEXION:        AGE:       FEATURES:

  DATE OFFENSE: 10/25/96   ARREST DATE: 11/04/96   ARREST ORI: 0380000

             CHARGES @ CONV          CITES          OFF CLASS: ( )A ( )B (X)C
  BURGLARY 3RD                    13A-007-007 I

  JUDGE: SIDNEY E. JACKSON         PROSECUTOR: VALESKA, DOUGLAS A

  PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE

  (X)Y( )N   1-14-97   ( )Y(X)N  10-14-97  ( )Y( )N        ( )Y( )N

  ACT 754-76              IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
  ( )Y (X)N  CONFINEMENT: 02 06 000  00 00 000  02 06 000  00 00 035
             PROBATION  : 00 00 000             00 00 000

  DATE SENTENCED: 10/16/97    SENTENCE BEGINS:      06/28/98

  PROVISIONS               COSTS/RESTITUTION          DUE        ORDERED

     COURT COSTS           RESTITUTION            $125.00      $125.00
     RESTITUTION           ATTORNEY FEE           $877.71      $877.71
     CRIME VICTIM          CRIME VICTIMS          $100.00      $100.00
     RECOUPMENT            COST                   $288.00      $288.00
     PENITENTIARY          FINE                   $250.00      $250.00
                           MUNICIPAL FEES           $0.00        $0.00
                           DRUG FEES                $0.00        $0.00
                           ADDTL DEFENDANT          $0.00        $0.00
                           DA FEES                  $0.00        $0.00
                           COLLECTION ACCT          $0.00        $0.00
                           JAIL FEES                $0.00        $0.00

                           TOTAL                 $1640.71     $1640.71

  APPEAL DATE       SUSPENDED        AFFIRMED          REARREST

  (X)Y( )N 10/14/97 ( )Y(X)N      ( )Y( )N        ( )Y( )N

  REMARKS:
                             THIS IS TO CERTIFY THAT THE
                             ABOVE INFORMATION WAS EXTRACTED
                             FROM OFFICIAL COURT RECORDS AND
                             AND IS TRUE AND CORRECT.
  CASE IS PENDING ON APPEAL WITH
  COURT OF CRIMINAL APPEALS.

                                    _____
                                    CIRCUIT CLERK
                                    09/15/98
```

OPERATOR: STJ
PREPARED: 09/15/98

## INMATE REQUEST FORM

Date: _____                    INMATES # _____

To: _____                      C/O SIGNATURE _____

From: _____                    SR C/O SIGNATURE _____

NATURE OF REQUEST _____

ACTION TAKEN  CC98-1003

4/12/99 @ 830 AM for trial

2/11/99 James W Bailey

Littman Printing Co., Inc. • Form #6135 • Rev. 2-88

1997

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000                                    PCN 970620639803
PART 2

FBI IDENTIFICATION RECORD - FBI NO-278410DB0

RECORD UPDATED 05/02/97

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL03B0000                                            PCN 970620639803


BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

~ FBI IDENTIFICATION RECORD - FBI NO-278410DB0

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.


NAME                                   FBI NO.        DATE REQUESTED
BAILEY,JAMES WILLIAM                    278410DB0      05/02/97

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     01/08/78    600     147     HAZ   BRO   FLORIDA

FINGERPRINT CLASS
23 06 10 19 12
20 54 02 17 06

1-ARRESTED OR RECEIVED 08/11/96   SID-AL01419388
   AGENCY-POLICE DEPARTMENT MIDLAND CITY (AL0260600)
      AGENCY CASE-96080163
      CHARGE 1-GIV FALSE INFORMATION TO LAW ENFORCEMENT OFF

   COURT-POLICE DEPARTMENT DOTHAN (AL0380100)
                 DISPOSITION-
      CHARGE-ASSLT-3RD DEG
      SENTENCE-
      CONVICTED                         SUS 180D
       CFN $131

2-ARRESTED OR RECEIVED 11/14/96   SID-AL01419388
   AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)
      AGENCY CASE-43183
      CHARGE 1-BURGLARY 3RD 4 COUNTS


END OF PART 1 ~ PART 2 TO FOLLOW

NAME _Bailey, James William_ I.D.# _43183_ HOUSED FOR _Houston_

ALIAS _____ DATE RELEASED _5-18-97_

NEXT OF KIN _Candy Bailey_

ADDRESS _640 Saunders Road_ PHONE _886-2148_ HOW RELEASED _MH Bail Bonds_

AGE _19_ D.O.B. _1-8-78_ S.S.# _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_ HT _6'_ WT. _154_ WT. ____

SEX _Male_ RACE _White_ HAIR ____ FLOOR ____ CELL ____ BUNK ____

NCIC ____ BY ____ HOUSTON CO. _neg._ BY _534_ GRO ____ BY ____

RELEASE
NCIC ____ BY ____ HOUSTON CO. _11_ BY ____ DPP ____ BY ____

HOLDS:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. CHARGE _Reckless Endangment._ | | BOND # _300.00_ | | RTN DATE _7-10-97_ | CASE# | |
| DISTRICT 1ST APP ____ COURT | CIRCUIT COURT | INDT# ____ | | PROB HEAR ____ | CONVICTION ____ | |
| PRELIM ____ | | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ | |
| AAGJ ____ | | TRIAL ____ | | OTHER HEAR ____ | | |
| 2. CHARGE ____ | WA# ____ | BOND ____ | | RTN DATE ____ | CASE# | |
| DISTRICT 1ST APP ____ COURT | CIRCUIT COURT | INDT# ____ | | PROB HEAR ____ | CONVICTION ____ | |
| PRELIM ____ | | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ | |
| AAGJ ____ | | TRIAL ____ | | OTHER HEAR ____ | | |
| 3. CHARGE ____ | WA# ____ | BOND ____ | | RTN DATE ____ | CASE# | |
| DISTRICT 1ST APP ____ COURT | CIRCUIT COURT | INDT# ____ | | PROB HEAR ____ | CONVICTION ____ | |
| PRELIM ____ | | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ | |
| AAGJ ____ | | TRIAL ____ | | OTHER HEAR ____ | | |
| 4. CHARGE ____ | WA# ____ | BOND ____ | | RTN DATE ____ | CASE# | |
| DISTRICT 1ST APP ____ COURT | CIRCUIT COURT | INDT# ____ | | PROB HEAR ____ | CONVICTION ____ | |
| PRELIM ____ | | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ | |
| AAGJ ____ | | TRIAL ____ | | OTHER HEAR ____ | | |
| 5. CHARGE ____ | WA# ____ | BOND ____ | | RTN DATE ____ | CASE# | |
| DISTRICT 1ST APP ____ COURT | CIRCUIT COURT | INDT# ____ | | PROB HEAR ____ | CONVICTION ____ | |
| PRELIM ____ | | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ | |
| AAGJ ____ | | TRIAL ____ | | OTHER HEAR ____ | DOCKETED BY: _Bankston, Billy_ | |

DATE: _5-18-97_    TIME: _____

INMATE PHONE CALL TO _Grandma_    PHONE # CALLED _886-2148_

DOCKET OFFICER _Billy Bankston_    INMATE SIGNATURE x _James Bailey_

DATE _5-18-97_ HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _Billy Bankston_    INMATE SIGNATURE x _James Bailey_

DATE _5-18-97_    PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _Billy Bankston_    INMATE SIGNATURE x _James Bailey_

SHELLEY'S FORM #7772



Bailey James W/m
43183

5-18-97

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ORI # | Agency Name | Case # | Sex |
|---|---|---|---|
| 03,8,0,0,0,0 | H.C.S.D. | 9,7,1,3,8,0,2,0,5 | M |

**IDENTIFICATION**

Last, First, Middle Name: BAILEY, JAMES WILLIAM IV
Alias AKA: NONE

Race: W  Sex: M  Hgt: 6  Wgt: 154  Eye: HAZ  Hair: BRO
SMK: MED, L. inside arm, flaming eagle/eagle on back

Place of Birth: STUART, MARTIN, FLA.
SSN: 2,6,1,1,9,1,4,7,6
Date of Birth: 01,08,78,19
Misc ID #: 45183

FBI #: N/A    ID #: 43183    AL.A

Resident: NON-RESIDENT
Home Address: 640 SANDERS RD. LOT 14 KINSEY, ALA
Residence Phone: NONE
Occupation: Window Tinter

Employer: TINT PLUS
Business Phone: 334 793-TINT

**ARREST**

Location of Arrest: 61 VERONICA RD. DANSEY, ALA
Sector: 04
Arrest for Your Jurisdiction: YES

Condition: DRINKING  Resist Arrest: NO  Armed: NO
Date of Arrest: 04,19,97, 127  Day of Arrest: W

Charge-1: RECKLESS ENDANGERMENT  FEL/MISD
State Code/Local Ordinance: 13A-6-24

Arrest Disposition: RELEASED

**RELEASE**

Remarks: $300.00 BOND

Signature of Receiving Officer: Billy Barbee

Arresting Officer: 3875, Gainey, Leslie

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### PERMANENT VISITING LIST

NAME: _Bailey, James William_    INMATE NUMBER: _43183_

FLOOR LOCATION: _____    DATE: _5-18-97_

| VISITORS NAMES: | ALTERNATIVE NAMES: |
|---|---|
| 1. Candi Bailey-Long | Raund Kirtas wart |
| 2. Frankie mc Daniel | Matten millhone |
| 3. Jerrell morton | Jounex mc Daniel |
| 4. Kinney mc Daniel | Lisa mc Daniel |

**NOTE:** THIS IS A PERMANENT VISITING LIST--IT MAY ONLY BE
CHANGED AFTER SIX (6) MONTHS.   YOU WILL BE ALLOWED
FOUR (4) VISITORS TO COME ON YOUR VISITING DAY, YOU
MUST LIST THE FOUR (4) VISITORS NAMES YOU DESIRE TO SEE
AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE.
EVERY VISITOR MUST SHOW THEIR CURRENT IDENTIFICATION.
(DRIVER'S LICENSE, SOCIAL SECURITY CARD OR STATE I.D.)

IF FOR ANY REASON, ANY OF THESE (4) VISITORS ARE BANNED
FROM THE JAIL, THEY WILL NOT BE RE-INSTATED.   IF ALL
FOUR (4) VISITORS ARE BANNED WITHIN THE SIX (6) MONTH
PERIOD--YOU MAY ADD ONLY ONE (1) NAME.   AFTER A VISITOR
IS BANNED, ANY ITEMS YOU RECEIVE FROM THAT PERSON MUST
COME THROUGH THE MAIL.

THE ALTERNATIVE NAMES ARE FOR THOSE INMATES WHO HAVE
A LARGE NUMBER OF CHILDREN IN THEIR FAMILY (SUCH AS--
ONE (1) SPOUSE AND MORE THAN THREE (3) CHILDREN),
ALSO, THIS IS FOR THOSE NAMES AFTER BANNING HAS OCCURRED.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY VISITORS
NAMES ABOVE.

_James W Bailey #_    _5/18/97_
INMATE SIGNATURE:    DATE:

_Billy Bankster_    _5-18-97_
CORRECTIONS OFFICER SIGNATURE:    DATE:

BANNED:
1. _____
2. _____
3. _____
4. _____