LEAVE BLANK          CRIMINAL          (STAPLE HERE)                    LEAVE BLANK

STATE USAGE
FBI RECORD?

| | SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |

ARE USAGE                                    LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Bailey, James William

SIGNATURE OF PERSON FINGERPRINTED          SOCIAL SECURITY NO.          LEAVE BLANK

James Bailey Jr          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

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HGHT | WGHT | EYES | HAIR |
|---------|--------------------------|---------------------------|-----|------|------|------|------|------|
|         |                          | 1-8-78                    | M   | W    | 6'   | 154  | Hel  | Bra  |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED, WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | | | ORI | |
|---|---|---|---|---|---|---|
| LEAVE BLANK | YES ☐ | MM DD YY | | | AL0380000 | |
| | | | | | CONTRIBUTOR SO | |
| BEAT AS ADULT | YES ☐ | 5-18-97 | | | ADDRESS DOTHAN, AL | |
| | | | | | REPLY YES ☑ DESIRED? | |

| SEND COPY TO: ENTER ORI | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DD YY | Stewart, Florida | United States of America |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
|---|---|---|---|
| OFFICE OF THE DISTRICT ATTORNEY JUDICIAL CIRCUIT ALABAMA P O BOX 1632 DOTHAN, AL 36302 SPECIAL AGENT SIGNATURE/USA | RESIDENCE/COMPLETE ADDRESS 640 Saunders Road | CITY Kinsey | STATE Alabama |
| Zamboka | LOCAL IDENTIFICATION/REFERENCE 43183 | PHOTO AVAILABLE? YES ☑ | |
| | | PALM PRINTS TAKEN? YES ☐ | |

| EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|
| Tint Plus | Window Tinter |

| CHARGE/CITATION | DISPOSITION |
|---|---|
| Reckless Endangerment | 1. |
| | 2. |
| | 3. |

| ADDITIONAL | ADDITIONAL |
|---|---|
| | |

| OPTIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|
| | |

243 (Rev. 12-1-90)

NAME: Bailey, Anthony
ALIAS:
NEXT OF KIN: Cathy Bailey
ADDRESS: 07 Morris St.    PHONE 884-886-2148    HOW RELEASED: Bond/HA Bonding
DATE RECEIVED: 07-09-97
DATE RELEASED: 7-9-97   1330 hrs
AGE: 19   D.O.B. 1-3-78   S.S.N. 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   HT: 6.1   WT: 147
SEX: M   RACE: White   RISK:   FLOOR:   CELL:   BUNK:
NCIC: neg   BY: C   HOUSTON CO: neg   BY: 81508   DPD: neg   BY: C
RELEASE
NCIC:   BY:   HOUSTON CO:   BY:   DPD:   BY:
HOLD:

| | | | |
|---|---|---|---|
| 1. CHARGE Alias Burglary | WAR 97-113 | BOND $5000.00 | RTN DATE 7-9-97 2:00 pm   CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |
| 2. CHARGE | WAR | BOND | RTN DATE   CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |
| 3. CHARGE | WAR | BOND | RTN DATE   CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |
| 4. CHARGE | WAR | BOND | RTN DATE   CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |
| 5. CHARGE | WAR | BOND | RTN DATE   CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |

DOCKETED BY:

DATE: 7/9/97     TIME: 1330

INMATE PHONE CALL TO: Grandmother    PHONE # CALLED 886-2148

DOCKET OFFICER: C/O McCrea    INMATE SIGNATURE

DATE _____ HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _____ INMATE SIGNATURE _____

DATE 7/9/97 _____ PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS C/O McCrea _____ INMATE SIGNATURE Jarrss Bailey Jr.

SHELLEY'S FORM #772



w/m        43183

Bailey, James William

07-04-97

## ALABAMA UNIFORM ARREST REPORT

Fingerprinted: [1] Yes [2] No    Not Completed: [1] Yes [2] No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI | 2 AGENCY NAME | | 3 CASE # | 4 RFX |
|---|---|---|---|---|
| 0 3 8 0 0 0 0 | Houston County Sheriff's Dept | | 97185023.6 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME |
|---|
| Bailey James William |

6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 SCARS/MARKS/TATTOOS | 15 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|
| [M] [F] | [W] [B] | 6 1 | 147 | HZL | BRO | | on both arms has both legs | |

| 16 PLACE OF BIRTH (CITY, COUNTY, STATE) | 17 DATE OF BIRTH | 18 MISCELLANEOUS ID |
|---|---|---|
| Stewart F/A | 0 8 2 8 1 9 | 43183 |

| 20 SID # | 21 FINGERPRINT CLASS | | | | 22 DLN | 23 DL ST |
|---|---|---|---|---|---|---|
| | | | | | | |

| 24 FBI# | | | | | | |

26 RESIDENT [1] RESIDENT [2] NON-RESIDENT

| 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE |
|---|---|
| 107 Morris St Dothan AL 36303 | 886-2198 |

25 IDENTIFICATION COMMENTS: 43183

29 OCCUPATION (BE SPECIFIC): NONE

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 31 BUSINESS PHONE |
|---|---|---|
| NONE | N/A | NO |

**ARREST**

| 32 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 33 SECTOR # | 34 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO |
|---|---|---|
| Dothan City Jail | | |

35 CONDITION OF [1] DRUNK [2] SOBER
ARRESTEE: [3] DRINKING [4] DRUGS

36 INJURIES? [X] NONE [1] YES [2] OFFICER [3] ARRESTEE

37 [ ] IN CUSTODY OTHER AGENCY

38 ARMED? [1] Y [2] N

39 DESCRIPTION OF WEAPON [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON

| 41 DATE OF ARREST | 42 TIME OF ARREST | | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARREST/ID ZONE? |
|---|---|---|---|---|---|
| 0 2 0 2 8 9 7 | 1 1 8 [1] AM [X] PM | | | 45 [1] FEL [2] MISD | [1] YES [2] NO [3] UNKNOWN |

| 46 CHARGE—1 [1] FEL [X] MISD | 47 UCR CODE | 48 CHARGE—2 [1] FEL [2] MISD | 49 UCR CODE |
|---|---|---|---|
| Alias Burglary 3rd | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| | 65094 | | | | |

| 56 CHARGE—3 [1] FEL [2] MISD | 57 UCR CODE | 58 CHARGE—4 [1] FEL [2] MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | | | | |

46 ARREST DISPOSITION [1] HELD [2] BAIL [3] RELEASED [4] TOT-LE [5] OTHER

47 IF OUT ON OR EASE WHAT TYPE?

68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 TS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

**JUVENILE**

82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT

[ ] CONTINUED IN NARRATIVE

83 RELEASED TO

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | |

| 87 PARENT'S EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y [1] AM [2] PM [3] MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |
|---|---|---|---|
| | | | |

98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL

99 PROPERTY NOT RELEASED/HELD AT:

100 PROPERTY #

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| 5,000 Bond |

**TECHNICAL ARREST**

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|
| D. Madison | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 RFX | 106 CASE # | 107 RFX | 108 CASE # | 109 RFX | ADDITIONAL CASES CLOSED IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMNDR. |
|---|---|---|---|---|---|
| Saunders, Andy | 3516 | | | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

LEAVE BLANK        CRIMINAL        (STAPLE HERE)        LEAVE BLANK

STATE USAGE

FBI RECORD        [ ]        [_]        [ ]

SUBMISSION        APPR. SINGLE CLASS        ADDITIONAL        FDAP

DATE OF ARR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Bailey James William

SIGNATURE OF PERSON FINGERPRINTED

LEAVE BLANK

SOCIAL SECURITY NO.

James W Bailey    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

LEADER/WARDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 01-03-73 | M | W | 6'1 | 147 | HzL | Bro |

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | | ORI | |
|---|---|---|---|---|---|
| JUVENILE? YES ☐ | | 07-02-97 MM DD YY | | CONTRIBUTOR SO ADDRESS | AL0380000 DOTHAN, AL |
| BEAT AS ADULT? YES ☐ | | | | REPLY YES ☐ DESIRED? | |

| SEND COPY TO: ENTER ORU | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| OFFICE OF THE DISTRICT ATTORNEY 20th JUDICIAL CIRCUIT ALABAMA P.O. BOX 1252 | MM DD YY | Stuart Fla | U.S |

MISCELLANEOUS NUMBERS: DENTAL, SCARS, MARKS, TATTOOS, AND AMPUTATIONS

DREW DAUGHTER        Left Arm - Peg Leg

| | RESIDENCE/COMPLETE ADDRESS | | CITY | STATE |
|---|---|---|---|---|
| | 107 Morris St | | Slocomb | AL |

| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? YES ☒ |
|---|---|---|
| 4047? Crea 38538 | 43183 | PALM PRINTS TAKEN? YES ☐ |

| EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|
| unemployed | unemployed |

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. Atas Burglary 3rd | 1. TECHNICAL ARREST |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

FD-249 (Rev. 12-1-90)                    U.S. GPO: 1990—265-015/20824

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000                                              PCN 970221022206

AL0380000
SHERIFFS OFFICE
HOUSTON COUNTY
112 OATES STREET
PO BOX 6406
DOTHAN, AL 36304-6406

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000

PCN 970221022206

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

– FBI IDENTIFICATION RECORD – FBI NO–278410DBO

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

| NAME | FBI NO. | DATE REQUESTED |
|---|---|---|
| BAILEY, JAMES WILLIAM | 278410DBO | 07/31/97 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE |
|---|---|---|---|---|---|---|---|
| M | W | 01/08/78 | 600 | 147 | HAZ | BRO | FLORIDA |

FINGERPRINT CLASS      CITIZENSHIP
23 06 10 19 12         UNITED STATES
20 54 02 17 06

1–ARRESTED OR RECEIVED 08/11/96    SID–AL01419388
    AGENCY–POLICE DEPARTMENT MIDLAND CITY (AL0260600)
        AGENCY CASE–96080163
        CHARGE 1–GIV FALSE INFORMATION TO LAW ENFORCEMENT OFF

    COURT–POLICE DEPARTMENT DOTHAN (AL0380100)
                 DISPOSITION–
        CHARGE–ASSLT–3RD DEG
        SENTENCE–
        CONVICTED                          SUS 180D
        CFN $131

2–ARRESTED OR RECEIVED 11/14/96    SID–AL01419388
    AGENCY–SHERIFF'S OFFICE DOTHAN (AL0380000)
        AGENCY CASE–43183
        CHARGE 1–BURGLARY 3RD 4 COUNTS

3–ARRESTED OR RECEIVED 11/21/96    SID–AL01419388
    AGENCY–SHERIFF'S OFFICE DOTHAN (AL0380000)

END OF PART 1 – PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000                                          PCN 970221023206
PART 2

– FBI IDENTIFICATION RECORD – FBI NO-278410DB0


AGENCY CASE-43183
CHARGE 1-ATTEMPTED BURGLARY 3RD
CHARGE 2-BURGLARY 3RD
CHARGE 3-RECEIVING STOLEN PROPERTY 1ST

4-ARRESTED OR RECEIVED 11/15/96    SID-AL01419388
AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)
AGENCY CASE-43183
CHARGE 1-BURLGARY 3RD


RECORD UPDATED 07/31/97


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL..

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

NAME Bailey James W IV/ATM   I.D.# 93183   HOUSED FOR Houston
ALIAS   DATE RECEIVED 15-11   Filed

NEXT OF KIN Jeanette Norton   DATE RELEASED 08-15-97

ADDRESS 102 Mount St   PHONE 886-2848   HOW RELEASED Freedom Bond 1,000°°

AGE 19   D.O.B. 1-8-78   S.S.# 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   HT. 6'3N   WT. 154   WT.

SEX M   RACE W   RISK   FLOOR   CELL   BUNK

NCIC Neg   BY 1-7   HOUSTON CO. Neg   BY 532   DPD Neg   BY #7

RELEASE NCIC   BY   HOUSTON CO.   BY   DPD   BY

HOLD#:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CHARGE Alias Rable Endangerment | | WAR | BOND 1000.00 | RTN DATE 8-18-97 8:30AM | CASE# IX97-6011 | |
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | | SENTENCE |
| | AAOJ | | TRIAL | OTHER HEAR | | |
| 2. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | | SENTENCE |
| | AAOJ | | TRIAL | OTHER HEAR | | |
| 3. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | | SENTENCE |
| | AAOJ | | TRIAL | OTHER HEAR | | |
| 4. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | | SENTENCE |
| | AAOJ | | TRIAL | OTHER HEAR | | |
| 5. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | | SENTENCE |
| | AAOJ | | TRIAL | OTHER HEAR | | |

DOCKETED BY Madains

DATE: 8-14-97   TIME: 2040

INMATE PHONE CALL TO Meadhia   PHONE # CALLED 793-1181

DOCKET OFFICER Marsha Madains   INMATE SIGNATURE X James W Bailey IV

DATE 8-14-97   HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS Marsha Madains   INMATE SIGNATURE X

DATE 08-15-97   PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS Buckman   INMATE SIGNATURE James W Bailey IV

SHELLEY'S FORM #7779



Bradley, Jawes 4/w
8-14-97

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted? Completed?
☐ Yes    ☐ Yes
☐ No     ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | RFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | H.C.S.O | 9,7,2,6,0,4,9,9 | |

4 LAST, FIRST, MIDDLE NAME: Bailey, James William — 9 ALIAS AKA: James

| 5 SEX M | 6 RACE W | 7 HGT. 6'0 | 8 WGT. 154 | 9 HAIR Haz | 10 EYR Bro | 11 SKIN med | BEARD | 12 MARKS Eagle on back | 13 TATOO Eagle on L. forearm | 14 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Stewart, Martin Fl. | 16 SSN 2,6,1,1,9,7,1 - 8,1,7,7 | 17 DOB 2,0,4 | 08,7,8 | 19 | 18 MISCELLANEOUS ID # 43183 |
|---|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCY  SUB-SECONDARY  FINAL | 22 FBI # 637,9,81 A2 |
|---|---|---|

HENRY CLASS
NCIC CLASS

| 24 FBI # | 25 IDENTIFICATION COMMENT(S) 43183 |
|---|---|

| 26 ☐ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) Lakeside Tr. Pk. Lot C-44 FL 36301 | 28 RESIDENCE PHONE 334 983 9953 | 29 OCCUPATION (AS SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Self-employed | 30 BUSINESS ADDR OR (STREET, CITY, STATE, ZIP) | 31 BUSINESS PHONE 334 983-9953 |
|---|---|---|

**ARREST**

| 32 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) C-44 Lakeside Trailer Park | 33 SECTOR # | 34 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO ☐ STATE AGENCY |
|---|---|---|

| 35 CONDITION OF ☐ DRUNK ☐ SOBER ARRESTEE ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☐ NO | 38 INJURIES? ☐ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☐ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |
|---|---|---|---|---|

| 41 DATE OF ARREST 0,8,1,4,9,7,2,0,1,5 | 42 TIME OF ARREST ☐ 1 AM ☐ 2 PM | 43 DAY OF ARREST S M T W T F S | 65 TYPE ARREST ☐ ON VIEW ☐ WARRANT | 45 ARRESTED (STORED) ☐ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 63 CHARGE—1 ☐ FEL ☐ MISD Alias | | 64 CHARGE—2 ☐ FEL ☐ MISD | 65 LOCAL ICR # |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # DC 001100.00 | 62 DATE ISSUED 0,7,12,5,17 | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 58 CHARGE—3 ☐ FEL ☐ MISD | | 59 CHARGE—4 ☐ FEL ☐ MISD | |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐ HELD ☐ TOT—LE ☐ BAIL ☐ OTHER ☐ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 48 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|

| | | 49 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
|---|---|---|

**VEHICLE**

| 70 YYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAGS | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y A ☐ AM ☐ MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PERSONAL PROPERTY NOT RELEASED HELD AT | 100 PROP HELD # |
|---|---|---|

101 REMARKS (NOTE ANY PROPERTY AT TIME OF RELEASE)
Bond $1000 for WA

# TECHNICAL ARREST

| 102 SIGNATURE OF RECEIVING OFFICER  Martin Madaris  582 | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 105 CASE # | 106 RFX | 106 CASE # | 107 RFX | 108 CASE # | 109 RFX | 110 ADDITIONAL CASES CLOSED MARKED? ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # 3840 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

AC-RC—34 REV. 10-80

# Houston County Sheriff's Department

Lamar Glover, Sheriff

## Permanent Visiting List

Name: _Bailey James William_ Inmate # _43183_

Floor Location: _3N_ Date: _8-14-97_

### Visitors Names:

1. _Salem amos_
2. _christo roper_
3. _Keith Chan annette_
4. _frank carter_

### Alternates Names:

1. _Mother half sam_
2. _Frankie carney william_
3. _Kenny mc Daniel_
4. _____

Note:

THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGED AFTER SIX (6) MONTHS. YOU WILL BE ALLOWED FOUR (4) VISITORS TO COME ON YOUR VISITING DAY, YOU MUST LIST THE FOUR (4) VISITORS NAME YOU DESIRE TO SEE AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR CURRENT IDENTIFICATION, WITH THE EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN (16), DRIVER'S LICENSE, SOCIAL SECURITY CARD OR I.D.

IF FOR ANY REASON, ANY OF THESE, (4) VISITORS ARE BANNED FROM THE JAIL, THEY WILL NOT BE RE-INSTATED FOR SIX (6) MONTHS.. IF ALL FOUR (4) VISITORS ARE BANNED WITHIN A SIX (6) MONTH PERIOD, YOU MAY ADD ONLY ONE (1) NAME.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY VISITOR NAME ABOVE.

INMATE SIGNATURE_____ C/O SIGNATURE_____

## BANNED:

1. _____
2. _____
3. _____
4. _____

Bailey    James    William-S

Louis w Bailey III    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

James

| | | DATE OF BIRTH | SEX | RACE | HGHT | WGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 1-8-78 | M | W | 6 | 154 | Haz | Bro |

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER
SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | |
|---|---|---|---|---|
| SUBMISSION YES | | MM DD YY | CONTRIBUTOR | AL0380000 |
| | | | ADDRESS | SO DOTHAN, AL |
| TREAT AS ADULT YES | | 8-14-97 | REPLY YES ☒ DESIRED? | |
| SEND COPY TO: (ENTER ORI) | | DATE OF OFFENSE MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY) Stewart Martin Fl | COUNTRY OF CITIZENSHIP USA |
| MISCELLANEOUS NUMBER 20th JDIC... | | SCARS, MARKS, TATTOOS AND AMPUTATIONS Eagle on back    Eagle on left forearm | | |
| P.O. BOX... DOTHAN, AL 36302 ORI... | | RESIDENCE/COMPLETE ADDRESS Lakeside tr pk Lot #C-44 | CITY Dothan | STATE AL |
| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER M Madaul | | LOCAL IDENTIFICATION/REFERENCE 43183 | PHOTO AVAILABLE? YES ☒ | |
| | | | PALM PRINTS TAKEN? YES ☐ | |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

Self employed

OCCUPATION
Construction worker

CHARGE/CITATION
1. Alias reckless endangerment

DISPOSITION
TECHNICAL ARREST

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU NUMBER

FD-249 (Rev. 12-1-94)

☆U.S. GPO: 1996—406-919/20024

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000                                    PCN 970620639803

AL0380000
SHERIFFS OFFICE
HOUSTON COUNTY
112 OATES STREET
PO BOX 6406
DOTHAN, AL 36302-6406

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000                                    PCN 971770397510

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

     - FBI IDENTIFICATION RECORD - FBI NO-278410DB0

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

| NAME | FBI NO. | DATE REQUESTED |
|------|---------|----------------|
| BAILEY,JAMES WILLIAM | 278410DB0 | 08/25/97 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE |
|-----|------|-----------|--------|--------|------|------|-------------|
| M | W | 01/08/78 | 600 | 147 | HAZ | BRO | FLORIDA |

FINGERPRINT CLASS      CITIZENSHIP
23 06 10 19 12         UNITED STATES
20 54 02 17 06

1-ARRESTED OR RECEIVED 08/11/96    SID-AL01419388
    AGENCY-POLICE DEPARTMENT MIDLAND CITY (AL0260600)
       AGENCY CASE-96080163
       CHARGE 1-GIV FALSE INFORMATION TO LAW ENFORCEMENT OFF

    COURT-POLICE DEPARTMENT DOTHAN (AL0380100)
                DISPOSITION-
       CHARGE-ASSLT-3RD DEG
       SENTENCE-
       CONVICTED                           SUS 180D
        CFN $131

2-ARRESTED OR RECEIVED 11/06/96    SID-AL01419388
    AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)
       AGENCY CASE-43183
       CHARGE 1-2 CTS BURGLARY III

3-ARRESTED OR RECEIVED 11/14/96    SID-AL01419388
    AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

AL0380000
PART 2

PCN 971770397510

- FBI IDENTIFICATION RECORD - FBI NO-278410DB0

AGENCY CASE-43183
CHARGE 1-BURGLARY 3RD 4 COUNTS

4-ARRESTED OR RECEIVED 11/15/96    SID-AL01419388
AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)
AGENCY CASE-43183
CHARGE 1-BURLGARY 3RD

5-ARRESTED OR RECEIVED 11/21/96    SID-AL01419388
AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)
AGENCY CASE-43183
CHARGE 1-ATTEMPTED BURGLARY 3RD
CHARGE 2-BURGLARY 3RD
CHARGE 3-RECEIVING STOLEN PROPERTY 1ST

6-ARRESTED OR RECEIVED 05/18/97    SID-AL01419388
AGENCY-SHERIFF'S OFFICE DOTHAN (AL0380000)
AGENCY CASE-43183       NAME USED-BARLEY,JAMES WILLIAM
CHARGE 1-RECKLESS ENDANGERMENT

RECORD UPDATED 08/25/97

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

NAME Bailey James William   I.D.# 43/83   HOUSED FOR Houston

ALIAS None   DATE RECEIVED   DATE RELEASED 9-10-97

NEXT OF KIN Jeanette Norton

ADDRESS 102 Moniss St   PHONE 354-886-2148   HOW RELEASED AAA Bail Bonds

AGE 19   D.O.B. 7-8-78   S.S.# 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   HT. 6   WT. 147   WT.

SEX M   RACE W   RISK   FLOOR   CELL   ZURK

NCIC Neg BY #11   HOUSTON Neg BY 532   DPD Neg BY #11

RELEASE NCIC   BY   HOUSTON CO.   BY   DPD   BY

HOLDER From Court Increased

| | CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | CHARGE Bonds on 8cts Burglary 3rd | | | BOND 8D $1000.00 | | RTN DATE 10-14-97 8:30AM | CASE# CC97-106 thru CC97-113 | | |
| | DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | | PROB HEAR | CONVICTION | | | |
| | PRELIM | | ARRAIGN | | REV HEAR | SENTENCE | | | |
| | AAGJ | | TRIAL | | OTHER HEAR | | | | |
| 2. | CHARGE Broken Bashful Win | | WA# | BOND 1000.00 | | RTN DATE 10-14-97 8:30AM | CASE# CC97-114 | | |
| | DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | | PROB HEAR | CONVICTION | | | |
| | PRELIM | | ARRAIGN | | REV HEAR | SENTENCE | | | |
| | AAGJ | | TRIAL | | OTHER HEAR | | | | |
| 3. | CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
| | DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | | PROB HEAR | CONVICTION | | | |
| | PRELIM | | ARRAIGN | | REV HEAR | SENTENCE | | | |
| | AAGJ | | TRIAL | | OTHER HEAR | | | | |
| 4. | CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
| | DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | | PROB HEAR | CONVICTION | | | |
| | PRELIM | | ARRAIGN | | REV HEAR | SENTENCE | | | |
| | AAGJ | | TRIAL | | OTHER HEAR | | | | |
| 5. | CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
| | DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | | PROB HEAR | CONVICTION | | | |
| | PRELIM | | ARRAIGN | | REV HEAR | SENTENCE | | | |
| | AAGJ | | TRIAL | | OTHER HEAR | | | | |

DOCKETED BY Madaris

---

DATE 9-10-97   TIME: 1615

INMATE PHONE CALL TO AAA Bonding   PHONE # CALLED 792-4504

DOCKET OFFICER Madaris   INMATE SIGNATURE X James W Bailey

---

DATE 9-10-97   HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS Madaris   INMATE SIGNATURE X James W Bailey

---

DATE 9-10-97   PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS Madaris   INMATE SIGNATURE James W Bailey

SHELLEY'S FORM 7772

ACS0370  A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                    CASE: CC 97 000106.0

IN THE CIRCUIT   COURT OF   HOUSTON   COUNTY
ATE OF   ALABAMA                     VS      BAILEY JAMES WILLIAM              JUDGE: S
                                             107 MORRISS STREET
CASE: CC 97 000106.00
                                             SLOCOMB, AL   36375 0000

DOB: 01/08/78   RACE: W   SEX:   M           HT:  6 00   WT: 147   HR:  BRO   EYE:
SSN: 261929726   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                        CODE1:  BURG LIT: BURGLARY 3RD   TYPE:
CHARGE2:                                     CODE2:                          TYPE:
CHARGE3:                                     CODE3:                          TYPE:
MORE?:          OFFENSE DATE: 10/25/96       AGENCY/OFFICER: 0380000 ST JOHN

DATE WAR/CAP ISS:
DATE    INDICTED: 02/20/97                   DATE ARRESTED: 11/06/96
DATE    RELEASED: 12/09/96                   DATE    FILED: 02/25/97
        BOND AMOUNT:      $5,000.00          DATE  HEARING:
                                                SURETIES: AAA BONDIN
DATE 1: 03/12/97  DESC:    ARRG
DATE 2:  3-09-97  DESC:    TRIAL             TIME:  0900 A
                                            TIME:  0830 A
DEF/ATY:     LOGSDON, PHYLLIS J
PROSECUTOR:  VALESKA, DOUGLAS A             TYPE: A                          TYPE:

OTH CSE: 9600261100             CHK/TICKET NO: WR96 7892
COURT REPORTER                  SID NO: 000000000                 GRAND JURY: 000176
DEF STATUS: BOND                DEMAND:

DATE          ACTION, JUDGMENTS, CASE NOTES
        WARRANT ISSUED 110096

3-3-97  Y.O. August 4 15 97 at 8:30 a.m.


RECIPROCAL DISCOVERY ORDER

    3-12, 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying, all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

                                            Judge  [3/12/97 ? O.J.

CIRCUIT JUDGE

    4-15, 19 97                             450 P.m. Per Judge

After investigation and examination of the defendant by             Jackson -
this Court, defendant's application of Youthful Offender
Treatment is hereby  denied                In each of these
                                           Cases An Additional
                                           $100.00 Bond must
            JUDGE                          be made before he
                                           Can be released.
                                           S/s A. Peterson

_____ 4-15 _____ 19 97

his day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
an indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease or
defect). This case is hereby set for trial during the _next available term._
t of Court. Defendant is granted _____ days to file an
additional pleas or motions.

JUDGE

This case consolidated for trial with companion
cases unless written objections filed by _9-4-92_ at 8:30 AM
at which time hearing thereon to be held.
DONE this _27th_ day of _Feb_, 19 _97_.

Edward Jackson, Judge

CIRCUIT JUDGE

8-21-92  Consolidation Order. (In File)

8-26-92  Motion To Consolidate

8-27-92  Objection To Consolidation

_9/10_, 19 _92_

Defendant heretofore having been indicted and arraigned upon
an indictment on a charge of _Burg III_
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit, _Reginald Wells_
and eleven others, who being duly empanneled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_Burg III_
AS CHARGED IN THE INDICTMENT."

JUDGE
JUDGE

_9/10_, 19 _92_

In accordance with the verdict of the jury, Defendant is
hereby adjudged guilty of _Burg III_
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by _D/_
Hearing set for _10/14_, 19 _92_ at _8:30_ -.M.

JUDGE

Bond increased $6,500

ACS0076   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                    CASE: CC 97 000107.00

IN THE CIRCUIT COURT OF   HOUSTON   COUNTY                      JUDGE: SE
STE OF ALABAMA              VS   BAILEY JAMES WILLIAM
                                 107 MORRISS STREET
CASE: CC 97 000107.00            SLOCOMB, AL  36375 0000

DOB: 01/08/78  RACE: W  SEX:   M        HT: 6 01  WT: 147  HR:  BRO  EYE: HZ
SSN: 261979726   ALIAS NAMES:

CHARGE1: BURGLARY 3RD              CODE1: BURG LIT: BURGLARY 3RD      TYPE: F
CHARGE2:                           CODE2:                            TYPE:
CHARGE3:                           CODE3:                            TYPE:
MORE?:      OFFENSE DATE: 11/04/96  AGENCY/OFFICER: 0380000 INGRAM

DATE WAR/CAP ISS:              DATE ARRESTED: 11/06/96
DATE    INDICTED: 02/20/97     DATE    FILED: 02/25/97
DATE    RELEASED: 12/09/96     DATE    HEARING:
     BOND AMOUNT:      $5,000.00              SURETIES: AAA BONDIN

DATE 1: 03/18/97 DESC:  ARRG        TIME:   0900 A
DATE 2: 4-15-97  DESC:  TRAL        TIME:   0830 A

DEF/ATY:  LOGSDON, PHYLLIS J.     TYPE: A              TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600241200   CHK/TICKET NO: WR96 7593         GRAND JURY: 000171
COURT REPORTER:                SID NO: 000000000
DEF STATUS: JAIL         DEMAND:                            RET#: PAS

  DATE        ACTION, JUDGMENTS, CASE NOTES
       WARRANT ISSUED 110796

  3-3-97  Df O Arg Set 4-15-97 at 8:30 a.m.

              RECIPROCAL DISCOVERY ORDER

     3-12   19 97

     Within 14 days of this order, the State and Defendant will make
     available for inspection and copying all material discoverable under
     the Alabama Rules of Criminal Procedure. In addition, the State will
     make any exculpatory materials available to the defense. The State
     will make its materials available at the District Attorney's office
     and the defense will do likewise at defense counsel's office.

                Larry K. Anderson  Judge   (3-11-97)
              CIRCUIT JUDGE                           D A

     4-15   19 97

     After investigation and examination of the defendant by
     this Court, defendant's application of Youthful Offender
     treatment is hereby
                          denied
                            JUDGE

_____ 4-15 _____, 19 97

This day in open court came the State of Alabama by its
District Attorney and the Defendant in his own proper person
and with his attorney, and the Defendant being arraigned on
the indictment in this case, (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of a mental disease or
defect): This case is hereby set for trial during the _next available term._
term of Court. Defendant is granted _____ days to file an
additional pleas or motions.

_____
JUDGE

8-27-97 — _Consolidation Order (On File)_

8-26-97 — _Motion To Consolidate_

8-27-97 — _Objection To Consolidation_

_____ 9/10 ___, 19 97

Defendant heretofore having been indicted and arraigned upon
an indictment on a charge of ___ Burg III
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit, _Foreman Name_
and eleven others, who being duly empanelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said Jurors upon
their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF

_____ Burg III
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

_____ 9/10 ___ 19 9?

In accordance with the verdict of the Jury, Defendant is
hereby adjudged guilty of ___ Burg III
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by _Def_
Hearing set for ___ 10/14 __ 19 9? __ at 8:30 __, M

_____

_Bond increased $6,000_

ACSC370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                                    CASE: CC 92 000108.00

IN THE CIRCUIT COURT OF   HOUSTON   COUNTY                          JUDGE: SE
STATE OF ALABAMA          VS        BAILEY JAMES WILLIAM
                                    107 MORRISS STREET
CASE: CC 92 000108.00               SLOCOMB, AL  36375 0000

DOB: 01/08/78  RACE: W  SEX:  M         HT:  6 01  WT: 147  HR: BRO  EYE: HZ
SSN: 261979774    ALIAS NAMES:

CHARGE1: BURGLARY 3RD                   CODE1: BUR3 LIT: BURGLARY 3RD      TYPE: F
CHARGE2:                                CODE2:                            TYPE:
CHARGE3:                                CODE3:                            TYPE:
MORE?:         OFFENSE DATE: 08/15/96   AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:                       DATE ARRESTED: 11/14/96
DATE    INDICTED: 02/20/97              DATE    FILED: 02/25/97
DATE    RELEASED: 12/09/96              DATE  HEARING:
     BOND AMOUNT:      $5,000.00              SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC:    ARRG          TIME:    0900 A
DATE 2: 04-21-97 DESC:    TRIAL         TIME:    0830 A
              4-9-97
DEF/ATY:  LOGSDON, PHYLLIS J            TYPE: A                           TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245700    CHK/TICKET NO: WR96 7628         GRAND JURY: 000188
COURT REPORTER        SID NO: 000000000
DEF STATUS: BOND          DEMAND:                              ORIDS: PAS

DATE          ACTION, JUDGMENTS, CASE NOTES

WARRANT ISSUED 111496

3-3-97 Y O Reg Set 4-15-97 at 8:30 a.m.

RECIPROCAL DISCOVERY ORDER

3-12 , 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_Larry K. Anderson, Judge_  13-11-97 Ordy
CIRCUIT JUDGE                                    (D.A.)

4-15 , 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
treatment is hereby _denied_

_____
JUDGE

_4-15_____, 19 _87_

This day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant ~~being arraigned on~~
~~the indictment in this case~~) (waives arraignment) enters a
plea of (not guilty) ~~(not guilty by reason of mental disease or~~
~~defect)~~. This case is hereby set for trial during the _next available term._
term of Court. Defendant is granted _____ days to file an
additional pleas or motions.

_(signature)_
JUDGE

8-27-92  Consolidation Order. (On File)
8-26-92  Motion To Consolidate.
8-27-92  Objection To Consolidation.

_9/10_____, 19 _92_

Defendant heretofore having been indicted and arraigned upon
an indictment on a charge of _Burg II_____
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit: _Raymond Hall_____
and eleven others, who being duly empanelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_Burg II_
AS CHARGED IN THE INDICTMENT."

_(signature)_
JUDGE

_9/10_____, 19 _92_

In accordance with the verdict of the jury, Defendant is
hereby adjudged guilty of _Burg II_
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by _Def_
Hearing set for _10/14_____, 19 _92_ @ 8:30 A.M.

_(signature)_

_Bond increased to $6,000_

ACS0970  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E !

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 97 000109.00

IN THE CIRCUIT COURT OF  HOUSTON  COUNTY                          JUDGE: SE
STATE OF  ALABAMA          VS        BAILEY JAMES WILLIAM
                                     107 MORRISS STREET
CASE: CC 97 000109.00
                                     SLOCOMB, AL  36375 0000

DOB: 01/08/78  RACE: W  SEX:   M          HT:  6 01  WT: 147  HR:   BRO  EYE: HZ
SSN: 261929778   ALIAS NAMES:

CHARGE1: BURGLARY ORD                CODE1: BURG LIT: BURGLARY ORD     TYPE: F
CHARGE2:                             CODE2:                           TYPE:
CHARGE3:                             CODE3:                           TYPE:
MORE?:        OFFENCE DATE: 08/15/96    AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:                    DATE ARRESTED: 11/14/96
DATE    INDICTED: 02/20/97           DATE    FILED: 02/25/97
DATE    RELEASED: 12/09/96           DATE  HEARING:
        BOND AMOUNT:    $5,000.00                SURETIES: AAA BONDIN

DATE 1: 03/12/97  DESC:    ARRG        TIME:   0900 A
DATE 2: 04/15/97  DESC:    TRIAL       TIME:   0830 A

DEF/ATY:  LOGSDON, PHYLLIS J          TYPE: A                         TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245600      CHK/TICKET NO: WR96 7627              GRAND JURY: 000183
COURT REPORTER:          SID NO: 000000000
DEF STATUS: BOND         DEMAND:                               WEID: FAS

DATE              ACTION, JUDGMENTS, CASE NOTES
    WARRANT ISSUED 111496

3-5-97 Y.O. Hrg Set + 15-97 at 8:30 AM

RECIPROCAL DISCOVERY ORDER

    3-12 , 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure.  In addition, the State will
make any exculpatory materials available to the defense.  The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

                    Frank K. Cochran, Judge (3-11-97-9) OS
                    CIRCUIT JUDGE                     (D.A)

    4-15 , 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby    agreed

                                    JUDGE

_4-15_ , 19 _97_

this day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person and with his attorney, and the Defendant being arraigned on the indictment in this case) (waives arraignment) enters a plea of (not guilty) (not guilty by reason of mental disease or defect). This case is hereby set for trial during the _next available term_ term of Court. Defendant is granted _____ days to file any additional pleas or motions.

_____
JUDGE

_8-22-97_    Consolidation Order. (On File)

_8-26-97_    Motion To Consolidate

_8-22-97_    Objection To consolidation

_9/10_ , 19 _97_

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of _Burg III_ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _Raymond Hollis_ and eleven others, who being duly empannelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF _Burg III_ AS CHARGED IN THE INDICTMENT."

_____
JUDGE

_9/10_ , 19 _97_

In accordance with the verdict of the Jury, Defendant is hereby adjudged guilty of _Burg III_ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by _DA_.

Hearing set for _10/14_ , 19 _97_ at _8:30 A_ . M.

_____

ACS033   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                    CASE: CC 97 000110.00

IN THE CIRCUIT COURT OF   HOUSTON   COUNTY                    JUDGE: SE:
STE OF ALABAMA                VS      BAILEY, JAMES WILLIAM.
                                      107 MORRISS STREET
CASE: CC 97 000110.00                 SLOCOMB, AL  36375 0000

DOB: 01/09/28   RACE: W   SEX:   M        HT:  6 01  WT: 147  HR:   BRO  EYE: HZ
SSN: 261929726   ALIAS NAMES:

CHARGE1: BURGLARY 3RD              CODE1: BUR3 LIT: BURGLARY 3RD     TYPE: F
CHARGE2:                          CODE2:                            TYPE:
CHARGE3:                          CODE3:                            TYPE:
MONEY:         OFFENSE DATE: 08/09/96   AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:                 DATE ARRESTED: 11/14/96
DATE   INDICTED: 02/20/97         DATE   FILED: 02/25/97
DATE   RELEASED: 12/09/96         DATE   HEARING:
   BOND AMOUNT:      $5,000.00                 SURETIES: AAA BONDIN

DATE 1: 03/18/97 DESC: ARRG       TIME:  0900 A
DATE 2: 05/51/97 DESC: TRAL       TIME:  0830 A
            4-9-97
DEF/ATY:   LOGSDON, PHYLLIS J   TYPE: A                         TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245500      CHK/TICKET NO: WR96 7626       GRAND JURY: 000184
COURT REPORTER:          SID NO: 000000000
DEF STATUS: BOND         DEMAND:                           USED: PAS

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

WARRANT ISSUED 111496

3-3-97  Y.O. Hrg Set 4-15-97 at 8:30 a.m.

RECIPROCAL DISCOVERY ORDER

3-12, 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_____ Judge (3-12-97 D)

CIRCUIT JUDGE                                    (D.A)

4-15, 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
treatment is hereby  denied

_____
JUDGE

4-15 ___ 19 97

This day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
the indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease or
defect). This case is hereby set for trial during the ~next available term~ .
term of Court. Defendant is granted _____ days to file any
additional pleas or motions.

JUDGE

8-22-91 Consolidation Order (On File)

8-26-91 Motion To Consolidate.

8-27-91 Objection To Consolidation.

9/10 , 19 92

Defendant heretofore having been indicted and arraigned upon
an Indictment on a charge of ___ Burg III
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit, _____
and eleven others, who being duly empannelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE., THE JURY, FIND THE DEFENDANT GUILTY OF
__ Burg III
AS CHARGED IN THE INDICTMENT."

JUDGE

9/10 , 19 91

In accordance with the verdict of the Jury, Defendant is
hereby adjudged guilty of ___ Burg III
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by ___
Hearing set for 10/14 , 19 92 at 9:30 A. M.

JUDGE

Bond increased to $6000

ACCOUNT ... CENTER

CASE ACTION SUMMARY
CIRCUIT CRIMINAL          CASE: CC 97 000111.0

IN THE CIRCUIT COURT OF HOUSTON COUNTY                        JUDGE: S
YTE OF ALABAMA              VS   BAILEY JAMES WILLIAM
CASE: CC 97 000111.00               107 MORRIS STREET
                                    SLOCOMB, AL 36375 0000

DOB: 01/08/78   RACE: W SEX: M         HT: 6 01  WT: 147 HR: BRO  EYE: H
SSN: 261977778   ALIAS NAMES:

CHARGE1: BURGLARY 3RD              CODE1: BURG LIT: BURGLARY 3RD       TYPE:
CHARGE2:                          CODE2:                               TYPE:
CHARGE3:                          CODE3:                               TYPE:
MONEY:       OFFENSE DATE: 10/02/96   AGENCY/OFFICER: 0080100 B ESON

DATE WAR/CAP ISS:                 DATE ARRESTED: 11/14/96
DATE   INDICTED: 02/20/97         DATE   FILED: 02/25/97
DATE   RELEASED: 12/09/96         DATE   HEARING:
       BOND AMOUNT:    $5,000.00       SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC: ARRG       TIME: 0900 A
DATE 2: 04/15/97 DESC: TRAL       TIME: 0830 A

DEF ATY:  LOGSDON, PHYLLIS J       TYPE: A                            TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245400       CHK/TICKET NO: UR96 7525         GRAND JURY: 00018
COURT REPORTER            SID NO: 000000000
DEF STATUS: BOND          DEMAND:                                    OPND: PAS

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
|      | WARRANT ISSUED 11149X   *Consolidated* |

3-3-97 *YO Hrg Set 4-15-97 at 8:30 a.m.*

RECIPROCAL DISCOVERY ORDER

3-12, 19 97

Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office.

*Larry K. Anderson, Judge  (3-12-97*

CIRCUIT JUDGE

4-15, 19 77

After investigation and examination of the defendant by this Court, defendant's application of Youthful Offender is Treatment is hereby

*Denied*

JUDGE

4-15 _____ 19 91

this day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person, and with his attorney, and the Defendant ~~being arraigned on the indictment in this case~~ (waives arraignment) enters a plea of (not guilty) ~~(not guilty by reason of mental disease or defect)~~. This case is hereby set for trial during the *next available term*. term of Court. Defendant is granted _____ days to file any additional pleas or motions.

JUDGE

8-21-97 Consolidation Order. (In File)

8-26-97 Motion To Consolidate.

8-27-97 Objection To Consolidation.

9/10 _____, 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of _Bur III_ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _Raymond Nall_ and eleven others, who being duly empannelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_Bur III_
AS CHARGED IN THE INDICTMENT."

JUDGE

9/10 _____, 19 97

In accordance with the verdict of the jury, Defendant is hereby adjudged guilty of _Bur III_ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but presentence report is requested by _____. Hearing set for _9/10_ 19 97 at 5:30 A. M.

JUDGE

Bond increased to $6,000.00

ACSOCR0B                                    INFORMATION   CENTE

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 97 000112.0

IN THE CIRCUIT COURT OF HOUSTON COUNTY
STATE OF ALABAMA                    VS       BAILEY JAMES WILLIAM           JUDGE: SI
CASE: CC 97 000112.00                        107 MORRISS STREET

                                             SLOCOMB, AL  36375 0000
DOB: 01/08/78   RACE: W  SEX:   M            HT: 6 00  WT: 150  HR: BRO   EYE: BR
SSN: 261972276   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                        CODE1: BURG LIT: BURGLARY 3RD      TYPE:
CHARGE2:                                     CODE2:                             TYPE:
CHARGE3:                                     CODE3:                             TYPE:
MORE?:           OFFENSE DATE: 09/06/96      AGENCY/OFFICER: 0380100 HAMM

DATE WAR/CAP ISS:                    DATE ARRESTED: 11/15/96
DATE   INDICTED: 02/20/97            DATE   FILED: 02/25/97
DATE   RELEASED: 12/09/96            DATE  HEARING:
       BOND AMOUNT:    $5,000.00                 SURETIES: AAA BONDIN
DATE 1: 03/12/97 DESC:      ARRG         TIME:   0900 A
DATE 2: 04-21-97 DESC:      TRAL         TIME:   0830 A
       4-9-97
DEF ATY:  LOGSDON, PHYLLIS J         TYPE: A                          TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600247200      CHK/TICKET NO: WR96 7635       GRAND JURY: 000198
COURT REPORTER          SID NO: 000000000
DEF STATUS: BOND        DEMAND:                          DNA?: PAS

DATE      ACTION, JUDGMENTS, CASE NOTES
WARRANT ISSUED 111596

*23-97 Y-O Aug set 4-15-97 at 8:30 a.m.*

RECIPROCAL DISCOVERY ORDER

3 12 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office,
and the defense will do likewise at defense counsel's office.

_____ J. K. Anderson Judge   3-12-97 ⊅ O⋎
CIRCUIT JUDGE

4-15 19 97

After Investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby _____ denied

_____
JUDGE

4-15 ____ 19 97

This day in open court came the State of Alabama by its District Attorney and the Defendant ~~in his own proper person~~ and with his attorney, and the Defendant ~~being arraigned on the indictment in this case~~ (waives arraignment) enters a plea of (not guilty) ~~(not guilty by reason of mental disease or defect)~~. This case is hereby set for trial during the *next available term* term of Court. Defendant is granted ____ days to file any additional pleas or motions.

_____
JUDGE

8-27-97 — Consolidation Order. (In File)

8-26-97 Motion To Consolidate

8-27-97 Objection To Consolidation

9/10 ____, 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of ____ *Burg III* and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _Raymond Noble_ and eleven others, who being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF *RSP I*
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

9/10 ____ 19 97

In accordance with the verdict of the jury, Defendant is hereby adjudged guilty of ____ *Burg III* as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by ____

Hearing set for 10/14 19 97 at 8:30 ___. M.

_____

*Bond increased to $6,000*

| State of Alabama Unified Judicial System | **CASE ACTION SUMMARY** CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC-97-113 |

tyle: *James William Bailey*          Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

9/10 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of ___ *Bur III* ___ and heretofore having placed not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _____ and eleven others, who being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was tried in open and continued from day to-day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF ___ *Bur III* ___ AS CHARGED IN THE INDICTMENT."

_____
JUDGE

9/10 19 97

In accordance with the verdict of the jury, Defendant is formally adjudged guilty of ___ *Bur III* ___ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by _____

Hearing set for 9/10 19 97 at 8:30 a. m.        Bond increased $6,000⁰⁰

_____
JUDGE

ACSD... A C S ... B O A R D  A N D  J U D I C I A L  I N F O R M A T I O N  C E N T E

CASE ACTION SUMMARY
CIRCUIT    CRIMINAL                    CASE: CC 97 000114.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY              JUDGE: SE
...ATE OF ALABAMA          VS:    BAILEY JAMES WILLIAM
                                  107 MORRISS STREET
CASE: CC 97 000114.00
                                  SLOCUMB, AL 36375 0000

DOB: 01/09/78   RACE: W  SEX:  M        HT: 6 01  WT: 147  HR:  BRO  EYE: HZ
SSN: 261979776  ALIAS NAMES:

CHARGE1: REC STOLEN PROP 1ST         CODE1: RSP1 LIT: REC STOLEN PROP  TYPE: F
CHARGE2:                             CODE2:                            TYPE:
CHARGE3:                             CODE3:                            TYPE:
MORE?:         OFFENSE DATE: 07/15/96  AGENCY/OFFICER: 0360100 BEESON

DATE WAR/CAP ISS:
DATE    INDICTED: 02/20/97           DATE ARRESTED: 11/21/96
DATE   RELEASED: 12/09/96            DATE    FILED: 02/25/97
       BOND AMOUNT:     $2,000.00    DATE  HEARING:
                                     SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC:  ARRG         TIME:   0900 A
DATE 2: 04/15/97 DESC:  TRAL         TIME:   0830 A

DEF/ATY: LOGSDON, PHYLLIS J          TYPE: A                TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600249500    CHK/TICKET NO: WR96 7642          GRAND JURY: 000212
COURT REPORTER         SID NO: 000000000
DEF STATUS: BOND       DEMAND:                           DISP: PAS

DATE         ACTION, JUDGMENTS, CASE NOTES
WARRANT ISSUED 112196
3 3 94  G.O. Arg set 4-15-97 at 8:30 a.m.

RECIPROCAL DISCOVERY ORDER

3-12 , 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

Larry K. Anderson Judge  3-12-97
CIRCUIT JUDGE

4-15 , 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby denied.

JUDGE

4-15 ____ 19 97

This day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person and with his attorney, and the Defendant being arraigned on the indictment in this case) (waives arraignment) enters a plea of (not guilty) (not guilty by reason of mental disease or defect). This case is hereby set for trial during the _next available term_ term of Court. Defendant is granted _____ days to file an additional pleas or motions.

_____
JUDGE

8-22-97  Consolidation Order. (ch. Fill)
8-26-97  Motion To consolidate.
8-22-97  Objection To consolidation.

9/10 __ 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of ___ RSP I ___ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit ___ Raymond Hollo ___ and eleven others, who being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered and continued from day to day and from that time said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, and on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
___ RSP I ___
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

9/10 __ 19 97

In accordance with the verdict of the jury, Defendant is hereby adjudged guilty of ___ RSP I ___ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by ___ Def ___

Hearing set for __ 10/14 __ 19 97 at __ 8:30 __ M.

_____

Bond increased to $13,000.⁰⁰

NAME _Bailey Jim S.___ ALIAS _None_

NEXT OF KIN _Jeanette Norton_

ADDRESS _107 Morris St. Slocomb_ PHONE _886 2148_

AGE _19_ D.O.B. _01-08-78_ S.S.R. _261 97 9776_ HT. _6'0"_ WT. _147_

DATE RECEIVED _9-18-97_ _9:09 Am_
DATE RELEASED _10-15-97_
HOW RELEASED _Appeal Bond in_
WT. _Clerks office_

SEX _M_ RACE _W_ RISK _____ FLOOR _3 S_ CELL _5_ BUNK _Top_

NCIC _Neg_ BY _N 9 LKSD_ HOUSTON CO. _Neg_ BY _JPG_ DPD _Neg_ BY _N 9 LKSD_

RELEASE NCIC _____ BY _____ HOUSTON CO. _____ BY _____ DPD _____ BY _____
HOLDER _DPD_

| | CHARGE | WAR | BOND | RTN DATE | CASE# |
|---|---|---|---|---|---|
| 1. | Burg III (Business) | | 6000.00 | 10-14-97 8:30 Am | CC97 0106 |
| 2. | Burg III (Business) | | 6000.00 | 10-14-97 8:30 | CC97 0107 |
| 3. | Burg III (Business) | | 6000.00 | 10-14-97 8:30 Am | CC97 0108 |
| 4. | Burg III (Business) | | 6000.00 | 10-14-97 8:30 Am | CC97 0109 |
| 5. | Burg III (Business) | | 6000.00 | 10-14-97 8:30 Am | CC97110 |

DOCKETED BY: _Crilley Trish t._

---

DATE: _9-18-97_    TIME: _10 35 Am_

INMATE PHONE CALL TO _Jeanette Norton_ PHONE # CALLED _886 2148_

DOCKET OFFICER _____ INMATE SIGNATURE _X_

---

DATE _9-18-97_ HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _____ INMATE SIGNATURE _X_

---

DATE _10-15-97_ PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _Peterman_ INMATE SIGNATURE _James W Bailey_

SHELLEY'S FORM #7772

PAGE ___2___    NAME _Bailey James William_    INMATE# _43183_

| | CHARGE | WAI | BOND | RTN DATE | CASE# | |
|---|---|---|---|---|---|---|
| 6) | Burg III (Hoodson Bican) | | 6000 ⁰⁰ | 10-14-97 8:30 Am | CC97011 | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |
| 7) | Burg III (Gordon Foster) | | 6000 | 10-14-97 8:30 Am | CC97 0112 | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |
| 8) | Burg III (Hutton) | | 6000 | 10-14-97 8:30 Am | CC97 0113 | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |
| 9) | PSP 1st (Spicer) | | 5,000 CHARGE thousand | 10-14-97 8:30 Am | CC97 0114 | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |
| | CHARGE | WAI | BOND | RTN DATE | CASE# | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |
| | CHARGE | WAI | BOND | RTN DATE | CASE# | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |
| | CHARGE | WAI | BOND | RTN DATE | CASE# | CONVICTION / SENTENCE |
| | DISTRICT COURT 1ST APP / PRELIM / AAGJ | CIRCUIT COURT | INDT# / ARRAIGN / TRIAL | PROB HEAR / REV HEAR / OTHER HEAR | | |



43183

Broiler, Conventions

09-18-97

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

## PERMANENT VISITING LIST

NAME: _James W Bailey ±_  INMATE # 43183

FLOOR LOCATION: _____  DATE: 9 / 18 /97

VISITORS NAMES:

ISHR

1. _tommy Bailey + Chancity Moore_
2. _Jennett nortons + Billy norton_
3. _Frank norton_
4. _Frankie mc Danial_

ALTERNATES NAMES:

1. _Kenny mc Danial_
2. _Cindi Bailey_
3. _Johnie mc Danal_
4. _~~Exton Ames~~ Billy Norton_

NOTE;

THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGED AFTER SIX (6) MONTHS. YOU WILL BE ALLOWED FOUR (4) VISITORS TO COME ON YOUR VISITING DAY, YOU MUST LIST THE FOUR (4) VISITORS NAME YOU DESIRE TO SEE AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR CURRENT IDENTIFICATION, WITH THE EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN (16), DRIVER'S LICENSE, SOCIAL SECURITY CARD OR I.D.

IF FOR ANY REASON, ANY OF THESE (4) VISITORS ARE BANNED FROM THE JAIL, THEY WILL NOT BE RE-INSTATED. IF ALL FOUR (4) VISITORS ARE BANNED WITHIN SIX (6) MONTH PERIOD, YOU MAY ADD ONLY ONE (1) NAME.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY VISITOR NAME ABOVE.

INMATE SIGNATURE: _James Bailey ±_  DATE: 9-18-97

C/O SIGNATURE: _____  DATE: 9-18-97

BANNED:

1. _____
2. _____
3. _____
4. _____

revised 09/97

ACS0320  A L A B A M A  J U D I C I A L  I N F O R M A T I O N  C E N T E R

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 97 000106.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY                          JUDGE: SEJ
ATE OF ALABAMA              VS    BAILEY JAMES WILLIAM
                                  102 MORRISS STREET
CASE: CC 97 000106.00             SLOCOMB, AL  36375 0000

DOB: 01/08/78  RACE: W  SEX:  M      HT:  6 00  WT: 147  HR:  BRO  EYE:
SSN: 261929726   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                 CODE1: BUR3 LIT: BURGLARY 3RD       TYPE: F
CHARGE2:                              CODE2:                             TYPE:
CHARGES:                              CODE3:                             TYPE:
MORE?:        OFFENSE DATE: 10/25/96  AGENCY/OFFICER: 0380000 ST JOHN

DATE WAR/CAP ISS:                     DATE ARRESTED: 11/06/96
DATE    INDICTED: 02/20/97            DATE    FILED: 02/25/97
DATE    RELEASED: 12/09/96            DATE  HEARING:
        BOND AMOUNT:   $5,000.00                 SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC: ARRG          TIME:  0900 A
DATE 2: 05/7/97 DESC: TRAL           TIME:  0830 A

DEF/ATY: LOGSDON, PHYLLIS J          TYPE: A                    TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

CTN CSE: 9800261100          CHK/TICKET NO: WR96 7592        GRAND JURY: 000170
COURT REPORTER:                     SID NO: 000000000
DEF STATUS: BOND            DEMAND:                            DISPO: PAS

DATE       ACTION, JUDGMENTS, CASE NOTES
    WARRANT ISSUED 11/06/96

3-5-97 G.D. Reset 4-15-97 at 8:30 a.m.

RECIPROCAL DISCOVERY ORDER

3-12, 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_____ Jerry K. Anderson, Judge  3-12-97 D. O.

CIRCUIT JUDGE

4-15, 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby _____

JUDGE

4-15 ___ 19 97

his day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
~~his indictment in this case)~~ (waives arraignment) enters a
~~plea of~~ (not guilty) ~~(not guilty by reason of mental disease or~~
~~defect)~~. This case is hereby set for trial during the _next available term._
~~~ of Court. Defendant is granted _____ days to file an
additional pleas or motions.

_____
JUDGE

This case consolidated for trial with companion
cases ~~unless~~ written objections filed by 9-4-97 at 8:30 AM
at which time hearing thereon to be held.
DONE this 27th day of Aug, 19 97

Edward Jackson, Judge
CIRCUIT JUDGE

8-27-97   Consolidation Order. (In File)

8-26-97   Motion To Consolidate

8-27-97   Objection To Consolidation

9/10 ___ 19 97

Defendant heretofore having been ~~indicted and~~ arraigned upon
an indictment on a charge of _Burgl III_
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit: _Raymond Holley_
and eleven others, who being duly empannelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_Burg III_
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

9/10 ___ 19 97
In accordance with the verdict of the jury, Defendant is
hereby adjudged guilty of _Burg III_
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by ___
Hearing set for 10/9 ___ 19 97 at 6:30 o. M.

_____
JUDGE

Bond increased $ 6,000

9/18/97 (Copy to David from Jail)
A bond of $1,000.00 required in
addition to the existing bond
of $5,000.00 for a total bond
of $6,000.00.

Edward Jackson, Judge

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 97 000107.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY                         JUDGE: SEJ
STATE OF ALABAMA              VS    BAILEY JAMES WILLIAM
                                    107 MORRISS STREET
CASE: CC 97 000107.00               SLOCOMB, AL 36375 0000

DOB: 01/08/78  RACE: W  SEX: M        HT: 6 01  WT: 147  HR: BRO  EYE: HZL
SSN: 261977776  ALIAS NAMES:

CHARGE1: BURGLARY 3RD                 CODE1: BURG LIT: BURGLARY 3RD    TYPE: F
CHARGE2:                              CODE2:                          TYPE:
CHARGE3:                              CODE3:                          TYPE:
MONET:        OFFENSE DATE: 11/04/96  AGENCY/OFFICER: 0380000 INGRAM

DATE WAR/CAP ISS:                     DATE ARRESTED: 11/06/96
DATE   INDICTED: 02/20/97             DATE   FILED: 02/25/97
DATE   RELEASED: 12/09/96             DATE   HEARING:
     BOND AMOUNT:    $5,000.00              SURETIES: AAA BONDIN

DATE 1: 09/12/97 DESC: ARRG          TIME: 0900 A
DATE 2: 04/01/97 DESC: TRAL          TIME: 0830 A
          4-5-97

DEF/ATY: LOGSDON, PHYLLIS J          TYPE: A                         TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600261200        CHK/TICKET NO: WR96 7593        GRAND JURY: 000171
COURT REPORTER                  SID NO: 000000000
DEF STATUS: JAIL          DEMAND:                                 DETD: PAS

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| | WARRANT ISSUED 110796 |

3-5-97 _Y/O Hrg Set Oct 4-15-97 at 8:30 a.m._

RECIPROCAL DISCOVERY ORDER

_3-12_, 19_97_

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_Larry K. Anderson, Judge_ (3-11-97-R-G
CIRCUIT JUDGE

_4-15_, 19_97_

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby _denied_

JUDGE

_4-15_ , 19 _97_

This day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person and with his attorney, and the Defendant being arraigned on the indictment in this case) (waives arraignment enters a plea of (not guilty) (not guilty by reason of mental disease or defect): This case is hereby set for trial during the _not available term_ term of Court. Defendant is granted _____ days to file any additional pleas or motions.

_____
JUDGE

8-27-97 — Consolidation Order (In File)

8-26-97 — Motion To Consolidate

8-27-97 — Objection To Consolidation

_9/10_ , 19 _97_

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of _Rap II_ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _Byron Hill_ and eleven others, who being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF _Rap II_ AS CHARGED IN THE INDICTMENT."

_____
JUDGE

_9/10_ , 19 _97_

...in accordance with the verdict of the jury, Defendant is hereby adjudged guilty of _Rap II_ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by _Def_

Hearing set for _10/14_ , 19 _97_ at 8:30 A. M.

_____
JUDGE

9/18/97 A bond of $1,000 requi[red] in addition to the existing bond of $5,00[0] for a total bond of $6,000.00.

_Edward Jackson, Judge_

Bond increased $6,000⁰⁰
(Compute Daniel from Jail)

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 92 000108.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY                    JUDGE: SEJ
STATE OF ALABAMA              VS    BAILEY JAMES WILLIAM
                                    107 MORRISS STREET
CASE: CC 92 000108.00               BLOCOMB, AL. 36375.0000

DOB: 01/08/78   RACE: W  SEX:   M        HT: 6'01  WT: 147  HR:   BRO:  EYE: HZL
SSN: 261929726   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                CODE1: BUR3 LIT: BURGLARY 3RD       TYPE: F
CHARGE2:                             CODE2:                             TYPE:
CHARGE3:                             CODE3:                             TYPE:
MORE?:          OFFENSE DATE: 08/15/96   AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:                    DATE ARRESTED: 11/14/96
DATE    INDICTED: 02/20/97           DATE    FILED: 02/25/97
DATE    RELEASED: 12/09/96           DATE   HEARING:
    BOND AMOUNT:    $5,000.00             SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC:   ARRG        TIME:   0900 A
DATE 2: 04/01/97 DESC:   TRAL        TIME:   0830 A
DEF/ATY:   LOGSDON, PHYLLIS J        TYPE: A                            TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245200      CHK/TICKET NO: WR96 2628       GRAND JURY: 000182
COURT REPORTER:          SID NO: 000000000
DEF STATUS: BOND         DEMAND:                        GRID: PAS

DATE        ACTION, JUDGMENTS, CASE NOTES

WARRANT ISSUED 111496

3-3-97 YO Hrg set 4-15-97 at 8:30 a.m.

RECIPROCAL DISCOVERY ORDER

_3-12_ , 19 _97_

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_Larry K. Anderson, Judge_ (3-12-97 to C.L.
                                            D.A.)
CIRCUIT JUDGE

_4-15_ 19 _97_

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby _denied_.

JUDGE

_____ 4-15 ___ 19 97 _____

This day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own prope person
and with his attorney, and the Defendant being arraigned on
the indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease or
defect). This case is hereby set for trial during the _next available term._
term of Court. Defendant is granted _____ days to file an
additional pleas or motions.

_____
JUDGE

8-27-92 *Consolidation Order.* (In File)

8-26-92 *Motion To consolidate*

8-27-92 *Objection To consolidation.*

_____ 9/10 __ 19 97 _____

Defendant heretofore having been indicted and arraigned upon
an indictment on a charge of _Burg III_ _____
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit, _Reginald Hall_ _____
and eleven others, who being duly empannelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_Burg III_
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

_____ 9/10 __ 19 97 _____

In accordance with the verdict of the jury, Defendant is
hereby adjudged guilty of _Burg III_ _____
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by _____
Hearing set for _10/14_ 19 97 at _6:30 A_ M.

_____

9/18/97 A bond of $1,000.00 required
in addition to the existing
bond of $5,000.00 for a total
bond of $6,000.00.

_Edward Jackson, Judge_

_Bond increased to $6000._

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                    CASE: CC 92 000109.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY                        JUDGE: SEJ
STATE OF ALABAMA                    VS    BAILEY JAMES WILLIAM
CASE: CC 92 000109.00                          102 MORRISS STREET
                                               SLOCOMB, AL   36375 0000

DOB: 01/06/78   RACE: W   SEX:   M        HT:  6 01   WT: 147   HR:   BRO  EYE: HZL
SSN: 261979776   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                      CODE1: BUR3 LIT: BURGLARY 3RD        TYPE:F
CHARGE2:                                   CODE2:                              TYPE:
CHARGE3:                                   CODE3:                              TYPE:
MORE?:        OFFENSE DATE: 08/15/96   AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:
DATE     INDICTED: 02/20/97       DATE ARRESTED: 11/14/96
DATE     RELEASED: 12/09/96       DATE    FILED: 02/25/97
     BOND AMOUNT:    $5,000.00    DATE  HEARING:
                                        SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC:  ARRG        TIME:   0900 A
DATE 2:          DESC:  TRAL        TIME:   0830 A

DEF/ATY: LOGSDON, PHYLLIS J      TYPE: A                          TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245600         CHK/TICKET NO: WR96 2627          GRAND JURY: 000183
COURT REPORTER              SID NO: 000000000
DEF STATUS: BOND            DEMAND:                              DEED: PAS

DATE         ACTION, JUDGMENTS, CASE NOTES
     WARRANT ISSUED 111496

3-3-97 Y.O. Hrg Set 4-15-97 at 8:30 A.M.

RECIPROCAL DISCOVERY ORDER

_3-12_, 19_97_

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all material discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

                    _Jerry K. Jackson Judge_ (3-11-97-N.O.L.
            CIRCUIT JUDGE                              D.A.)

_4-15_ 19_97_
After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby _denied_
                    _____
                    JUDGE

4-15 , 19 97

This day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person and with his attorney), and the Defendant ~~being arraigned on the indictment in this case~~ (waives arraignment) enters a plea of (not guilty) ~~(not guilty by reason of mental disease or defect)~~. This case is hereby set for trial during the *next available term* term of Court. Defendant is granted _____ days to file any additional pleas or motions.

_Jabs_
JUDGE

8-27-97   Consolidation Order. (On File)

8-26-97   Motion To Consolidate.

8-27-97   Objection To Consolidation.

9/10 , 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of _Bur III_ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _Raymond Wells_ and eleven others, who being duly empannelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_Bur III_
AS CHARGED IN THE INDICTMENT."

_Jabs_
JUDGE

9/10 , 19 97

In accordance with the verdict of the jury, Defendant is hereby adjudged guilty of _Bur III_ as charged in the Indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by _Df_

Hearing set for _10/14_ , 19 97 at _8:30 A._ M.

_Jabs_
JUDGE

9/18/97 A bond of $1,000.00 required in addition to the existing bond of $5,000.00 for a total bond of $6,000.00.

_Edward Jackson, Judge_

Bond increased to $6,000.00

ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                            CASE: CC 97 000110.00

IN THE CIRCUIT COURT OF  HOUSTON  COUNTY                        JUDGE: SE
ATE  OF  ALABAMA              VS        BAILEY, JAMES WILLIAM
                                        107 MORRISS STREET
CASE: CC 97 000110.00
                                        SLOCOMB, AL  36375 0000

DOB: 01/08/78  RACE: W  SEX:  M          HT:  6 01  WT: 147  HR:  BRO  EYE: HZL
SSN: 261977773   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                     CODE1:  BUR3 LIT: BURGLARY ORD     TYPE: F
CHARGE2:                                  CODE2:                            TYPE:
CHARGE3:                                  CODE3:                            TYPE:
MORE?:            OFFENSE DATE: 08/09/96   AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:                          DATE ARRESTED: 11/14/96
DATE    INDICTED: 02/20/97                 DATE   FILED: 02/25/97
DATE   RELEASED: 12/09/96                  DATE  HEARING:
        BOND AMOUNT:      $5,000.00                SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC:  ARRG        TIME:  0900 A
DATE 2: 05/31/97 DESC:  TRAL        TIME:  0830 A
         3-9-97
DEF/ATY:    LOGSDON, PHYLLIS J       TYPE: A                        TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: 9600245500       CHK/TICKET NO: WR96 7626           GRAND JURY: 000184
COURT REPORTER              SID NO: 000000000
DEF STATUS: BOND          DEMAND:                                 CFEB: PAS

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| | WARRANT ISSUED 111496 |

3-3-97 *U.O. Hrg Set 4-15-97 at 8:30 a.m.*

RECIPROCAL DISCOVERY ORDER

3-12  19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure.  In addition, the State will
make any exculpatory materials available to the defense.  The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

                          *Jerry K. Anderson, Judge* 3-6-97
                          CIRCUIT JUDGE                (L, DA)

4-15  19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby   *denied*
                              JUDGE