_____ 4-15 _____, 19 97 _____

This day in open court came the State of Alabama by its
District Attorney and, the Defendant (in his own proper person
and with his attorney, and the Defendant ~~being arraigned on
the Indictment in this case~~) (waives arraignment) enters a
plea of (not guilty) ~~(not guilty by reason of mental disease or
defect)~~. This case is hereby set for trial during the _next available term_
~~term of Court.~~ Defendant is granted _____ days to file any
additional pleas or motions.

_____
JUDGE

8-22-91  Consolidation Order. (In File.)

8-26-91  Motion To Consolidate.

8-27-91  Objection To Consolidation.

_____ 9/10 ___, 19 97

Defendant heretofore having been indicted and arraigned upon
an indictment on a charge of _Bur. III_
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit, _____
and eleven others, who being duly empanelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE, THE JURY FIND THE DEFENDANT GUILTY OF
_Bur. III_
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

_____ 9/10 ___, 19 97

In accordance with the verdict of the Jury, Defendant is
hereby adjudged guilty of _Bur. III_
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by _DA_.
Hearing set for _10/14_, 19 97 at 9:00 A. M.

_____
JUDGE

9/18/97 A bond of $1,000.00 requi
in addition to the
existing bond of $5,000
for a total bond of $6,000.0

_Edward Jackson, Judge_

_Bond increase 9/16/97_

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                                CASE: CC 97 000111.00

THE CIRCUIT COURT OF HOUSTON COUNTY                        JUDGE: SE
TE OF ALABAMA                          VS:   BAILEY JAMES WILLIAM,
SE: CC 97 000111.00                          107 MORRIS STREET
                                             SLOCOMB, AL  36375 0000

DOB: 01/08/78   RACE: W  SEX:    M      HT: 6 01  WT: 147  HR:  BRO   EYE: HZ
SSN: 261979996   ALIAS NAMES:

CHARGE1: BURGLARY 3RD                          CODE1: BUR3 LIT: BURGLARY 3RD    TYPE: F
CHARGE2:                                       CODE2:                           TYPE:
CHARGE3:                                       CODE3:                           TYPE:
MORE?:      OFFENSE DATE: 10/02/96    AGENCY/OFFICER: 0380100 BEESON

DATE WAR/CAP ISS:
DATE    INDICTED: 02/20/97              DATE ARRESTED: 11/14/96
DATE   RELEASED: 12/09/96               DATE    FILED: 02/25/97
       BOND AMOUNT:   $5,000.00         DATE  HEARINGS:
                                               SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC:  ARRG           TIME:  0900 A
DATE 2: 9-9-97   DESC:  TRAL           TIME:  0830 A

DEF/ATY:   LOGSDON, PHYLLIS J
PROSECUTOR: VALESKA, DOUGLAS A          TYPE: A                      TYPE:

OTH CSE: 9600245400                    CHK/TICKET NO: WR96 7625
COURT REPORTER                         SID NO: 000000000            GRAND JURY: 000185
DEF STATUS: BOND      DEMAND:                                        PRDE PAS

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| WARRANT ISSUED 11-14-96 | |

3-3-97 YO Hrg set 4-15-97 at 8:30 a.m.

RECIPROCAL DISCOVERY ORDER

3-12- 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all material discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_____ Jerry K. Anderson, Judge / 3-12-97 _____
CIRCUIT JUDGE                              (DDA)

4-15- 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby

_____
JUDGE

4-15 , 19 97

This day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person and with his attorney, and the Defendant being arraigned on the indictment in this case) (waives arraignment enters a plea of (not guilty) (not guilty by reason of mental disease or defect). This case is hereby set for trial during the _next available term_. term of Court. Defendant is granted _____ days to file an additional pleas or motions.

_____ JUDGE

8-27-97 Consolidation Order. (In File)

8-26-97 Motion To Consolidate.

8-27-97 Objection To Consolidation.

9/10 , 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of __Bur. III__ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, __Raymond Rollins__ and eleven others, who being duly empannelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
__Bur III__
AS CHARGED IN THE INDICTMENT."

_____ JUDGE

9/10 , 19 97

In accordance with the verdict of the jury, Defendant is hereby adjudged guilty of __Bur III__ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says, nothing but pre-sentence report is requested by ____

Hearing set for __10/14__ 19 97 at __8:30 A.__ M.

_____ JUDGE

9/18/97 A bond of $1,000.00 required in addition to the existing bond of $5,000.00 for a total bond of $6,000.00.

Edward Jackson, Judge

Bond increased to $6,000.00 (Orig to Saved from Jail)

ALABAMA JUDICIAL INFORMATION CENTER

## CASE ACTION SUMMARY
### CIRCUIT CRIMINAL
CASE: CC 97 000112.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY                    JUDGE: SEJ
STATE OF ALABAMA                    VS    BAILEY, JAMES WILLIAM
                                          107 MORRISS STREET
CASE: CC 97 000112.00
                                          SLOCOMB, AL 36375 0000

DOB: 01/08/78  RACE: W  SEX: M         HT: 6 00  WT: 150  HR: BRO  EYE: BRO
SSN: 261979776   ALIAS NAMES:

CHARGE1: BURGLARY 3RD              CODE1: BURG LIT: BURGLARY 3RD    TYPE: F
CHARGE2:                           CODE2:                          TYPE:
CHARGE3:                           CODE3:                          TYPE:
MORE?:      OFFENSE DATE: 09/06/96  AGENCY/OFFICER: 0380100 HAMM

DATE WAR/CAP ISS:
DATE     INDICTED: 02/20/97      DATE ARRESTED: 11/15/96
DATE    RELEASED: 12/09/96      DATE   FILED: 02/25/97
     BOND AMOUNT:    $5,000.00   DATE HEARING:
                                 SURETIES: AAA BONDIN

DATE 1: 03/12/97 DESC: ARRG      TIME: 0900 A
DATE 2: 04/31/97 DESC: TRAL      TIME: 0830 A

DEF/ATY: LOGSDON, PHYLLIS J      TYPE: A                    TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

OTN CSE: 9600242800       CHK/TICKET NO: WR96 7635         GRAND JURY: 000198
COURT REPORTER             SID NO: 000000000
DEF STATUS: BOND          DEMAND:                           OPHSA: PAS

| DATE | ACTION, JUDGMENTS, CASE NOTES |
| --- | --- |

WARRANT ISSUED 111596

3-3-97 ... Arg set 4-15-97 at 8:30 a.m.

### RECIPROCAL DISCOVERY ORDER

3-12, 19 97

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable under
the Alabama Rules of Criminal Procedure. In addition, the State will
make any exculpatory materials available to the defense. The State
will make its materials available at the District Attorney's office
and the defense will do likewise at defense counsel's office.

_____ Judge

CIRCUIT JUDGE

4-15, 19 97

After investigation and examination of the defendant by
this Court, defendant's application of Youthful Offender
Treatment is hereby _____

JUDGE

ACS0370

4-15 , 19 97

This day in open court came the State of Alabama by its District Attorney and the Defendant (in his own proper person and with his attorney, and the Defendant being arraigned on the indictment in this case) (waives arraignment) enters a plea of (not guilty) (not guilty by reason of mental disease or defect). This case is hereby set for trial during the _next available term_ term of Court. Defendant is granted _____ days to file any additional pleas or motions.

_____
JUDGE

8-22-97   Consolidation Order. (In File)
8-26-92   Motion To Consolidate
8-22-92   Objection To Consolidation

9/10 , 19 97

Defendant heretofore having been indicted and arraigned upon an indictment on a charge of _____ Burg III _____ and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men and women, to-wit, _____ Raymond Holly _____ and eleven others, who being duly empannelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this date said jurors upon their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
B.S.P.T.
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

9/18/97 A bond of $1,000.00 required in addition to the existing bond of $5,000.00 for a total bond of $6,000.00.

Edward Jackson, Judge

9/10 , 19 97

In accordance with the verdict of the Jury, Defendant is hereby adjudged guilty of _____ as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by ____ P.T. ____

Hearing set for 10/4 19 97 at 8:30 __ . M.

_____
JUDGE

Bond increased to $6,000

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
**CONTINUATION**

Form C-7   Rev 2/79

CC-97-113

Style: _James William Bailey_   Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| | 9/10, 1997 |
| | Defendant heretofore having been indicted and arraigned upon |
| | an indictment on a charge of _Burg III_ |
| | and heretofore having plead not guilty thereto, issue joined on |
| | said plea. Thereupon comes a jury of good and lawful men and |
| | women, to-wit, _Raymond Wells_, |
| | and eleven others, who being duly empanelled, sworn and |
| | charged by the Court according to law, before whom the trial |
| | of this cause was entered upon and continued from day to |
| | day and from time to time, said Defendant, being in open Court |
| | with his attorney at each and every stage and during all the |
| | proceedings in this cause, now on this date said jurors upon |
| | their oaths do say: |
| | "WE, THE JURY, FIND THE DEFENDANT GUILTY OF |
| | _Burg III_ |
| | AS CHARGED IN THE INDICTMENT." |
| | _____ JUDGE |
| | 9/10, 97 |
| | In accordance with the verdict of the Jury, Defendant is |
| | hereby adjudged guilty of _Burg III_ |
| | as charged in the indictment. Defendant being asked if he |
| | had anything to say why the sentence of law should not be |
| | pronounced upon him, the Defendant says nothing but pro- |
| | sentence report is requested by _____ |
| | Hearing set for _10/14_ 19__ at _1:30_ __ .M.   Bond increased $6,000.00 |
| | _____ JUDGE   (Copy to David from Jail) |
| 9/18/97 | A bond of $1,000.00 required in addition to the existing bond of |
| | $5,000.00 for a total of $6,000.00. |
| | Edward Jackson, Judge |

ALABAMA  JUDICIAL  INFORMATION  CENTER

CASE ACTION SUMMARY
CIRCUIT  CRIMINAL                    CASE: CC 97 000114.0

THE CIRCUIT COURT OF    HOUSTON  COUNTY
OF ALABAMA                  VS        BAILEY JAMES WILLIAM          JUDGE: SI
CC 97 000114.00                       107 MORRISS STREET

                                      SLOCOMB   AL  36875 C000
: 01/08/78  RACE: W  SEX:  M
N:261977226   ALIAS NAMES:            HT: 4 01  WT: 147 TYPE: RND  EYE: H2

CHARGE1: REC STOLEN PROP 1ST          CODE1: RSP1 LIT: REC STOLEN PROP  TYPE: F
CHARGE2:                              CODE2:                            TYPE:
CHARGE3:                              CODE3:                            TYPE:
MORE?:        OFFENSE DATE: 07/15/96  AGENCY/OFFICER: 0380190  BOESON

DATE WAR/CAP ISS:
DATE   INDICTED: 02/20/97             DATE ARRESTED: 11/21/96
DATE   RELEASED: 12/09/96             DATE   FILED: 02/25/97
     BOND AMOUNT:    $2,000.00        DATE  HEARINGS:
                                             SURETIES: AAA BONDIN
DATE 1: 03/12/97 DESC:  ARRG          TIME:  0900 A
DATE 2: 4-5-97  DESC:  TRIAL          TIME:  0830 A

DEF/ATY:  LOGSDON, PHYLLIS J
PROSECUTOR: VALESKA, DOUGLAS A        TYPE: A

OTH CSE: 9600269500                                                    TYPE:
COURT REPORTER       CHK/TICKET NO: WR96 7542
DEF STATUS: BOND          SID NO: 000000000              GRAND JURY: 000217
                     DEMAND:

DATE        ACTION, JUDGMENTS, CASE NOTES              OPTDV PAS
     WARRANT ISSUED 112196
3-3-97  Y.O. hg set 4-15-97 at 8:30 am

                    RECIPROCAL DISCOVERY ORDER

          3-12 , 19 97

     Within 14 days of this order, the State and Defendant will make
     available for inspection and copying all materials discoverable under
     the Alabama Rules of Criminal Procedure. In addition, the State will
     make any exculpatory materials available to the defense. The State
     will make its materials available at the District Attorney's office
     and the defense will do likewise at defense counsel's office.

                    Larry K. Anderson, Judge    3-6-97
                    CIRCUIT JUDGE                (S.D. XX)

          4-15 , 19 97

     After investigation and examination of the defendant by
     this Court, defendant's application of Youthful Offender
     Treatment is hereby  Denied
                                    JUDGE

_____4-15_____, 19_97_

This day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
the indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease or
defect). This case is hereby set for trial during the _next available term_
term of Court. Defendant is granted _____ days to file an
additional pleas or motions.

_____
JUDGE

8-22-91 Consolidation Order. (Ch. III)

8-26-92 Motion To consolidate.

8-22-92 Objection To consolidation

_____9/10_____, 19_92_

Defendant heretofore having been indicted and arraigned upon
an indictment on a charge of _____RSP I_____
and heretofore having plead not guilty thereto, issue joined on
said plea. Thereupon comes a jury of good and lawful men and
women, to-wit, _____Raymond Hollis_____
and eleven others, who being duly empanelled, sworn and
charged by the Court according to law, before whom the trial
of this cause was entered upon and continued from day to
day and from time to time, said Defendant, being in open Court
with his attorney at each and every stage and during all the
proceedings in this cause, now on this date said jurors upon
their oaths do say:

"WE, THE JURY, FIND THE DEFENDANT GUILTY OF
_____RSP I_____
AS CHARGED IN THE INDICTMENT."

_____
JUDGE

_____9/10_____, 19_92_

In accordance with the verdict of the jury, Defendant is
hereby adjudged guilty of _____RSP I_____
as charged in the indictment. Defendant being asked if he
had anything to say why the sentence of law should not be
pronounced upon him, the Defendant says nothing but pre-
sentence report is requested by _D A_
Hearing set for _9/14_, 19_92_, at _8:30_ M.

_____

9/18/97 A bond of $1,000.00 require[d]
in addition to the
existing bond of $2,000.00
for a total of $3,000.00.

_Edward Jackson, Judge_

Bond increased to $3,000.00



FOR File Purpose ONLy    Bailey    James William

X Jms w Bailey    261979776

NONE

01-08-78    M W 6'0" 147 GRN BRO

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | | |
|---|---|---|---|---|---|
| SUBMISSION | YES | MM DO YY | CONTRIBUTOR | SO | ALO380000 |
| | | | ADDRESS | | DOTHAN, AL |
| TREAT AS ADULT | YES ☒ | 9-18-97 | REPLY YES ☐ DESIRED? | | |

| SEND COPY TO: INTER ORI | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DO YY | West Palm Beach 71 | USA |

OFFICE OF THE
DISTRICT ATTORNEY
20th JUDICIAL CIRCUIT ALABAMA
P. O. BOX 1632
DOTHAN, AL 36302
ORI# ALO380015A

SCARS, MARKS, TATTOOS, AND AMPUTATIONS
Numeros

| MISCELLANEOUS NUMBERS | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|
| | 107 MORRIS Street | Slocomb | AL |

| SPECIAL TAKING FINGERPRINTS | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? | YES ☐ |
|---|---|---|---|
| NAME OF NUMBER Bailey Joseph T 3F542 | 43183 | PALM PRINTS TAKEN? | YES ☐ |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| Yes Bonds MAN Proceesos 8 cts Burg III 1 ct Rsp 1st | 1. |
| | 2. |
| | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

wgt - 153 lbs

D-249 (Rev. 12-1-94)                                                                                    ☆ U.S. GPO: 1996—408-818/20024

# HOLD FOR DOTHAN POLICE DEPARTMENT

Date: 10/2/97

Name: James Briley    Sex M    Race W

DOB: 11/8/73

REASON: AW (FTA) 1000.00 RECKLE[N]
AW (FTA) 1000.00 DOC

Record #

Officer Placing Hold: Sgt Montgomery



| State of Alabama Unified Judicial System | **ORDER OF RELEASE FROM JAIL** | Case Number |
|---|---|---|
| Form C-42  Rev. 2/79 | | CC-97-106 thru CC-97-114 |

IN THE ___Circuit___ COURT OF ___Houston___ COUNTY

STATE OF ALABAMA            VS.    ___James William Bailey___

TO THE JAILER OF ___Houston County Jail___

You are ordered to release from your custody the above named defendant, charged with the offense of ___

___Burglary--3rd  each case___

Reason for Release: ___Posting $31,500 ($3,500 each) Appeal Bond to the Court of Criminal Appeals___

___10-15-97___                          _Judy Byrd_    By: _JP_
Date    COURT RECORD (White)    JAILER (Green)          Judge/Clerk

| State of Alabama | **APPEAL BOND** | Case Number |
|---|---|---|
| Unified Judicial System | | |
| Form CR-31    Rev. 1/96 | (to the Court of Criminal Appeals) | CC-97-106 |

IN THE _____ Circuit _____ COURT OF _____ Houston _____ COUNTY

STATE OF ALABAMA v. _____ James William Bailey _____
**Defendant**

I, _____ James William Bailey _____ (Defendant), as principal,

and I (we), _____ Freedom Bonding Co. _____
(please print)

_____, as surety(ies),

agree to pay the State of Alabama the sum of $ ____ $3,500 ____ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the ____ 10th ____ day of ____ Sept. ____ 1997 , convicted in the above-named court, for the offense of ____ Burglary, 3rd ____ and on the ____ 14th ____ day of ____ Oct. ____ 19 97 was sentenced to a term of ____ 2 yrs. 6 months ____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the ____ 15th ____ day of ____ Oct. ____ 199 7

Approved this ____ 15th ____

day of ____ Oct. ____, 199 7

_____ Clerk of the Circuit Court

X _James W Bailey - 886278_ (L.S.)
Signature of Principal (Defendant)

_84628 Slocomb Al 56535_
Address

X _____ Freedom Bonding (L.S.)
Signature of Surety

_355 N Oodes St-2 Dothan_
Address

_____ (L.S.)
Signature of Surety

_____
Address

| State of Alabama<br>Unified Judicial System<br>Form CR-31   Rev. 1/96 | **APPEAL BOND**<br>(to the Court of Criminal Appeals) | Case Number<br>*CC-97-107* |
|---|---|---|

IN THE ____Circuit____ COURT OF ____Houston____ COUNTY

STATE OF ALABAMA v. ____James William Bailey____
                                                     Defendant

I, ____James William Bailey____ (Defendant), as principal,

and I (we), ____Freedom Bonding Co.____
                              *(please print)*
____, as surety(ies),

agree to pay the State of Alabama the sum of $ ___$3,500.___ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time;

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the ___10th___ day of ___Sept.___ 1997, convicted in the above-named court, for the offense of ___Burglary, 3rd___ and on the ___14th___ day of ___Oct.___ 19 97 was sentenced to a term of ___2 yrs. 6 months___ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the ___15th___ day of ___Oct.___ 199 7

Approved this ___15th___

day of ___Oct.___, 199 7

____Judy Byrd____
Clerk of the Circuit Court

____James W Bailey Sr 886 C 818____ (L.S.)
Signature of Principal (Defendant)

____P.O. #628 Slocomb Al 36515____
Address

____B-L Freedom Bonding____ (L.S.)
Signature of Surety

____355 N Oates St 2 Dothan____
Address

_____ (L.S.)

_____
Signature of Surety

_____
Address

| State of Alabama | APPEAL BOND | Case Number |
|---|---|---|
| Unified Judicial System | | |
| Form CR-31   Rev. 1/96 | (to the Court of Criminal Appeals) | CC-97-108 |

IN THE _____ Circuit _____ COURT OF _____ Houston _____ COUNTY

STATE OF ALABAMA v. _____ James William Bailey _____

**Defendant**

I, _____ James William Bailey _____ (Defendant), as principal,

and I (we), _____ Freedom Bonding Co. _____ , as surety(ies),
*(please print)*

agree to pay the State of Alabama the sum of $ _____ $3,500. _____ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the _____ 10th _____ day of _____ Sept. _____ 1997 convicted in the above-named court, for the offense of _____ Burglary, 3rd _____ and on the _____ 14th _____ day of _____ Oct. _____ 19 97 was sentenced to a term of _____ 2 yrs, 6 months _____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the _____ 15th _____ day of _____ Oct. _____ 199 7

Approved this _____ 15th _____

day of _____ Oct. _____ 199 7

_____ Judy Byrd _____
Clerk of the Circuit Court

_____ James W Bailey _____ (L.S.)
Signature of Principal (Defendant)

_____ PO By 628 Slocomb Al 36375 _____
Address

_____ Bob Freedom Bonding _____ (L.S.)
Signature of Surety

_____ 355 N ____ Ste 2 Dothan _____
Address

_____ (L.S.)
Signature of Surety

_____
Address

| State of Alabama<br>Unified Judicial System<br>Form CR-31    Rev. 1/96 | APPEAL BOND<br>(to the Court of Criminal Appeals) | Case Number<br>CC-97-709 |

IN THE _____ Circuit _____ COURT OF _____ Houston _____ COUNTY

STATE OF ALABAMA v. _____ James William Bailey _____

Defendant

I, _____ James William Bailey _____ (Defendant), as principal,

and I (we), _____ Freedom Bonding Co. _____

(please print)

_____ , as surety(ies),

agree to pay the State of Alabama the sum of $ _____ $3,500. _____ and such costs as authorize by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH that, whereas, the above-named defendant was on the _____ 10th _____ day of _____ Sept. _____ 1997 convicted in the above-named court, for the offense of _____ Burglary, 3rd _____ and on the _____ 14th day of _____ Oct. _____ 19 97 was sentenced to a term of _____ 2 yrs. 6 months _____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the _____ 15th _____ day of _____ Oct. _____ 199 7

Approved this _____ 15th _____

day of _____ Oct. _____ 199 7

_____ (signature) _____

Clerk of the Circuit Court

_____ James W Bailey III  856-215-8 _____ (L.S.)

Signature of Principal (Defendant)

PO/628 Slocomb Al  36375 (Address)

Address

_____ Freedom Bond. _____ (L.S.)

Signature of Surety

355 N Oates Ste 2 Dothan (Address)

Address

_____ (L.S.)

Signature of Surety

Address

| State of Alabama<br>Unified Judicial System<br><br>Form CR-31   Rev. 1/06 | APPEAL BOND<br>(to the Court of Criminal Appeals) | Case Number<br>CC-97-170 |
|---|---|---|

IN THE _____ Circuit _____ COURT OF _____ Houston _____ COUNTY
STATE OF ALABAMA v. _____ James William Bailey _____
Defendant

I, _____ James William Bailey _____ (Defendant), as principal,
and I (we), _____ Freedom Bonding Co. _____
(please print)
_____ , as surety(ies),

agree to pay the State of Alabama the sum of $ _____ $3,500. _____ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the _____ 10th _____ day of _____ Sept. _____ 1997 , convicted in the above-named court, for the offense of _____ Burglary, 3rd _____ and on the _____ 14th day of _____ Oct. _____ 19 97 was sentenced to a term of _____ 2 yrs, 6 months _____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the _____ 15th _____ day of _____ Oct. _____ 199 7

Approved this _____ 15th _____

day of _____ Oct. _____ 199 7

_____ Judy Byrd _____
Clerk of the Circuit Court

_____ James W Bailey _____ (L.S.)
Signature of Principal (Defendant)

P.O. Box 628 Slocomb Al _____
Address

_____ Freedom Bonding _____ (L.S.)
Signature of Surety

355 N Oates Ste 2 Dothan _____
Address

_____ (L.S.)
Signature of Surety

_____
Address

| State of Alabama<br>Unified Judicial System<br>Form CR-31    Rev. 1/96 | **APPEAL BOND**<br>(to the Court of Criminal Appeals) | Case Number<br>CC-97-777 |

IN THE _____Circuit_____ COURT OF _____Houston_____ COUNTY
STATE OF ALABAMA v. _____James William Bailey_____
                                                    Defendant

I, _____James William Bailey_____ (Defendant), as principal,
and I (we), _____Freedom Bonding Co._____
                        (please print)
_____ , as surety(ies),
agree to pay the State of Alabama the sum of $ _____$3,500._____ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the
___10th___ day of ___Sept.___ 1997, convicted in the above-named court, for the offense of
___Burglary, 3rd___ and on the ___14th___ day of ___Oct.___ 19 97 was sentenced
to a term of _____2 yrs. 6 months_____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the ___15th___ day of ___Oct.___ 199 7

Approved this ___15th___

day of ___Oct.___ , 199 7

_____Judy Byrd_____
Clerk of the Circuit Court

_____Jams Bauly   8862148_____ (L.S.)
Signature of Principal (Defendant)
PO 628 Slocomb Al 36375
Address
_____Freedom Bond_____ (L.S.)
Signature of Surety
355 N Oates St 2 Dothan
Address

_____ (L.S.)
Signature of Surety

_____
Address

Case 1:95-cv-00410-MHT-TFM   Document 15-12   Filed 09/12/2005   Page 19 of 50

State of Alabama
Unified Judicial System

Form CR-31    Rev. 1/96

## APPEAL BOND

(to the Court of Criminal Appeals)

Case Number

CC-91-1172

IN THE _____Circuit_____ COURT OF _____Houston_____ COUNTY

STATE OF ALABAMA v. _____James William Bailey_____

**Defendant**

I, _____James William Bailey_____ (Defendant), as principal,

and I (we), _____Freedom Bonding Co._____ , as surety(ies),

*(please print)*

agree to pay the State of Alabama the sum of $ ___$3,500.___ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the ___10th___ day of ___Sept.___ 19__97__, convicted in the above-named court, for the offense of ___Burglary, 3rd___ and on the ___14th___ day of ___Oct.___ 19_97_ was sentenced to a term of ___2 yrs. 6 months___ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the ___15th___ day of ___Oct.___ 199_7_

Approved this ___15th___

day of ___Oct.___ 199_7_

_____Judy Byrd_____
Clerk of the Circuit Court

_____James W Bailey___ 880:__ __ (L.S.)
Signature of Principal *(Defendant)*

_____628 Second A/ 36375_____
Address

_____Freedom Bond__ (L.S.)
Signature of Surety

___355 N Oate Ste 2 Dothan___
Address

_____ (L.S.)
Signature of Surety

_____
Address

# APPEAL BOND
### (to the Court of Criminal Appeals)

IN THE ____ Circuit ____ COURT OF ____ Houston ____ COUNTY

STATE OF ALABAMA v. ____ James William Bailey ____
**Defendant**

I, ____ James William Bailey ____ (Defendant), as principal,

and I (we), ____ Freedom Bonding Co. ____
*(please print)*

____ , as surety(ies),

agree to pay the State of Alabama the sum of $ ____ $3,500. ____ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the ____ 10th ____ day of ____ Sept. ____ 1997 ____ convicted in the above-named court, for the offense of ____ Burglary, 3rd ____ and on the ____ 14th ____ day of ____ Oct. ____ 19 97 ____ was sentenced to a term of ____ 2 yrs. 6 months ____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the ____ 15th ____ day of ____ Oct. ____ 199 7 ____

Approved this ____ 15th ____
day of ____ Oct. ____ 199 7 ____

____ Judy Byrd ____
Clerk of the Circuit Court

Signature of Principal (Defendant) ____ (L.S.)
Address

Signature of Surety ____ Freedom Bond (L.S.)
Address ____ 355 N. Foster Ste 2 Dothan

____ (L.S.)
Signature of Surety

Address

| State of Alabama | | Case Number |
| --- | --- | --- |
| Unified Judicial System | **APPEAL BOND** | 01-97-114 |
| Form CR-31   Rev. 1/96 | (to the Court of Criminal Appeals) | |

IN THE _____ Circuit _____ COURT OF _____ Houston _____ COUNTY

STATE OF ALABAMA v. _____ James William Bailey _____
_Defendant_

I, _____ James William Bailey _____ (Defendant), as principal,

and I (we), _____ Freedom Bonding Co. _____
_(please print)_

_____, as surety(ies),

agree to pay the State of Alabama the sum of $ _____ $1,500. _____ and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the _____ 10th _____ day of _____ Sept. _____ 19 97 , convicted in the above-named court, for the offense of _____ Burglary, 3rd _____ and on the _____ 14th day of _____ Oct. _____ 19 97 was sentenced to a term of _____ 2 yrs. 6 months _____ years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the Sheriff of the County, at the County Jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the _____ 15th _____ day of _____ Oct. _____ 19 97

_____ _Signature of Principal (Defendant)_ 286288 (L.S.)

Approved this _____ 15th _____

_Address_ PO Bx 628 Slocomb Al 36379

day of _____ Oct. _____ 199 7 ,

_____ _Signature of Surety_ (L.S.)

_Clerk of the Circuit Court_

_Address_ 355 N Oates Ste 2 Dothan

_____ (L.S.)

_Signature of Surety_

_____

_Address_

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R
CASE ACTION SUMMARY
DISTRICT CRIMINAL                                CASE: DC 97 001100.00
                                                                         JUDGE: WDM

IN THE DISTRICT COURT OF   HOUSTON COUNTY
STATE  OF  ALABAMA              VS   BAILEY JAMES WILLIAM
                                     640 SANDERS RD
CASE: DC 97 001100.00                KINSEY, AL  36303 0000

DOB: 01/08/78   RACE: W  SEX:   M              HT:  6 00   WT: 154   HR:          EYE:
SSN: 261979776   ALIAS NAMES:

CHARGE1: RECKLESS ENDANGERMEN               CODE1:  RECK LIT: RECKLESS ENDANG  TYPE: M
CHARGE2:                                    CODE2:                            TYPE:
CHARGE3:                                    CODE3:                            TYPE:
MORE?:          OFFENSE DATE:               AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:                 DATE ARRESTED: 05/18/97
DATE   INDICTED:                  DATE    FILED: 05/22/97
DATE  RELEASED: 05/18/97          DATE  HEARING:
     BOND AMOUNT:      $900.00                 SURETIES: AAA BONDIN

DATE 1: 07/10/97  DESC:   ARR0        TIME:   0830 A
DATE 2:           DESC:               TIME:   0000
DEF/ATY: Hon Amy Newsome          TYPE: A                    TYPE:
PROSECUTOR:

OTH CSE: DC97-1100     CHK/TICKET NO: WR97-236       GRAND JURY:
COURT REPORTER:        SID NO:
DEF STATUS: BOND       DEMAND:                       OFID: WIW

| DATE | WARRANT ISSUED: 5/19/97 ACTION, JUDGMENTS, CASE NOTES |
|------|--------|
| 7/09/97 | Ord for Alias Writ of Arrest. Ordered issued Bond Set at 1000 Wm D McFatter Judge |
| 7/25/97 | CFA issd |
| 8/14/97 | Rec. alias |
| 8/15/97 | Rel. Freedom |
| 8/18/97 | Arraignment set 10/2/97 at 8:30 a.m. |
| 8/18/97 | Notify deft by mail |
| 10/2/97 | Set for 10/16/97 McFatter |
|  | Hon Amy Newsome apptd |
|  | Atty in term |
| 10/3/97 | copy of writ & warrant put in atty box |
| 10/16/97 | Deft is in Cir Jail on other charges. It is hereby Ordered that the Houston County Sheriff Department transport Def. James William Bailey to the Houston County District Court rm 217 for court this date. Wm D McFatter Judge |

| NAME Bailey James William | | I/M # 3183 | AGENCY Houston | DATE REC. 12-17-97 | DATE REL. 12-18-97 | HOW REL. Property Bond |
|---|---|---|---|---|---|---|
| ALIAS | | AGE | D.O.B. 1-8-78 | S.O.C.# 261-979776 | SEX/RACE Male White | |
| RISK | FLOOR | CELL | DOCKET OFF. E. Dunham | ARRESTING OFF. | PROBATION OFF. | ATTORNEY |
| (ENT.) NCIC / BY Nas #1C | HOUSTON CO / BY 11/00 #46 | D.P.D. / BY Nas #13 | (REL.) NCIC / BY | HOUSTON CO./BY | D.P.D. / BY | PHONE CALL ( ) Y ( ) N |
| HOLD #1 | DATE / BY | HOLD #2 | DATE / BY | HOLD #3 | DATE / BY | JAIL RULES ( ) Y ( ) N |
| NEXT OF KIN Jannette Norton | ADDRESS Slocumb AL | | | PHONE # 386-2148 | | |
| CHARGE OFF Bond Reckless Endangerment | WARRANT # | BOND | D.C. CASE # 971100 | C.C. CASE # | C.S. CASE # | |

Returnable 1-22-98  8:30 AM

SHELLEY'S FORM #7772

| State of Alabama Unified Judicial System | SURRENDER OF DEFENDANT IN OPEN COURT | Case Number |
|---|---|---|
| Sample Form          7/94 | | DC97-00110 |

IN THE _District_ COURT OF _Houston County_ ALABAMA
(Circuit, District, or Municipal)                    (Name of Municipality or County)

☒ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

v. _James Willie Bailey_ , Defendant

WHEREBY _Freedom Bonding_ , as sureties of the above-named defendant wish to surrender the defendant to the court.

## TO THE SHERIFF, OTHER OFFICER WHO HAS THE DUTY OF TAKING DEFENDANTS INTO CUSTODY:

You are hereby ordered to take the defendant into custody based on the surety's surrender of the defendant to this court.

DONE THIS _18th_ day of _December 1997_

_Wm D McFather_
Judge

RECEIVED
DEC 1 8 1997
BY ___

_Filed 12-18-1997_
_Judy Byrd, Clerk_
(SBN)

ACS0370   A L A B A M A       J U D I C I A L   I N F O R M A T I O N   A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT  CRIMINAL                CASE: DC 97 001100.00

IN THE DISTRICT COURT OF   HOUSTON   COUNTY
TATE OF ALABAMA              VS    BAILEY JAMES WILLIAM          JUDGE: WDM
CASE: DC 97 001100.00              640 SANDERS RD

                                   KINSEY, AL  36303 0000

DOB: 01/08/78   RACE: W  SEX:   M       HT:  6 00  WT: 154  HR:        EYS:
SSN: 261975776   ALIAS NAMES:

CHARGE1: RECKLESS ENDANGERMEN          CODE1: RECK LIT: RECKLESS ENDANG  TYPE: M
CHARGE2:                               CODE2:                            TYPE:
CHARGE3:                               CODE3:                            TYPE:
MORE?:        OFFENSE DATE:            AGENCY/OFFICER: 03B0000 GLOVER

DATE WAR/CAP ISS:        $ 1000 00     DATE ARRESTED: 05/18/97
DATE    INDICTED:              12/  /  DATE    FILED: 05/22/97
DATE    RELEASED: 05/18/97    1997     DATE  HEARING:
        BOND AMOUNT:    $300.00
                                       SURETIES: AAA BONDIN

DATE 1: 07/10/97 DESC:  ARRG          TIME: 0830 A
DATE 2:          DESC:                TIME: 0000

DEF/ATY: Hon Amy Newsome    TYPE: A          RECEIVED        TYPE:
PROSECUTOR:                                   DEC 18 1997

OTH CSE: DC97-1100       CHK/TICKET NO: WR97-234   BY SM   GRAND JURY:
COURT REPORTER:              SID NO:                        OF THE WIN
DEF STATUS: BOND        DEMAND:

DATE   ACTION, JUDGMENTS, CASE NOTES
      WARRANT ISS: 5/19/97

5/19/97  _____ [handwritten]

2/25/97  crt ___

8/14/97  Re. alias

8/15/97  Pet. Freedom

8/18/97  Arraignment set 10/2/97 at 8:30 a.m.
8/18/97  Notify deft by mail
10/2/97  Set for 10/16/97. M 7oth
         Hon Amy Newsome apptd
         Atty is bline
10/2/__  Copy of lit's warrant put in atty box

10/16/97  Deft is in City Jail on other charges
          it is hereby Ordered that the
          Houston County Sheriff Department
          transport Deft James William Bailey
          to the Houston County District Court
          rm 217 for court this date.

11-20-97 State moves to continue to locate
the "not found" witnesses (RPR)

11/20/97 Continue to 12/18/97. M. Fetter

12-18-97 Surrender of Defendant in open court
by Freedom Bonding Co.

12/18/97 Continued to 1/22/98, last continue; to witness on criminals M. Fetter

RECEIVED
DEC 18 1997
BY:

| NAME Bailey II James William | | I/M# #3183 | AGENCY HCSD | DATE REC. 12-24-97 | DATE REL. 12-24-97 | HOW REL. PROP BOND |
|---|---|---|---|---|---|---|
| ALIAS Jimbo | | AGE 19 | D.O.B. 01-08-78 | S.O.C.# 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 | SEX/RACE W/M | |
| RISK | FLOOR | CELL | DOCKET OFF. Peterson | ARRESTING OFF. DPD | PROBATION OFF. | ATTORNEY |
| (ENT.) NCIC / BY neg #> | HOUSTON CO / BY neg / ASP | D.P.D. / BY neg #> | (REL.) NCIC / BY | HOUSTON CO./BY | D.P.D. / BY | PHONE CALL ( )Y ( )N |
| HOLD #1 | DATE / BY | HOLD #2 | DATE / BY | HOLD #3 | DATE / BY | JAIL RULES ( )Y ( )N |
| NEXT OF KIN Jeanetta Norton | ADDRESS 109 Morris St. | | Slocomb, Al | PHONE # 886-2148 | | |
| CHARGE Poss/Rec. Cont. Sub | WARRANT # 97-6312 | BOND $1000. | D.C. CASE # | C.C. CASE # | C.S. CASE # | |

Court date 01-07-98 - 2PM

SKELLEY'S FORM #7772



43183
Bailey, James w/m
12-25-97

DOTHAN POLICE DEPARTMENT ARREST REPORT    JUVENILE [ ]   PD 108

ARREST CASE NUMBER [ ]   YR   NUMBER   ITEM   DATE/TIME   MO   DAY   YR

NAME _Bailey_   LAST   _IV_   _James_ FIRST   _William_ MIDDLE

ALIAS: _Jimbo_   LAST   FIRST   MIDDLE

ADDRESS: _107_   NUMBER   DIR   _Marcis_ STREET NAME   #318 SUFFIX

APT/STE   _Slocomb_ CITY   _AL_ STATE   _36375_ ZIP CODE

DOB: _01-08-78_   SSN: _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_   PHONE: _886-2148_

POB: _Stuart_ CITY   _FL_ STATE

_USA_ COUNTRY   OLN: _6377281_ NUMBER   (NIP)   _AL_ STATE

OCCUPATION: _Labor_   RACE: (1) W  [2] B   [3] A   [4]

WEIGHT: _147_   HEIGHT: _6'00"_ (FT/IN)   SEX: (1) M   [2] F

ETHNIC ORIGIN: [1] HISPANIC   (2) NON-HISPANIC   ORIGIN [OTHER] SPECIFY

EMPLOYER _Quickdraw Tattoo & Airbrush_ NAME   _1527 Hartford Hwy Ste 7 Dothan_ ADDRESS   CITY/STATE/ZIP CODE

TELEPHONE: _678-8282_   VIOLATION LOCATION: _2600 Redmond Rd Dothan_

ARREST LOCATION: [X] SAME

HAIR COLOR:   [1] BLACK   [2] BLONDE/STRAWBERRY   (3) BROWN   [4] GRAY   [5] RED/AUBURN   [6] SANDY   [7] WHITE
[8] UNKNOWN   [9] SALT & PEPPER   OTHER _____

HAIR LENGTH:   [1] BALD   [2] SHORT <1/2"   (3) MEDIUM 2" OR LESS   [4] SHOULDER LENGTH   [5] DOWN BACK   [6] WAIST LENGTH
[7] UNKNOWN   OTHER _____

HAIR STYLE:   [1] BALD   [2] BALD ON TOP   [3] BALD SPOT   [4] CREWCUT   [5] PARTED L   [6] PARTED R   [7] PARTED CENTER
(8) PULLED BACK   [9] PONY TAIL   [10] PIG TAIL   [11] RAT TAIL   [12] PUNK   [13] MOHAWK   [14] AFRO
[15] DRED LOCKS   [16] FADE   OTHER _____

EYE COLOR:   [1] BLACK   [2] BLUE   [3] BROWN   [4] GREY   [5] GREEN   (6) HAZEL   [7] MAROON
[8] MULTICOLOR   [9] PINK   [10] UNKNOWN   [11] OTHER   [12] GLASS EYE   [13] PATCH   [14] NO EYE   [15] MILKY WHITE

EYEGLASSES: [Y,   (N)]   COMPLEXION: [1] ALBINO   [2] BLACK   [3] DARK   [4] DARK BROWN   [5] FAIR
[6] LIGHT   [7] LIGHT BROWN   [8] MEDIUM   [9] MEDIUM BROWN   [10] OLIVE   [11] RUDDY   [12] SALLOW
[13] YELLOW   [14] UNKNOWN   OTHER _____

FACIAL HAIR:   [1] NONE   [2] STUBBLE   [3] MUSTACHE ONLY   [4] BEARD   [5] MUSTACHE & BEARD   [6] GOATEE ONLY
(7) MUSTACHE & GOATEE   [8] FU MANCHU MUSTACHE   [9] PORK CHOP SIDEBURNS   [10] HANDLEBAR MUSTACHE
[14] UNKNOWN   OTHER _____

BUILD:   [1] SLIGHT   (2) MEDIUM   [3] MUSCULAR   [4] POT BELLY   [5] OBESE   [6] LARGE   [7] HEAVY
[8] AVERAGE   [9] SLIM   [10] SMALL   [11] THIN   OTHER _____

TEETH:   (1) NORMAL   [2] BROKEN   [3] CROOKED   [4] IRREGULAR   [5] MISSING   [6] FALSE   [7] GOLD TOOTH
[8] SILVER TOOTH   [9] BRACES   [10] DESIGN ON TOOTH   [11] DENTURES/PLATES

SPEECH/VOICE:   [1] SOFT SPOKEN   (2) NORMAL   [3] LOUD   [4] SLURRED   [5] CONFUSED   [6] ACCENT   [7] STUTTERED
[8] FOREIGN   [9] MUTE   [10] OTHER _____   [11] UNKNOWN

HAND USE:   [1] RIGHT   [2] LEFT   (3) AMBIDEXTROUS

MARITAL STATUS:   [1] SINGLE   (2) MARRIED   [3] DIVORCED   [4] SEPARATED LEGALLY   [5] WIDOWED   [6] COHABITATING
[7] COMMON LAW   [8] ESTRANGED   [9] OTHER   [10] UNKNOWN

CAUTION:   [1] COMMUNICABLE DISEASE   [2] ARMED AND DANGEROUS   [3] DRUG USER   (4) DRUG TRAFFICKER
[5] MENTALLY UNSTABLE   [6] RESISTS ARREST WITH VIOLENCE   [7] POLICE ASSAULT RISK   [8] CARRIES FIREARM
[9] CARRIES EDGED WEAPON   [10] MARTIAL ARTS   [11] FALSE ACCUSATIONS   [12] FALSE REPORTS   [13] ELUDES
[14] CROSS DRESSES   [15] FALSE NAME/ID   [16] BURGLAR   [17] AUTO BURGLAR   [18] CONVICTED VIOLENT CRIME
[19] SEXUAL OFFENDER   (20) OTHER _Burglar_

RESIDENT? [1]YES  [2]NO  [3]OUT OF STATE  [4]OUT OF COUNTY  RELIGION  BAPTIST

BODY MARKS  TATTOOS  Bald Eagle / Tribal  LOCATION  BACK / Forearm

SCAR(S) & MARKS  Eye Pierce / Body Piercing  LOCATION © Eye / Pevis / Navel

OTHER

AGENCY ORI: [1] AL0380100  OTHER

ZONE:  15  DIVISION/SHIFT:  Vice/INT

ARRESTING OFFICER NAMEAD:  Sgt. Jim Holley #230  ARREST TYPE: [1]ON VIEW  [2]CALL  [3]WARRANT

ASSISTING OFFICER NAMEAD:  INV. J. Garrett #364

NUMBER OF CLEARANCES BY ARREST:  1  CHARGE:  Unlawful Poss. Controlled Substance

UCR CODE  3532  SEQUENCE:  51/39  STATUE NUMBER:  13A-12-212  COUNTS:  2/

CITATION NUMBER:

DISPOSITION JUVENILE: [15]HANDLED-RELEASED  DISPOSITION ADULT: [10]HELD  [9]BAIL  [10]RELEASED  [11] TOT LE  [12] OTHER
[16]REF. JUVENIL COURT  [17]REF. DHR  [18]REF. LE  [19]REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1  97 YR  11687 NUMBER  OPEN

CASE NUMBER/RELATED SOURCE: 1  97 YR  1351 NUMBER  EVDN.

CASE NUMBER/RELATED SOURCE: 1  _____ YR  _____ NUMBER

---

AGENCY ORI: [1] AL0380100  OTHER

ZONE:  DIVISION/SHIFT:

ARRESTING OFFICER NAMEAD:  ARREST TYPE: [1]ON VIEW  [2]CALL  [3]WARRANT

ASSISTING OFFICER NAMEAD:

NUMBER OF CLEARANCES BY ARREST:  CHARGE:

UCR CODE  SEQUENCE:  STATUE NUMBER:  COUNTS:

CITATION NUMBER:

DISPOSITION JUVENILE: [15]HANDLED-RELEASED  DISPOSITION ADULT: [8]HELD  [9]BAIL  [10]RELEASED  [11] TOT LE  [12] OTHER
[16]REF. JUVENILE COURT  [17]REF. DHR  [18]REF. LE  [19]REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1  _____ YR  _____ NUMBER

CASE NUMBER/RELATED SOURCE: 1  _____ YR  _____ NUMBER

CASE NUMBER/RELATED SOURCE: 1  _____ YR  _____ NUMBER

---

PARENT NAME (LAST, FIRST, MI)  DOB  RACE  SSN  ADDRESS (CITY/STATE/ZIP)  (FATHER)

RELEASED TO (NAME)  (MOTHER)

RELATIONSHIP:  (ADDRESS)

DATE RELEASED:  MO  DAY  YR  TIME  CUSTODY?:  (TELEPHONE)
(MOTHER, FATHER, ETC.)

NARRATIVE:  SEE  O/R

OFFICER NAMEAD:  Sgt. J. Holley #230

SUPERVISOR NAMEAD:

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |
|---|---|---|---|

STATE USAGE

FBI RECORD

SUBMISSION    AMPUTATION CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

*Bailey II  James William*

SIGNATURE OF PERSON FINGERPRINTED

*James W Bailey II*

SOCIAL SECURITY NO.    LEAVE BLANK

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

ALIAS/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

*Jimbo*

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 01-08-78 | M | W | 6' | 147 | Haz | Bro |



1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER THAT DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| OVER 18 FINGERPRINT | DATE OF ARREST | ORI | |
|---|---|---|---|
| SUBMISSION         YES ☐ | MM  DD  YY<br>12-24-97 | CONTRIBUTOR 1<br>AGENCY | AL0380000<br>SO<br>DOTHAN, AL |
| HEAT AS ADULT      YES ☐ | | REPLY    YES<br>DESIRED? ☒ | |

| MISCELLANEOUS NUMBERS | DATE OF OFFENSE<br>MM  DD  YY | PLACE OF BIRTH (STATE OR COUNTRY)<br>Stuart, Fl. | COUNTRY OF CITIZENSHIP<br>USA |
|---|---|---|---|

| | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |

| | RESIDENCE/COMPLETE ADDRESS<br>107 Morris St. | CITY<br>Stuart | STATE<br>AL |
|---|---|---|---|
| OFFICIAL TAKING FINGERPRINTS<br>(NAME OR NUMBER)<br>E. Dunham | LOCAL IDENTIFICATION/REFERENCE<br>43183 | PHOTO AVAILABLE?    YES ☒<br>PALM PRINTS TAKEN?  YES ☐ | |

EMPLOYER; IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.
Quick draw Tattoo & Airbrush
1527 Hartford Hwy  Dothan, Al

| | OCCUPATION |
|---|---|

CHARGE/CITATION
Poss/Rec. Controlled Substance

| | DISPOSITION |
|---|---|
| | 1. |
| | 2. |
| | 3. |

| ADDITIONAL | ADDITIONAL |
|---|---|

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|

R-249 (Rev. 12-1-94)

U.S. GPO: 1996—405-019/20024

SECURITY RISK

| | | | |
|---|---|---|---|
| NAME | Bailey | DATE RECEIVED | 11-06-96 |
| ALIAS | | DATE RELEASED | 12-09-96 |
| NEXT OF KIN | Cindy Bailey | | |
| ADDRESS | 5365 Morris Circle Millbrook Ala | PHONE 983-4158 | HOW RELEASED |
| AGE 18 | D.O.B. 01-09-77 | S.S.# 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 | HT. 6'01 WT. 150 |
| SEX M | RACE W | RISK SECURITY | FLOOR 35 CELL 10T BUNK |
| NCIC Neg BY H5 | HOUSTON CO. Neg BY RP | DPU Neg BY H5 |
| RELEASE NCIC | BY | HOUSTON CO. BY | DPD |

| | | | | | | |
|---|---|---|---|---|---|---|
| HOLDS DPD | | | | | | |
| 1. CHARGE Burg III | WAR | BOND 5000 | RTN DATE 11-13-96 2:00pm | CASE DC96-2411 |
| DISTRICT COURT 1ST APP | CIRCUIT COURT | IND# | PROB HEAR AAGJ JAN 97 TERM | CONVICTION |
| PRELIM | | ARRAIGN McPHATER | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | |
| 2. CHARGE Burg III | WAR | BOND 5000 | RTN DATE 11-13-96 2:00pm | CASE DC96-2412 |
| DISTRICT COURT 1ST APP | CIRCUIT COURT | IND# | PROB HEAR AAGJ JAN 97 TERM | CONVICTION |
| PRELIM | | ARRAIGN McPHATER 5000 | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR 2:00p | |
| CHARGE Burg III | 96 WAR 7L25 | BOND 5000 | RTN DATE 11-20-96 | CASE DC96-2454 |
| DISTRICT COURT 1ST APP -14-96 | CIRCUIT COURT | IND# 5000 | PROB HEAR AAGJ 97 JAN TERM | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR 2:00p | |
| CHARGE Burg III | 96 WAR | BOND 5000 | RTN DATE 11-20-96 | CASE DC96-2455 |
| DISTRICT COURT 1ST APP 14-96 | CIRCUIT COURT | IND# 5000 | PROB HEAR AAGJ 97 JAN TERM | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR 2:00p | |
| CHARGE Burg III | 96 WAR | BOND 5000 | RTN DATE 11-20-96 | CASE DC96-2456 |
| DISTRICT COURT 1ST APP 1-14-96 | CIRCUIT COURT | IND# 5000 | PROB HEAR AAGJ 97 JAN TERM | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | DOCKETED BY V. Powers |

ATTY: PHYLLIS LOGSDON

1996

SECURITY RISK

**NAME** Bailey, James Jr. WHT-TFM

**ALIAS** ___

**NEXT OF KIN** Cindy Bailey

**ADDRESS** 5346 Ross Circle Williams Clyde   **PHONE** 783-4158

**AGE** 18   **D.O.B.** 01-09-77   **S.S.#** ___

**SEX** M   **RACE** W   **RISK** SECURITY

**NCIC** Neg   **BY** #5   **HOUSTON CO.** Neg

**DATE RECEIVED** 11-06-96
**DATE RELEASED** 12-09-96
**HOW RELEASED** ___
**HT.** 6'01   **WT.** 15   **W.**
**FLOOR** 35   **CELL** 10T   **BUNK**
**DPL** Neg   **BY** #5

1. **CHARGE** Burg III   **CASE#** DC96-2411
2. **CHARGE** Burg III   **CASE#** DC96-2412
3. **CHARGE** Burg III   **CASE#** DC96-2454
4. **CHARGE** Burg III   **CASE#** DC96-2455
5. **CHARGE** Burg III   **CASE#** DC96-2456

**ATTY:** Phyllis Logsdon   **DOCKETED BY:** R. Powers

**DATE:** 11-06-96   **TIME:** ___

**INMATE PHONE CALL TO** ___   **PHONE # CALLED** 794-2204

**DOCKET OFFICER** Rita Powers   **INMATE SIGNATURE** James Bailey

**DATE** 11-06-96   HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

**WITNESS** Rita Powers   **INMATE SIGNATURE** James Bailey

**DATE** 12-09-96   PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

**WITNESS** ___   **INMATE SIGNATURE** James Bailey

SHELLEY'S FORM 7272

| PAGE | NAME | INMATE# |
|------|------|---------|

CHARGE _____  WA# _____  BOND _____  RTN DATE _____  CASE# _____
DISTRICT 1ST APP _____  CIRCUIT INDT# _____  PROB HEAR _____  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
AAGJ _____  TRIAL _____  OTHER HEAR _____ 2:00 p.

CHARGE Burg III  WA# 96-7638  BOND 10,000  RTN DATE 11-20-96  CASE# DC96-2457
DISTRICT 1ST APP _____  CIRCUIT INDT# 5000  PROB HEAR AAGJ 97 JAN TERM  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
11-14-96  AAGJ _____  TRIAL _____  OTHER HEAR _____

CHARGE Burg III  WA# 96  BOND 10,000  RTN DATE 11-20-96  CASE# DC96-2472
DISTRICT 1ST APP 7635  CIRCUIT INDT# 5000  PROB HEAR AAGJ 200 PM  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
11-15-96  AAGJ _____  TRIAL _____  OTHER HEAR _____

CHARGE Att. Burg 3rd  WA# 96-3009  BOND 300.00  RTN DATE 2 JAN 97  CASE# DC96-2494
DISTRICT 1ST APP _____  CIRCUIT INDT# _____  PROB HEAR AAGJ 08:30  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
AAGJ _____  TRIAL _____  OTHER HEAR 6-17-96

CHARGE Burg 3rd  WA# 96-7648  BOND 2,000  RTN DATE 8 NOV 76  CASE# DC96-2496
DISTRICT 1ST APP _____  CIRCUIT INDT# _____  PROB HEAR AAGJ 2:00 pm  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
AAGJ _____  TRIAL _____  OTHER HEAR _____

CHARGE Receiving Stolen  WA# 96-7647  BOND 2,000  RTN DATE 8 NOV 76  CASE# DC96-2495
DISTRICT 1ST APP Property 1st  CIRCUIT INDT# _____  PROB HEAR AAGJ 2:00 pm  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
AAGJ _____  TRIAL _____  OTHER HEAR _____

CHARGE _____  WA# _____  BOND _____  RTN DATE _____  CASE# _____
DISTRICT 1ST APP _____  CIRCUIT INDT# _____  PROB HEAR _____  CONVICTION _____
COURT PRELIM _____  COURT ARRAIGN _____  REV HEAR _____  SENTENCE _____
AAGJ _____  TRIAL _____  OTHER HEAR _____

To Reorder Call Houston Printing Co., Inc. • (205) 794-9099  Form DCI-8 4b2



Bayley, James William
4.43183  W/M
11 04 04



Bailey, James William w/m
        43/83
DOB: 8 Jan 78

SSN: 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

    11.06.96

Hold for DPD.

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R&I Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | HCSO | 9,6,3,9,0,3,3 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME |
|---|
| BAILEY, JAMES WILLIAM |

| 6 SEX | 7 RACE | 8 HGT | 9 WGT | 10 EYE | 11 HAIR | 12 SKIN | | | 13 SCARS | 14 MARKS | X TATOOS | 14 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | W | 601 | 147 | HAZ | BRO | MED | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 MISC# / AKA OLN # |
|---|---|---|---|
| STUART FL | 2,6,1-1,9,7,1-5,7,7,6 | 04,08,78,15 | 4,3,8,3 |

| 19 SID # | 20 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | DCV | SUB-SECONDARY | FINAL | 22 FBI # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 21 FBI # | | | | | | | | 6,3,7,7,8,1 | FL |

HENRY CLASS
NCIC CLASS

| 24 IDENTIFICATION COMMENTS | 43,8,3 |
|---|---|

| 26 RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| [X] NON-RESIDENT | Town & Country Est. Dothan, AL | ( ) 983-4158 | Sub-Contractor |

| 30 EMPLOYER NAME OF COMPANY (SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Self | | ( ) 983-4158 |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| Hwy 84 West at RCC Dothan, AL 2,9,N,5,0,2 | | [X] YES [ ] NO |

Hwy 84 West at RCC

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURED? | 39 ARRESTED BEFORE? | 40 DESCRIPTION OF WEAPON: |
|---|---|---|---|---|
| [1] DRUNK [X] SOBER | [1] YES [X] NO | [1] NONE | [X] YES [2] NO | [1] HANDGUN [1] OTHER FIREARM |
| [2] DRINKING [3] DRUGS | [1] YES [X] NO [1] OFFICER | [1] ARRESTEE | [3] UNKNOWN | [2] RIFLE [1] OTHER WEAPON |
| | | | | [3] SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST |
|---|---|---|---|
| 17,10,9,96 | 1:29 [1] AM [2] PM | | [1] ON VIEW [2] WARRANT [3] OTHER |

| 45 CHARGE—1 | 46 FEL | 47 MISD | 48 UCR CODE |
|---|---|---|---|
| BURGLARY III | | | |

| 49 STATE CODE/LOCAL ORDINANCE | 50 WARRANT # | 51 DATE ISSUED | 52 CHARGE—2 | 53 FEL | 54 MISD | 55 UCR CODE |
|---|---|---|---|---|---|---|
| 13A-7-7 | | | BURGLARY III | | | |

| 56 STATE CODE/LOCAL ORDINANCE | 57 WARRANT # | 58 DATE ISSUED |
|---|---|---|
| 13A-7-7 | | |

| 59 CHARGE—3 | 60 FEL | 61 MISD | 62 UCR CODE |
|---|---|---|---|

| 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| [1] HELD [4] TOT. J.E. | | |
| [2] BAIL [5] OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
| [3] RELEASED | | |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | [1] HANDLED AND RELEASED | [2] REF. TO WELFARE AGENCY | [5] REF. TO ADULT COURT | [ ] CONTINUED IN NARRATIVE |
|---|---|---|---|---|
| | [2] REF. TO JUVENILE COURT | [3] REF. TO OTHER POLICE AGENCY | 83 RELEASED TO | |

| 86 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 84 ADDRESS (STREET, CITY, STATE, ZIP) | 85 PHONE |
|---|---|---|

| 87 PARENT'S EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| [1] AM [2] PM | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| [1] YES [3] NO [2] PARTIAL | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| $25,000 00 EACH CT. Per Standard |

Hold For City Dothan

| 102 SIGNATURE OF ARRESTING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| 38543 | | |

| MULTIPLE CASES CLEARED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL NAME CLEARED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.I.) | 112 ID # | 113 ARRESTING OFFICER II ASST. (LAST, FIRST, M.I.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Ingram | 91 | | | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

LEAVE BLANK        CRIMINAL        STATE USAGE    (STAPLE HERE)        LEAVE BLANK

FBI RECORD

SUBMISSION    APPLI. IMMATE BLACK    CIVILIZATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Bailey  James  William

SIGNATURE OF PERSON FINGERPRINTED        SOCIAL SECURITY NO.        LEAVE BLANK

James W Bailey    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

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | HAI | ID | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 01 04 78 | | | M | W | 6 01" | 154 | HZ | BR |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

PRIVACY ACT OF 1974 (P.L. 94-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | | |
|---|---|---|---|---|---|
| CAUTION | YES ☐ | MM DD YY | CONTRIBUTOR | SO | AL0380000 |
| | | 11 06 96 | ADDRESS | DOTHAN, AL | |
| TREAT AS ADULT | YES ☐ | | REPLY YES ☒ | | |
| | | | REQUIRED? | | |

| SEND COPY TO: | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| 20TH JUDICIAL ALABAMA | MM DD YY | Stuart Martin Co Fl | USA |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS |
|---|---|
| ORIB AL0380015A | Bald Eagle in Middle of back |

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|
| Trout Country Estates lot J-13 | Midland City | AL |
| 5346 Azalea Circle | | |

| OFFICIAL TAKING FINGERPRINTS SIGNATURE OR NUMBER | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? | YES ☒ |
|---|---|---|---|
| Rita Powers | 43183 | PALM PRINTS TAKEN? | YES ☐ |

| EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|
| Self | Subcontractor |

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 2cts Burglary III | 1. |
| | 2. |
| I | 3. |
| Hold | ADDITIONAL. |
| DPD | |
| per St. John | STATE BUREAU STAMP |

12-1-4

☆U.S. GPO: 1996—405-015/20024

# COURT INFORMATION     C/O _____

Name __BAILEY, JAMES W__                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 11/08/96 | Burglary III | DC 96 2411 | ADGT | ( JAN '97 TERM ) | | $15,000.00 |
| 11/08/96 | Burglary III | DC96-2412 | ADGT | ( JAN '97 TERM ) | | $15,000.00 |
| | | | BOND BONDS | REDUCED | | |
| | | | TO $15,000.00 | EACH | | |

Remarks and Atty's Name __Phyllis Logsdon APPOINTED.__                    Δ ADVISED OF his RIGHTS

72 HOUR HEARING + BOND REDUCTION HRG   JUDGE: __McFOTREL__

SHELLEY'S/7BX-1005                                                      FORM #5138

41400, 901, 902, 903

## DOTHAN POLICE DEPARTMENT ARREST REPORT

[ ] JUVENILE  [ ] PD 1

ARREST CASE NUMBER: 96 - 00 8810   ITEM #: ___   DATE/TIME: 11 14 96 1649
YR   NUMBER   MO  DAY  YR

NAME: BAILEY   JAMES   William
LAST   FIRST   MIDDLE

ALIAS: ___
LAST   FIRST   MIDDLE

ADDRESS: 5565   Montgomery   Hwy
NUMBER   DIR   STREET NAME   SUFFIX

Lot J-13   Dothan   36303
APT/STE   CITY   STATE   ZIP CODE

DOB: 01-08-78   SSN: 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   PHONE: None

POB: Stuart   FL
CITY   STATE

USA   OIN: ___   A-L
COUNTRY   NUMBER   STATE

OCCUPATION: Construction Work   RACE: (1 W)  [2 B]  [3 A]  [4 I]

WEIGHT: 147   HEIGHT: 6'01" (F/IN)   SEX: (1 M)  [2 F]

ETHNIC ORIGIN: [1] HISPANIC   (2) NON-HISPANIC   ORIGIN (OTHER) SPECIFY ___

EMPLOYER: Self
NAME   ADDRESS   CITY/STATE/ZIP CODE

TELEPHONE: ___   VIOLATION LOCATION: 2936 Barbara Rd

ARREST LOCATION: [ ] SAME   2ND N St Andrews St

HAIR COLOR: [1] BLACK  [2] BLONDE/STRAWBERRY  (3) BROWN  [4] GRAY  [5] RED/AUBURN  [6] SANDY  [7] WHITE
[8] UNKNOWN  [9] SALT & PEPPER   OTHER ___

HAIR LENGTH: [1] BALD  [2] SHORT <1/2"  (3) MEDIUM 2" OR LESS  [4] SHOULDER LENGTH  [5] DOWN BACK  [6] WAIST LENGTH
[7] UNKNOWN   OTHER ___

HAIR STYLE: [1] BALD  [2] BALD ON TOP  [3] BALD SPOT  [4] CREWCUT  [5] PARTED L  [6] PARTED R  [7] PARTED CENTER
[8] PULLED BACK  [9] PONY TAIL  [10] PIG TAIL  [11] RAT TAIL  [12] PUNK  [13] MOHAWK  [14] AFRO
[15] DRED LOCKS  [16] FADE   OTHER 1 005-6

EYE COLOR: [1] BLACK  [2] BLUE  [3] BROWN  [4] GREY  (5) GREEN  [6] HAZEL  [7] MAROON
[8] MULTICOLOR  [9] PINK  [10] UNKNOWN  [11] OTHER  [12] GLASS EYE  [13] PATCH  [14] NO EYE  [15] MILKY WHITE

EYEGLASSES: [Y]  (N)   COMPLEXION: [1] ALBINO  [2] BLACK  [3] DARK  [4] DARK BROWN  [5] FAIR
[6] LIGHT  [7] LIGHT BROWN  (8) MEDIUM  [9] MEDIUM BROWN  [10] OLIVE  [11] RUDDY  [12] SALLOW
[13] YELLOW  [14] UNKNOWN   OTHER ___

FACIAL HAIR: [1] NONE  (2) STUBBLE  [3] MUSTACHE ONLY  [4] BEARD  [5] MUSTACHE & BEARD  [6] GOATEE ONLY
[7] MUSTACHE & GOATEE  [8] FU MANCHU MUSTACHE  [9] PORK CHOP SIDEBURNS  [10] HANDLEBAR MUSTACHE
[14] UNKNOWN   OTHER ___

BUILD: (1) SLIGHT  [2] MEDIUM  [3] MUSCULAR  [4] POT BELLY  [5] OBESE  [6] LARGE  [7] HEAVY
[8] AVERAGE  [9] SLIM  [10] SMALL  [11] THIN   OTHER ___

TEETH: (1) NORMAL  [2] BROKEN  [3] CROOKED  [4] IRREGULAR  [5] MISSING  [6] FALSE  [7] GOLD TOOTH
[8] SILVER TOOTH  [9] BRACES  [10] DESIGN ON TOOTH  [11] DENTURES/PLATES

SPEECH/VOICE: [1] SOFT SPOKEN  (2) NORMAL  [3] LOUD  [4] SLURRED  [5] CONFUSED  [6] ACCENT  [7] STUTTERED
[8] FOREIGN  [9] MUTE  [10] OTHER   [11] UNKNOWN

HAND USE: (1) RIGHT  [2] LEFT  [3] AMBIDEXTROUS

MARITAL STATUS: [1] SINGLE  (2) MARRIED  [3] DIVORCED  [4] SEPARATED LEGALLY  [5] WIDOWED  [6] COHABITATING
[7] COMMON LAW  [8] ESTRANGED  [9] OTHER  [10] UNKNOWN

CAUTION: [1] COMMUNICABLE DISEASE  [2] ARMED AND DANGEROUS  [3] DRUG USER  [4] DRUG TRAFFICKER
[5] MENTALLY UNSTABLE  [6] RESISTS ARREST WITH VIOLENCE  [7] POLICE ASSAULT RISK  [8] CARRIES FIREARM
[9] CARRIES EDGED WEAPON  [10] MARTIAL ARTS  [11] FALSE ACCUSATIONS  [12] FALSE REPORTS  [13] ELUDES
[14] CROSS DRESSES  [15] FALSE NAME/ID  (16) BURGLAR  [17] AUTO BURGLAR  [18] CONVICTED VIOLENT CRIME
[19] SEXUAL OFFENDER  [20] OTHER

Rec'd by Judith C Haynes  ___

RESIDENT? [1] YES    [2] NO    [3] OUT OF STATE    [4] OUT OF COUNTY    RELIGION _None_

BODY MARKS: (TATTOOS)    _Bald Eagle_    LOCATION _back_

SCAR(S) & MARKS _____    LOCATION _____

OTHER _____

AGENCY ORI: [1] AL0380100    OTHER _____

ZONE: _16_    DIVISION/SHIFT: _C/D_    ARREST TYPE: [1] ON VIEW    [2] CALL    [3] WARRANT

ARRESTING OFFICER NAME/ID: _Beeson  211_

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: _4_    CHARGE: _Burglary 3rd_

UCR CODE _2203_    SEQUENCE _4190_    STATUE NUMBER: _13A-7-7_    COUNTS: _4_

CITATION NUMBER: _____    DISPOSITION ADULT: [8] HELD    [9] BAIL    [10] RELEASED    [11] TOT LE    [12] OTHER

DISPOSITION JUVENILE: [15] HANDLED-RELEASED    [16] REF. JUVENILE COURT    [17] REF. DHR    [18] REF. LE    [19] REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1 _96_ - _006755_    _DKN_
　　　　　　　　　　　　　　　　YR　　　　NUMBER

CASE NUMBER/RELATED SOURCE: 1 - _96_ - _006753_    _DKN_
　　　　　　　　　　　　　　　YR　　　　NUMBER

CASE NUMBER/RELATED SOURCE: 1 - _96_ - _006507_    _DKN_
　　　　　　　　　　　　　　　YR　　　　NUMBER

---

AGENCY ORI: [1] AL0380100    OTHER _____

ZONE: _____    DIVISION/SHIFT: _____    ARREST TYPE: [1] ON VIEW    [2] CALL    [3] WARRANT

ARRESTING OFFICER NAME/ID: _____

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: _____    CHARGE: _____

UCR CODE _____    SEQUENCE: _____    STATUE NUMBER: _____    COUNTS: _____

CITATION NUMBER: _____    DISPOSITION ADULT: [8] HELD    [9] BAIL    [10] RELEASED    [11] TOT LE    [12] OTHER

DISPOSITION JUVENILE: [15] HANDLED-RELEASED    [16] REF. JUVENILE COURT    [17] REF. DHR    [18] REF. LE    [19] REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1 _96_ - _005955_    _DKN_
　　　　　　　　　　　　　　　　YR　　　　NUMBER

CASE NUMBER/RELATED SOURCE: 1 - _____ - _____
　　　　　　　　　　　　　　　YR　　　　NUMBER

CASE NUMBER/RELATED SOURCE: 1 - _____ - _____
　　　　　　　　　　　　　　　YR　　　　NUMBER

---

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(FATHER)

PARENT NAME (LAST, FIRST, MI)    DOB    RACE    SSN    ADDRESS (CITY/STATE/ZIP)    (MOTHER)

RELEASED TO (NAME) _____    (ADDRESS) _____

RELATIONSHIP _____    (TELEPHONE) _____

DATE RELEASED: _____    CUSTODY? _____
　　　　　　　MO    DAY    YR    TIME    (MOTHER, FATHER, ETC.)

NARRATIVE: _____

_On Warrants_

_Burglary - Fyffe (Not Residents)_

_____

OFFICER NAME/ID: _Beeson  211_

SUPERVISOR NAME/ID: _McClain 314_

```
BAILEY        JAMES        W    SID: 01419388
     SEX: M   RACE: W
     DOB: 01/08/78
                         NCIC:21061017131754021706
HGT:601   WGT:147   HAIR:BRO   EYE:BRN
DATE OF ARREST: 11/14/96
CHG 01 2299 BURGL-3RD DEG 4 CTS




LCN   :43183                SSN   :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
FBI NO:                     J-NO  :01419388
ORI   :AL0380000           AIS NO:
CONTB :HOUSTON CO SHERIFFS DEPT    DATE:12/10/96
```



Bailey James Williams W|M

# 4383

11-14-96

LEAVE BLANK          CRIMINAL          (STAPLE HERE)          LEAVE BLANK

STATE USAGE
FBI RECORD
SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Bailey, James William

SIGNATURE OF PERSON FINGERPRINTED          SOCIAL SECURITY NO.          LEAVE BLANK

X _James W Bailey III_          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

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---------|--------------------------|------------------------|-----|------|--------|--------|------|------|
|         |                          | 01 08 78               | M   | W    | 6'1    | 147    | Grn  | Bro  |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

PRIVACY ACT OF 1974 (P.L. 93-479) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| DYNAMIC FINGERPRINT | | DATE OF ARREST | | ORI | |
|---|---|---|---|---|---|
| SUBMISSION          YES | | MM DD YY | CONTRIBUTER | SO AL0380000 | |
| | | 11 14 96 | ADDRESS | DOTHAN, AL | |
| BEAT AS ADULT       YES | | | REPLY DESIRED?   YES  [X] | | |

| SEND COPY TO | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| OFFICE OF THE DISTRICT ATTORNEY 20th JUDICIAL CIRCUIT ALABAMA P.O. BOX 1632 DOTHAN, AL 36302 ORI# AL0380015A | MM DD YY | Alabama | USA |

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

bald eagle on back

| | RESIDENCE/COMPLETE ADDRESS | | CITY | STATE |
|---|---|---|---|---|
| 43/83 | 5565 Montgomery Hwy. Lot J-13 | | Dothan | A/A |
| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER 38J51 | LOCAL IDENTIFICATION/REFERENCE 43183 | | PHOTO AVAILABLE?   YES [X] | |
| Judith C Hoypes | | | PALM PRINTS TAKEN?   YES [ ] | |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

| | OCCUPATION |
|---|---|
| Self-employed | construction work |

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 4 cts Burglary 3rd | |

| ADDITIONAL | ADDITIONAL |
|---|---|
| | |

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|
| | |

D-249 (Rev. 12-1-90)

ALB. DOC: 1996—405-D16/20024

41931

# DOTHAN POLICE DEPARTMENT ARREST REPORT    JUVENILE [ ]    PD 108

**ARREST CASE NUMBER** 1 96 OO 3888 **ITEM #** **DATE/TIME** 11 15 96

| | NUMBER | | NO | DAY | YR |

**NAME** BAILEY JAMES WILLIAM
LAST    FIRST    MIDDLE

**ALIAS:**
LAST    FIRST    MIDDLE

**ADDRESS:** S856 Montgomery Hwy 4383
NUMBER    DIR    STREET NAME    SUFFIX

B-29    DOTHAN    AL    36507
APT/STE    CITY    STATE    ZIP CODE

**DOB:** 1/08/78    **SSN:** 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    **PHONE:**

**POB:** Stuart    FL
CITY    STATE

USA    **OLN:** 6379781    (NFP)    AL
COUNTRY    NUMBER    STATE

**OCCUPATION:** Labor    **RACE:** [1] WR    [2] B    [3] A    [4]

**WEIGHT:** 150    **HEIGHT:** 6'10" (FT/IN)    **SEX:** [1] M    [2] F

**ETHNIC ORIGIN:** [1] HISPANIC    [2] NON-HISPANIC    ORIGIN (OTHER) SPECIFY

**EMPLOYER** none
NAME    ADDRESS    CITY/STATE/ZIP CODE

**TELEPHONE:**    **VIOLATION LOCATION:** 1521 S OATES ST DOTHAN, AL 36701

**ARREST LOCATION:** [ ] SAME 210 N St Andrews St Dothan, AL 36301

**HAIR COLOR:** [1] BLACK    [2] BLONDE/STRAWBERRY    [3] BROWN    [4] GRAY    [5] RED/AUBURN    [6] SANDY    [7] WHITE
[8] UNKNOWN    [9] SALT & PEPPER    OTHER

**HAIR LENGTH:** [1] BALD    [2] SHORT <1/2"    [3] MEDIUM 2" OR LESS    [4] SHOULDER LENGTH    [5] DOWN BACK    [6] WAIST LENGTH
[7] UNKNOWN    OTHER

**HAIR STYLE:** [1] BALD    [2] BALD ON TOP    [3] BALD SPOT    [4] CREWCUT    [5] PARTED L    [6] PARTED R    [7] PARTED CENTER
[8] PULLED BACK    [9] PONY TAIL    [10] PIG TAIL    [11] RAT TAIL    [12] PUNK    [13] MOHAWK    [14] AFRO
[15] DRED LOCKS    [16] FADE    OTHER UNKEMPT

**EYE COLOR:** [1] BLACK    [2] BLUE    [3] BROWN    [4] GREY    [5] GREEN    [6] HAZEL    [7] MAROON
[8] MULTICOLOR    [9] PINK    [10] UNKNOWN    [11] OTHER    [12] GLASS EYE    [13] PATCH    [14] NO EYE    [15] MILKY WHITE

**EYEGLASSES:** [Y] [N]    **COMPLEXION:** [1] ALBINO    [2] BLACK    [3] DARK    [4] DARK BROWN    [5] FAIR
[6] LIGHT    [7] LIGHT BROWN    [8] MEDIUM    [9] MEDIUM BROWN    [10] OLIVE    [11] RUDDY    [12] SALLOW
[13] YELLOW    [14] UNKNOWN    OTHER

**FACIAL HAIR:** [1] NONE    [2] STUBBLE    [3] MUSTACHE ONLY    [4] BEARD    [5] MUSTACHE & BEARD    [6] GOATEE ONLY
[7] MUSTACHE & GOATEE    [8] FU MANCHU MUSTACHE    [9] PORK CHOP SIDEBURNS    [10] HANDLEBAR MUSTACHE
[14] UNKNOWN    OTHER

**BUILD:** [1] SLIGHT    [2] MEDIUM    [3] MUSCULAR    [4] POT BELLY    [5] OBESE    [6] LARGE    [7] HEAVY
[8] AVERAGE    [9] SLIM    [10] SMALL    [11] THIN    OTHER

**TEETH:** [1] NORMAL    [2] BROKEN    [3] CROOKED    [4] IRREGULAR    [5] MISSING    [6] FALSE    [7] GOLD TOOTH
[8] SILVER TOOTH    [9] BRACES    [10] DESIGN ON TOOTH    [ ] DENTURES/PLATES

**SPEECH/VOICE:** [1] SOFT SPOKEN    [2] NORMAL    [3] LOUD    [4] SLURRED    [5] CONFUSED    [6] ACCENT    [7] STUTTERED
[8] FOREIGN    [9] MUTE    [10] OTHER    [11] UNKNOWN

**HAND USE:** [1] RIGHT    [2] LEFT    [3] AMBIDEXTROUS

**MARITAL STATUS:** [1] SINGLE    [2] MARRIED    [3] DIVORCED    [4] SEPARATED LEGALLY    [5] WIDOWED    [6] COHABITATING
[7] COMMON LAW    [8] ESTRANGED    [9] OTHER    [10] UNKNOWN

**CAUTION:** [1] COMMUNICABLE DISEASE    [2] ARMED AND DANGEROUS    [3] DRUG USER    [4] DRUG TRAFFICKER
[5] MENTALLY UNSTABLE    [6] RESISTS ARREST WITH VIOLENCE    [7] POLICE ASSAULT RISK    [8] CARRIES FIREARM
[9] CARRIES EDGED WEAPON    [10] MARTIAL ARTS    [11] FALSE ACCUSATIONS    [12] FALSE REPORTS    [13] ELUDES
[14] CROSS DRESSES    [15] FALSE NAMEAD    [16] BURGLAR    [17] AUTO BURGLAR    [18] CONVICTED VIOLENT CRIME
[19] SEXUAL OFFENDER    [20] OTHER

RESIDENT? [1] YES  [2] NO  [3] OUT OF STATE  [4] OUT OF COUNTY  RELIGION _____ None _____

BODY MARKS: TATTOOS ___ engle ___  LOCATION _C/ back_

SCAR(S) & MARKS _____  LOCATION _____

OTHER _____

AGENCY ORI: [1] AL0380100  OTHER _____

ZONE: __78__  DIVISION/SHIFT: _C/P_  ARREST TYPE:  [1] ON VIEW  [2] CALL  [3] WARRANT

ARRESTING OFFICER NAME/ID: _Hamm  116_

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: __1__  CHARGE: _Burglary III Degree  WR-96-7_

UCR CODE: _2205_  SEQUENCE: _4133/_  STATUE NUMBER: _13A-007-007A_  COUNTS: __1__

CITATION NUMBER: _____  DISPOSITION ADULT:  [8] HELD  [9] BAIL  [10] RELEASED  [11] TOT LE  [12] OTHER

DISPOSITION JUVENILE: [15] HANDLED-RELEASED  [16] REF. JUVENILE COURT  [17] REF. DHR  [18] REF. LE  [19] REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1 __96__ - __007.533__
   YR               NUMBER

CASE NUMBER/RELATED SOURCE: 1 _____
   YR               NUMBER

CASE NUMBER/RELATED SOURCE: 1 _____
   YR               NUMBER

---

AGENCY ORI: [1] AL0380100  OTHER _____

ZONE: _____  DIVISION/SHIFT: _____  ARREST TYPE:  [1] ON VIEW  [2] CALL  [3] WARRANT

ARRESTING OFFICER NAME/ID: _____

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: _____  CHARGE: _____

UCR CODE: _____  SEQUENCE: _____  STATUE NUMBER: _____  COUNTS: _____

CITATION NUMBER: _____  DISPOSITION ADULT:  [8] HELD  [9] BAIL  [10] RELEASED  [11] TOT LE  [12] OTHER

DISPOSITION JUVENILE: [15] HANDLED-RELEASED  [16] REF. JUVENILE COURT  [17] REF. DHR  [18] REF. LE  [19] REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1 _____
   YR               NUMBER

CASE NUMBER/RELATED SOURCE: 1 _____
   YR               NUMBER

CASE NUMBER/RELATED SOURCE: 1 _____
   YR               NUMBER

---

                                                        (FATHER)
PARENT NAME (LAST, FIRST, MI)    DOB    RACE    SSN    ADDRESS (CITY/STATE/ZIP)
                                                        (MOTHER)

RELEASED TO (NAME) _____  (ADDRESS) _____

RELATIONSHIP: _____                   (TELEPHONE)

DATE RELEASED: ____  ____  ____  ____  CUSTODY? _____
              MO   DAY   YR   TIME         (MOTHER, FATHER, ETC.)

NARRATIVE: _____

_No Hold For Hamm_

OFFICER NAME/ID: _Hamm  116_

SUPERVISOR NAME/ID: _McClain 314_



James Bailey
W/m
01-08-78
11-15-96