| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | LEAVE BLANK |
|---|---|---|---|---|

STATE USAGE
AFF SECOND
SUBDIVISION    AFF SOFTWARE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Bailey James William

SIGNATURE OF PERSON FINGERPRINTED    SOCIAL SECURITY NO.    LEAVE BLANK

X James W Bailey

AKA/SEX/HIDDEN    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
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 01-08-78 | M | W | 6'1" | 150 | Grn | Bro |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |
|---|---|---|---|

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | | ORI | |
|---|---|---|---|---|---|
| SUBMISSION | YES ☐ | | CONTRIBUTOR | AL0380000 | |
| | | 11-15-96 | ADDRESS | SO DOTHAN, AL | |
| TREAT AS ADULT | YES ☐ | | REPLY DESIRED? YES ☒ | | |

| SEND COPY TO: (ENTER ORI) | | DATE OF OFFENSE | | PLACE OF BIRTH (STATE OR COUNTRY) | | COUNTRY OF CITIZENSHIP |
|---|---|---|---|---|---|---|
| | | MM DD YY | | Stewart, Fl | | USA |

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS AND AMPUTATIONS

eagle @ back

43183

RESIDENCE/COMPLETE ADDRESS

5856 Montgomery Hwy    CITY Ashford    STATE al

OFFICIAL TAKING FINGERPRINTS
NAME OR NUMBER

Peterman

LOCAL IDENTIFICATION/REFERENCE

43183

PHOTO AVAILABLE? YES ☒

PALM PRINTS TAKEN? YES ☐

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

Labor

CHARGE/CITATION

Burglary 3rd

| REPOSITION | |
|---|---|
| 1. | |
| 2. | |
| 3. | |

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

1-240 (Rev. 12-1-94)

☆U.S. GPO: 1996--406-015/23024

# COURT INFORMATION

C/O _Udell Baldwin_

Name _Bailey   James W_

Inmate No. ___

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 11/15/96 | Burglary III | DC 96 - 2454 | DDEJ | May 97 Trial | | |
| | | DC 96 - 2455 | | | | |
| | | DC 96 - 2456 | | | | |
| | | DC 96 - 2457 | | | | |

Remarks and Atty's Name _Phillis Logsdon Appointed._   △ Advised of his Rights

72 Hour Hearing      JUDGE: _Stephenson_

SHELBY/S/PID-1005

FORM #6138

11-21-84

# INMATE REQUEST FORM

Date: _Nov. 15, 1996_

To: _SSg. Williams_

From: _James Bailey_

INMATES # _43/83_

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _I would Like To have MY Visiting hours Moved From SaTurday Morning To SaTurday AFTer Noon because MY MoTher is Traveling And Cannot GeT here._____ Thank you._

_James Bailey_

ACTION TAKEN _____

The only way we change visiting hours is if she has to work and then she has to have a letter from her employer

11/22/96

R. Turner                    X   _James ..._

SHU 16/5/01-1035                                    FORM #6105

# COURT INFORMATION    c/o _Harry Barrow_

Name _Bailey James W._                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 11/20/96 | Burglary III | PC 96-2412 | ADGT (Jan '97 TERM) | | 12/04/96 Bond Reduction Hearing (0830 AM) | Bond |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Phyllis Logsdon_ _A Advised of his Rights_
_Appointed_

_72 Hour Hearing_                    JUDGE: _McFaith_

SHIBLEYS/793-1005

FORM #6138

# DOTHAN POLICE DEPARTMENT - ARREST REPORT

JUVENILE [ ]   PD 1

ARREST CASE NUMBER: __96__ YR   __003960__ NUMBER   ITEM #: ____   DATE/TIME: __11__ MO __21__ DAY __9/__ YR

NAME: __BAILEY__ LAST   __JAMES__ FIRST   __WILLIAM__ MIDDLE

ALIAS: _____ LAST   _____ FIRST   _____ MIDDLE

ADDRESS: __5856__ NUMBER   ____ DIR   __Montgomery__ STREET NAME   __Hwy__ SUFFIX

__B79__ APT/STE   __Dothan__ CITY   __AL__ STATE   __36303__ ZIP CODE

DOB: __01-08-78__   SSN: __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__   PHONE: __NONE__

POB: __STEWART__ CITY   __FL__ STATE

__USA__ COUNTRY   OLN: __None__ NUMBER   ____ STATE

OCCUPATION: __Construction__   RACE: (1)W [2]B [3]A [4]I

WEIGHT: __182__   HEIGHT: __6 01__ (FT/IN)   SEX: (1)M [2]F

ETHNIC ORIGIN: [1]HISPANIC  (2)NON-HISPANIC   ORIGIN(OTHER) SPECIFY _____

EMPLOYER: __Self__ NAME   __Same__ ADDRESS   ____ CITY/STATE/ZIP CODE

TELEPHONE: __None__   VIOLATION LOCATION: __115 RACE TRACK R__

ARREST LOCATION: [ ] SAME   __210 N St Andrews St__

HAIR COLOR: [1]BLACK  [2]BLONDE/STRAWBERRY  (3)BROWN  [4]GRAY  [5]RED/AUBURN  [6]SANDY  [7]WHITE

[8]UNKNOWN  [9]SALT & PEPPER   OTHER _____

HAIR LENGTH: [1]BALD  [2]SHORT <1/2"  (3)MEDIUM 2" OR LESS  [4]SHOULDER LENGTH  [5]DOWN BACK  [6]WAIST LENGTH

[7]UNKNOWN   OTHER _____

HAIR STYLE: [1]BALD  [2]BALD ON TOP  [3]BALD SPOT  [4]CREWCUT  [5]PARTED L.  [6]PARTED R.  (7)PARTED CENTER

[8]PULLED BACK  [9]PONY TAIL  [10]PIG TAIL  [11]R/T TAIL  [12]PUNK  [13]MOHAWK  [14]AFRO

[15]DRED LOCKS  [16]FADE   OTHER _____

EYE COLOR: [1]BLACK  [2]BLUE  [3]BROWN  [4]GREY  (5)GREEN  [6]HAZEL  [7]MAROON

[8]MULTICOLOR  [9]PINK  [10]UNKNOWN  [11]OTHER  [12]GLASS EYE  [13]PATCH  [14]NO EYE  [15]MILKY WHITE

EYEGLASSES: [Y]  (N)   COMPLEXION: [1]ALBINO  [2]BLACK  [3]DARK  [4]DARK BROWN  [5]FAIR

[6]LIGHT  [7]LIGHT BROWN  (8)MEDIUM  [9]MEDIUM BROWN  [10]OLIVE  [11]RUDDY  [12]SALLOW

[13]YELLOW  [14]UNKNOWN   OTHER _____

FACIAL HAIR: [1]NONE  (2)STUBBLE  [3]MUSTACHE ONLY  [4]BEARD  [5]MUSTACHE & BEARD  [6]GOATEE ONLY

[7]MUSTACHE & GOATEE  [8]FU MANCHU MUSTACHE  [9]PORK CHOP SIDEBURNS  [10]HANDLEBAR MUSTACHE

[14]UNKNOWN   OTHER _____

BUILD: (1)SLIGHT  [2]MEDIUM  [3]MUSCULAR  [4]POT BELLY  [5]OBESE  [6]LARGE  [7]HEAVY

[8]AVERAGE  [9]SLIM  [10]SMALL  [11]THIN   OTHER _____

TEETH: (1)NORMAL  [2]BROKEN  [3]CROOKED  [4]IRREGULAR  [5]MISSING  [6]FALSE  [7]GOLD TOOTH

[8]SILVER TOOTH  [9]BRACES  [10]DESIGN ON TOOTH  [11]DENTURES/PLATES

SPEECH/VOICE: [1]SOFT SPOKEN  (2)NORMAL  [3]LOUD  [4]SLURRED  [5]CONFUSED  [6]ACCENT  [7]STUTTERED

[8]FOREIGN  [9]MUTE  [10]OTHER _____

HAND USE: (1)RIGHT  [2]LEFT  [3]AMBIDEXTROUS   [11]UNKNOWN

MARITAL STATUS: [1]SINGLE  (2)MARRIED  [3]DIVORCED  [4]SEPARATED LEGALLY  [5]WIDOWED  [6]COHABITATING

[7]COMMON LAW  [8]ESTRANGED  [9]OTHER  [10]UNKNOWN

CAUTION: [1]COMMUNICABLE DISEASE  [2]ARMED AND DANGEROUS  [3]DRUG USER  [4]DRUG TRAFFICKER

[5]MENTALLY UNSTABLE  [6]RESISTS ARREST WITH VIOLENCE  [7]POLICE ASSAULT RISK  [8]CARRIES FIREARM

[9]CARRIES EDGED WEAPON  [10]MARTIAL ARTS  [11]FALSE ACCUSATIONS  [12]FALSE REPORTS  [13]ELUDES

[14]CROSS DRESSES  [15]FALSE NAME/ID  (16)BURGLAR  [17]AUTO BURGLAR  [18]CONVICTED VIOLENT CRIME

[19]SEXUAL OFFENDER  [20]OTHER _____

RESIDENT? [1]YES  [2]NO  [3]OUT OF STATE  [4]OUT OF COUNTY    RELIGION _None_

BODY MARKS: TATTOOS _Bald Eagle_    LOCATION _Back_

SCAR(S) & MARKS _____    LOCATION _____

OTHER _____

AGENCY ORI: [1]AL0380100  OTHER _____

ZONE: _18_    DIVISION/SHIFT: _CID_    ARREST TYPE:  [1] ON VIEW  [2] CALL  [3] WARRANT

ARRESTING OFFICER NAME/ID: _Sgt Beeson 211_

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: _1_  CHARGE: _Attempted Burglary 3rd_

UCR CODE _2203_  SEQUENCE: _42028_  STATUE NUMBER: _13A42_  COUNTS: _1_

CITATION NUMBER: _____  DISPOSITION ADULT: [8]HELD  [9]BAIL  [10]RELEASED  [11. TOT LE  [12]OTHER

DISPOSITION JUVENILE: [15]HANDLED-RELEASED  [16] REF. JUVENILE COURT  [17]REF. DHR  [18]REF. LE  [19]REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1 _96_ - _008728_ _OHN_ _AL01419588_
                                   YR       NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ____ _____
                                 YR    NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ____ _____
                                 YR    NUMBER

---

AGENCY ORI: [1]AL0380100  OTHER _____

ZONE: _18_    DIVISION/SHIFT: _CID_    ARREST TYPE:  [1] ON VIEW  [2] CALL  [3] WARRANT

ARRESTING OFFICER NAME/ID: _Sgt Beeson 211_

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: _1_  CHARGE: _Burglary 3rd_

UCR CODE _2203_  SEQUENCE: _42029_  STATUE NUMBER: _13A77_  COUNTS: _1_

CITATION NUMBER: _____  DISPOSITION ADULT: [8]HELD  [9]BAIL  [10]RELEASED  [11 TOT LE  [12]OTHER

DISPOSITION JUVENILE: [15]HANDLED-RELEASED  [16] REF. JUVENILE COURT  [17]REF. DHR  [18]REF. LE  [19]REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE: 1 _96_ - _005905_ _off_
                                   YR       NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ____ _____
                                 YR    NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ____ _____
                                 YR    NUMBER

---

_____ (FATHER)

PARENT NAME (LAST, FIRST, MI)    DOB    RACE    SSN    ADDRESS (CITY/STATE/ZIP)  _____ (MOTHER)

RELEASED TO (NAME) _____    (ADDRESS) _____

RELATIONSHIP: _____    (TELEPHONE) _____

DATE RELEASED: ____ ____ ____ ____    CUSTODY? _____
                MO   DAY  YR  TIME              (MOTHER, FATHER, ETC)

NARRATIVE:
_Arrest #3    1 apr  Recovered stolen property 13  1 count_
_01 about 3(?) esfg_
_See D/R (Burglaries) ARC Business - Force_

OFFICER NAME/ID: _Beeson Sgt 211_

SUPERVISOR NAME/ID: _J. Montgomery #384_

RESIDENT?  [1] YES  [2] NO  [3] OUT OF STATE  [4] OUT OF COUNTY    RELIGION _____

BODY MARKS: (TATTOOS)  Bald eagle    LOCATION _____

SCAR(S) & MARKS _____    LOCATION _____

OTHER _____

AGENCY ORI: [1] AL0380100  OTHER _____

ZONE: ___ 18 ___  DIVISION/SHIFT ___ CID 1st ___    ARREST TYPE:  [1] ON VIEW  [2] CALL  [3] WARRANT

ARRESTING OFFICER NAME/ID: ___ Sgt Beeson #21 ___

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: ___ 1 ___    CHARGE: ___ R9?1st ___

UCR CODE ___ 2803 ___  SEQUENCE: ___ 42030 ___  STATUE NUMBER: ___ 13 A 817 ___    COUNTS: ___ 1 ___

CITATION NUMBER: _____    DISPOSITION ADULT:  [8] HELD  [9] BAIL  [10] RELEASED  [11] TOT LE  [12] OTHER

DISPOSITION JUVENILE: [15] HANDLED-RELEASED  [16] REF. JUVENILE COURT  [17] REF. DHR  [18] REF. LE  [19] REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE:  1 - ___ 96 ___ - ___ 005671 ___    ___ offn ___
YR                 NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ___    ___
YR                 NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ___    ___
YR                 NUMBER

---

AGENCY ORI:  [1] AL0380100  OTHER _____

ZONE: _____  DIVISION/SHIFT: _____    ARREST TYPE:  [1] ON VIEW  [2] CALL  [3] WARRANT

ARRESTING OFFICER NAME/ID: _____

ASSISTING OFFICER NAME/ID: _____

NUMBER OF CLEARANCES BY ARREST: _____  CHARGE: _____

UCR CODE _____  SEQUENCE: _____  STATUE NUMBER: _____    COUNTS: _____

CITATION NUMBER: _____    DISPOSITION ADULT:  [8] HELD  [9] BAIL  [10] RELEASED  [11] TOT LE  [12] OTHER

DISPOSITION JUVENILE: [15] HANDLED-RELEASED  [16] REF. JUVENILE COURT  [17] REF. DHR  [18] REF. LE  [19] REF. ADULT CT.

CASE NUMBER/REFERENCE SOURCE:  1 - ___    ___
YR                 NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ___    ___
YR                 NUMBER

CASE NUMBER/RELATED SOURCE: 1 - ___    ___
YR                 NUMBER

---

_____ (FATHER)

PARENT NAME (LAST, FIRST, MI) ___ DOB ___ RACE ___ SSN ___ ADDRESS (CITY/STATE/ZIP) ___ (MOTHER)

RELEASED TO (NAME) _____    (ADDRESS) _____

RELATIONSHIP _____    (TELEPHONE) _____

DATE RELEASED: ___ MO ___ DAY ___ YR ___ TIME ___  CUSTODY?: _____ (MOTHER, FATHER, ETC.)

NARRATIVE: _____

_____

_____

_____

_____

_____

OFFICER NAME/ID: ___ Sgt Beeson #211 ___

SUPERVISOR NAME/ID: ___ S. Montgomery #384 ___

```
BAILEY          JAMES        W    SID: 01419388
     SEX: A   RACE: W
     DOB: 01/08/78
                          NCIC:21061017131754021706
HGT:601    WGT:150   HAIR:BRO    EYE:GRN
DATE OF ARREST: 11/21/96
CHG 01 2299 BURGL-3RD DEG ATTEMPTED
CHG 02 2299 BURGL-3RD DEG
CHG 03 2803 RECEIVE STOLEN PROP-1ST DEG




LCN  :43183              SSN  :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
FBI NO:                  J-NO :01419388
ORI  :AL0380000          AIS NO:
CONTR :HOUSTON CO SHERIFFS DEPT   DATE:12/11/96
```



James W. Bailey
43183
11-21-96

# HOLD FOR DOTHAN POLICE DEPARTMENT

Date: 11/21/96

Name: James Bailey ___ Sex M ___ Race B W

DOB: 1/8/78

REASON: FW /1000.00

Record # 4203

Officer Placing Hold: Montgomery

12/4/96 Dropped By Sgt Mtg DPD JFC

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |

STATE USAGE
FBI RECORD
SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SIGNATURE OF PERSON FINGERPRINTED

*Bailey James William*

SOCIAL SECURITY NO.    LEAVE BLANK

*James W Bailey IV* *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*

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 01 08 78 | M | W | 6'1 | 150 | GRN | BRO |

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | | ORI | |
|---|---|---|---|---|---|
| SUBMISSION | YES ☐ | MM DD YY 11 21 96 | | CONTRIBUTOR ADDRESS | SO ALO380000 DOTHAN, AL |
| TREAT AS ADULT | YES ☐ | | | REPLY DESIRED? | YES ☒ |
| SEND COPY TO: ENTRA ORG | | DATE OF OFFENSE MM DD YY | | PLACE OF BIRTH (STATE OR COUNTRY) Stewart, Florida | COUNTRY OF CITIZENSHIP USA |

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS  bald eagle on back

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | RESIDENCE/COMPLETE ADDRESS 5856 Montgomery Highway | CITY Dothan | STATE A/A |
|---|---|---|---|
| | LOCAL IDENTIFICATION/REFERENCE 43183 | PHOTO AVAILABLE? | YES ☒ |
| | | PALM PRINTS TAKEN? | YES ☐ |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

| NAME/OCCUPATION  Unemployed | OCCUPATION  construction |
|---|---|
| Attempted Burglary 3rd | DISPOSITION 1. |
| Burglary 3rd | 2. |
| Receiving Stolen Property 1st | ADDITIONAL |
| OPTIONAL | ADDITIONAL |

OPTIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

I-240 (Rev. 12-1-84)
☆U.S. GPO: 1996—405-015/20024

# COURT INFORMATION

c/o _Henry Green_

**Name** BAILEY, JAMES W.

**Inmate No.**

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 11/22/96 | ATT BURG III | DC 96-2494 | ARGJ | (JAN 97 TERM) | | |
| | BURG III | DC 96-2496 | | | | |
| | RSP I | DC 96-2496 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Remarks and Atty's Name** PHYLLIS LOGSDON APPOINTED                          A ADVISED OF HIS RIGHTS

72 HOUR HEARISE                          JUDGE: SOEE ISLAND

SHELLEYS/703-1005                                                    FORM #6136

*OCJ Bond*
*12/9/96*

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### PERMANENT VISITING LIST

NAME: *Bailey, James*  INMATE NUMBER: *43183*

FLOOR LOCATION: *3S*  DATE: *11-22-96*

| VISITORS NAMES: | ALTERNATIVE NAMES: |
|---|---|
| 1. *Candi M Bailey - wife* | *grandmother - Jannettle Norton* |
| 2. *James W Bailey - son* | *father - Glenn mc Danial* |
| 3. *Tommy Tom Bailey - son* | *grampa - Frank norton* |
| 4. *Frank E Mc Danial - mom* | *brother - Kenny mc Danial* |

**NOTE:** THIS IS A PERMANENT VISITING LIST--IT MAY ONLY BE
CHANGED AFTER SIX (6) MONTHS.  YOU WILL BE ALLOWED
FOUR (4) VISITORS TO COME ON YOUR VISITING DAY, YOU
MUST LIST THE FOUR (4) VISITORS NAMES YOU DESIRE TO SEE
AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE,
EVERY VISITOR MUST SHOW THEIR CURRENT IDENTIFICATION.
(DRIVER'S LICENSE, SOCIAL SECURITY CARD OR STATE I.D.)

IF FOR ANY REASON, ANY OF THESE (4) VISITORS ARE BANNED
FROM THE JAIL, THEY WILL NOT BE RE-INSTATED.  IF ALL
FOUR (4) VISITORS ARE BANNED WITHIN THE SIX (6) MONTH
PERIOD--YOU MAY ADD ONLY ONE (1) NAME.  AFTER A VISITOR
IS BANNED, ANY ITEMS YOU RECEIVE FROM THAT PERSON MUST
COME THROUGH THE MAIL.

THE ALTERNATIVE NAMES ARE FOR THOSE INMATES WHO HAVE
A LARGE NUMBER OF CHILDREN IN THEIR FAMILY (SUCH AS--
ONE (1) SPOUSE AND MORE THAN THREE (3) CHILDREN),
ALSO, THIS IS FOR THOSE NAMES AFTER BANNING HAS OCCURRED.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY VISITORS
NAMES ABOVE.

*(Forst to sign by forest)*

*James W Bailey - under Decest*

INMATE SIGNATURE:  DATE: *11/22/96*

CORRECTIONS OFFICER SIGNATURE:  DATE: *11-22-96*

# INMATE REQUEST FORM

Date: 12-11-96 / 11/30/96

INMATES #: 43183

To: Sargen working today

C/O SIGNATURE: C/o Ellis

From: Steven W Carroy

SR C/O SIGNATURE:

NATURE OF REQUEST

wife did not get to come up saturday
and want to see if can come on sunday
Please let me know (3) today At 9:00 pm
Sunday

ACTION TAKEN

Rec'd this request 12/5/96 K Turner

SHELLEY'S/000-1005                                                   FORM #5135

# COURT INFORMATION    c/o _Holly Brown_

Name _BAILEY, JAMES W_ _____ Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 12/05/96 | BURG III x 2 | DC 96-2411-12 | | HEARING HELD- BAIL REDUCED | | |
| | BURG III x 4 | DC 96-2414-57 | | TO $5,000.00 EACH ON ALL | | |
| | BURG III | DC 96-2412 | | SEVEN CASES. WAIVED PRELIMINARY | | |
| | | | | HEARING BOUND OVER AWAITING | | |
| | | | | ACTION OF THE GRAND JURY | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Phyllis LOGSDON_ _____

_7 CTS BURGLARY III_ _____

_PRELIM HEARING_ _____ JUDGE: _STEEL-ISLAND_ _____

SHEU-SYS/701-1005

FORM #5138

NAME Bailey James William                    I.D.# 43183          HOUSED FOR Taylor

ALIAS                                         DATE RECEIVED 11-25-95

NEXT OF KIN Laura Michelle Bailey            DATE RELEASED 11-25-95

ADDRESS Plug In Park #7    PHONE 702-7506    HOW RELEASED Rel. Prop. Bond 600.00

AGE 17    D.O.B. 01-08-78    S.S.# 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    HT. 6'    WT. 192    WT.

SEX M    RACE W    RISK          FLOOR          CELL          BUNK

NCIC Neg    BY #5    HOUSTON CO. Neg    BY J-24    DPD Neg    BY #33

RELEASE
NCIC     N    BY          HOUSTON CO.          BY          DPD          BY

HOLDS:

| 1. CHARGE Alias NDL | WAR | BOND 600.00 | RTN DATE 12-20-95 9:00 | CASE# K95-9178 |
|---|---|---|---|---|
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |

| 2. CHARGE | WAR | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |

| 3. CHARGE | WAR | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |

| 4. CHARGE | WAR | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |

| 5. CHARGE | WAR | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | PROB HEAR | CONVICTION |
| PRELIM | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | TRIAL | OTHER HEAR | |

DOCKETED BY

1995

DATE: 11-25-95 _____    TIME: _____

INMATE PHONE CALL TO _Didn't need one_ PHONE # CALLED _____

DOCKET OFFICER _C Turner_____ INMATE SIGNATURE X _James Bailey_

---

DATE 11-25-95 _____ HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _C Turner_____ INMATE SIGNATURE X _James Bailey_

---

DATE ___11/25/95____ PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _____ INMATE SIGNATURE X _James Bailey_

To Reorder Call Houston Printing Co., Inc. • (205) 790-0880  Form DCI-1 4/82



Bailey    James    Williams a/k/a
    # 43183

    16-25-99

# ALABAMA UNIFORM ARREST REPORT

Film Complete
[1] Yes
[2] No

[1] Yes
[2] No

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # 03.80000 | 2 AGENCY NAME HCSO | | 3 CASE # 9532900013 | 4 SPX |

5 LAST, FIRST, MIDDLE NAME: Bailey, James, William

6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT 600 | 10 WGT 142 | 11 EYE Haz | 12 HAIR B/a | 13 SKIN | 14 | 1 SCARS | 2 MARKS | 3 TATOOS | 4 AMPUTATIONS |

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Stewart Fl-

16 SSN# 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-0-7176-64-08878

17 DATE OF BIRTH

18 MISCELLANEOUS ID # 43183

| 24 FBI # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDY | SUB-SECONDARY | FINAL |
| | HENRY CLASS | | | | | | |
| | NCIC CLASS | | | | | | |

22 SID # 6379781 Qe

23 IDENTIFICATION COMMENTS

| 25 [X] RESIDENT [2] NON-RESIDENT | 26 HOME ADDRESS (STREET, CITY, STATE, ZIP) Parkway, Trl. Park Lot 7 Dothan, Al | | | 27 RESIDENCE PHONE 334-702-7506 | 28 OCCUPATION (BE SPECIFIC) |

29 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed

30 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)

31 BUSINESS PHONE

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Slocomb P.D.

34 SECTOR #

35 ARRESTED FOR YOUR JURISDICTION? [1] YES [X] NO

| 37 CONDITION OF ARRESTEE: [1] DRUNK [2] DRINKING [3] SOBER [4] DRUGS | 38 RESIST ARREST? [1] YES [2] NO | 39 INJURIES? [1] OFFICER [2] ARRESTEE | 40 NONE | 41 ARMED? [1] Y [2] N | 42 DESCRIPTION OF WEAPON: [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON |

| 41 DATE OF ARREST 11/25/1975 | 42 TIME OF ARREST 12:00 [1] AM [2] PM [X] MIL. | 43 DAY OF ARREST [1][2][3][4][5][6][7] | 44 TYPE ARREST [1] ON VIEW | 45 ARRESTED BECAUSE [1] YES [2] NO [3] UNKNOWN |

46 CHARGE—1 [1] FEL. [2] MISD: Alias Warr No Drivers License

47 JCIC CODE

48 CHARGE—2 [1] FEL. [2] MISD

49 STATE CODE/LOCAL ORDINANCE

50 WARRANT # Tr 95000178

51 DATE ISSUED 11/02/1995

52 STATE CODE/LOCAL ORDINANCE

53 WARRANT #

54 UCR CODE

55 DATE ISSUED M D Y

55 CHARGE—3 [1] FEL. [2] MISD

56 STATE CODE/LOCAL ORDINANCE

57 WARRANT #

58 DATE ISSUED M D Y

59 UCR CODE

60 CHARGE—4 [1] FEL. [2] MISD

61 STATE CODE/LOCAL ORDINANCE

62 WARRANT #

63 DATE ISSUED M D Y

64 UCR CODE

| 65 ARREST DISPOSITION [X] HELD [2] BAIL [3] RELEASED [4] TOT-I.E. [5] OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED W TH [1] ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED W TH [2] ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 YR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |

78 VIN

79 IMPOUNDED? [1] YES [2] NO

80 STORAGE LOCATION/IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

## JUVENILE

82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO AD. LT COURT

[ ] CONTINUED IN NARRATIVE

83 RELEASED TO

85 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)

86 ADDRESS (STREET, CITY, STATE, ZIP)

87 PHONE

87 PARENTS EMPLOYER

88 OCCUPATION

89 ADDRESS (STREET, CITY, STATE, ZIP)

90 PHONE

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y [1] AM [2] PM [3] MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |

95 RELEASED TO:

96 AGENCY/DIVISION

97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL

99 PROPERTY NOT RELEASED/HELD AT:

100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): Bonded out 300.00

**TECHNICAL ARREST**

102 SIGNATURE OF RECEIVING OFFICER

103 SIGNATURE OF RELEASING OFFICER

LOCAL USE
STATE USE

| MULTIPLE CASE CLOSED [ ] | 109 CASE # | 106 SPX | 106 CASE # | 107 SPX | CASE # | 108 SPX | 110 ADDITIONAL CASES CLOSED IN NARRATIVE [ ] |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Johnson, Mark | 112 ID # 3826 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

STATE USAGE

LAST NAME **NAM**  FIRST NAME  MIDDLE NAME  FBI

Bailey  James  William

ALIASES

X *James Bailey III*

THIS DATA MAY BE COMPUTERIZED IN LOCAL STATE AND NATIONAL FILES

TITLE  SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

2/9/95  C. Lawson

CHARGE

*Has No Driver's License*

FINAL DISPOSITION

# TECHNICAL ARREST

CONTRIBUTOR

SO
DOTHAN, AL

ALO380000

DATE ARREST OR RECEIVED | DOA

11-25-95

YOUR NO. OCA

43183

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO. SOC

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

CAUTION

DATE OF BIRTH DOB
Month   Day   Year
01   08   78

SEX  RACE  HGT.  WGT.  EYES  HAIR
M   W   6'   142   Haz  Bro

PLACE OF BIRTH POB

Machia, FL

LEAVE BLANK

CLASS

REF.

NCIC CLASS - FPC



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES ☐   NO ☒

PHOTO AVAILABLE?   YES ☒   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN,
FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTIONS NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, USE BRANCH OF SERVICE AND SERIAL NO.

*Unemployed*

OCCUPATION
*Laborer*

RESIDENCE OF PERSON FINGERPRINTED
*Parkway Trailer Park #4*
*Dothan Al*

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

*Picture of rose*
*"James Lewis Oxley"*

BASIS FOR CAUTION ICO

DATE OF OFFENSE DDO          SKIN TONE SKN

MISC. NO. MNU
*43/83*

ADDITIONAL INFORMATION

### INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.

2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF THE IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW, GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.

3. TYPE OR PRINT ALL INFORMATION.

4. ROLL AMPUTATIONS IN PROPER FINGER BLOCKS.

5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.

6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.

7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED, BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.

8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)

9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.

11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☐   NO ☐

(REF. X WILL BE SENT IF ALL CASES IF SUBJECT FOUND TO BE WANTED.)
IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED,
INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   THIS PHONE NO. AND AREA CODE

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

LEAVE BLANK

☆U.S. G.P.O. 1983 342-170/40017