**ALLERGIES:**

~~Green Vegetables~~

NKDA

150320



Medication    Nurse's Notes    Lab/X-Ray    Inmates Request    Physician Order

Bailey James William #43183  01·08·1978

# HOUSTON COUNTY JAIL
# NURSING DEPARTMENT
# FLOW SHEET

NAME: Bailey James William     D.O.B. 1-3-78     I/M # 43183

## MEDICATIONS:

1. Vistaril 50mg BID x 30 days
2. Paxac 40mg q Am x 90 days
3. Naprosyn 550mg po bid prn x 10 days
4. Flexeril 10mg PO bid x 30 days
5. Ultram 50mg PO bid x 10 days
6.
7.
8.
9.
10.

## CLINIC'S:

HIV
COPD
SEIZURE
DIABETIC
HEPATITIS
HYPERTENSION

LAB:                        NURSE SIG:

DATE
DATE
DATE
DATE
DATE
DATE
DATE

## MISCELLANEOUS:

Ubanstchias / Abd pain / hemothios
MVR
SEW CRNP on 1-24-05
wt - 174#
1/28/05 - Random 135 BS

## PROBLEMS:

DATE
DATE
DATE
DATE
DATE

Pg. #       DIABETIC FLOW SHEET       BP FLOW SHEET

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM

NAME: _Bailey James William_  RACE/SEX: _C/M_  D.O.B: _1-8-78_

DATE: _12/22/04_  TIME: _21:50_  DOCTOR: _____

BOOKING OFFICER: _Hunter_  MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: _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_  INMATE NUMBER: _43183_

## VISUAL OPTION:

_K·3_

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | (YES) | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | (NO) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | (NO) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | (YES) | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | (NO) |
| 6. ARE THERE ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | (NO) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?  EXPLAIN _____ | YES | (NO) |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | (NO) |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | (NO) |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | (NO) |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | (NO) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | (NO) |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | (NO) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _amonth ago for kidney stones running_ | (YES) | NO |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _a fever_ passed out | YES | (NO) |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? _states at wheel of car_ | (YES) | NO |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | (NO) |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? _states teeth is sore_ | (YES) | NO |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | NO |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _____ | YES | (NO) |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _____ | YES | (NO) |

STATE OF ALABAMA}
HOUSTON COUNTY}              MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, That for and in consideration of Houston County, Alabama, assuming the financial responsibility or liability for my medical or doctor treatment and care, I do hereby authorize any such medical doctor or hospital to release any medical records or information to any duly appointed or authorized representative of Houston County, Alabama.

However, this medical release authorization is specifically limited to properly authorized Houston County Personnel; and any such medical doctor or hospital is not authorized to release any such medical information or treatment information to any other person, company, or corporation, other than by my further expressed authority from me and my attorney.

ATTEST:

_Tracey Hunter_____     _James Bailey_____
WITNESS

_Bailey James William____, an inmate in the Houston County Jail, have been duly informed and do understand the cost of Housing and Medical Care may be assessed against me as cost of Court, if I am convicted of a misdemeanor in the District Court.

                              _James Bailey_____
                                          SIGNATURE

DATE: _12/22/04_____
WITNESS: _Tracey Hunter_____

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1.

---

BOOKING NO:    040004639                                    LOCAL ID:  43183

Name    : BAILEY JAMES WILLIAM

Address : 204 SOUTHPORT

City    : DOTHAN            State: AL Zip: 36301



## Physical Description

Race :  **WHITE**                    Hair :  **BROWN**

Gender: **MALE**                      Eyes:  **HAZEL**

Height: **6 ' 00 "**                  Complexion:  **UNKNOWN**

Weight: **170**                       DOB:  **01/08/1978**    Age: **26**

Scars/Tattoos:

## Personal Information

DL State :                            Home Phone:

DL Number:                            Work Phone:

SSN:  261 97 9776

SID:

## Booking Information

Arrest Date: **12/22/2004**           Booking Officer: **HUNTER**

Arrest Dept: **HCSD**                   Booking Date: **12/22/2004**

Arrest Offcr: **LANGLEY**               Booking Time: **21:50**

Search Offcr: **CULVER/FITZGERALD**        Facility: **01**

Meal Code: **01**                     Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| UPCS | $00.00 | 10,000 | PENDING |
| TRAFFICKING METH | $00.00 | 50,000 | PENDING |
| POSS PRECURSOR CHEM | $00.00 | 10,000 | PENDING |
| UMCS | $00.00 | 50,000 | PENDING |

Physician
Order

# PHYSICIAN ORDERS

INMATE_____

DATE_____

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                                    DR. SAM BANNER

DATE 2-25-05

Inmate _Bailey James_                D.O.B. 1-8-78    IM# 43183

Chief
Complaint _Multiple "pains"_                                97.3

Allergies _green Veg._  Bowels back up V/S _133/88 25, 16,_

S - Ch back/neck pain since last week; when I/m was "taken down" —
States he is having difficulty seeing out of ® eye & that g-thing
appears orange. States that blood in stool has stopped & he thinks it is just
hemorrhoids.

O - C multiple bruises. See diagram. ® eye swollen almost shut. PERRL —
though did note a possible tear to outer corner ® eyeball in addition to
the sclera being quite red.
I/m states he just voided —

A - R/o UTI

P - • Flexeril 10mg PO bid x 30 days ⟩    ✓ CS ✓ cart
    • Ultram 50mg PO bid x 10 days              ✓ MAR ✓ CS
    • I/m to notify guard when urge to void for a U/A — U/A attached

V.O. D. Speigner CRNP/h Laguens CNP

Bailey, Tyrone
43/83



Bruises

Bruises

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SCRIVNER CRNP                    DR. SAM DANNER

DATE 2-15-05

Inmate Barley James    D.O.B. 1-8-78    IM# 43183

Chief
Complaint finger

Allergies all
green vegetables        V/S 130/87  83  16  993

S— States thinks finger may be broke; states another
Elm's foot hit his finger as he fell

O— noted blood blister on 3rd finger on Rt-hand
Ⓞ bleeding noted; able to move finger; some
swelling noted.

a—

P— dsg applied to blood blister.

Lou Woodham

**Nursing Department**
**Houston County Jail- Nursing**

1/27/05

To Shift Sergeant  3rd Shift

Please bring I/M _Bailey, James_ # 43183
up for a random FSBS c̄ the
other diabetics in the morning
of 1/28/05 to have his blood
Sugar √'ed. ——— Thanks

Nursing

db

Copy to Sgt

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 1-24-05

Inmate Bailey, James    D.O.B. 1-8-78    JMN 43183

Chief
Complaint Flu or such

Allergies NKDA            V/S 132/77  70  18  98.1
                              WT. 174.8

S- States he sleeps approx 0100 dreams a lot & is crying uncontrollably
and sleeps from 0100 - breakfast time - & then falls asleep
for about an hour p lunch. -I/M repeated, "I just start crying.
I feel like I'm thirsty all the time. It's weird."

O- Hair uncombed/sticking up
   Never smiled
   Voice monotone

A- P/b

P- Refer CRNP

L.P. Laqueria LPN
1/27/15  I. A. FSBS.    [RUSH!]  - Note to 3rd shift to
         D Speign            bring 1/28/05 in am c
                             diabetics. W.

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                                    DR. SAM BANNER

DATE _1/10/05_

Inmate _Bailey James_ D.O.B. _1/8/78_ DOB# _43183_

Chief Complaint _meds for depression, anxiety_

Allergies _NKDA_                    V/S _112/80-66-16-98°_

13-18 y/old depression/pt.

S, - Was on ? Imipramine Tryptophan ___ given out of Tryptophan
    - nothing since then.
    - No other health problem
    - Has times of crying, trouble breathing - during thinking session.
    - gets confused also
    - Been jailed x 3 wks.

O Well-developed, NAD, tearful, A+O.
    multiple tattoos   Skin WNL, Neck Supple
                       S1, S2 reg. lungs CTA

A. Depression, Insomnia

P. Vistaril 50mg po bid x 30d.
   2. Prozac 40mg po q A.m. x 30d.
   3. f/u in 10-14d screening
                      1-2

                                    AXAR
                                    √ Cart
                                    √ c/s
                                    √ FS

Medication

## INMATE REFUSAL

NAME _James B_____

DATE _2-8-05_

REFUSES MEDICATION _____ Vistaril

REFUSES MEDICAL TREATMENT _____

INMATE SIGNATURE _James B_____

**INMATE REFUSAL**

NAME _Johnston_ — _Bailey_

DATE _____

REFUSES MEDICATION _____    _Vistaril_

REFUSES MEDICAL TREATMENT _____

INMATE SIGNATURE _Johnston_

## INMATE REFUSAL

NAME _Bailey_

DATE _2-10-05_

REFUSES MEDICATION _____

REFUSES MEDICAL TREATMENT _____

INMATE SIGNATURE _____

I/m wants both
prozac + Vistaril
discontinued.

X _James Bailey_

## INMATE REFUSAL

NAME _James Berry_

DATE _____

REFUSES MEDICATION ___X Vistaril 50mg pm___

REFUSES MEDICAL TREATMENT _____

INMATE SIGNATURE _James Berry_

I/m states it makes
him feel bad

Nurse's Notes

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

### NURSE'S NOTE

| NAME: | Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|---|
| | *Bailey* | *James* | | |

DATE    NOTES TO BE SIGNED BY THE NURSE

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE _12-27-04_ _(0945)_

INMATE _Bailey James W_ # _43183_ DOB _1-8-78_

ALLERGIES _NKDA - green vegetables - cause intestines_ VIS _117/83-76-18-97⁸_
_to lock ↑_                                                    _not an allergic reaction_

HEIGHT _6'1_ WEIGHT _180_

**CURRENT MEDICAL PROBLEMS**
_Ho Kidney Stones ✓ 2 wks ago, Ho deaf in Ⓡ ear since 6 yrs old. Ho fainting @ times x 2 - last time was (6 day ago)_

PERSONAL DOCTOR _Dr. Parker @ Family Med Ctr._ ADDRESS
_Dothan_

**HOSPITALIZATIONS**
_SAMC - 2 wks ago for kidney stones_
_SAMC - 1-1-03 - for car accident._

**CURRENT MEDICATIONS**
_Denies any_

**MEDICATIONS BROUGHT IN?** _∅_

**NURSING ASSESSMENT:**
_WM to clinic c̄ steady gait. A & O x 3. ∅ distress noted_



_____ LH (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _____ _LHathaway_

SAMC rel. signed.

Lab/X-Ray

# Urinalysis

Inmate Name _Bailey James_ Date _2-25-05_ Time _1010_

Color _light yellow_ Clarity _slightly cloudy_ Odor _____
Pregnant Yes _____ No __✓__ Date of last menstrual cycle _____
Leukocytes _⊖_
Nitrates _⊖_
Urobilinogen _norm_
Protein _⊖_
PH _7_
Blood _⊖_
Specific Gravity _1.010_
Ketones _⊖_
Bilirubin _norm_
Glucose _⊖_

Inmates
Request

## INMATE REQUEST FORM

Date: 02-22-05        K-4                INMATES # 43183

To: Medical                              C/O SIGNATURE Cully

From: James W Bailey                     SR C/O SIGNATURE B8²

NATURE OF REQUEST Im Haveing sever pain in my back + neck
and Have discomfort paeing i'm lose color in my right eye
and Bleeding in my ~~~~ Stool my fingers on my
right hand are numb and ive kept a Haed ache

ACTION TAKEN

Houston Printing Co., Inc. • Form #5185 • Rev. 3-88   WO#54

E Floor

## INMATE REQUEST FORM

Date: 12/30/04

To: Nurse

From: James W Bailey

INMATES # 45155

C/O SIGNATURE _Phillips_

SR C/O SIGNATURE _Buchman_

NATURE OF REQUEST    I would like to Have some med's
to sleep + Depresion + Anxiity, attacs I Have
Spells that stop my Breathing and Dizey ness
please. see me thinks        James Bailey

ACTION TAKEN

CRP Phil Chart ✓

Heinlen Printing Co., Inc. • Form #5138 • Rev. 3.98   WC654

Referrals

Correspondence

# EMERGENCY REGISTRATION

**MEDICAL CENTER**

| MR # | ADMIT DATE | ADMIT TIME | ADMITTER | PT TYPE | DR # |
|------|-----------|-----------|----------|---------|------|
| 179361 | 12/31/03 | 1/15A | 05ITT | 3 | 2567704 |

| NAME | | AGE | DOB | SEX | RACE | MARITAL STATUS |
|------|--|-----|-----|-----|------|---------------|
| BAILEY, JAMES WILLIAM | | 025Y | 1/08/78 | M | C | P |

| ADDRESS | | REL | ORG | AR.CAP | EO | SPECIAL BDL | HSV ER |
|---------|--|-----|-----|--------|----|-----|------|
| PO BOX 2122 | | 3F | 7 | ER | P | | ER |

| CITY | STATE | ZIP | CLINICS | ROOM/BED |
|------|-------|-----|---------|----------|
| DOTHAN | AL | 36302 | | |

| PHONE | PT SSN | ATTENDING DOCTOR |
|-------|--------|------------------|
| 334 691-4350 | 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 | EMERGENCY MED DR |

| MAIDEN NAME | REFERRING DOCTOR |
|-------------|------------------|

| ALLERGIES | DPA | LW | CITY |
|-----------|-----|----|----- |
| NKDA/NKFA/NKLA/NDM | NO POWER | NO POWER | HOUSTON, AL |

| NEAREST RELATIVE | EMPLOYER | EMERGENCY CONTACT |
|------------------|----------|-------------------|
| MCDANIEL, FRANKIE | | NORTON, JEANETTE |

| ADDRESS | ADDRESS | ADDRESS |
|---------|---------|---------|

| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
|----------------|----------------|----------------|

| PHONE | PT REL CH | PHONE | PHONE | PT REL GC |
|-------|-----------|-------|-------|-----------|
| 334 | | | 334 886-2148 | |

| GUARANTOR # | SSN | GUARANTOR EMPLOYER |
|-------------|-----|--------------------|
| 6394363 | 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 | |

| NAME | | ADDRESS 1 |
|------|--|-----------|
| BAILEY, JAMES WILLIAM | | |

| ADDRESS | ADDRESS 2 |
|---------|-----------|
| PO BOX 2122 | |

| CITY/STATE/ZIP | | CITY/STATE/ZIP | DSCH |
|----------------|--|----------------|------|
| DOTHAN, AL 36302 | | | |

| PHONE | PT REL PT | PHONE | DAYS |
|-------|-----------|-------|------|
| 334 691-4350 | | | |

**PATIENT STATUS:**
RED

**ADMITTING DIAGNOSIS:**
RED

| INS#1: | | RATE | GROUP # | POLICY # |
|--------|--|------|---------|----------|
| INS#2: | | | | |
| INS#3: | | | | |

**COMMENTS:**
QREG/PT SIGNED/123103/TP

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---------------------------------|-------|
| | |
| | |
| | DATE DICTATED |
| | D/B |
| PROCEDURES & OPERATIONS/DATE | H&P |
| | O.R. |
| | CON |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|-------------------|---------------------|

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Southeast Alabama**

# MEDICAL CENTER

**EMERGENCY PHYSICIAN RECORD**
MVA     (5)

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDM
170361   2387704  1/08/78  026Y  M
EMERGENCY MED DR         12/31/03

DATE:_____ TIME:_____ ROOM:_____ EMS Arrival

HISTORIAN: __patient __spouse __paramedics_____

HX / EXAM LIMITED BY:_____
VS  BP____ P 81  RR 20  Temp 97.
Wt____  O2Sat 100  Pain 2-3

| HPI  chief complaint: | MVA  injury to: Neck, Chest |

**occurred:** 1 hr PTA     **position in vehicle:** driver passenger  front back

**context:** car collision   overturned vehicle
single-car accident  (lost control / fell asleep / unknown cause)

T-Bone     intersection
at crossing

**location of pain / injuries:**

| —right— | | —left— | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

head  face  mouth
neck  chest  abdomen
back  upper mid- lower
radiating to ( R / L ) thigh / leg

**severity of pain:**
mild
moderate
severe

**associated symptoms:**
__lost consciousness / dazed
    duration:_____
__remembers
    impact  coming to hospital
__seizure

**site of impact:**
"P" = primary  "S" = secondary
none    lap / shoulder

doesn't recall
car seat
air bag deployed
thrown from vehicle
ambulated at scene
long extrication

force  low mod. high
direct  glancing

**ROS** □ all systems neg except as noted
__loss feeling / power  arms / legs

__headache
__double vision / hearing loss

__trouble breathing / chest pain
__nausea / vomiting
__lost of bladder function
__skin laceration
__recent fever / illness

**SOCIAL HX** __recent ETOH  __smoker  __drug abuse

**PAST HISTORY** __negative  __past records ordered / reviewed

Meds- __none / __see nurses note
Allergies- __NKDA / __see nurses note

☑ Nursing Assessment Reviewed □ Vitals Reviewed [ ] "otanti inmem. UTD
**PHYSICAL EXAM** __Alert  __Lethargic  __Anxious
Distress- __NAD  __mild  __moderate  __severe
Other- __c-collar ( PTA / in ED )  __back-board  __IV  __splint

**HEAD**
__no evidence of
   trauma
**NECK**
__non-tender
__painless ROM
__trachea midline

__see diagram
__Battle's sign / Raccoon Eyes
__see diagram
__vertebral point-tenderness
__muscle spasm / decreased ROM
__pain on movement of neck



**EYES**
__PERRL
__EOMI
**ENT**
__nml external
   inspection
__no dental injury
**RESP / CVS**
__chest non-tender
__breath sounds nml
__heart sounds nml
**ABDOMEN**
__non-tender
__no organomegaly

__unequal pupils  R___ mm  L___ mm
__EOM entrapment / palsy
__subconjunctival hemorrhage
__hemotympanum
__TM obscured by wax
__clotted nasal blood
__dental injury / malocclusion
__see diagram ( on reverse )
__decreased breath sounds
__wheezing / rales
__splinting / paradoxical movements
__see diagram ( on reverse )
__tenderness / guarding / rebound
__mass / organomegaly

**GENITAL / RECTAL**
__nml genital exam
__nml vaginal exam
__nml rectal exam
__home negative stool

__perineal hematoma
__blood at urethral meatus
__decreased rectal tone

**NEURO / PSYCH**
__oriented x3
__mood & affect
__CN's nml
   as tested
__sensation &
   motor nml

__confusion / disorientation
__EOM palsy / anisocoria
__facial asymmetry
__unsteady / ataxic gait
__sensory / motor deficit

201



**HISTORY** Nurse or EMT sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

EMT / Nurse          MD / DO

**SKIN**
- intact
- warm, dry
- ___ see diagram
- ___ crepitus / diaphoresis

**BACK**
- no CVA
- tenderness
- no vertebral
- tenderness
- ___ see diagram
- ___ vertebral point-tenderness
- ___ CVA tenderness
- ___ muscle spasm / limited ROM

**EXTREMITIES**
- atraumatic
- pelvis stable
- hips non-tender
- no pedal edema
- nml ROM
- ___ see diagram
- ___ bony point-tenderness
- ___ painful / unable to bear weight
- ___ pulse deficit

*Joint Exam:*
- ___ limited ROM / ligamente laxity / joint effusion



**Southeast Alabama
Medical Center**

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDM
179381  2367704  1/08/78  026Y  M
EMERGENCY MED DR          12/31/'03



T=Tenderness
PT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  D=Burn
(0=without m=mild
mod=moderate
s=severe)
Tm = Tenderness on
palpation (severe)

---

**XRAYS**    ☐ Interp. by me    ☐ Reviewed by me    ☐ Disc'd w/ radiologist

**C-Spine  D-Spine  LS-Spine**
- ___ nml / NAD
- ___ no fracture
- ___ nml alignment
- ___ soft tissues nml
- ___ reversal / straightening of cerv. lordosis
- ___ DJD / spondylosis / spurring

**CXR**
- ___ nml / NAD
- ___ no infiltrates
- ___ nml heart size
- ___ nml mediastinum
- ___ rib fracture
- ___ infiltrate / atelectasis

**OTHER** ☐ See separate report

---

**PROCEDURES and PROGRESS:**

**Wound Description / Repair**
length ___ cm  location ___
- ___ superficial ___ SQ ___ muscle ___ linear ___ stellate ___ irregular
- ___ clean ___ contaminated moderately / lightly
distal NVT: ___ neuro & vascular status intact ___ no tendon injury
anesthesia: ___ local ___ digital block ___ cc
- ___ lido. 1% 2% epi / bicarb ___ marcaine .25% .5% ___ LET
prep:
- ___ Shur-Cleas / Betadine ___ debrided / undermined
- ___ irrigated / washed w/ saline ___ extensively
- ___ extensively ___ foreign material removed
- ___ explored ___ minimal moderate extensive
repair: Wound closed with: wound adhesive / steri-strips
- SKIN- #___ -0 ___ nylon / prolene / staples
- *SQ- #___ -0 ___ vicryl / chromic
*may indicate intermediate repair  *may indicate intermediate or complex repair

MVA - 17



---

**Discussed with Dr.** ___
will see patient in: office / ED / hospital
Counseled patient / family regarding:
lab results  diagnosis  need for follow-up
Rx given

**CRIT CARE- 30-74 min**
75-104 min ___ min
Admit orders written
Additional history from:
family caretaker paramedics

---

**CLINICAL IMPRESSION:**   MVA

**contusion**
| | | |
|---|---|---|
| head | wrist | R / L |
| face | hand | R / L |
| chest | hip | R / L |
| abdomen | thigh | R / L |
| back | knee | R / L |
| shoulder R / L | leg | R / L |
| arm  R / L | ankle | R / L |
| elbow  R / L | foot | R / L |
| forearm  R / L | | |

**sprain / strain**
- neck  dorsal  lumbar
- sacral ___

**concussion**
- with LOC    w/o LOC

**laceration**
___

---

**DISPOSITION-** ☐ home ☐ admitted ☐ transferred
**CONDITION-** ☐ unchanged ☐ improved ☑ stable

___ MD / DO

Certified Emergency ☐ Yes ☐ No ☑ Template Complete

**Southeast Alabama MEDICAL CENTER**

## Emergency Department
### NURSING RECORD

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDN
179361   2367704  1/08/78 026Y  M
EMERGENCY MED DR          12/31/03

Items must be completed       Date: 12/31/03     Time: _____

Triage VS: B/P _____ HR _____ Resp _____ Temp _____ O₂ Sat _____     Allergies: NKDA
Pain _____ WT _____ Private DR: _____

| | Drug | Dose | Schedule |
|---|---|---|---|
| | | | |

**Pre-Hosp:**
Transport Service: _____
Pre-Tx: ☐ Ambu / BVM   ☐ IV Fld x _____   ☐ Oral Airway
☐ C-Collar/CID   ☐ Splint   ☐ O2 @ _____
☐ Back Board   ☐ ET / Size _____   ☐ Dressing

**CV:**
**Skin Condition:**
☑ Intact   ☐ Cool
☐ Warm   ☐ Clammy
☐ Hot   ☑ Dry
☐ Moist   ☐ Decubitus
☐ Diaphoretic   Size _____
☐ Rash   ☐ Other
**Skin Color:**
☑ Pink   ☐ Pale
☐ Dusky   ☐ Cyanotic
☐ Flushed   ☐ Jaundiced
CRT: ☐ < 2 sec.   ☐ > 2 sec.

Edema: ☐ Legs ☐ Ankles ☐ Feet
☐ Other: _____
Pulses:
Pedal: R _____ L _____
Radial: 
Hemorrhage: ☐ None ☐ Gross
Est. loss _____ cc
Dressings: _____

**Pulm:**
Resp: ☐ Unlabored ☐ Labored ☐ Hyperventilation ☐ Dyspnea ☐ Other: _____
BS: ☑ Clear   ☐ Wheezes   ☐ Diminished   ☐ Absent   ☐ Adventitious

**Neuro:**
LOC: ☑ Alert   ☐ Drowsy   ☐ Unresponsive   ☐ Disoriented   ☐ Oriented
Response to Stimuli: ☐ Verbal ☐ Tactile ☐ Pain ☐ Non-responsive   ☐ Person ☐ Place ☐ Time ☐ Event
Speech: ☑ Clear   ☐ Slurred
Motor  L  R:  VA
Intact ☐ ☐   ☐ OD
Sensory ☐ ☐   ☐ OS
☐ OU _____
Reaction:
☐ PEARLA
☐ Dilated
☐ Constricted
☐ Sluggish
☐ Unresponsive
Pupil Size: ☐ OD _____  ☐ OS _____
2  3  4  5  6  7  8  9

**GI:**
Bowel Sounds: ☐ Present   ☐ Absent   ☐ Vomiting   ☐ Other: _____
Abdomen: ☐ Soft   ☐ Firm   ☐ Distended   ☐ Tender RUQ / RLQ / LUQ / LLQ / Epigastric / Periumbilical / Suprapubic;

**Psycho Social:**
Language: ☑ English ☐ Spanish ☐ Other _____
☐ Deaf ☐ Blind ☐ Read ☐ Write   Learning Preference: ☐ Verbal ☐ Written ☐ Demo (check all that apply.)
Religious or cultural beliefs that need to be considered in Healthcare? ☐ No ☐ Yes   Explain: _____
Do you need assistance with: ☐ Mobility ☐ Hygiene ☐ Dressing ☐ Eating ☐ Toileting
If assistance is required with any of the above, who did you receive it from (name) _____
If assistance is needed at discharge, who might help (name of person or persons) _____
Are you on a special diet? ☐ Yes ☐ No   Explain: _____
Have you had any weight gain or loss of 10 pounds or more within the last two weeks? ☐ Yes ☐ No
Have you been physically injured by anyone? ☐ Yes ☐ No   Explain: _____
Are your basic needs being met at home? ☐ Yes ☐ No   Explain: _____
Safety: ☐ Armband ☐ Side Rails

**MS:**
**ORTHO**
Extremity R/L _____

| | Yes | No |
|---|---|---|
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |
| Circulation Intact | ☐ | ☐ |
| Deformity | ☐ | ☐ |

**LACERATION**
Site _____ Size _____ cm

| | Yes | No |
|---|---|---|
| Bleeding Controlled | ☐ | ☐ |
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |
| Circulation Intact | ☐ | ☐ |

Signature: _____

**Notifications:**
INR Paged: _____
☐ Drug Screen ☐ Yes ☐ No
INR Signature: _____
☐ Police _____   ☐ Animal Control _____

**Notifications:**
DR. paged _____   ED DR. to see _____
DR. notified _____   ED DR. to see and call _____
Pvt DR. to see _____

Circle or check affirmatives, backslash (\) negatives.

82638  (1/4)  Rev. 4/03

**Southeast Alabama**
**MEDICAL**
**CENTER**

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDM
1793B1   2387704  1/08/78 <25Y  M
EMERGENCY MED DR          12/31/03

*bottom edge of patient label*

☐ Alteration in comfort _____
☐ Fluid volume deficit patient _____
☐ Alteration in Tissue Perfusion: _____
☐ Breathing pattern, ineffective _____
☐ Gas exchanged impaired _____
☐ Potential for Infection _____

☐ Alteration in C.O. _____
☐ Knowledge deficit _____
☐ Anxiety _____
☐ Alteration in body temperature _____
☐ Other _____

Nursing Plan: _____

| VITAL SIGNS / MEDICINE TITRATIONS | Time | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BP | | | | | | | | | | | | | |
| | Pulse | | | | | | | | | | | | | |
| | Resp | | | | | | | | | | | | | |
| | Temp | | | | | | | | | | | | | |
| | Sats | | | | | | | | | | | | | |
| | O2 l/min. | | | | | | | | | | | | | |
| | O2 via | | | | | | | | | | | | | |
| | CBG | | | | | | | | | | | | | |
| | Pain Score | | | | | | | | | | | | | |
| | Tridil Drip | | | | | | | | | | | | | |
| | Dopamine | | | | | | | | | | | | | |

| Time | TREATMENT / PROCEDURES | | NEURO ASSESSMENT | | TIME: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | RA / LA | | | | | |
| | | | Pulses | RL / LL | | | | | |
| | | | Neuro | LOC / GCS | | | | | |
| | | | Pupil | R / L | | | | | |
| | | | Movement | RA / LA | | | | | |
| | | | | RL / LL | | | | | |
| | | | Sensory | RA / LA | | | | | |
| | | | | RL / LL | | | | | |

#23301   (2/4)   Rev. 4/03

**Southeast Alabama**
# MEDICAL CENTER

## EMERGENCY DEPARTMENT
## NURSING RECORD

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDM
179361  2367704  1/08/70   026Y   M
EMERGENCY MED DR              12/31/03

| | | | Initial/Time | | | | Initial/Time | | Intake/Output | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ Oral airway | ( / ) | | | ☐ Central Line | ( / ) | | | In | Out |
| | ☐ ET Tube (size ___ ) | ( / ) | | | ☐ Foley | ( / ) | | Urine | | |
| | ☐ NG/OG Tube | ( / ) | | | ☐ Chest Tube #1 | ( / ) | | PO | | |
| | ☐ Arterial Line | ( / ) | | | ☐ Chest Tube #2 | ( / ) | | IV | | |
| | ☐ Cardiac Monitor | ( / ) | | | ☐ Lavage | ( / ) | | Other | | |
| | ☐ Hemoccult + - ☐ QC | ( / ) | | | | | | Total | | |

### IV FLUIDS

| TIME | NO. | TYPE | AMT | RATE | CATH | ROUTE/LOC | INITIALS NURSE MD | ADDITIVES | AMT INF |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | TOTAL INFUSED | |

### MEDICATIONS

| TIME | MEDICATION | DOSE | ROUTE | SITE | INITIALS NURSE MD |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

#RX(3R  (3/4)  Rev. 4/03

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NCM
179301   2367704  1/C-8/78   02BY   M
EMERGENCY MED DR            12/31/03

Southeast Alabama
**MEDICAL CENTER**

EMERGENCY DEPARTMENT
NURSING RECORD

DATE: _____

| TIME | NURSING NOTES | |
|------|---------------|---|
| 1830 | Shuras PA at bedside | |
| 1840 | Pt in ER with girlfriend. NAD noted | |

**Discharge / Transfer**

Report to: _____  Room #: _____

Destination: _____ (Transfer Only) ☐ Monitor

ID Band     R / L     Arm / Leg   (for Transfer/Admit only)

Accompanied by: ☐ Transport ☐ Significant Other ☐ Police ☐ Nurse

Discharge via: ☐ Ambulatory  ☐ Stretcher  ☐ Wheelchair

Referrals: _____

Prescriptions: ☐ Patient  ☐ Parent  ☐ Care Partner

Discharge Instructions: ☐ Patient ☐ Parent ☐ Care Partner

Understanding Verbalized: ☐ Patient ☐ Parent ☐ Care Partner

IV Cath Removed with Catheter Intact  ☐ Yes ☐ No ☐ NA

DC VS: BP_____ HR_____ Resp____ Temp____ Time of DC ____

| SIGNATURES | INITIALS |
|------------|----------|
| | |
| | |

#2000B  (4/4)  Rev. 4/00

**MEDICAL CENTER**

# EMERGENCY REGISTRATION

| 179361 | ADMIT DATE 12/29/02 | ADMIT TIME 16:15 | ADMITTED DPHR | PT TYPE 1 | PT # 2479270 |
|---|---|---|---|---|---|

| NAME BAILEY, JAMES WILLIAM | | AGE 026Y | DOB 1/08/76 | SEX M | RACE C | MARITAL STATUS S |
|---|---|---|---|---|---|---|

| ADDRESS 204 S PORT ST | | REL EP | REG 7 | AB CAT ER | PC P | SPECIAL MDL | HSV ER |
|---|---|---|---|---|---|---|---|

| CITY DOTHAN | STATE AL | ZIP 36301 | | CLINICS | | ROOM/BED |
|---|---|---|---|---|---|---|

| PHONE 334 797-2171 | PT SSN 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 | ATTENDING DOCTOR EMERGENCY MED DR |
|---|---|---|

| MAIDEN NAME | | REFERRING DOCTOR PARKER,MARY LYNN WELLS |
|---|---|---|

| ALLERGIES NKDA/NKFA/NKLA/NDM | | DBA NO POWER | LG NO POWER | CITY HOUSTON,AL |
|---|---|---|---|---|

| NEAREST RELATIVE MCDANIEL, FRANKIE | | EMPLOYER O'CHARLES | | EMERGENCY CONTACT NORTON, JEANETTE |
|---|---|---|---|---|

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|

| CITY/STATE/ZIP | CITY/STATE/ZIP DOTHAN, AL 36302 | CITY/STATE/ZIP |
|---|---|---|

| PHONE 334 | PT REL CH | PHONE 334 793-1956 | PHONE 334 886-2148 | PT REL GC |
|---|---|---|---|---|

| GUARANTOR # 6394363 | SSN 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 | O'CHARLES | GUARANTOR EMPLOYER |
|---|---|---|---|

| NAME BAILEY, JAMES WILLIAM | | ADDRESS 1 |
|---|---|---|

| ADDRESS 204 S PORT ST | | ADDRESS 2 |
|---|---|---|

| CITY/STATE/ZIP DOTHAN, AL 36301 | | CITY/STATE/ZIP DOTHAN, AL 36302 | DSCH |
|---|---|---|---|

| PHONE 334 797-2171 | PT REL PT | PHONE 334 793-1956 | DATE |
|---|---|---|---|

PATIENT STATUS:
BLUE

ADMITTING DIAGNOSIS:
BLUE

| INS#1: | | NMI: | GROUP # | POLICY # |
|---|---|---|---|---|
| INS#2: | | | | |
| INS#3: | | | | |

COMMENTS:
QREG DB PT SIGNED COT/DENIES INJURY/VERIFIED ADDRESS

| PRINCIPAL & SECONDARY DIAGNOSIS | CODING |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/H |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|---|---|

Southeast Alabama Medical Center   P.O. Box 6987   Dothan, AL   36302   334-793-8111

PRINTED BY: SAMC DATE    12/28/2004

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Southeast Alabama**
# MEDICAL CENTER
## EMERGENCY PHYSICIAN RECORD
### Abdominal Pain / Flank Pain (5)

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDM
178361    242R270  T/08/70 026Y  M
EMERGENCY MED DR              8/26/04

DATE: _____ TIME: _____ ROOM: _____ EMS Arrival _____

HISTORIAN: ___ patient ___ spouse ___ paramedics _____

HX / EXAM LIMITED BY: _____
VS: BP 124/83  HR 97  RR 20  Temp 97.5
W: 76  O2sat 10  Pain 15
               106

## HPI

**chief complaint:**  abdominal pain / flank pain ( R / L )      vomiting / diarrhea

**started:** Today about 10 1/2 ago

**time course:**
- still present
- better
- gone now
- lasted: _____

persistent / waxing / waning / sudden onset
intermittent, episodes lasting _____
worse / persistent since _____

**quality:**
- "pain"
- aching
- dull
- burning
- cramping
- sharp
- stabbing
- fullness

**location:**

migration  ( show migration: _____ in ___→___ )

**associated with:**
- loss of appetite _____
- nausea
- vomiting ( bloody / blood-streaks / coffee-grounds )
- diarrhea _____
- ( blood streaks / grossly bloody / mucus )
- in HPI 12/hr ( 0122h )

**severity:**
maximum (1-10) 10
mild / moderate / severe
when seen in ED
(1-10) 10
none / almost gone / mild / moderate / severe

**exacerbated by:**
supine / upright pos.
movements / walking
cough / deep breaths
food
nothing

**relieved by:**
supine / upright pos.
remaining still
antacids
food
nothing

Similar symptoms previously _____

Recently seen / treated by doctor _____

## ROS
**GI**
- constipation _____
- last BM: _____
- black / bloody stools _____

**GU**
- bloody / dark urine _____
- frequent / painful urination _____

**FEMALE REPRODUCTIVE**
- LNMP _____
- vaginal discharge _____
- abnormal bleeding _____

**CONST.**
- fever
- chills _____

**NEURO / EENT**
- headache
- sore throat _____
- blurred vision _____

**CVS / PULMONARY**
- cough _____
- trouble breathing _____
- chest pain _____

**MS / SKIN**
- skin rash _____  GM
- joint pain(s) _____
- back pain _____

☐ all systems reg. except as marked

## PAST HX    negative    past records ordered / reviewed
- peptic ulcer _____
- documented? yes / no
- gall stones _____
- kidney stone(s) _____
- bladder / kidney infection _____
- heart disease _____
- diabetes  insulin / oral / diet _____
- GERD _____
- other problems _____

- abdominal aneurysm _____
- pancreatitis _____
- diverticulitis _____
- ovarian cyst(s) _____
- pelvic infection _____
- high cholesterol _____
- high blood pressure _____
- +HIV / AIDS _____

**Surgeries / Procedures**
- ( none )  noncontributory
- cholecystectomy _____
- appendectomy _____
- endoscopy _____

- tonsillectomy _____
- c-section _____
- bilat tubal ligation _____
- hysterectomy _____
- cardiac bypass _____

**Medications**  none  see nurses note
- ASA ___ NSAID ___ acetaminophen ___
- BCP's _____

**Allergies**  NKDA
see nurses note

**SOCIAL HX**  smoker _____  drugs _____
alcohol ( recent / heavy / occasional ) _____

**FAMILY HX** ___ gall stones ___ ovarian cysts ___ C.AD ___ ulcer
___ kidney stones

X _____ EMT / Nurse     _____ MD / DO
HISTORY  Nurse of EMT sign after recording history; physician initial
after reviewing with patient and confirming or revising information.

291

## PHYSICAL EXAM
☑ Nursing Assessment Reviewed  ☑ Vital signs reviewed  ☐ Posterior

(Alert) _Anxious_ _IV_
Distress: __NAD __mild __moderate __severe

**Southeast Alabama**
_____ Center

BAILEY, JAMES WILLIAM
NKDA/NKFA/NKLA/NDM
179361  2478270  1/08/70  026Y  M
EMERGENCY MED DR        8/28/04

**EENT**
☑ eyes inspection nml  __scleral icterus / pale conjunctivae
☑ ENT inspection nml  __pharyngeal erythema
☑ pharynx nml  __abnml TM / hearing deficit

**NECK**
☑ nml inspection  __thyromegaly
__lymphadenopathy ( R / L )

**RESPIRATORY**
☑ no resp. distress  __wheezing
☑ breath sounds nml  __rales / rhonchi

**CVS**
☑ regular rate, rhythm  __irregularly irregular rhythm
☑ heart sounds normal  __tachycardia / bradycardia
__JVD present
__gallop ( S3 / S4 )
__murmur  grade ____ /6  sys / dias

__decreased pulse(s)
R  carotid ____ fem ____ dors ped ____
L  carotid ____ fem ____ dors ped ____

**ABDOMEN**
☑ soft
__non-tender
__no organomegaly
__nml bowel sounds
__no pulsatile mass

__distention
__tenderness
__guarding
__rebound
__abnormal bowel sounds
increased / decreased / absent / tympanic
__prominent aortic pulsations
__hepatomegaly / splenomegaly / mass

**PELVIC EXAM**
__external exam nml  __vaginal bleeding / discharge
__speculum exam nml  __cervical motion tenderness
__bimanual exam nml  __adnexal tenderness ( R / L )
__enlarged / tender uterus
__adnexal mass ( R / L )

**MALE GENITAL**
__normal inspection  __tenderness / swelling  testicular / inguinal

**RECTAL**
__non-tender  __black / bloody / heme pos. stool
__heme neg stool  __tenderness

**BACK**
☑ normal inspection  __CVA tenderness ( R / L )

**SKIN**
☑ color nml, no rash  __cyanosis / diaphoresis / pallor
☑ warm, dry  __skin rash

**EXTREMITIES**
☑ non-tender  __pedal edema
__normal ROM  __calf tenderness
__no pedal edema

**NEURO / PSYCH**
☑ oriented x3  __disoriented  to: person / place / time
__mood / affect nml  __decreased affect
☑ CN's nml as tested  __facial droop / EOM palsy / anisocoria
__no motor / snsry deficit  __weakness / sensory loss

**LABS, EKG, XRAYS and PROGRESS**

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | Lipase____ | normal except |
| WBC____ | Creat____ | Amylase____ | WBC____ |
| Hgb____ | Na____ | Alk Phos____ | RBC's____ |
| Hct____ | K____ | SGPT____ | bacteria____ |
| Platelets____ | Cl____ | | nip____ |
| segs____ | CO2____ | serum t | |
| bands____ | BUN____ | urine preg | |
| lymphs____ | Gluc____ | POS  NEG | |
| monos____ | Anion Gap____ | | |

**EKG MONITOR STRIP**     NSR     Rate____
EKG____  NML  ☐ Interp. by me  ☐ Reviewed by me  Rate____
NSR____  nml intervals____  nml axis____  nml QRS____  nml ST____
not / changed from: ____

**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Disc'd w/ radiologist
__KUB  __Upright abd  __3-view  __CXR
__nml / NAD  __nml bowel gas  __no free air  __nml mass
__no infiltrates  __nml heart size  __nml mediastinum
not / changed from:____

__Ultrasound____ nml  __GB stones / pericolic fluid / thick GB wall
__dilated common duct  __shrunk pancreas / aorta / pelvic / appendix
Pulse Ox____ %  on  RA / ____ L / ____ % at (time)____
Time____  __unchanged  __improved  __re-examined

**CLINICAL IMPRESSION:**
Abdominal Pain - acute  Appendicitis - acute
Vomiting  Aortic Aneurysm - ruptured
Ureterolithiasis / Renal Colic  R / L  M.I. / Angina / Mesenteric Ischemia
U.T.I. / Pyelonephritis - acute  Bowel Perforation / Obstruction
Gastroenteritis / Gastritis acute  Pancreatitis - acute
Peptic Ulcer Disease  Cholecystitis w/cholelithiasis / cholecolitisis
Pelvic Inflammatory Disease  Biliary Colic
Ovarian Cyst  ruptured  torsed  Diverticulitis - acute
GERD

**DISPOSITION-**  ☐ Home  ☐ admitted  ☐ transferred
**CONDITION-**  ☐ unchanged  ☐ improved  ☐ stable

Certified Emergency ☐ Yes  ☐ No  ☐ Template Complete        MD / DO

Abdominal Pain - 36

Dothan, Alabama
PATIENT FINAL CHART

Run: 08/27/04 01:37 Page#: FUG-001
Room#: ER

BAILEY, JAMES WILLIAM
Ward: Emergency Room
Pt#: 2478270 (U: 179361 )
Age: 26Y Sex: M
Physician: JONES JAMES C

## HEMATOLOGY

---

COMPLETE BLOOD COUNT
Collected: 08/26/04

| | 19:13 | | Normals | Units |
|---|---|---|---|---|
| WBC | 12.7 H | | (4.5-10.0) | X (10)3 |
| RBC | 5.30 | | (4.40-5.90) | X (10)6 |
| HGB | 16.0 | | (13.0-18.0) | g/dL |
| HCT | 45.8 | | (39.8-52.2) | % |
| MCV | 86.3 | | (80.0-97.0) | fL |
| MCH | 30.2 | | (26.0-34.0) | pg |
| MCHC | 34.9 | | (31.0-37.0) | g/dL |
| RDW | 12.4 | | (11.5-14.5) | % |
| PLT | 230 | | (150-450) | X (10)3 |
| MPV | 7.5 | | (7.4-10.4) | fL |
| %Neutrophils | 87.1 H | | (40.0-70.0) | % |
| %Lymphocytes | 6.0 L | | (20.0-40.0) | % |
| %Monocytes | 6.2 | | (5.0-13.0) | % |
| %Eosinophils | 0.3 L | | (4.0-8.0) | % |
| %Basophils | 0.4 | | (0-1.0) | % |
| Neutrophil Abs # | 11.0 H | | (1.8-7.3) | x10-3/ul |
| Lymphocyte Abs # | 0.8 L | | (1.1-4.4) | x10-3/ul |
| Monocytes Abs # | 0.8 | | (0.2-0.8) | x10-3/ul |
| Eosinophil Abs # | 0.0 L | | (0.05-0.4) | x10-3/ul |
| Basophils Abs # | 0.1 | | (0-0.1) | x10-3/ul |

## URINALYSIS

---

ROUTINE URINALYSIS
Collected: 08/26/04

| | 19:13 | Normals | Units |
|---|---|---|---|
| Collection | Cln catch | | |
| Volume-ur | 12.0 | | ml |
| Color | Yellow | | |
| Appearance | Cloudy | | |
| Glucose urine | Negative | (Negative) | |
| pH urine | >=9.0 H | (4.5-7.5) | |
| Protein urine | Negative | (Negative) | |
| Ketone urine | Negative | (Negative) | |
| Bilirubin urine | Negative | (Negative) | |

Continued on next page

BAILEY, JAMES WILLIAM 2478270 ER Page#: FUG-001
*************** PERMANENT PATIENT RECORD: DO NOT DISCARD ***************

Run: 08/27/04 01:37
BAILEY, JAMES WILLIAM              2478270                    Page#: EHG-002
                                                              ER

ROUTINE URINALYSIS
Collected:              08/26/04
                        19:13                    Normals        Units
   Continued from previous page
Blood urine            Large                    (Negative)
Nitrite urine          Negative                 (Negative)
Urobilinogen ur.       0.2                      (0.1-1.0)       EU/dl
Sp. gravity ur.        1.020                    (1.003-1.030)
Leuk esterace ur       Negative                 (Negative)
U-WBC                  2-5                                      /hpf
U-RBC                  >100                                     /hpf
Bacteria               Moderate                                /hpf
Mucus                  Present                                 /lpf

                          CHEMISTRY

CHEMISTRY PROFILES
Collected:        08/26/04
                  19:13                         Normals        Units
Protein, Total        7.2                       (6.0-8.0)      g/dL
Albumin               4.2                       (3.2-5.0)      g/dL
Calcium               9.8                       (8.5-10.5)     mg/dL
Bilirubin, Total      1.2                       (0.2-1.2)      mg/dL
Phosphatase, Alk      61                        (42-121)       U/L
AST, SGOT             18                        (10-42)        U/L
ALT, SGPT             13                        (10-60)        U/L
Creatinine            1.0                       (0.5-1.2)      mg/dL
BUN                   14                        (6-22)         mg/dL
Sodium                139                       (135-145)      mEq/L
Potassium             4.3                       (3.6-5.0)      mEq/L
Chloride              106                       (100-110)      mEq/L
CO2                   25                        (25-31)        mEq/L
Glucose               114                       (70-115)       mg/dL
Bun/Creat Ratio       14.0                      (6.0-20.0)
Anion Gap             8.0                       (5.0-20.0)
Calc. Osmolality      279                       (273-304)
A/G Ratio             1.4                       (1.1-1.8)
Globulin              3.0                       (2.3-3.5)
Amylase               65                        (25-125)       U/L

                         END OF REPORT

BAILEY, JAMES WILLIAM              2478270        ER       Page#: EHG-002
**************  PERMANENT PATIENT RECORD: DO NOT DISCARD  ***************

RightFax                    12/28/2004 1:55   PAGE   7/15   RightFax

SOUTHEAST ALABAMA MEDICAL CENTER
DOTHAN, ALABAMA

MILTON LENNICX, M.D. - GEORGE VEALE, M.D.
M. DOWNING, M.D. - S.N. TURNER, M.D. - H. HOLLOWAY, M.D.
W. BECKETT, JR., M.D. - R. SYKLAWER, M.D.
DAVID A. BRINK, M.D. - C. AHMED, M.D. - ERIC LUND, M.D.
JULIA ALEXANDER, M.D. - STEPHEN FERNANDEZ, M.D.
Radiologists

E D  X - R A Y  R E P O R T

DATE/TIME TRANSCRIBED: 08/27/2004  07.33
NAME:               BAILLEY, JAMES                   ROOM#: ER
DOB:                01/08/1978                        AGE: 26Y
XRAY#/MR#:          179361                           ACCT#: 24782?6
ATTENDING PHYSICIAN: JAMES JONES, D.O., FACEP        ORD#: 5187113
CPT CODE:           74160, 72193
CLINICAL INFORMATION:
EXAM REQUESTED:     CT ABD/PELVIS W
EXAM DATE:          08/26/2004                        PT TYPE: O
PROCEDURE:          CT ABD/PELVIS W/CONTRAST
HISTORY:            RIGHT SIDE LOWER ABD PAIN
COMPARISON:         NONE AVAILABLE
TECHNIQUE:          SPIRAL 5mm IMAGES ABD/PELVIS W/ORAL AND IV NONIONIC
                    CONTRAST 100cc

FINDINGS:
Abdomen:
Visualized lung bases clear, no free air at the upper abdomen. Liver,
spleen, pancreas, adrenal glands and kidneys unremarkable. Aorta and
retroperitoneum unremarkable. No dilated bowel, ascites or localized
inflammatory change.
Pelvis:
Appendix appears to be visible on images 68 through 70, not thickened or
inflamed. No significant findings demonstrated.
IMPRESSION:
1)    NO ACUTE FINDINGS, NO SIGN OF APPENDICITIS.
Called to ER report line.


                        DAVID A. BRINK, MD

   1
   2
\:  dm          /:   392          DD: 08/26/2004    DT: 08/27/2004
                TD: 001392861     TD: 2.00          FC: 0
cc: CHARGE COPY (99040)
5
[cop]  BAILLEY, JAMES                    179361

Case 1:05-cv-00419-MHT-TFM    Document 15-15    Filed 08/12/2005    Page 43 of 50
(eop)    BAILEY, JAMES                179361
Authenticated by DAVID A DRINK, MD              On 8/31/04 8:10:45 AM

# FACSIMILE
## COVER SHEET

*Whatever you do, do it well.*™

www.samc.org

**Southeast Alabama**
# MEDICAL CENTER

To:        HOUSTON CO. JAIL

Fax:       96719479

From:      VGRAYSON

Phone      334-793-8864

Pages:     10   (including banner)

Comment  -

## Quality Services.

Behavioral Medicine Center
Cancer Center
Cardiology Center
Diabetes Treatment Center
Dothan Surgery Center
Emergency Center
Home Health Care
Home Medical Equipment
Industrial and
Occupational Health
Lithotripsy
Maternal & Infant Care
Neurodiagnostics
Open MRI
Outpatient Service Center
Pain Management Center
Radiology
Rehabilitation Services
Same Day Surgery
Sleep Disorders
Surgical Services
Women's Imaging Center

## COMMUNITY OUTREACH

Childbirth Education
Community Education
Community Health Education
Medical Call Center
Physician Information
& Referral
Senior Discovery Program
Support Groups
Adult Volunteers
Teenage Volunteer Program

## PRIMARY CARE NETWORK

*Alabama*
Enterprise Medical Clinic
Houston Medical Group

*Florida*
Chipley Medical Group

### IMPORTANT NOTICE
This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us, via the U.S. Postal Service, at the address below.

1108 ROSS CLARK CIRCLE, DOTHAN, AL 3630 -3098
P.O. BOX 6987, DOTHAN, AL 36302-6987

# EMERGENCY REGISTRATION

| MR #<br>179361 | ADMIT DATE<br>2/19/05 | ADMIT TIME<br>22:57 | ACCT NBR | PT TYPE<br>3 | ACT #<br>2561090 |
| --- | --- | --- | --- | --- | --- |

| NAME<br>BAILEY, JAMES WILLIAM | | AGE<br>027Y | DOB<br>1'08/78 | SEX<br>M | RACE<br>C | MARITAL STATUS<br>S |
| --- | --- | --- | --- | --- | --- | --- |

| ADDRESS<br>107 MORRIS ST | | | REL<br>BP | SRC<br>7 | AD.ENT<br>ER | FC<br>P | SPECIAL HDL. | NGU<br>ER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| CITY<br>SLOCOMB | STATE<br>AL | ZIP<br>36375 | CLINICS | | ROOM/BED |
| --- | --- | --- | --- | --- | --- |

| PHONE<br>334 886-2148 | PT SSN<br>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 | ATTENDING DOCTOR<br>EMERGENCY MED DR |
| --- | --- | --- |

| MAIDEN NAME | | REFERRING DOCTOR |
| --- | --- | --- |

| ALLERGIES<br>NKDA/FOOD/NKLA/NDM | DBA<br>NO POWER | IW<br>NO TOWER | CITY<br>HOUSTON,AL |
| --- | --- | --- | --- |

| NEAREST RELATIVE<br>MCDANIEL, FRANKIE | EMPLOYER<br>UNEMPLOYED | EMERGENCY CONTACT<br>NORTON, JEANETTE |
| --- | --- | --- |

| ADDRESS | ADDRESS | ADDRESS |
| --- | --- | --- |

| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
| --- | --- | --- |

| PHONE<br>334 | PT REL<br>CH | PHONE | PHONE<br>334 886-2148 | PT REL<br>GC |
| --- | --- | --- | --- | --- |

| GUARANTOR #<br>6394363 | SSN<br>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 | UNEMPLOYED | GUARANTOR EMPLOYER |
| --- | --- | --- | --- |

| NAME<br>BAILEY, JAMES WILLIAM | ADDRESS 1 |
| --- | --- |

| ADDRESS<br>107 MORRIS ST | ADDRESS 2 |
| --- | --- |

| CITY/STATE/ZIP<br>SLOCOMB, AL 36375 | CITY/STATE/ZIP | DESK |
| --- | --- | --- |

| PHONE<br>334 886-2148 | PT REL<br>PT | PHONE | DAYS |
| --- | --- | --- | --- |

PATIENT STATUS:
RED

ADMITTING DIAGNOSIS:
RED

| INS#1: | NAME | GROUP # | POLICY # |
| --- | --- | --- | --- |
| INS#2: | | | |
| INS#3: | | | |

COMMENTS:
QREG/PT SIGNED COT/PT STS GOT IN A FIGHT IN HOUSTON CO JAIL,DOTHAN,AL/KLS

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
| --- | --- |
| | |
| | |
| | |
| | DATE DICTATED |
| | D/C |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

| CONSULTATION WITH | PHYSICIAN SIGNATURE | |
| --- | --- | --- |

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Southeast Alabama**
# MEDICAL CENTER
### EMERGENCY PHYSICIAN RECORD
#### General Adult    (5)

24

BAILEY, JAMES WILLIAM
NKDA/FOOD/NKLA/NDM
178361   2561290  1/08/78  027Y   M
EMERGENCY MED DR        2/19/05

DATE 2/19/0 TIME: 2300 ROOM: 53    ✓ EMS Arrival
HISTORIAN:    patient    spouse (paramedics)
HX /    EXAM LIMITED BY:
VS  BP 119/80  HR  P    RR  19  Temp.
Wt._____  O2Sat ___100%___  Pain____

## HPI

**chief complaint:**  HA / BACK pain

**started:**  PTA

| time course: | severity: | modifying factors: |
|---|---|---|
| (still present) | (mild) | none |
| better | moderate | |
| gone now | severe | |
| worse | | |

**context:**

**quality:**

**location:**  Lo Jace

Pt picked fight in jail
got "pepper sprayed"
by officer in eyes
— fell down and hit
head on bench
states ⊖ LOC

| Similar symptoms previously |
|---|
| _____ |
| _____ |
| Recently seen / treated by doctor |

## ROS

| CONST | FEMALE GENITAL |
|---|---|
| fever | abnormal bleeding / discharge |
| subjective / to ___ °F | LMP |
| chills | postmenopausal / hysterectomy |
| ENT | |
| sore throat | SKIN / MS |
| nasal drainage / congestion | skin rash |
| | back pain |
| CVS, PULMONARY | leg pain |
| cough | foot swelling |
| sputum | |
| trouble breathing | NEURO / EYES |
| chest pain | headache |
| | blackout |
| GI | lost feeling / power |
| abdominal pain | in arm  leg  face  R / L |
| nausea / vomiting | difficulty walking |
| diarrhea | difficulty with speech |
| black / bloody stools | double vision |
| URINARY | confusion |
| problems urinating | |
| frequent urination | ✓ all systems neg. except as marked |

## PAST HX  (negative)
past records indicated: _____

| neurological problems | lung disease |
|---|---|
| CVA   seizure disorder | asthma   emphysema |
| cardiac disease | diabetes |
| heart attack (MI)  angina | insulin-dependent   diet-controlled |
| heart failure | oral hypoglycemic |
| high blood pressure | high cholesterol |
| other problems | |

Medications (none) see nurses note    Allergies (NKDA)
ASA    NSAID    acetaminophen          see nurses note

## SOCIAL HX    smoker_____    drugs_____
alcohol (occasional / frequent / recent)
## FAMILY HX

201

X _____  EMT / Nurse _____  MD / DO
Nurse or EMT sign after recording ROS, PFSH; Physician initial after
reviewing with patient and confirming or revising all elements.

☑ Nursing Assessment Reviewed   ☐ Vitals Reviewed

# PHYSICAL EXAM

**Southeast Alabama
Medical Center**

**General Appearance**
___ no acute distress
___ alert

___ mild / moderate / severe distress _____
___ anxious / lethargic _____
___ IV _____

**EENT**
___ eyes nml inspection
___ ENT inspection nml
___ pharynx nml

___ scleral icterus / pale conjunctiva _____
___ purulent nasal drainage _____
___ pharyngeal erythema / exudate _____

**NECK**
___ nml inspection
___ thyroid nml

___ thyromegaly _____
___ lymphadenopathy ( R / L ) _____

**RESPIRATORY**
___ no resp. distress
___ breath sounds nml
___ chest non-tender

___ see diagram _____
___ wheezing _____
___ rales _____
___ rhonchi _____

**CVS**
___ regular rate, rhythm
___ no murmur
___ no gallop

___ irregularly irregular rhythm _____
___ extrasystoles ( occasional / frequent ) _____
___ tachycardia / bradycardia _____
___ PMI displaced laterally _____
___ JVD present _____
___ murmur  grade ___ /6   sys / dias _____
___ gallop ( S3 / S4 ) _____
___ friction rub _____

___ decreased pulse(s).
  R  carotid ___ fem ___ dors ped ___
  L  carotid ___ fem ___ dors ped ___

T=tenderness
R=rebound
G=mild
mod=moderate
sv=severe
Example: Tsv
indicates severe
tenderness.

**ABDOMEN**
___ non-tender
___ no hepatomegaly
___ nml bowel sounds

___ tenderness _____
___ guarding / rebound _____
___ abnormal bowel sounds
___ increased / decreased / absent
___ hepatomegaly / splenomegaly / mass _____

**RECTAL**
___ non-tender
___ heme neg stool

___ black / bloody / heme pos. stool _____
___ tenderness / mass / nodule _____

**BACK**
___ nml inspection

___ CVA tenderness ( R / L ) _____

**SKIN**
___ color nml, no rash
___ warm, dry

___ cyanosis / diaphoresis / pallor _____
___ skin rash _____

**EXTREMITIES**
___ non-tender
___ full ROM
___ no pedal edema

___ pedal edema _____
___ calf tenderness _____

**NEURO / PSYCH**
___ oriented x3
___ mood / affect nml
___ CN's nml (2-12)
___ no motor /
___ sensory deficit

___ disoriented to person / place / time _____
___ depressed affect _____
___ facial droop / EOM palsy / anisocoria _____
___ weakness / sensory loss _____

General Adult-24

## LABS, EKG & XRAYS:

| CBC | Chemistries | |
|---|---|---|
| nml exl except | normal except | CK _____ |
| WBC _____ | Creat _____ | CKMB _____ |
| Hgl _____ | Na _____ | Troponin _____ |
| Het _____ | K _____ | |
| Platelets _____ | Cl _____ | |
| seg s _____ | CO2 _____ | PT _____ |
| bar ds _____ | BUN _____ | PTT _____ |
| lymphs _____ | Gluc _____ | |
| monos _____ | Anion Gap _____ | Amylase _____ |
| eos _____ | | Lipase _____ |

**EKG MONITOR STRIP** ___ NSR ___ Rate _____

☐ EKG ___ NML  ☐ Interp. by me  ☐ Reviewed by me  Rate _____
___ NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nm ST/T

not / changed from: _____

☐ CXR ☐ Interp. by me ☐ Reviewed by me ☐ Dicted w/ radlologist
___ nml/NAD ___ no infiltrates ___ nml heart size ___ nml mediastinum

not / changed from: _____

## PROGRESS:

Time ___ unchanged ___ improved ___ re-exam ned

## CLINICAL IMPRESSION:

**DISPOSITION:** ☐ home ☐ admitted ☐ transferred ___
**CONDITION:** ☐ unchanged ☐ improved ☐ stable ___

___ discussed with Dr _____   CRIT CARE: 30-74 min
___ will see patient in: office / ED / hospital   75-104 min ___ min
___ counseled patient / family regarding:   ___ Additional history from:
 l/b results  diagnosis  need for follow-up   family  caretaker  paramedics
 Rx given   Admit orders written

_____ MD / DO

Cert ied Emergency ☑ Yes ☐ no  ☐ Template Complete

_____ M
2/19/05

027Y  M

BAILEY, JAMES WILLIAM
HKDAPKFOOD/NKLA/NDM
1793281  2561290  1/28/78
EMERGENCY MED DR

**Southeast Alabama MEDICAL CENTER**

## Emergency Department
### NURSING RECORD



BAILEY, JAMES WILLIAM
NKDA/FOOD/NKLA/NDM
179381  2601290  1/08/78 027Y  M
EMERGENCY MED DR          2/19/05

*Items must be completed    Date: _____    Time: _____

**Allergies:**

| Drug | Dose | Schedule |
|------|------|----------|
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |

**Pre-Hosp**

Arrival: ☐ Ambulatory  ☐ Wheel chair  ☐ Stretcher  ☐ In arms
Transport Service: _____
Pre-Tx: ☐ Ambu / BVM      ☐ IV Fld x _____      ☐ Oral Airway
☐ C-Collar/CID      ☐ Splint      ☐ O2 @ _____
☐ Back Board      ☐ ET / Size _____      ☐ Dressing

**CV**

*Skin Condition:                    Edema: ☐ Legs  ☐ Ankles  ☐ Feet
☐ Intact      ☐ Cool                    ☐ Other: _____
☐ Warm      ☐ Clammy
☐ Hot      ☐ Dry                    Pulses:          R          L
☐ Moist      ☐ Decubitus                    Pedal _____ _____
☐ Diaphoretic      Size _____        Radial _____ _____
☐ Rash      ☐ Other _____

*Skin Color:                    Hemorrhage: ☐ None  ☐ Gross
☐ Pink      ☐ Pale                    Est. loss _____ cc
☐ Dusky      ☐ Cyanotic
☐ Flushed      ☐ Jaundiced
CRT: ☐ < 2 sec.  ☐ > 2 sec.          Dressings: _____

**Pulm**

*Resp: ☐ Unlabored  ☐ Labored  ☐ Hyperventilation  ☐ Dyspnea  ☐ Other: _____
*BS:  R L ☐☐ Clear    R L ☐☐ Wheezes    R L ☐☐ Diminished    R L ☐☐ Absent    R L ☐☐ Adventitious

**Neuro**

*LOC:  ☐ Alert      ☐ Drowsy      ☐ Unresponsive      ☐ Disoriented      ☐ Oriented
*Response to Stimuli:  ☐ Verbal  ☐ Tactile  ☐ Pain  ☐ Non responsive          ☐ Person  ☐ Place  ☐ Time  ☐ Event
*Speech: ☐ Clear  ☐ Slurred
Motor  L  R:  VA          Reaction:          Pupil Size:
Intact  ☐  ☐  ☐ R Eye _____  ☐ PEARLA          ☐ R Eye _____
Sensory  ☐  ☐  ☐ L Eye _____  ☐ Dilated
        ☐ Both Eyes _____  ☐ Constricted          ☐ L Eye _____
                            ☐ Sluggish
                            ☐ Unresponsive
Developmentally Appropriate for age: ☐ Yes  ☐ No
Pupil scale: 2  3  4  5  6  7  8  9

**GI**

Bowel Sounds: ☐ Present      ☐ Absent      ☐ Vomiting      ☐ Other: _____
Abdomen:  ☐ Soft      ☐ Firm      ☐ Distended      ☐ Tender  RUQ / LLQ / LUQ / LLQ / Epigastric / Periumbilical / Suprapubic

**Psycho / Social**

Language: ☐ English  ☐ Spanish  ☐ Other: _____
☐ Deaf  ☐ Blind  ☐ Read  ☐ Write  Learning Preference:  ☐ Verbal  ☐ Written  ☐ Demo  (check all that apply.)
Religious or cultural beliefs that need to be considered in Healthcare? ☐ No  ☐ Yes  Explain: _____
Do you need assistance with: ☐ Mobility  ☐ Hygiene  ☐ Dressing  ☐ Eating  ☐ Toileting
If assistance is required with any of the above, who did you receive it from {name }: _____
If assistance is needed at discharge, who might help {name of person or persons }: _____
Are you on a special diet? ☐ Yes  ☐ No  Explain: _____
Have you had any weight gain or loss of 10 pounds or more within the last two weeks? ☐ Yes  ☐ No
Have you been physical injured by anyone? ☐ Yes  ☐ No  Explain: _____
Are your basic needs being met at home? ☐ Yes  ☐ No  Explain: _____

Safety:
☐ Armband
☐ Side Rails

**MS**

**ORTHO**
Extremity R/L _____
|  | Yes | No |
|---|---|---|
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |
| Circulation Intact | ☐ | ☐ |
| Deformity | ☐ | ☐ |

**LACERATION**
Site _____  Size _____ cm
|  | Yes | No |
|---|---|---|
| Bleeding Controlled | ☐ | ☐ |
| Motor Intact | ☐ | ☐ |
| Sensory Intact | ☐ | ☐ |
| Circulation Intact | ☐ | ☐ |

**Notifications**

Signature: _____
RN: Paged: _____
☐ Drug Screen  ☐ Yes  ☐ No
RN Signature: _____
☐ Police _____      ☐ Animal Control _____

**Notifications**

DR. paged _____      ED DR. to see _____
DR. notified _____      ED DR. to see, on call _____
Pvt DR. to see _____

#2036  (1/4)  Rev. 1/05

**Southeast Alabama MEDICAL CENTER**

**EMERGENCY DEPARTMENT NURSING RECORD**

BAILEY, JAMES WILLIAM
NKDA/FOOD/NKLA/NDM
170361   2561290  1/08/78   027Y  M
EMERGENCY MED DR                    2/19/05

Bottom edge of patient label

- ☐ Alteration in comfort _____
- ☐ Fluid volume deficit poticai _____
- ☐ Alteration in Tissue Perfusion _____
- ☐ Breathing pattern, ineffective _____
- ☐ Gas exchange impaired _____
- ☐ Potential for Infection _____

- ☐ Alteration in C.O. _____
- ☐ Knowledge deficit _____
- ☐ Anxiety _____
- ☐ Alteration in body temperature _____
- ☐ Other _____

**Nursing Plan:** _____

| VITAL SIGNS | | | | | | |
|---|---|---|---|---|---|---|
| Time | | | | | | |
| BP | | | | | | |
| Pulse | | | | | | |
| Resp | | | | | | |
| Temp | | | | | | |
| SaO2 | | | | | | |
| O2 l/min. | | | | | | |
| O2 via | | | | | | |
| CBG | | | | | | |
| Pain Score | | | | | | |

| | TREATMENT / PROCEDURES | |
|---|---|---|
| Time | TREATMENT / PROCEDURES | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| IV FLUIDS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | NO. | TYPE | AMT | RATE | CATH | ROUTE/LOC | INITIALS NURSE  M.D. | ADDITIVES | AMT INF |

| MEDICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TIME | MEDICATION | DOSE | ROUTE | SITE | INITIALS EDUCATION | TOLERATED YES  NO | INITIALS NURSE  M.D. |

#2090  (2/4)  Rev. 1/05

Southeast Alabama
**MEDICAL
CENTER**

EMERGENCY DEPARTMENT
**NURSING RECORD**

BAILEY, JAMES WILLIAM
NKDA/FOOD/NKLA/NDM
179361   256129D  1/08/78  027Y  Mi   2/19/06
EMERGENCY MED DR

| PROCEDURES | | Initial/Time | | | Initial/Time | | Intake/Output | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | In | Out |
| | Oral airway | ( / ) | | Central Line | ( / ) | | Urine | | |
| | ET Tube (size ___) | ( / ) | | Foley | ( / ) | | PO | | |
| | NG/OG Tube | ( / ) | | Chest Tube #1 | ( / ) | | IV | | |
| | Arterial Line | ( / ) | | Chest Tube #2 | ( / ) | | Other | | |
| | Cardiac Monitor | ( / ) | | Lavage | ( / ) | | Total | | |
| | Hemoccult + - Dr OC | ( / ) | | | | | | | |

| TIME | NURSING NOTES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

#2030  (3/0)  Rev. 3/05