Southeast Alabama
**MEDICAL CENTER**

EMERGENCY DEPARTMENT
**NURSING RECORD**

BAILEY, JAMES WILLIAM
NKDA/FOOD/NKLA/NDM
179361  2651290  1/08/78  027Y  M
EMERGENCY MED DR
2/19/05

DATE: 2/19/05

| TIME | NURSING NOTES |
|---|---|
| 2325 | Dr Williams @ BS to eval |
| 2340 | Received orders for X-ray — JS |
| 2345 | Midwell RA @ BS to x-ray hoc Pt tol well — JS |
| 0005 | Pt to X-ray via Stretcher — JS |
| 0030 | Pt back from X-ray — JS |
| 0037 | Pt to CT — JS |
| 0050 | Pt back from CT - ø adverse notes — Officer @ BS — awaiting CT report JS |
| 0127 | Alert + per nc — asleep — JS |
| 0145 | Dr. Williams @ BS — JS |
| 0200 | Dc ed to — ø adverse notes Rx in hand |

Report to: _____  Room #: _____
Destination: _____ (Transfer Only) ☐ Monitor
ID Band   R/L   Arm/Leg  (for Transfer/Admit only)
Accompanied by: ☐ Transport ☐ Significant Other ☐ Police ☐ Nurse
Discharge via: ☐ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Parent ☐ Guardian
Referrals: Dr MD
Prescriptions: ☐ Patient ☐ Parent ☐ Care Partner
Discharge Instructions: ☐ Patient ☐ Parent ☐ Care Partner
Understanding Verbalized: ☐ Patient ☐ Parent ☐ Care Partner
IV Cath Removed with Catheter Intact ☐ Yes ☐ No ☐ N/A
DC VS: BP 10/70  HR 77  Resp 18  Temp  Time of DC 0200

SIGNATURES | INITIALS

**Southeast Alabama MEDICAL CENTER**

**Emergency Department**
**PHYSICIAN ORDERS**

BAILEY, JAMES WILLIAM
NKDA/FOOD/NKLA/NOM
179361  2561290  1/08/78  027Y  M
EMERGENCY MED DR         2/19/05

Circle tests, circle or write rationales.
The listed rationales are provided only for convenience; they are not an exclusive list.
Select or write any rationale that is appropriate.

| TEST | RATIONALE |
|---|---|
| • UA CC<br>• UA Cath | Dysuria / Hematuria / Frequency / FUO / Abd Pain / Trauma / Diabetes / Pregnancy / Other: |
| • UPT<br>• HCG Quant | Amenorrhea / Pg & Vag Bleeding / Abd Pain / Other: |
| • Wet Prep | Vaginitis / Pelvic Pain / Abd Pain / Other: |
| • CBC<br>• WBC w/ DIFF | SOB / FUO / Trauma-explain / Bleeding-explain / / Abd Pain / H-Risk Med / Weakness / Anemia / Pallor / High Risk Med / Other: |
| • H&H | Bleeding-explain / Trauma-explain / Weakness / Anemia / Other: |
| • BMP | HTN / CVD / Renal Failure / H-Risk Med / Other: |
| • Glu<br>• CBG | Dizziness / Near Syncope/Syncope / Vol Depletion / Other: |
| • CMP | HTN / Renal Failure / H-Risk Med / Coma / Seizures / Dizziness / Fatigue / Edema / Other: |
| • CK Total<br>• CK-MB<br>• Troponin<br>• BNP | Chest Pain / CHF / HTN / Dyspnea / Chest Trauma / Dysrhythmia / Other: |
| • Amylase | Abd Pain / Abd Trauma / Other: |
| • MBA | Altered Mental Status / OD / Other: |
| • PT<br>• PTT | Anti-Coag / Bleeding-explain / Trauma-explain / Ang Ina / PVD / Arteriosclerosis / Ascites / Other:<br>(SMC) / Mitral Valve Disease / Hepatitis / Hematuria / Dysrhythmias / Cirrhosis / |
| • T&S<br>• T&M x   units | Bleeding-explain / Anemia / Other: |
| • Blood Culture | FUO / Sepsis / Other: |
| • ABG | Dyspnea / Inhalation Inj / Chest Pain / Other: |
| • EKG | Chest Pain / SOB / HTN / Dysrhythmia / OD / Syncope / CAD / Other: |
| • IVP | Abd Pain / Abd Trauma / Hematuria / Other: |
| • OB US | Pg & Vag Bleed / Pelvic Pain / Other: |
| • ABD US | Back Pain / Flank Pain / Abd Pain / Ascites / Cirrhosis / Liver Disorder / Other: |
| • CT Head | Headache / Stroke/TIA / Sz / Altered MS / Syncope / Head Trauma / Other: |
| • CT Face | Facial Trauma / Other: |
| • CT Chest (thorax) | Chest Pain / Chest Trauma / Other: |
| • CT Abd/Pelvis | Abd Pain / Malignancies / Abdominal Swelling / Rigidity / Tenderness / Other: |
| • CT of: | Rationale: |
| • MRI of: | Rationale: |
| • CXR: 2V P | Chest Pain / Cough / FUO / Trauma to rcink-expl in / COPD / Asthma / Any abnormal respiration / Other: |
| • Upright ABD<br>• KUB<br>• Acute ABD Series | Abd Pain / GI Bleed / Abd Trauma / Other: |

| | | | |
|---|---|---|---|
| • XR Skull | • XR Pelvis | • XR Shoulder: R L | Trauma / Pain / FB / Other: |
| • XR Ortho: R | • XR Hip: R L | • XR Humerus: R L | Trauma / Pain / FB / Other: |
| • XR Facial | • XR Femur: R L | • XR Elbow: R L | Trauma / Pain / FB / Other: |
| • XR Zygoma | • XR Knee: R L | • XR Forearm: R L | Trauma / Pain / FB / Other: |
| • XR C-Spine | • XR Tib/Fib: R L | • XR Wrist: R L | Trauma / Pain / FB / Other: |
| • XR T-Spine | • XR Ankle: R L | • XR Hand: R L | Trauma / Pain / FB / Other: |
| • XR LS-Spine | • XR Foot: R L | • XR Other: R L | Trauma / Pain / FB / Other: |

**ORDERS:**
☐ Old Record   ☐ Cardiac Monitor   ☐ PHTs   ☐ Tile Tray   ☐ Sz Precaution   ☐ Suicide Precaution   ☐ VA   ☐ Off Unit w/o Nurs /Monitor
☐ Social Service Consult   ☐ Poison Control Consult   ☐ Wound Care   ☐ Wound Irrigation   ☐ Suture Setup   ☐ I&D Setup   ☐ F/ey
☐ O2 Protocol   ☐ O2: _____   ☐ Peak Flow   ☐ May Remove C-Collar   ☐ Aerosol _____
☐ IV: _____

**OTHER ORDERS:** _____

_Ancef 1g IV_ (signature)

Physician Signature: _____   Date: _____   Time: _____

0411 Rev. 4/03

SOUTHEAST ALABAMA MEDICAL CENTER
MILTON LENNOX, M.D. - GEORGE VEALE, M.D.
M. DOWNING, M.D. - S.N. TURNER, M.D. - H. HOLLOWAY, M.D.
W. BECKETT, JR., M.D. - E. SYKLAWER, M.D.
DAVID A. BRINK, M.D. - C. AHMED, M.D. - ERIC LUND, M.D.
JULIA ALEXANDER, M.D. - STEPHEN FERNANDEZ, M.D.
Radiologists

E D  X - R A Y  R E P O R T

```
DATE/TIME TRANSCRIBED: 02/20/2005   1003
NAME:                  BAILEY, JAMES                    ROOM#: ER
DOB:                   01/08/1978                       AGE:  27Y
XRAY#/MR#:             179361                           ACCT#: 2561290
ATTENDING PHYSICIAN:   DAVID WILLIAMS, MD, FACEP        ORD#:  6068915
CPT CODE:              70450
CLINICAL INFORMATION:
EXAM REQUESTED:        CT HEAD WO
EXAM DATE:             02/20/2005                       PT TYPE: O
PROCEDURE:             CT HEAD NONCONTRAST
HISTORY:               Bilateral frontal scalp contusions
COMPARISON:            None
TECHNIQUE:             Axial noncontrast imaging
FINDINGS:              The brain parenchyma shows no hemorrhage or mass effect.
There is soft tissue swelling over the scalp particularly in the right
frontal area.  Bone windows show no calvarial fracture.
IMPRESSION:
1)    UNREMARKABLE NONCONTRAST CT HEAD BUT THERE IS SOFT TISSUE SWELLING
      OVER THE SCALP.

                            HUGH HOLLOWAY, MD
1
2
\:  mgW      /:  671         DD: 02/20/2005    DT: 02/20/2005
             ID: 001492077   TD: 0107          FC:
cc: CHARGE COPY (99040)
>
(eop)  BAILEY, JAMES                     179361
Authenticated by HUGH HOLLOWAY, MD                  On 2/25/05 7:46:14 AM
```

SOUTHEAST ALABAMA MEDICAL CENTER
Dothan, Alabama
MILTON LENNIOX, M.D. - GEORGE VEALE, M.D.
M. DOWNING, M.D. - S.N. TURNER, M.D. - H. HOLLOWAY, M.D.
W. BECKETT, JR., M.D. - L. SYKLAWER, M.D.
DAVID A. BRINK, M.D. - C. AHMED, M.D. - ERIC LUND, M.D.
JULIA ALEXANDER, M.D. - STEPHEN FERNANDEZ, M.D.
Radiologists

E D  X - R A Y  R E P O R T

```
DATE/TIME TRANSCRIBED: 02/20/2005  1134
NAME:                  BAILEY, JAMES                      ROOM#: ER
DOB:                   01/08/1978                         AGE: 27Y
XRAY#/MR#:             179361                             ACCT#: 2561290
ATTENDING PHYSICIAN:   DAVID WILLIAMS, MD, FACEP          ORD#: 6069121
CPT CODE:              72040/72110
CLINICAL INFORMATION:
EXAM REQUESTED:        CERV SPINE 2-3 VIEWS
                       LUMBAR SPINE COMP
EXAM DATE:             02/20/2005                         PT TYPE: O
PROCEDURE:             CERVICAL SPINE
HISTORY:               Neck pain
COMPARISON:            None
TECHNIQUE:             Four views
FINDINGS:              No abnormality of the cervical spine is seen.
PROCEDURE:             LUMBAR SPINE
HISTORY:               Back pain
COMPARISON:            None
TECHNIQUE:             Five views, two views obscured by overlying chains
FINDINGS:              No disc space narrowing, subluxations or acute fractures
are seen.
```

GEORGE W. VEALE, M.D.

```
1.
2.
\:  mgw       /:  129         ED: 02/23/2005      DT: 02/20/2005
              ID: 00149215B   TD: 1025            FC:
cc: CHARGE COPY (99040)
>
[eop]  BAILEY, JAMES                     179361
```
Authenticated by GEORGE W VEALE, MD On 2/23/2005 6:05:10 PM