In the District Court of the United States
For the Middle District of Alabama
Southern Division,

RECEIVED
2005 SEP -9 A 9: 44

James W Bailey IV     )
    Plaintiff,        )
                      )
v.                    )
                      )
Houston County Jail,  )  CIVIL ACTION NO: 1:05-CV-419-T
et, al.,              )
                      )
    Defendants,       )

### Motion For Extension of Time

Comes Now, Plaintiff in the above styled cause, and respectfully request a 14 Day extension through and until September 22, 2005, in which to file my Response, to the Defendants Special Report and answer filed with this court, and as grounds therefore as follows:

1. that Plaintiff, Response is currently due in this case on Sept 9, 2005;

2. On the 29th or about Plaintiff Recieved his Response Because He failed to comply with a procedure and Had to send the Documents to be copied in Ozark, AL and Has not Recieved them Back as of the 8th of Sept.

3. Plaintiff's present position slows some simple processes

Wherefore, Plaintiff respectfully request a fourteen (14) day extension of time through and until Sept 22, 2005, in which to file Response in this case.

Respectfully Submitted
James W Bailey IV
/s/ James Bailey IV

## CERTIFICATE of Service

I James W Bailey hereby certify that on sept 8th 2005 I have mailed a foregoing motion For Extension of time with the clerk of the court and to the Defendant Gary C, Sherrer By United States Postal service postage prepaid and properly address PO Box 7122 Dothan, AL. 36302.

James Bailey
Plaintiff