In The District Court of the United States
For the Middle District of Alabama
Southern Division

| | |
|---|---|
| James W Bailey IV ) | RECEIVED |
| Plaintiff, ) | 2005 SEP -9 A 9:41 |
| V ) Civil Action No: 1:05-cv-419-T | |
| Houston County Jail, ) | |
| et, at, ) | |
| Defendants, ) | |

### Motion For Assistant's of counsel

Comes now, Plaintff in the above styled cause, and respectfully request Assistants of counsel.

1. Defendant Request counsel Because of the complexity of the case and or action that is civil in nature and plaintiff has very limited Resources to the law library and can only obtain 2 legal Books per day 5 Days a week For 4 to 5 Hours at most at a time. Plaintiff is in Desperate need For assistance To Keep the Plaintiffs Action From Being Dismissed Because of miss understanding rules and procedures

Submitted this 8th day of September 2005.

### Certificate of service

I James W Bailey IV, hereby certify that on September 8th 2005 I Filled motion For Assistance of counsel to the clerk of the Court and the Deffendant, at Gary Sherrer Po Box 7122 Dothan AL 36302. All Postage Pre Paid and Delevered US Postal service.

*James Bailey*
James Bailey

## CERTIFICATE of Service

I James W Bailey hereby certify that on sept 8th 2005 I have mailed a foregoing motion For Extension of time with the clerk of the court and to the Defendant Gary C, Sherrer By United States Postal service postage prepaid and properly address PO Box 7122 Dothan, AL. 36302,

James Bailey
Plaintiff