In The District Court of the United States
For the Middle District of Alabama
Southern Division

James W Bailey II  )
    Plantiff  )
v  )
Houston County Jail,  )  Civil Action No: 1:05-CV-419
et. al  )
    Defendant.  )

2005 SEP 22 A 9:50

Motion For Extension of time

Comes now Plantiff in the above styled cause, and respectfully request a twenty-one Day extension trough and untill October 12th 2005 in which to File the Response to the speciel Report with this court therefore states as follows:

1. That Plantiff Response is Due on the 22nd Day of September 2005.

2. The Plantiff is in lock Down at Kilby and has to mail Documents To and Foo to get copied Defendent is currently waiting on copies at this time

Where fore Plantiff respectfully request a twenty-one day extention untill October 12th 2005 Respectfully Submitted

James W Bailey

Certificate of Service

I James Bailey hereby certify that on Sept 21, 2005. By US Postal Service mailed an extension of time motion to Gary Sheaser and US Middle District court Postage prepaid and properly addressed