RECEIVED
2005 OCT 18 A 9:40

James W Bailey III )
Plaintiff )
)
vs ) Civil action no: 1:05-CV-419-T
)
Houston County Jail, et.al. )
Defendant )

Motion For Leave to Ammend

Comes now the Plaintiff and request a leave to Ammend with new evedence and Response to the Defendants Answer, and and affidavit.

Plaintiff Respectfully ask this court to submitt the following as Evedence and summary Judgement

Sworn and scribed this the 12 Day of Oct 2005

James Bailey

Certificate of Service

all postage paid By the plaintiff to the federal courts and the Defendents attorny at PO Box 805 Dothan Al 36302

Motion For Leave to Ammend, motion to Ammend, Plaintiff Response to Defendants, Affidavit.