In The District Court of the United States
For The Middle District of Alabama
Southern Division

2005 OCT 18 A 9:41

James W Bailey IV )
   Plaintiff. )
 )
vs. )  Civil Action NO: 1:05-CV-419-T
 )
Houston County Jail, et. Al., )
   Defendants )

## Motion to Ammend

Comes now the Plaintiff in the above styled cause for a motion to ammend on the following Grounds.

1. Plaintiff spoke with Special agent Tyler McCurty FBI new found evedence will show that the following Answer by the Defendant toward the Plaintiff complaint are falsified Documents made By the Defendents and where submitted To the Honorable courts to Deface the Plaintiffs Complaint.

2. Plaintiff, is Having the paper work examined By an expert in Hand writing Because much of the presented Documents Do carry the same Handwriting form But Have Different Signatures attached therein.

3. Plaintiff asked the courts to Analyse the Document Closely for the Handwriting errors.

Respectfully Submitted this the 12 Day of OCT 2005

James Bailey