In The District Court of the United States
For The Middle District of Alabama
~~Soothern~~ Division

James William Bailey IV        )
  Plaintiff.                   )
Vs.                            ) Civil Action no: 1:05-CV-419-T
Houston County Jail, et al     )
  Defendants.                  )

State of Alabama,
Montgomery County,

### Plaintiff Response To Defendants

Comes now Plaintiff, James W Bailey in the above-styled cause an for Response to Defendants Answer to plaintiff's Complaint state's as follows:

The Plaintiff makes a Definitive assertion to the Personal Knowledge and or sufficient information to form a belief as to the truth of the Plaintiff's Complaint.

1. Statement's offered By all Defendant's Sgt Ray Bonin, Sgt Thomas Marsh, Notably labled Jail Technician Ik, Fetzgerald, Gregory S Hudson, Officer Culver, Samuel moore Samuel moon, Jay J McKeel, On the 19th and or 20th Day of Febuary 2005,

1 of 8

All Defendants made individual Statements to Incedent's that Happend in the commision of the Claim.

2. All Statements made are such a verrance that not one has probable Grounds for Belief.

3. Commander McCarty and Sheriff Lamar Glover are Hired and or elected county officials not Hired state employees.

4. under Artical, 1
14-6-1; legal custody and charge of Jail and prisons, appointrodent of Jailer,
"The sheriff has the Legal custody and charge of the Jail in his county and all prisoners commited there to, except in cases auther wise provided By law, and may appoint a Jailer for whose Acts he is Civily responsible (code 1852, § 236; code 1867 § 3789 code 1876; § 4486 code 1886 § 4535 code 1856, § 4946; code 1907, § 7191; § code 1923 § 4801 code 1940 T 45 § 115

5. Lamar Glover is in primary control and administration of the county Jail and is Responsible for any and all preceducal matters, criminal and or civil.

6. There titles Do not bar, suspend, or in there Official Capacities make them Immune of civil liability. While an employee over or under the Direction of an Administrator or with the Responsibility in a profesional manner to uphold a spicific Duty.

2 of 8

The administration has no Right to use physical Deadly force or violate a persons 8th ammindment Right.

6. Sheriff and the commander "Claim" to not Be Directly involved with the restraining of Inmates Many Documents show that as far Back as Feb 23, 1994. Thay were sole Responsible, at that time inmate was left in the Restraint chair For 36 strait Hours, untill Disiplinary Hearing given with out any Bathroom, Hygein, exercise, or food

7. On Feb 20th 05 Inmate" medical Documintation Form, signature "Sgt Kim Turner," inmate stayed in Restraint Chair at least 7 Hours no ricpt or note of food, water, Bathroom,

8. The use of punishment By way of exsesive pain or phisical Harm rough treatment, Right and Dignity to Bathroom utilitys water, food, shower and the use of unlawfull Restraint.

9. There is only one Document of Of several Diffrent times at the convieniece of the Jail not listed as Policy or precedure, nor is it part of Rules and Regulations For a violation of minor or major Rules, where inmates in violation are subject to lose of previlidges, or criminal Charges only.

10. Plaintiff Responds that He was with out treat of Bodily Injury to Himself and any Outher, nor ting to escape and was Lawfully restrained Behind a locked solid steel Door in a cell

3 of 8

Plaintiff's Demands to speak with a Sgt where answered By the attempted "punishment" to place the inmate in a restraint chair as noted in Documents from the Jail

11. Plaintiff was Placed in the "restraint chair," that is not any Rule or Regulation of the Jail to-wit Physical and Bodly, retributive suffering pain, loss or Rough treatment was administered as Disipanary action.

12. This conduct Defined as corporeal punishment, and under the eigth ammindment constitutions, cruel and unusual punishment

13. Action taken on the 19th day of febuary 2005, as in statments made by officers They entered a locked cell Becouse Plaintiff was Being loud, and Discuptive and openly admitted to hitting plaintiff with a Deadly wepeon as Defined By the law. this wepion was used to cause serious physical Injury and retributive suffering as a result

14 Plaintiff's Responds to the answer about the civil rights of the people in the Eighth Ammendment which were also Defined in cases like wheeler vs Glass 3, civil Right's 13.5 constitutional law 255.4

15. Plaintiff Responds that Jail Technicians are vested to the order of a Jail and like a animal control person is a city or county employee and is not allowed to induce any thing in His Duty like Beat a Dog or can be Charged with cruel and unusual punishment By law.

4 of 8

Plaintiff Responds that many of the documents are made up By the county to Justify Wrong Doing. Plaintiff Responds that much of the Handwriting is very simular and plaintiff will prove this By the names C Buchman and the mistaked C turner, there are Hundreds of uncommon mistakes made in the forgeing of Documents

16. Plaintiff notes fact Lamar Glover had a meeting with my mom Frankie E McDainial to resolve the issue and was answered with false alligations. that "Baley Fell off his Bed."
Plaintiff asserts as part of His claim, that Plaintiff Did not show any signs of threat to Himself when officers entered the cell Plaintiff is noted in all statments, "that Baley turned His Back got on his Knees Put His Arms Behind his Back and Did not move to show Officers He was not A Threat to them.

17. Plaintiff claims that Defendants are liable for recklessly Using Physical force and physical punishment and with the intent to cause physical pain and injury did cause physical pain and injury

18 Defendants did enter into the cell with the intent to place Plaintiff in a Restraint chair as a source of punishment to-wit it causes pain and Discomfort

19. the Defendant Actions Did cause Physical pain to the Plaintiffs Body retributive suffering tempeary loss of feeling and slows cerculation that could and did Have negitive long term effects all of which are Defenitions.

5 of 8

Defined corpreal punishment and are Direct violations of the Eighth Ammendment which where also Defined in the law, as cruel and unusual...

20 Plaintiff was subjected to a "strip cell" which has already Been decided By fedral court as un constututional and illegal.

21 Plaintiff makes a Definitive assertion to the personal knowledge and or sufficient information to form a belief as Fact that all Defendants whether Directly or indirectly were involved and are liable in suit, Criminal and or impeachment under the law

22 Plaintiff claims He was abused and mistreated several times on several ocasions By the administration Daily logs show that officers at there Discresion Denied Detainies the fedral Right to there 1 Hour exercise time

23. Plaintiff claims all officers and sgt's are in Direct order of the commanders directive of the course of conduct in which the Jail tenets are trained in the course of there Duty, Commander and sheriff are aware of the use and in control of the Restraint chair and the Duty for which it is used.

24 Plaintiff's claims that He suffers from post tromadic and post conviction syndrom, has loss of vision of the right eye all which are records of the Dept of Corrections

6 of 8

25. Plaintiff note's facts of Rules and Regulations that Punishment for violation is loss of privilidges of or criminal Charges, not cruel and unusual punishment as Defined for the Defendants

26. Plaintiff states Fact all Defendants statments conflict whith each other in a wide range of variance all are liable as principales thay are satallites of the Sheriff

27. Plaintiff argues the Grievace procidure, inmates are not given copies nor Recipt of crievences and can not control athinticate or Justify the destruction or care for which a grievenc is given.

28. Plaintiff Questions the proper procidure for an unrulie Inmate. Disciplinary Action or Criminal Charges The said Restraint chair can Be Deemed corporeal punishment it inflicts retriebrtive suffering pain, rough treatment or physical punishment is a violation of an americans 8th amenendment right

29. It was a Desision in Wheeler vs Glass that Strapping a Person Down is cruel and unusual punishment.

30. Plaintiff Respectfully Request trial By Jury as Demanded By the Defendant Plaintiff Has fact to Believe and Does Believe His consnstitutional Right's Have Been violated and is intitaled to monitary sedalment for such

7 of 8

Sworn to and scribed to this Honorable court on the 12 Day of Oct 2005. By the Plaintiff in montgomery, Alabama,

## Certificate of service

Plaintiff James W Bailey IV Did personaly mail a copie to The Defendants By way of us postal servece correctly addressed to Gary sheller Attorny for the Defendants at Box 805 Dothan Al 36302. all postage paid By Plaintiff on the 12 Day of Oct 2005, said Affidavit & Response.

James Bailey
James Bailey
PO Box 150
Mt Miegs Al
36057

10f4
8of8