IN THE DISTRICT Court OF The UNITED States
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

JAMES WILLIAM Bailey, IV, )
    Plaintiff, )
     )
v )
     )
Houston County Jail, ) CIVIL ACTION NO: 1:05-CV-419-T
et. al., )
    DEFENDants. )

## AFFIDAVIT

State of ALABAMA
Montgomery County.

    BEFORE ME, the undersigned Authority for administering oaths, Personally appeared JAMES William Bailey the Plaintiff in this Civil Action, who being by me first duly sworn, deposes and says as follows:

    I James William Bailey on the 19th Day of February at Approxamently 10:30 PM. asked K. Fitzgerald at the Houston County Jail. to Be Allowed to take A Shower. He stated We Had Taken a shower. He said I had Taken my Hour. My self And David Wilson Had Been given 10 mins in the Rec Area then were told to sit Down and we asked to go Back to Docket to Shower. the Jail Has Secure shower Area and they said we could Shower in a little While. We were Put Back in are cells about two Hours latter I asked about my shower IK Fitzgerald said not know. I asked to Speak with the Sgt Fitzgerald Did not Reply I Yelled through the crack in the Door. He yelled Back quite Down I Demanded to speek with the sgt He told me to Shut up or He would Put me In The Restraint Chair. I Told Him I wanted to Talk to Sgt Benin Now I Had not Had a Shower in 3 to 4 Days He came up to the

Door told me to shut up. I told Him I would Sue and Have His Job. Him Hudson, Culver, Moon, entered my cell I Had Turned around got on my knee's Put my Hands Behind my Back and was Facing away K. Fitzgerald Grabed me around the troaght and tryed to Pick me up When this Failed. While choking me He sprayed me with mace. I Feared For my life. I tryed to move Fitzgerelds arm and Culver, Hudson, Moon Began Hitting me, Fitzgerald or Culver Hit me with a Steel Baton I was Hit 3 times in the Face then Knocked unconsios. Witnesses latter Said. the named officers and atleast 2 more had Beat me and took cheap shots witnesses names are. David wilson, William L Hunt, tanya robinson, Heather Comey and Her Roomate. there are more on the log Book that where present But I Dont know there names. I was told marshall steve Jenkens was present also. wittnesses and statments made By officers said I was trowen in the restraint chair while unconcious and serosly Injured, K Fitzgerald was said to Have slaped me Hard while unconsious. I was taken to ER treated For lacerations and returened to the Jail. I was told I would Have to give my mattress up at 700 AM I would refuse untill I spoke with my attorny or was allowed a call to my family at 700 AM Houston county sheriffs Dept Deputy's came in to my cell threw me around and choked me. I was put in the restraint chair and choked By officer cody I was crying in pain as they yelled at me and gave me cough treatment I was left in the chair For 8 or 9 Hours without Food water or Bath room utilitys when released urin was in the chair and floor, which constitutes cruel and unusual punishment, I was latter threetand By officers, officer athis is the one that told me to press charges he said they where in the

B                                                                                                                      page 2 of 3

wrong. no officer is aloud to place inmates in restraint, with out Sgt's approval He stated it was Bull S**t. David Wilson Heard all of this. Houston county Jail Did violate Cruel and unusual Punishment, I still suffer from Disfiguement, Pain, Post tromatic and Post concosion stress, Per Dr McGINN at Kilby prison, I am prescribed Visteral, Pamalur, tegratal as medications, the sheriff is on tape stating to my Mom Frankie McDanial And wife Lyn Brown that I fell off my Bed and obtained Injury's.

    IM Requesting Damages For Pain, suffering, malice treatment Corproal Punishment, long term Damages Physicaly & mentaly & cruel and Unusual Punishment.

    I Declare and state that whose James William Bailey is signed to the forgoing AffIDaviT are true and correct.

                                     _James William Bailey IV_
                                       JAMES WILLIAM BAILEY

Sworn to and scribed Befor me this day 23 of Aug, 2005. in Montgomery, Al. at Kilby correction facility.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 6/23/2008