IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-419-T |
| ) | |
| HOUSTON COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion to amend filed by the plaintiff on October 18, 2005(Court Doc. No. 23), and as the proposed motion to amend contains no additional evidence proper for consideration by this court, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if, in the future, he obtains *admissible evidence* indicating that the defendants presented falsified documents to this court he may seek to amend his response with such evidence.

Done this 18th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE