IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

RECEIVED

2006 JUL 28 A 9: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

To: Ms. Debra P. Hackett, Clerk
    P.O. Box 711
    Montgomery, Alabama 36101

From: James William Bailey, IV.
    #200582   (4-10T)
    3700 Holman Unit
    Atmore, Alabama 36503

Re: Notice of Change of Address; <u>James William Bailey, IV. V. Sgt. Bonnin, et al.</u>, Civil Action No. 1:05-CV-419-T

Dear Ms. Hackett,

    This communication is in reference to the above mentioned. I would like to formally notify the Court and all parties to this action of my change of address. I am currently located at W.C. Holman Correctional Facility and would like future proceedings concerning my litigation pending before this Honorable Court to be forwarded to my present location. It is imperative to meet the incoming mail criteria, my address has to be complete and correct, with my name, AIS# and Bed# as follows:

    James William Bailey, IV.
    AIS# 200582   (4-10T)
    3700 Holman Unit
    Atmore, Alabama 36503

    Your cooperation in this matter will be greatly appreciated in this matter. Thank You in advance.

Sincerely, *James Bailey*

James William Bailey, IV.