United States
Middle District Court
of ALABAMA Southern Division

James W Bailey
Plaintiff

v

Houston County
et al
Defendant

Civil Action No. 105-CV-419-T

RECEIVED 2007 MAY 23 A 9:30

## Status Motion

Plaintiff is Requesting A Status on this pending case and How to Access it on the internet thank you.

Respectfully,
James Bailey