James W Briley IV
D.o.A 200587
3700 Holman
Atmore Al
36503

Legal
Mail

US District Court
Middle District Of Ala
Southern Division
P.o. 711 Montgomery Al
36130

36101/0711

This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated
and the Alabama Department of Corrections is not
responsible for the substance or content of the
enclosed communication.

UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
02 1A
0004370190    MAY 22 2007
MAILED FROM ZIP CODE 36502