IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-419-MHT |
| | ) |
| SGT. BONNIN, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on May 23, 2007 (Court Doc. No. 27), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case is pending before the court on his complaint, the written report and supporting evidentiary materials filed by the defendants, and his response in opposition to the defendants' report. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will be advised of any action taken by the court in this case. While the court is mindful that the complaint has been pending since May of 2005, and the requisite pleadings filed as of October of 2005, the court's caseload of actions pending under 42 U.S.C. § 1983 makes it extremely difficult to expedite resolution of this or any other case, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court

assures the parties that a determination of the issues presented in this case will be undertaken in due course.

    Done this 29th day of May, 2007.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE