IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 NOV 21  A 9:46

JAMES W. BAILEY, IV,
AIS # 200587,
                Plaintiff,

VS.                                CIVIL ACTION NO:
                                   1:05-CV-419-MHT   [WO]

SGT. BONNIN, et al.,

        Defendants,

## REQUEST FOR EXTENTION OF TIME

COMES NOW, JAMES W. BAILEY, IV, proceeding Pro-Se, in the above styled Cause, and would respectfully request that this Honorable Court Grant said Plaintiff an additional Thirty (30) Days in which to obtain necessary Affidavit's in support of the Plaintiff's Objection to the Recommendation of the Magistrate Judge's Order dated: NOVEMBER 2nd, 2007.

Plaintiff avers that by these Affidavit's, he will be able to show this Honorable Court that he did all he could possibly do, to exhaust all Available Administrative Remedies, before the filing of said complaint with this Honorable Court. Plaintiff is now in the process of obtaining these said Affidavit's which will show, that Plaintiff did notify and also filed Grievances within the Houston County Jail Grievance Procedures, that were made available.

WHEREFORE, premises considered, Plaintiff respectfully requests that this Honorable Court would thus Grant and allow said Plaintiff an additional **THIRTY DAYS** in order for the Plaintiff to gather his necessary documents to file his Objection to the Magistrate Judge's Recommendation, until **DECEMBER 7, 2007.**

DATED: NOVEMBER 8th, 2007.

Respectfully Submitted,

_____
JAMES W. BAILEY
AIS # 200587
Holman Unit 3700
Atmore, Alabama 36503

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of November, 2007, that I have placed in the Institucional Mailbox, with First Class Postage a true and correct copy of the foregoing **REQUEST FOR EXTENTION OF TIME**, served on all parites concerned to this action, and properly addressed, from Holman Unit.

_____
JAMES W. BAILEY, IV

- 2 -

Jack W Bailey
200587 D174-B
3700 Homan Unit

36503

Legal Mail

US Middle Dist Court
PO Box 711
Montgomery Al
36101

36101+0711