IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES W. BAILEY, IV,
AIS # 200587
    Plaintiff,

VS.

CIVIL ACTION NO:
1:05-CV-419-MHT [WO]

SGT. BONNIN, et al.,
    Defendant's,

## PLAINTIFF'S OBJECTION TO RECOMMENDATION OF MAGISTRATE JUDGE

    COMES NOW, **JAMES W. BAILEY, IV**, Plaintiff, proceeding Pro-Se, in the above styled Cause, and would respectfully file with this Honorable Court, the **PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION TO GRANT SUMMARY JUDGEMENT IN FAVOR OF THE DEFENDANT"S AND ALSO TO DISMISS SAID CAUSE WITH PREJUDICE.**

    Plaintiff would offer the foregoing in support of said Objection, and would thus aver as follows:

    The Honorable Magistrate Judge has averred that the Plaintiff's case is due to be dismissed with Prejudice and thus Summary Judgement is due to be Granted to the Defendant's based basically and solely on the ground that the Plaintiff did not follow up

with or on an Administrative Procedure Remedy. **HOWEVER,** this is incorrect, as this Honorable Court will see.

Said Plaintiff avers that he did in fact exhaust his available Remedy, that were made available to him, by the Houston County Jail, and that in fact, he did undertake other steps, and extra steps at other remdedies, that were not mentioned in the Jail rules.

Plaintiff did in fact:

    A). FILE A FORMAL GRIEVANCE

    B). PLAINTIFF WROTE A LETTER TO THE SHERIFF CONCERNING THIS INCIDENT

    C). PLAINTIFF ALSO FILED A FORMAL COMPLAINT WITH U.S. JUSTICE DEPARTMENT, CIVIL RIGHTS DIVISION.

    D). PLAINTIFF'S MOTHER SPOKE WITH A SPECIAL AGENT WITH THE FEDERAL BUREAU OF INVESTIGATION CONCERNING THE DEFENDANT'S ACT'S OF BRUTALITY.

    E). PLAINTIFF'S MOTHER, MRS. McDANIEL, WENT AND PERSONALLY SPOKE TO THE SHERIFF, CONCERNING THESE INCIDENTS, AND ALSO FILED A FORMAL COMPLAINT ON HER OWN BEHALF AND ON THE BEHALF OF THE PLAINTIFF, WHILE ALSO HANDING THE SHERIFF A FORMAL GRIEVANCE.

Plaintiff avers to this Honorable Court, that said Plaintiff's Mother is in the process of sending to this Honorable Court, and also with copies to the Defendant's Attorney's, a copy of the above cited paperwork, as she is the ONLY one who has copies of said paperwork.

Plaintiff avers that he has shown this Honorable Court specific facts showing that there are genuine issues that have ben presented before this Honorable Court, and that this case should **NOT** be Dismissed and that SUMMARY JUDGEMENT **SHOULD NOT**, be granted for the Defendants, nor should this Case be Dismissed with Prejudice. <u>**CELOTEX CORP. VS. CATRETT**</u>, (1986) 477 U.S. 317, 91 L.Ed.2d. 265, 106 S.Ct. 2548.

A complaint should not be Dismissed, unless it appears beyond a reasonable doubt, that the Plaintiff can prove no set of facts in support of his claim(s), which would entitle him to relief. <u>**HERRON VS. HARRISON**</u>, 203 F.3rd. 410 ( ###### . (6th Cir. 2000): <u>**DUNN VS. AIR LINE PILOT'S ASSOC.**</u>, 193 F.3rd. 1185 ( 11th Cir. 1999).

Then, the Plaintiff would also request that this Honorable Court read, the cases of: <u>**FROST VS. SYMINGTON**</u>, 197 F.3rd. 348 ( 9th Cir. 1999), which says that a Pro-Se, litigant's pleading must be construed liberally on Motion for Summary Judgement.

In the case of: <u>**HERNANDEZ VS. CITY OF EL MONTE**</u>, 138 F.3rd. 393 ( 9th Cir. 1998), that Honorable Court stated, that Dismissal is a harsh penalty and, therefore, should ONLY be imposed in extreme circumstances: also, in the case of <u>**JUSTICE VS. U.S.**</u>, 6 F.3rd. 1474 ( 11th Cir. 1993), it was stated: Dismissal with Prejudice is a sanction of Last resort, proper ONLY when there is a clear record of delay or wilfull contempt.

Yet, also in the case of <u>**PAYNE VS. BLOCK**</u>, 714 F.2d. 1510 ( 11th Cir. 1984), the Court stated, that an Inmate has the right to expect Prsion Officials to follow it's own policies and or Regulations.

Now, while the Defendant's are not Prison Officials, they are still in reality Corrections Officer's, and therefore, they also must have to follow their own Rules and ###### or Regulations, as set forth by the Sheriff of Houston County, Al.

Summary Judgement is appropriate **ONLY**, is the pleadings, Depositions, Answers to Interrogatories and Admissions on File together with Affidavit's if any, show that there is no genuine issue as to any material fact and that the Moving party is entitled to Judgement as a matter of law.

Plaintiff avers to this Honorable Court, that by the answers the Defendant's have filed, to the Plaintiff's Interrogatories, and the other documents that both the Plaintiff and the Defendant's have filed, that this case **SHOULD NOT** be Dismissed, and Summary Judgement **SHOULD NOT**, be granted for the Defendant's.

Plaintiff once again avers to this Honorable Court, thsat Plaintiff's Mother either has or is sending Affidavit's and other paperwork to both this Honorable Court and also to the Defendant's Attorney's, that Plaintiff believes will show this Honorable Court, that he did follow and Exhaust his available Remedy, and that this case should be allowed to continue.

W H E R E F O R E, Plaintiff Respectfully Files, this **OBJECT TO THE MAGISTRATE JUDGE'S RECOMMATION**, that this Case be Dismissed with Prejudice and that Summary Judgement be Granted and that this Hopnorable Court let this Case continue and get ready for the next steps, procedure, in getting ready for Defendant's to go to Trial.

- 4 -

DATED: NOVEMBER 14, 2007                    Respectfully Submitted

                                            *James W Bailey*
                                            JAMES W. BAILEY
                                            AIS # 200587
                                            HOLMAN UNIT 3700
                                            ATMORE, AL. 36503


### CERTIFICATE OF SERVICE

I hereby certify that on this the ___ day of November, 2007, that I have placed in the Institutional Mailbox at Holman Unit, a true and correct copy the foregoing Motion with First Class Postage affixed and addressed as follows: MR. GARY C. SHERRER BAR NO: SHE016 ATTORN AT LAW, JACKSON, RHODES, SHERRER & TERRY, P.C. 335 West Main Street, Dothan, Al. 36301.

                                            *James W Bailey*
                                            JAMES W. BAILEY, IV