TO: Lemar Glover Sheriff of
Houston County, Al

F: James W Bailey
Po Box 150 - C17
Mt Meigs Al
36053

Dear Sheriff Glover I was at Houston county Jail and officer fitzgerald and some more officers came in K-4 the cell I was in and Beat me up real Bad I am asking that an administrative inv Be Done I only wanted to take a shower I Had not Had one in 5 Days I think that this is wrong the way they Did me and I will take legal action against all the officers involved If something isn't Done my mom is going to see an attorny this week she came up to see you when it Happend about 3 times and you told Her I fell off my Bed let me know How you want to Handle this soon some one Has to pay for what they Did.

Sencerly
James Bailey

INMATE GRIEVANCE FORM

DATE: 2-23-05              INSTITUTION: Houston County Jail

NAME: James W Bailey        INMATE NUMBER: 43183

NATURE OF GRIEVANCE OR INFORMATION:
I was Assulted By officers. Fitzgerald, Moon, Culver, Hudson, Moore, Bonnin, Marsh I was asking for A shower and was told to Shut Up I got into an argument thru my Cell door with fitzgerald after I told Him this was Illegal and that He would Be Sued and He would loose His Job and I want to talk to the sgt on Duty He and the Other officers named came in to my cell and Jumped me and I was seriosly injured I only wanted a shower and I did not try to fight But they maced me and Beat me

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want them fired and I want to see a specialist about my Injurys I want to use the Phone which I Have Requested multiple times I want an Attorny Becouse my rights to shower and Be clean where Violated I feel like I Have Been abused and Have a law sute agains't this Administration I Have Rights and I want Something Done Imedately I feel my lifes in Danger and I cant see out my right eye I want to speek with the Shureiff. Directly.

DATE HEARING: _____

COMMITTEE FINDING OR RESPONSE: _____

REFERRED TO: _____        POSITION: _____

CHAIRMAN: _____            MEMBER: _____

MEMBER: _____              WARDEN: _____

AGREE_____ DISAGREE: _____         (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____

DATE GRIEVANCE FILED: _____   TIME FILED: _____

SHIFT COMMANDER: _____

Original Memo Copy

TO Houston canty
legal Dept of the canty Commission
Po Box 6406
Dothan Al
      36301

Complaint against Houston County Jail employes

I was assulted in the Houston County Jail in Feb 2005 By officer's: Fitzgerald, Hudson, Moore, Moon, Marsh, Bonnin, Culver and outhers employed By the county.

I Have tryed Requests Grevences and letters to the Sherriff and within the Jail. My mom went and spoke to the Sheriff and personly asked Him to look in to the situation But was told I merely fell off the Bed.

I Have contacted an Attorny in ozack through Heather Brown He aqvised me to make complaints to the Sheriff and you

I Do plan to sue the Houston county Jail employies Responsible for this Act of Violence

I would like Felonie Charges against these offices and I want to see a medical specilist about my Injurys and the pain im in. your response is immedatly Requested to stop further legal action.

         Thank you
         James Barley J.12.
         Houston county Jail

Original

State of Alabama
County of Geneva

# Affidavit of Frankie E. McDaniel

I, Frankie E. McDaniel, do hereby state that I am the Affiant in said Affidavit.

I make said Affidavit of my own free will and choosing. I am over the age of twenty-one years, and I am also mentally competent to testify to these matters I do state. Furthermore, I have personal Knowledge of said information stated herein;

While my son, James William Bailey, was incarcerated at the Houston County Jail in the early part of 2005, I personally spoke with Sheriff Lamar Glover at the Sheriff's Department in Houston County concerning my son being assaulted and severely beaten by officers of the Houston County Jail. Sheriff Glover sarcastically advised me that my son fell off his bed. This conversation was recorded but I have moved and lost the recording and am currently looking for it. I personally left a copy of this grievance written by my son along with a verbal notice that we would take legal action against these officers. While there was no one who could or would advise me on how my son received so many injuries to his face, back, hand, legs, arms, and feet. I contacted Special Agent Tyler McCarty RA Montgomery FBI Alabama, concerning my son's beating by officers of the Houston County Jail. Furthermore, I am in possession of pictures, which show my son's bruises, and injuries he received at the hands of these jailers.

I am also in possession of letters wrote to Sheriff Lamar Glover and the commissioners office which James sent to me and I personally mailed and have been in control of them since I received them. I also have the original copy of the said grievance in which James filled and I also personally delivered to the sheriff and the jail administrator as James instructed me to, both getting copies the same day. I did this because the jail officials would not give James a copy, and my son sent one to me to be on the safe side and try to get something done.

If you have any questions or I am needed to testify to what I have stated, please contact me at: 146 N. Morris Street, Slocomb, Alabama, 36375, Phone# 334-886-2148 or 714-3010.

_____                           _____
Notary Public                                        Frankie E. McDaniel

MY COMMISSION EXPIRES 6-25-0?