Frankie McDaniel
c/o James Bailey AIS200587
3700 Holman Unit
Almore Al
     34503



Clerk of Court
Middle District of Ala.
P.O. Box 711
Montgomery AL.
     36101-0711