IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-419-MHT |
| | ) |
| SGT. BONNIN, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon review of the objection filed by the plaintiff on November 27, 2007 (Court Doc. No. 31), and for good cause, it is

ORDERED that the Recommendation entered on November 2, 2007 (Court Doc. No. 29) be and is hereby WITHDRAWN.

Done this 27th day of November, 2007.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE