IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-419-MHT |
| | ) |
| SGT. BONNIN, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the file in this case, and in the interest of justice and judicial economy, it is

ORDERED that:

1. On or before December 14, 2007, the parties shall engage in good faith discussions via any available means of communication in an effort to reach an amicable resolution of the issues before this court.

2. On or before December 19, 2007, the parties shall notify the court whether they have reached a resolution in this case.

Done this 27th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE