IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 1:05-CV-419-MHT |
| ) | |
| SGT. BONNIN, et. al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above styled cause, and respectfully request a twenty-two (22) day extension through and until January 10, 2008, in which to comply with the courts November 27, 2007, Order (Doc #34) requiring the parties notify the court whether the parties have reached a resolution in this case, and as grounds therefore state as follows:

1. The order (Doc #34) requires the parties engage in good faith discussions in an effort to reach an amicable resolution of this case on or before December 14, 2007.

2. The order (Doc #34) requires the parties to notify the court whether they have reached a resolution in this case on or before December 19, 2007.

3. Due to the schedules at Holman Correctional Facility, the undersigned has not been able to meet with the Plaintiff. Specifically, authorities at Holman Correctional Facility have informed the undersigned that due to their visitation schedules the first time the undersigned can meet with the Plaintiff is January 3, 2008 at 2:00 p.m., Central Standard Time.

4.  The undersigned has a scheduled appointment to meet with the Plaintiff on January 3, 2008 at 2:00 p.m., Central Standard Time.

5.  The January 3, 2008 scheduled appointment is the first available time for the undersigned to meet with the Plaintiff regarding this case due to Holman's policy that they cannot schedule visits with regular inmates at the same time they have visits scheduled for death row inmates.

WHEREFORE, Defendants respectfully request a twenty-two (22) day extension of time through and until January 10, 2008, in which to meet with the Plaintiff and notify the court whether a resolution has been reached in this case.

Dated this 11th day of December, 2007.

Respectfully submitted,

s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## **CERTIFICATE OF SERVICE**

      I, Gary C. Sherrer, hereby certify that on December 11, 2007, I have electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: James William Bailey, IV, AIS #200587, c/o Holman Correctional Facility, 3700 Holman, Atmore, Alabama 36503, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 11th day of December, 2007.

                                          s/Gary C. Sherrer
                                          GARY C. SHERRER (SHE016)
                                          Attorney for Defendants
                                          SHERRER, JONES & TERRY, P.C.
                                          335 West Main Street
                                          Post Office Box 7122
                                          Dothan, Alabama 36301
                                          Phone: (334) 678-0100
                                          Fax: (334) 678-0900
                                          E-mail: gary@sjt-law.com