IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-419-MHT |
| ) | |
| SGT. BONNIN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed herein by the defendants on December 11, 2007 (Court Doc. No. 35), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. The parties be GRANTED an extension from December 14, 2007 to and including January 3, 2008 to engage in good faith discussions via any available means of communication in an effort to reach an amicable resolution of the issues before this court.

3. The parties be GRANTED an extension from December 19, 2007 to and including January 10, 2008 to notify the court whether they have reached a resolution in this case.

Done this 12th day of December, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE