## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM BAILEY, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 1:05-CV-419-MHT |
| | ) | |
| SGT. BONNIN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above styled cause, and respectfully request a one (1) day extension through and until January 4, 2008, in which to comply with the courts December 12, 2007, Order (Doc #36) requiring the parties to meet in order to notify the court whether the parties have reached a resolution in this case, and as grounds therefore state as follows:

1.      The order (Doc #36) requires the parties engage in good faith discussions in an effort to reach an amicable resolution of this case on or before January 3, 2008.

2.      The order (Doc #36) requires the parties to notify the court whether they have reached a resolution in this case on or before January 10, 2008.

3.      That due to an unexpected scheduling conflict, the undersigned has had to reschedule his appointment to meet with the plaintiff from January 3, 2008 to January 4, 2008.

4.      The undersigned has a scheduled appointment to meet with the Plaintiff on January 4, 2008 at 2:00 p.m., Central Standard Time.

WHEREFORE, Defendants respectfully request a one (1) day extension of time through and until January 4, 2008, in which to meet with the Plaintiff. The undersigned will still notify the court whether a resolution has been reached in this case on or before January 10, 2008 as stated in the courts December 12, 2007, Order (Doc #36).

Dated this 19th day of December, 2007.

Respectfully submitted,


s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on December 19, 2007, I have electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: James William Bailey, IV, AIS #200587, c/o Holman Correctional Facility, 3700 Holman, Atmore, Alabama 36503, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 19th day of December, 2007.

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Defendants
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Post Office Box 7122
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

G:\GCS\A-PLEADINGS\MOTIONS\EXTENSION-BAILEY3.wpd