IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 1:05-CV-419-T** |
| ) | |
| **HOUSTON COUNTY JAIL,** ) | |
| **et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE

COMES NOW Defendants', by and through its counsel and reports to the Court as follows:

As required by the Court's order, before January 4, 2008, the undersigned counsel for Defendants' met with and conferred with James William Bailey, IV, regarding the possibilities for an amicable resolution of this case. Based on that discussion, the undersigned hereby notifies the court that an amicable resolution of this case is not probable or likely to occur.

RESPECTFULLY SUBMITTED on this the 10th day of January, 2008.

s/Gary C. Sherrer
GARY C. SHERRER, ATTORNEY FOR
HOUSTON COUNTY, ALABAMA
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
(334) 678-0100

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon James William Bailey, IV, AIS # 200582 (4-10T), c/o Holman Correctional Facility, 3700 Holman Unit, Atmore, Alabama 36503, by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 10th day of January, 2008.

s/Gary C. Sherrer
OF COUNSEL