IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES W. BAILEY, IV,
    Plaintiff,

vs.    CIVIL ACTION NO: <u>1:05-CV-419-T</u>

BONNIN, et al.,
    Defendants,

<u>PLAINTIFF'S NOTIFICATION TO COURT
OF OUTCOME OF ATTEMPT OF OUT OF
COURT SETTLEMENT WITH DEFENDANT'S ATTORNE</u>

    **COMES NOW, JAMES W. BAILEY, IV**, Plaintiff, proceeding Pro-Se, in the above styled cause, and would respectfully inform this Honorable Court, of the outcome of the Plaintiff and Defendant's Attorney, **Mr. Sherrer**, which occurred on the **4th day of January, 2008.**

    This attempt at an Out of Court settlement was basically a waste of time, as the Defendant's Attorney, **Mr. Sherrer**, said he came to visit and speak to the Plaintiff **ONLY**, to hear what he Plaintiff was willing to settle out of Court for. Mr. Sherrer basically made no Counter Offer, and in general, made **NO** Offer period. The meeting lasted **LESS THAN 10 MINUTES**. The Plaintiff did make a **REDUCED OFFER OF 3½ Million Dollars,**

    Defendant's Attorney, Mr. Sherrer, said that the Plaintiff's

Reduced Out of Court Offer was basically ridiculous, for the amount of injury suffered by the Plaintiff.

Mr. Sherrer, basically arrived for this meeting without any Authority to mamke any counter offers, or even had any intention of making any counter offer.

**WHEREFORE**, premises considered, Plaintiff resepctfully notifies this Honorable Court of the outcome of the meeting.

DATED:   **JANUARY 6th, 2008**              Respectfully Submitted,

*James Bailey IV*
JAMES W. BAILEY, IV
AIS # 200587  D-1-74-
Holman Unit 3700
Atmore, Al. 36503-3700

- 2 -

James W Bailey
200587  D1-74-B
3700 Holman Unit
Atmore Al
36503



$00.41
JAN 10 2008
MAILED FROM ZIP CODE 36502

United States
Middle District Court
Po Box 711
Montgomery Al
36101-0711

**LEGAL MAIL ONLY**