IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 1:05-CV-419-T** |
| ) | |
| **HOUSTON COUNTY JAIL,** ) | |
| **et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sergeant Marshal, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gary C. Sherrer of Sherrer, Jones & Terry, P.C. | Attorney for Defendant |
| Patrick B. Jones, III of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |
| D. Lewis Terry, Jr. of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |

Dated this 11th day of January, 2008.

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendant

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon James William Bailey, IV, AIS # 200582 (4-10T), c/o Holman Correctional Facility, 3700 Holman Unit, Atmore, Alabama 36503, by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 11th day of January, 2008.

**s/Gary C. Sherrer**
Of Counsel
