IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES W. BAILEY, IV,
AIS # 200587,
    Plaintiff,

VS.                          CIVIL ACTION NO:  1:05-CV-419-MHT
                                    [WO]

SGT. BONNIN, et al.,
    Defendant's,


MOTION FOR CLARIFICATION OF COURT'S ORDER


    COMES NOW, JAMES W. BAILEY, IV, said Plaintiff, proceeding Pro-Se, in the above styled Cause, and wouuld thus respectfully files this instant PLAINTIFF'S MOTION FOR CLARIFICATION towards this Honorable Court's last Order.

    Plaintiff noticed in reading this Honorable Court's Order, that no mention was made towards the claims **CRUEL AND UNUSUAL PUNISHMENT,** as Plaintiff was slammed while unconcious/ and also while he was unresponsive into the Black Restraint Chair by Defendant **KEITH FITZGERALD, as previously stated in** SGT. MARSH'S STATEMENT FORM.

    FURTHER, Defendant's **FITZGERALD, HUDSON, MARSH,** threw said Plaintiff into the Restraint chair while said Plaintiff was unconcious and was also thrown into the restraint chair by Defendant **CULVER.**

These were claims that were brought up by the Plaintiff in his original lawsuit/ complaint, but were not addressed by this Honorable Court, in it's last Order, Dismissing some claims and setting some claims for Trial.

**WHEREFORE**, premises considered, Plaintiff respectfully requests that this Honorable Court clarifies it's decision on these claims, so the Plaintiff knows if these claims are still alive or not, and if they are not, what the Court's ruling is on them.

DATED:   FEBRUARY, 3, 2008.                    Respectfully Submitted,

                                               _____
                                               JAMES W. BAILEY, IV
                                               AIS # 200587   E-Dorm
                                               Holman Unit 3700
                                               Atmore, Alabama 36503

CERTIFICATE OF SERVICE

I hereby certify that  on this the 3 day of February, 2008, that I have placed in the U.S. Mail, at Holman Unit, a true and correct copy of the foregoing, with First Class Postage affixed and properly addressed, a true and correct copy of the Plaintiff's Motion for Clarrification of this Honorable Court's last Order addressed too:  MR. GARY SHERRER, ATTORNEY FOR DEFENDANT'S JACKSON: RHODES: SHERRER: & TERRY, P.C., at 335 WEST MAIN STREET, DOTHAN, ALABAMA 36301.

                                               _____
                                               JAMES W. BAILEY, IV

- 2 -

James W Bailey 200587
EI-177-B
3700 Holman Unit
Atmore Al
   36503

Legal Mail



united States
middle District Court
Po Box 711
Montgomery Al
   36101

36101+0711