IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES W. BAILEY, IV,
AIS # 200587,
    Plaintiff,

VS.                        CIVIL ACTION NO: 1:05-CV-419-MHT
                                    [WO]

SGT. BONNIN, et al.,
    Defendants,

## PETITIONER'S MOTION FOR PRODUCTION OF DOCUMENTS

COMES NOW, JAMES W. BAILEY, IV, Plaintiff, Proceeding Pro-Se, in the above styled Cause, and would respectfully file this, the Plaintiff's Motion for Production of Documents pursuant to RULE 34, F.R.CIV.P., said Plaintiff would request that said Documents shall be produced within 30 days after date of receipt of said request, or as directed by this Honorable Court.

    1.  A COPY OF THE PERSONELL FILE FOR EACH OF THE BELOW LISTED DEFENDANT'S, NOT TO INCLUDE THEIR PERSONAL INFORMATION:

        A.  K Fitzgerald
        B.  to Hudson
        C.  co Culver
        D.  Sgt R Bonnin
        E.  to Moon
        F.  Sgt Marsh

Plaintiff would request that said files he is seeking has to do with any and all Disciplinary

Reports, NCIC Reports; Training Reports; plus any formal complaints filed against any of said Defendant's concerning their Actions towards Prisoners', etc., and any and all I & I Investigative Reports done and the outcomes.

2. The name and address of the Manufacturer/Distributor of the BLACK RESTRAINT CHAIR.

3. The restrictions set by the company for the use of the Black Restraint chair.

4. A listing for the past 1 year of all prisoners who were placed in the Black Restraint Chair, reason why, length of time spent in said chair, what Officer's placed in said chair, etc.

5. A copy of each and any and all Civil Right's Lawsuits filed against any of the said listed Defendant's concerning placement in said Black Restraint Chair, and or brutality against prisoners, or physical abuse. Names of said Plaintiff's, Defendant's, and Case Number's, Court filed in, and Dispostion.

DATED: FEBRUARY 3, 2008.

Respectfully Submitted,

*James Bailey*
JAMES W. BAILEY, IV
AIS # 200587  E-Dorm
Holman Unit 3700
Atmore, Alabama 36503

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this the 3 day of February, 2008, that I have mailed a true and correct copy of the Plaintiff's MOTION FOR PRODUCTION OF DOCUMENTS upon, Counsel for the Defendant's by placing same in the U.S. Mail, Legal Mail Box at Holman Unit, with First Class Postage affixed and addressed as follows:

Mr. Gary Sherrer
Attorney at Law
JACKSON, RHODES, SHERRER & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301

JAMES W. BAILEY, IV