```
          IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

JAMES W. BAILEY, IV,
AIS # 200587,
    Plaintiff,

VS.                      CIVIL ACTION NO:  1:05-CV-419-MHT
                                                    [WO]

SGT. BONNIN, et al.,
    Defendant's


### MOTION FOR APPOINTMENT OF COUNSEL

    COMES NOW, <u>JAMES W. BAILEY, IV</u>, said Plaintiff, proceeding Pro-Se at this time, and would respectfully request of this Honorable Court for the **APPOINTMNET OF COUNSEL**, to represent said Plaintiff in the above styled Cause.

    Plaintiff would thus state the foregoing in support of said Motion:

1. This Honorable Court on the 3 day of January, 2008, has set for Trial several issues in the above styled Cause.

2. Plaintiff is unable to hire Counsel to represent him in said Case during Trial.

3. Plaintiff has limited knowledge of the Law, and of the Rules of the Civil Federal Court's, and up to date, has had to rely on the assistance of a Law Clerk in order to file said paperwork.

4. Plaintiff has a very limited amount of access to the Institutional Law Library, approximately 13-15 hours a week, if that, then Plaintiff has a extremely limited access to Legal Supplies, in order to do his filing.

5. The Law Library at Holman Unit, inmates have access to computers, LEXIS NEXIS, but basically these computers have not been updated with new case laws for approximately the past Six (6) Months, which makes finding new and updated case laws virtually impossible, and even all the more harder for a Plaintiff to fight or prosecute his case.

WHEREFORE, premises considered, Plaintiff respectfully prays that this Honorable Court, would thus GRANT said Motion for APPOINTMENT OF COUNSEL, and appoint counsel to represent said Plaintiff in said matter.

The ends of Justice would be best served, if so granted.

DATED: FEBRUARY 3, 2008.

Respectfully Submitted,

_____
JAMES W. BAILEY, IV
AIS # 200587 E- Dorm
**HOLMAN UNIT 3700
ATMORE, ALABAMA 36503**

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___ day of February, 2008, that I have placed in the Institutional Legal Mail Box at Holman Prison, with First Class Postage affixed and properly addressed as follows, a True and correct copy of the Plaintiff's Motion for APPOINTMENT OF COUNSEL upon:

Mr. Gary Scherrer
Attorney for Defendant's
JACKSON, RHODES, SHERRER & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301

JAMES W. BAILEY, IV

- 3 -