IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-419-MHT |
| | ) |
| SGT. BONNIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for clarification filed by the plaintiff on February 5, 2008 (Court Doc. No. 59), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised as follows: (i) all claims of excessive force related to the February 19, 2005 incident, including allegations against defendants Fitzgerald, Huchenson[1] and Marshal with respect to plaintiff being placed in the restraint chair while unconscious, remain pending before the court and are proper for argument at the jury trial; (ii) no officer Culver is named as a defendant in the complaint and, therefore, no claims against this officer are a part of this civil action.

Done this 5th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] This designation of this defendant appears to reference officer Gregory S. Hudson.