IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM BAILEY, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-419-MHT |
| | ) | |
| SGT. BONNIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on February 5, 2008 (Court Doc. No. 60), and for good cause, it is

ORDERED that this motion be and is hereby DENIED as the plaintiff seeks production of documents which (i) are not within the possession, custody or control of the defendants, (ii) are irrelevant to a determination of the constitutional issues before this court, and/or (iii) would be overly burdensome on the defendants.

Done this 5th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE