IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES W. BAILEY, IV,       )
#200587                    )
                           )
    Plaintiff,             )
                           )        CIVIL ACTION NO.
    v.                     )        1:05cv419-MHT
                           )
SGT. BONNIN, etc.,         )
et al.,                    )
                           )
    Defendants.            )
```

ORDER

After an independent and de novo review of the record, and there being no objections, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (Doc. No. 58), to which no objections have been filed, is adopted.

(2) Plaintiff James W. Bailey, IV's request for criminal prosecution is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

(3) Defendants Bonnin, Marshal, Moon, Moore, Huchenson, Goodson, Glover, Fitzgerald, and McCarty's

motion for summary judgment (Doc. No. 15) is denied as to the following claims:

    (A) Plaintiff Bailey's February 19, 2005, excessive-force claim against defendants Bonnin, Marshal, Moon, Moore, Huchenson, Goodson, and Fitzgerald in their individual capacities.

    (B) Plaintiff Bailey's February 20, 2005, use-of-restraint-chair claim against defendants Glover and McCarty in their individual capacities.

(4) The following claims will go to trial:

    (A) Plaintiff Bailey's February 19, 2005, excessive-force claim against defendants Bonnin, Marshal, Moon, Moore, Huchenson, Goodson, and Fitzgerald in their individual capacities.

    (B) Plaintiff Bailey's February 20, 2005, use-of-restraint-chair claim against defendants

Glover and McCarty in their individual capacities.

(5) Defendants Bonnin, Marshal, Moon, Moore, Huchenson, Goodson, Glover, Fitzgerald, and McCarty's motion for summary judgment (Doc. No. 15) is granted in all other respects, with plaintiff Bailey taking nothing in these respects.

DONE, this the 19th day of February, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE