IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES W. BAILEY, IV,         )
#200587                      )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    1:05cv419-MHT
                             )
SGT. BONNIN, etc.,           )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the jury selection and trial of this cause are set for July 21, 2008, at 10:00 a.m. at the Federal Courthouse in Dothan, Alabama on the following claims:

(1) Plaintiff James W. Bailey, IV's February 19, 2005, excessive-force claim against defendants Bonnin, Marshal, Moon, Moore, Huchenson, Goodson, and Fitzgerald in their individual capacities.

(2) Plaintiff Bailey's February 20, 2005, use-of-restraint-chair claim against defendants Glover and McCarty in their individual capacities.

DONE, this the 19th day of February, 2008.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**