IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| JAMES W. BAILEY, IV, #200587 | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:05cv419-MHT |
| SGT. BONNIN, etc., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the officials of the State of Alabama who have custody of plaintiff James W. Bailey, IV (a state inmate) are to arrange for his presence at his trial on July 21, 2008, at the Federal Courthouse in Dothan, Alabama.

DONE, this the 19th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE