IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES W. BAILEY, IV,        )
#200587                     )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )      1:05cv419-MHT
                            )
SGT. BONNIN, etc.,          )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that Magistrate Judge Terry F. Moorer is (1) to determine the witnesses plaintiff James W. Bailey, IV should be allowed to subpoena for trial on July 21, 2008, at the Federal Courthouse in Dothan, Alabama, and (2) to arrange for the subpoenaing of those witnesses.

DONE, this the 19th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE