IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, ) | |
| #200587 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv419-MHT |
| ) | |
| SGT. BONNIN, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

So as to facilitate the jury selection and trial of this case, it is ORDERED that, on or before February 26, 2008, counsel for defendants is to file with the court the correct and full name of each and every defendant named in this case.

DONE, this the 19th day of February, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE