IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV,  ) | |
| #200587                ) | |
|                        ) | |
|   Plaintiff,           ) | |
|                        ) | CIVIL ACTION NO. |
|   v.                   ) | 1:05cv419-MHT |
|                        ) | |
| SGT. BONNIN, etc.,     ) | |
| et al.,                ) | |
|                        ) | |
|   Defendants.          ) | |

ORDER

On September 9, 2005, plaintiff James William Bailey, IV filed a motion for appointment of counsel (Doc. No. 18), and the motion was denied by order entered on September 13, 2005 (Doc. No. 20).  The court now being of the opinion that plaintiff Bailey should be represented by counsel, it is ORDERED that the following attorneys are appointed to represent plaintiff Bailey:

        Kelly Pate (FIT014)
        Balch & Bingham LLP
        105 Tallapoosa Street
        Montgomery, AL 36104
        269-3130
        kpate@balch.com

```
          Joseph Seawell Moore (MOO106)
          Balch & Bingham LLP
          105 Tallapoosa Street
          Montgomery, AL 36104
          269-3123
          ismoore@balch.com
```

The clerk of the court is DIRECTED to allow Attorneys Pate and Moore complete access to the record in this case.

DONE, this the 20th day of February, 2008.


          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**