IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, # 200587, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv419-MHT |
| | ) |
| SGT. BONNIN, etc., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

This case is set for jury trial before United States District Judge Myron H. Thompson on July 21, 2008, at the Federal Courthouse in Dothan, Alabama. Pursuant to the Court's *Order* of February 19, 2008 (Doc. #68), the undersigned United States Magistrate Judge is (1) to determine the witnesses plaintiff James W. Bailey, IV should be allowed to subpoena for trial, and (2) to arrange for the subpoenaing of those witnesses. Accordingly, it is ordered as follows:

(a) <u>Witness List</u>. Plaintiff shall file a witness list no later than April 1, 2008. Witnesses not on the list will not be heard. The witness list shall contain the names and addresses of <u>all</u> witnesses -- whether a subpoena is sought or not -- (inmate or civilian status) and a brief statement of the expected testimony of each witness, whether his subpoena is sought or not. The Plaintiff shall include the prisoner identification number of any potential witness who is incarcerated. The plaintiff should be specific in stating their expected testimony, because if their testimony is not material or is simply repetitive the court may in its discretion decline to order the subpoena of the witness. *See Cook v. Bounds*, 518 F.2d

779, 780 (4th Cir. 1975).

(b) <u>Cases Proceeding In Forma Pauperis</u>. You should be aware that whether the witness is subpoenaed by a pauper or not, Fed. R. Civ. P. 45(b) requires that your subpoena must be accompanied by a witness fee ($40 per day), a subsistence fee ($99 per day) if overnight stay is required, and mileage (at 36.5 cents per mile each way), or it need not be obeyed. The witness will be so informed by the subpoena. It is the responsibility of the subpoenaing party to provide that money to the clerk's office for tender with the subpoena.

(c) <u>Subpoena by Non-Paupers</u>. The marshal's office requests that you request issuance of witness subpoenas as early as possible, but in no event less than ten (10) days before trial.

Done this 21st day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE