## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES WILLIAM BAILEY, IV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO: 1:05-CV-419-MHT** |
| | ) | |
| **SGT. BONNIN, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### LIST OF DEFENDANTS

COMES NOW, Defendants in the above styled cause, pursuant to this Courts February 19, 2008 Order, (Document No. 69), submit to this Honorable Court the following list of the correct and full names of each Defendant in this case:

1. Sergeant Ray Lee Bonin

2. Corrections Officer Keith David Fitzgerald

3. Lamar Glover, former Sheriff of Houston County, Alabama

4. William B. McCarty, former Commander of the Houston County Jail

5. Corrections Officer Stephen B. Moon

6. Corrections Officer Samuel Moore

Dated this 26th day of February, 2008.

Respectfully submitted,

s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on February 26, 2008, I have electronically filed the

foregoing List of Defendants with the Clerk of the Court using CM/ECF system which will send

notification of such filing to the following:

Kelly Pate                         Joseph Seawell Moore
Balch & Bingham, LLP               Balch & Bingham, LLP
105 Tallapoosa Street              105 Tallapoosa Street
Montgomery, AL 36104               Montgomery, AL 36104

and I hereby certify that I have mailed by United States Postal Service this document to the following

non-CM/ECF participant: James William Bailey, IV, AIS #200587, c/o Holman Correctional

Facility, 3700 Holman, Atmore, Alabama 36503, by placing a copy of the same in the United States

Mail, postage prepaid and properly addressed on this 26th day of February, 2008.

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Defendants
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Post Office Box 7122
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com