IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-419-MHT |
| | ) |
| SGT. BONNIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by the defendants on February 26, 2008 (Court Doc. No. 72), and as this response fails to adequately address the directives of the order entered on February 19, 2008 (Court Doc. No. 69), it is

ORDERED that on or before March 5, 2008 the defendants shall file a supplement to this response which identifies the correct and full name of Sgt. Marshall, correctional officer Huchenson and correctional officer Goodson. After a thorough review of the record in this case, it appears that officer Huchenson is actually officer Gregory S. Hudson and Sgt. Marshal is actually a Sgt. Marsh.

Done this 27th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE