IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 1:05-CV-419-MHT |
| ) | |
| SGT. BONNIN, et. al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED LIST OF DEFENDANTS

COMES NOW, Defendants in the above styled cause, pursuant to this Courts February 27, 2008 Order, (Document No. 73), submits to this Honorable Court the following list of the correct and full names of each Defendant in this case:

1. Sergeant Thomas E. Marsh is a corrections officer in the jail;

2. Gregory S. Hudson, Deceased, worked as a corrections officer in the jail prior to his death; and

3. Corrections Officer Goodson - According to the staff of the jail, there is not currently, nor has there ever been a Corrections Officer at the Houston County Jail named Goodson or a name similar thereto.

Dated this 29th day of February, 2008.

Respectfully submitted,

s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street

Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on February 29, 2008, I have electronically filed the foregoing List of Defendants with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kelly Pate | Joseph Seawell Moore |
| Balch & Bingham, LLP | Balch & Bingham, LLP |
| 105 Tallapoosa Street | 105 Tallapoosa Street |
| Montgomery, AL 36104 | Montgomery, AL 36104 |

and I hereby certify that I have mailed by United States Postal Service this document to the following non-CM/ECF participant: James William Bailey, IV, AIS #200587, c/o Holman Correctional Facility, 3700 Holman, Atmore, Alabama 36503, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 29th day of February, 2008.

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Defendants
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Post Office Box 7122
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com