IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, #200587 ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:05cv419-MHT |
| SGT. BONNIN, etc., et al., ) ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that plaintiff's motion to continue, etc. (Doc. No. 75) is set for oral argument on April 8, 2008, at 9:30 a.m. Counsel for plaintiff are to arrange for the argument to be conducted by telephone.

Defendants are to file a written response to the motion by April 4, 2008.

DONE, this the 24th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE