IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:05-CV-419-MHT |
| ) | |
| **SGT. BONNIN, et al.,** ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO CONTINUE, FOR ENTRY
OF A NEW SCHEDULING ORDER, AND FOR
REIMBURSEMENT OF DEPOSITION EXPENSES**

Plaintiff, James W. Bailey, respectfully moves the Court to continue the trial of this case, currently set for July 21, 2008, until the next jury trial term of this Court in Dothan, Alabama on November 3, 2008, to enter a new scheduling order to allow full discovery including a deadline to add parties, and to allow reimbursement for deposition expenses in this case. As grounds therefore, Plaintiff shows as follows:

1. Plaintiff has represented himself, *pro se*, since the filing of this action on May 5, 2005.

2. Undersigned counsel were appointed on February 20, 2008.

3. In order to fully and adequately prepare for trial, discovery is necessary. Plaintiff is not in possession of the documents necessary to prepare this case, including the medical records, Plaintiff's institutional records, and other relevant documents from the Houston County jail. Without written discovery, undersigned counsel are unable to properly prepare this case for trial.

190696.1

4.      In addition, it will be necessary to depose the defendants, eye witnesses, and other key witnesses.  These depositions are necessary preparation for trial and also will enable Plaintiff to ensure that the proper parties have been named.

5.      If time for discovery is not allowed, Plaintiff would be forced to try the case without supporting documents and without knowing the full extent of the testimony to expect from the defendants and key witnesses.

6.      Because of the breadth of the discovery needed to prepare this case for trial, undersigned counsel respectfully move the Court to reimburse counsel for the expenses that will be necessarily incurred in conducting the above-mentioned depositions.

7.      Undersigned counsel is authorized to represent to the Court that they have talked with Defendant's counsel and Defendant's counsel does not oppose this motion.

WHEREFORE, Plaintiff respectfully moves the Court to continue the trial until November 3, 2008, for entry of a new scheduling order which allows full discovery including a deadline to add parties, and for entry of an order allowing for reimbursement of expenses, incurred in conducting depositions in this case.

Respectfully submitted on this the 24th day of March, 2008.

*s/Kelly F. Pate*
One of the attorneys for Plaintiff

OF COUNSEL:
Kelly F. Pate (FIT014)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500
334/269-3115 (fax)

190696.1                                    2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 24th day of March, 2008:

Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
Post Office Box 7122
Dothan, AL  36301

                                        *s/Kelly F. Pate*
                                        Of Counsel