IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, #200587, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv419-MHT |
| ) | |
| SGT. BONNIN, etc., et al., ) ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that plaintiff's unopposed motion to continue, etc. (Doc. No. 77) is set for on-the-record oral argument on April 8, 2008, at 9:30 a.m. Although the motion is unopposed, the court would still like to discuss it. Counsel for plaintiff are to arrange for the argument to be conducted by telephone.

DONE, this the 25th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE