**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CASE NO. 1:05-CV-419-MHT** |
| | ) |
| **SGT. BONNIN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S WITNESS LIST

Plaintiff James William Bailey, IV, pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designates the following witnesses:

**I.    Witnesses Plaintiff expects to present.**

    **A.    James William Bailey**

        Holman Prison
        1240 Ross Rd # 3700
        Atmore, AL 36502

    **B.    Heather Coomey**

        Houston County Jail
        901 E. Main Street
        Dothan, AL 36305

**II.    Witnesses Plaintiff may call if the need arises.**

    **A.    Tanya M. Robinson**

        Contact information unknown[1]

---

[1] The witnesses and/or witness descriptions listed herein contain all information presently known to undersigned counsel without having engaged in any discovery. Without discovery

**B.    David Wilson**

Contact information unknown

**C.    Corrections Officer Kim Turner**

Houston County Jail
901 E. Main Street
Dothan, AL 36305

**D.    Corrections Officer Jay S. McKeel**

Contact information unknown

**E.    Corrections Officer Culver**

Contact information unknown

**F.    Deputy/Sergeant Tracy Ward**

Contact information unknown

**G.    Darla Jane Speigner**

Registered Nurse
Houston County Jail
901 E. Main Street
Dothan, AL 36305

**H.    Treating Physician(s)/Nurse(s) or Representative of Southeast Alabama
Medical Center or other qualified medical personnel or physician**

1108 Ross Clark Circle
Dothan, AL 36301

**I.    Frankie E. McDaniel**

c/o BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, Alabama 36101
(334)834-6500

---

regarding the listed witnesses and other potential witnesses, counsel's ability to disclose
information is limited.

190883.1

**J.     Representative(s)/Corrections Officer(s) of the Houston County Jail at the time of the incidents in question**

901 E. Main Street
Dothan, AL 36305

**K.     Special Agent Tyler McCurty (*see* doc. no 23-2)**

Contact information unknown

**L.     Dr. Richard Holbrook**

Holman Prison
1240 Ross Rd # 3700
Atmore, AL 36502

**M.     Dr. Benson**

Kilby Prison
12201 Wares Ferry Road
Montgomery, AL 36117

**N.     Any witness designated or called by any other party**

**O.     Any party to this action**

**P.     Any inmate present at the Houston County Jail at the time of the incidents in question**

**Q.     Any U.S. Marshal, federal agent, state agent or other official present at the Houston County Jail at the time of the incidents in question**

**R.     Any witness necessary to authenticate any document and/or prove chain of custody of any document or item**

**S.     Any witness necessary for rebuttal or impeachment**

**T.     Any witness revealed through additional discovery**

Plaintiff reserves the right to offer and/or to object to the testimony of any of these persons offered by another party, and to supplement and/or amend this witness list.

Respectfully submitted this 1st day of April, 2008.


s/Joseph Seawell Moore
One of the attorneys for Plaintiff

OF COUNSEL:
Kelly F. Pate (FIT014)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 1st day of April, 2008:

Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
Post Office Box 7122
Dothan, AL  36301


s/Joseph Seawell Moore
Of Counsel