IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES W. BAILEY, IV,        )
#200587                     )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    1:05cv419-MHT
                            )         (WO)
SGT. BONNIN, etc.,          )
et al.,                     )
                            )
    Defendants.             )
```

### ORDER

This court ordered on February 19, 2008 (Doc. No. 69), that the defendants provide the correct and full name of each and every defendant in this lawsuit: Sgt. Bonnin, Sgt. Marshal, Corrections Officer Moon, Corrections Officer Moore, Corrections Officer Huchenson, Corrections Officer Goodson, Sheriff Lamar Glover, Corrections Officer Fitzgerald, and Commander McCarty. In response, the defendants submitted a list containing six of the nine defendants' names on February 26 (Doc. No. 72): Sgt. Bonnin, Corrections Officer Moon,

Corrections Officer Moore, Sheriff Lamar Glover, Corrections Officer Fitzgerald, and Commander McCarty.

Seeking further clarification, Magistrate Judge Terry F. Moorer issued an order on February 27 (Doc. No. 73), requiring that the defendants file a supplement identifying the correct and full names of the following three parties by March 5: Sgt. Marshal, Corrections Officer Huchenson, and Corrections Officer Goodson. Complying with this order, the defendants filed an amended list of defendants on February 29 (Doc. No. 74).

In the amended document, the defendants provided the court with a list of the former and current jail employees whose names bore the strongest similarity to the names enumerated in Judge Moorer's order. At that time, the defendants also informed the court that no employee with a name similar to "Goodson" works at the Houston County Jail, and none ever has.

Based on the representations contained in the defendants' original list (Doc. No. 72) and amended list

(Doc. No. 74), it is ORDERED that the record in this case, including the docket, is amended as follows:

(1) The name "Sgt. Bonnin" is amended to reflect that this defendant is "Ray Lee Bonin";

(2) The name "Sgt. Marshal" is amended to reflect that this defendant is "Thomas E. Marsh";

(3) The name "Corrections Officer Moon" is amended to reflect that this defendant is "Stephen B. Moon";

(4) The name "Corrections Officer Moore" is amended to reflect that this defendant is "Samuel Moore";

(5) The name "Corrections Officer Fitzgerald" is amended to reflect that this defendant is "Keith David Fitzgerald";

(6) The name "Corrections Officer Hucheson" is amended to reflect that this defendant is "Gregory S. Hudson"; and

(7) The name "Commander McCarty" is amended to reflect that this defendant is "William B. McCarty".

It is further ORDERED that the parties show cause, if any there be, in writing by April 18, 2008, as to why defendant Corrections Officer Goodson should not be dismissed as non-existent.

DONE, this the 11th day of April, 2008.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE