IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV,  )<br>#200587                             )<br>                                      )<br>   Plaintiff,                  )<br>                                      )     CIVIL ACTION NO.<br>   v.                             )     1:05cv419-MHT<br>                                      )<br>RAY LEE BONIN, etc.,     )<br>                                      )<br>   Defendant.                )  | |

                                    ORDER

Based upon the representations made during an on-the-record status conference on April 8, 2008, it is ORDERED that the motions to continue (Doc. Nos. 75 & 77) and motions for new scheduling order (doc. nos. 75 & 77) are granted as follows:

    (1) The parties are allowed until May 23, 2008, to complete additional discovery.

    (2) The parties are allowed until May 23, 2008, to file dispositive motions.

    (3) The parties are allowed until May 23, 2008, to exchange lists of exhibits and witnesses.

    (4) A pretrial is set for May 30, 2008, at 9:30 a.m.

    (5) The jury selection and trial of this case shall remain on July 21, 2008, at 10:00 a.m. at the federal courthouse in Dothan, Alabama.

It is further ORDERED that the motions for reimbursement of deposition expenses (doc. nos. 75 & 77) are denied without prejudice.

DONE, this the 11th day of April, 2008.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**