# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 1:05-CV-419-MHT |
| | ) |
| **SGT. BONNIN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## FIRST AMENDMENT TO COMPLAINT

Plaintiff James William Bailey, IV hereby amends the complaint previously filed in this matter to substitute in place of Officer Goodson the following:

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

        NAME                                                ADDRESS

1. c/o Bonnin Sgt., Houston County Jail, 901 E. Main Street, Dothan, AL  36302
2. c/o Fitzgerald Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36302
3. c/o Moon Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36302
4. c/o Culver Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36302
5. c/o Moore Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36302
6. c/o Hutchenson Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36302

All claims, counts, causes of action and demands for damages asserted in the complaint are hereby properly asserted against Officer Culver rather than Officer Goodson as if the same were set forth herein at length.

Respectfully submitted this 17th day of April, 2008.

                                                s/Joseph Seawell Moore
                                                One of the attorneys for Plaintiff

191263.1

OF COUNSEL:
Kelly F. Pate (FIT014)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 17th day of April, 2008:

Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
Post Office Box 7122
Dothan, AL 36301

                                                  s/Joseph Seawell Moore
                                                  Of Counsel

191263.1