IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, #200587,        Plaintiff,   v.   RAY LEE BONIN, et al.,        Defendants. | CIVIL ACTION NO. 1:05cv419-MHT |

### ORDER

Based upon the representations made in a response filed on April 17, 2008 (doc. No. 84), and the order entered on April 11, 2008 (doc. no. 81), it is ORDERED that defendant Corrections Officer Goodson is dismissed as non-existent.

DONE, this the 18th day of April, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**