IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES W. BAILEY, IV, #200587 | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:05cv419-MHT |
| RAY LEE BONIN, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion to amend (Doc. No. 84) is set for submission, without oral argument, on April 25, 2008, with all briefs due by said date.

DONE, this the 18th day of April, 2008.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE