IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM BAILEY, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 1:05-CV-419-MHT |
| | ) | |
| SGT. BONNIN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above styled cause, and respectfully request a two (2) day extension through and until April 29, 2008, in which to comply with the courts April 18, 2008, Order (Doc #86) regarding the motion to amend (Doc. No. 84) is set for submission, without oral argument, on April 25, 2008, with all briefs due by said sate, and as grounds therefore state as follows:

1. The order (Doc #86) states that the motion to amend (Doc. No. 84) is set for submission, without oral argument, on April 25, 2008, with all briefs due by said sate.

2. That the undersigned has been extremely ill with the flu and bed ridden since Sunday evening, April 20, 2008and has therefore but unable to write a responsive brief to the First Amended Complaint.

3. That the undersigned is not expected to return to the office until Monday, April 28, 2008.

WHEREFORE, Defendants respectfully request a two (2) day extension of time through and until April 29, 2008, in which to file a responsive brief.

Dated this 25th day of April, 2008.

Respectfully submitted,

s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## **CERTIFICATE OF SERVICE**

I, Gary C. Sherrer, hereby certify that on April 25, 2008, I have electronically filed the foregoing Motion for Extension with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Pate  
Balch & Bingham, LLP  
105 Tallapoosa Street  
Montgomery, AL 36104

Joseph Seawell Moore  
Balch & Bingham, LLP  
105 Tallapoosa Street  
Montgomery, AL 36104

and I hereby certify that I have mailed by United States Postal Service this document to the following non-CM/ECF participant: James William Bailey, IV, AIS #200587, c/o Holman Correctional Facility, 3700 Holman, Atmore, Alabama 36503, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 25th day of April, 2008.

s/Gary C. Sherrer  
GARY C. SHERRER (SHE016)  
Attorney for Defendants  
SHERRER, JONES & TERRY, P.C.  
335 West Main Street  
Dothan, Alabama 36301  
Phone: (334) 678-0100  
Fax: (334) 678-0900  
E-mail: gary@sherrerjones.com