IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES W. BAILEY, IV,        )
#200587,                    )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )       1:05cv419-MHT
                            )
RAY LEE BONIN, et al.,      )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for extension of time (doc. no. 87) is granted.

DONE, this the 28th day of April, 2008.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE