IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 1:05-CV-419-MHT |
| ) | |
| SGT. BONIN, et. al., ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR A ONE DAY EXTENSION OF TIME TO FILE SUBMISSION AND BRIEF

COMES NOW, Defendants in the above styled cause, and respectfully request a one (1) day extension of time through and until April 30, 2008, in which to comply with the Courts April 18, 2008, Order (Doc. No. 86), regarding the motion to amend (Doc. No. 84) being set for submission, without oral argument, on April 25, 2008, with all briefs due by said date, and as grounds therefore state as follows:

1. That the undersigned was extremely ill with the flu from Sunday evening, April 20, 2008, through Sunday, April 27, 2008 and was unable to submit a submission and brief pursuant to the Order (Doc. No. 86). As a result thereof, Defendants heretofore filed a motion requesting a two (2) day extension (Doc. No. 87), which was granted by this Court (Doc. No. 88), giving Defendants through today, April 29, 2008 to file same..

2. That the undersigned's recovery took longer than anticipated with the undersigned's first full day at work actually being today, April 29, 2008.

3. That the undersigned counsel is authorized to represent to the Court that he has talked with Kelly Fitzgerald Pate, counsel for Plaintiff, and Plaintiff's counsel does not oppose this motion.

WHEREFORE, Defendants respectfully request a one (1) day extension of time through and until April 30, 2008, in which to file a responsive brief.

Dated this 29th day of April, 2008.

Respectfully submitted,

s/Gary C. Sherrer
Gary C. Sherrer
Bar Number: SHE016
Attorney for Defendants
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that on April 29, 2008, I have electronically filed the foregoing Unopposed Motion for a One Day Extension to File Submission and Brief with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kelly Fitzgerald Pate | Joseph Seawell Moore |
| Balch & Bingham, LLP | Balch & Bingham, LLP |
| 105 Tallapoosa Street | 105 Tallapoosa Street |
| Montgomery, AL 36104 | Montgomery, AL 36104 |

and I hereby certify that I have mailed by United States Postal Service this document to the following non-CM/ECF participant: James William Bailey, IV, AIS #200587, c/o Holman Correctional Facility, 3700 Holman, Atmore, Alabama 36503, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 29th day of April, 2008.

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Defendants
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com