IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV,  ) | |
| #200587  ) | |
|   ) | |
|   Plaintiff,  ) | |
|   ) | CIVIL ACTION NO. |
|   v.  ) | 1:05cv419-MHT |
|   ) | |
| RAY LEE BONIN, et al.,  ) | |
|   ) | |
|   Defendants.  ) | |

ORDER

It is ORDERED that the motion for a one-day extension (doc. no. 89) is granted.

DONE, this the 30th day of April, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE