```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

| | |
|---|---|
| JAMES W. BAILEY, IV, ) | |
| #200587 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv419-MHT |
| ) | |
| RAY LEE BONIN, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that plaintiff's motion to amend complaint (doc. no. 84) is granted. This order does not address whether the amendment relates back.

It is further ORDERED that plaintiff is allowed until May 9, 2008, to comply with M.D. Ala. LR 15.1 ("A party who moves to amend a pleading shall attach the original of the amendment, and one copy, to the motion. <u>Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and</u>

**may not incorporate any prior pleading by reference.** A failure to comply with this rule is not grounds for denial of the motion.") (emphasis added).

DONE, this the 2nd day of May, 2008.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**