IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES W. BAILEY, IV**, #200587 ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **1:05-CV-419-MHT** |
| ) | |
| **RAY LEE BONIN, et. al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES now the Plaintiff, James W. Bailey, IV, and hereby amends his complaint as follows:

I.  PREVIOUS LAWSUITS:

    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action: NO

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? NO

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. Not applicable.

II.  PLACE OF PRESENT CONFINEMENT:

    Kilby Correctional, P.O. Box 150, Mt. Meigs, AL 36057
    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED:
    Houston County Jail, 901 E. Main Street, Dothan, AL 36301

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS:

    NAME                             ADDRESS

1.  c/o Bonin Sgt., Houston County Jail, 901 E. Main Street, Dothan, AL 36301

191847.1

  2.  c/o Fitzgerald Officer, Houston County Jail, 901 E. Main Street, Dothan, AL 36301
  3.  c/o Moon Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36301
  4.  c/o Culver Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36301
  5.  c/o Moore Officer, Houston County Jail, 901 E. Main Street, Dothan, AL  36301
  6.  c/o Hutchenson Officer, Houston County Jail, 901 E. Main Street, Dothan, AL 36301

 All claims, counts, causes of action and demands for damages asserted in the complaint are hereby properly asserted against Officer Culver rather than Officer Goodson as if the same were set forth herein at length.

 IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED:

 On or about the 19th and/or 20th day of February, 2005.

 V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

 GROUND ONE: On or about February 19, 2005 at the Houston County Jail, at approximately 10:30 p.m., I was denied the right to shower for 5 days prior to the incident, which is cruel and unusual punishment. I was assaulted and beaten for statements I made toward officers about the punishment. I was capstuned/maced, and then beaten with a metal rod in the head, face, back, buttocks, legs, and hands. I went into seizures.

 GROUND TWO: Officers Fitzgerald, Moon, Culver, Moore, Bonin, and Hutchensen violated 13A-3-21 and 13A-20-23 of the *Code of Alabama,* in that they beat me with steel sticks, kicked, punched and assaulted me until I was unconscious. Said officers caused cuts to the head and back, which required stitches, broke two fingers, and caused multiple bruises. Supporting facts would be shown in the video surveillance tapes and in the medical records.

 GROUND THREE: After the incident occurred, defendants had total indifference regarding my medical treatment. On or about February 20, 2005, or the day after medical treatment was received at Southeast Alabama Medical Center, I had some loss of vision, loss of hearing, and loss of memory. Officer Cody and several others raided my cell, stunned and assaulted me. I was choked and then punched in the stomach. I was then left in a restraint chair for approximately 12 hours, causing me to deficate and urinate on myself. I believe this is a direct violation of 13A-3-21, 13A-3-22, and 13A-3-23 of the *Code of Alabama*.

 VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT. CITE NO CASES.

 I am asking for compensatory and punitive damages against the defendants for pain and suffering, mental anguish, and attorneys fees and costs, in an amount to be decided by this Court.

Respectfully submitted this the _____ day of May 2008.

/s/KELLY F. PATE_____
Kelly F. Pate
Joseph Seawell Moore
Attorneys for Plaintiff, James W. Bailey
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 501-9985
E-mail: kpate@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 6th day of May, 2008:

Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
P.O. Box 7122
Dothan, AL 36302

Officer Culver
901 E. Main Street
Dothan, AL 36301

        /s/KELLY F. PATE
        Kelly F. Pate
        Joseph Seawell Moore
        Attorneys for Plaintiff, James W. Bailey
        BALCH & BINGHAM LLP
        Post Office Box 78
        Montgomery, AL 36101-0078
        Telephone: (334) 834-6500
        Facsimile: (866) 501-9985
        E-mail: kpate@balch.com