IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, )<br>#200587 )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>RAY LEE BONIN, et al., )<br> )<br>   Defendants. ) | CIVIL ACTION NO.<br>1:05cv419-MHT |

ORDER

It is ORDERED as follows:

(1) The joint motion to stay (doc. no. 94) is granted.

(2) All proceedings in this case are stayed until further order of the court.

(3) On the first Monday in September 2008, on the first Monday in January 2009, on the first Monday in July 2009, and on the first Monday in every January and July thereafter, the parties are to file a joint report on (a)

the status of the criminal assault case against plaintiff and (b) whether the civil case is now ready to proceed.

(4) The motion for protective order (doc. no. 95) is denied as moot. All proceedings in this case have already been stayed.

(5) The clerk of the court is to close this case administratively.

DONE, this the 19th day of May, 2008.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE