IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM BAILEY, IV,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:05-CV-419-MHT |
| ) | |
| **SGT. BONNIN, et al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff James William Bailey, IV (hereafter "Bailey") and Defendants (collectively hereafter "Parties") jointly provide the Court the following status report per the Court's May 19, 2008 Order (doc. # 96).

1. Bailey is an inmate in the Alabama Correctional System and is currently housed at the Holman Correctional Facility in Atmore, Alabama. Bailey currently faces a criminal assault charge arising from the incident central to this lawsuit. The assault charge arises out of the factual events made the basis of Bailey's claim in this action and is pending before the Circuit Court of Houston County, Alabama.

2. Bailey was set to go to trial on the criminal assault charge during the Houston County Circuit Court's criminal trial setting for the week of August 18, 2008.

3. Trial of the assault case has been continued and will be passed to a subsequent Houston County Circuit Court criminal trial setting.

Respectfully submitted this 29th day of August, 2008.

194944.2

          */s/Kelly F. Pate*
          One of the Attorneys for Plaintiff

OF COUNSEL:
Kelly F. Pate (FIT014)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/834-6500
334/269-3115 (fax)

          *s/Gary C. Sherrer*
          Attorney for Defendants

OF COUNSEL:
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, AL 36301
334/678-0100

194944.2